AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

SOUTHERN _____ **DISTRICT OF** NEW YORK _____

AWILDA GOMEZ,

               Plaintiff                       **SUMMONS IN A CIVIL CASE**

            **V.**                   CASE NUMBER:

VILLAGE OF SLEEPY HOLLOW, DETECTIVE JOSE QUINOY IN HIS INDIVIDUAL AND OFFICIAL
CAPACITY, POLICE OFFICER ELDRYK EBEL IN HIS INDIVIDUAL AND OFFICIAL CAPACITY,
POLICE OFFICER MIKE GASKER IN HIS INDIVIDUAL AND OFFICIAL CAPACITY, LIEUTENANT
BARRY CAMPBELL IN HIS INDIVIDUAL AND OFFICIAL CAPACITY, LIEUTENANT GABRIEL HAYES
IN HIS INDIVIDUAL AND OFFICIAL CAPACITY, SERGEANT WOOD IN HIS INDIVIDUAL AND
OFFICIAL CAPACITY, CHIEF OF POLICE JIMMY WARREN IN HIS INDIVIDUAL AND OFFICIAL
CAPACITY, AND POLICE OFFICERS JOHN DOES 1-4,

TO: (Name and address of defendant)

## 07 CIV. 9296
## BRIEANT

VILLAGE OF SLEEPY HOLLOW
28 Beekman Avenue
Sleepy Hollow, New York 10591

      **YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

JOSEPH A. MARIA, P.C.
301 Old Tarrytown Road
White Plains, New York 10603
Tel: 914 684-0333
File No. 01-2031

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this
summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period
of time after service.

J. Michael McMahon

CLERK      **CLERK**                          OCT 1 7 2007

(BY) DEPUTY CLERK                  DATE

AO 440  (Rev. 10/93)  Summons In a Civil Action -SDNY  WEB 4/99

*Village of Sleepy Hollow* **RETURN OF SERVICE**

| Service of the Summons and Complaint was made by me[1] | DATE 10/17/07  1:45 PM |
|---|---|
| NAME OF SERVER *(PRINT)* F. M. DeNicola | TITLE |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: *Village Clerk, Angela Everett, 28 Beckman Ave, Sleepy Hollow, NY, White Female, 5'8", 65 year of age, Blond Hair, 130 lbs*

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____
_____

☐ Returned unexecuted: _____
_____
_____
_____

☐ Other *(specify)*: _____
_____
_____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ____10/18/07____
             Date

_Signature of Server_

*99 Court St. White Plains NY.*
Address of Server

**WINIFRED A. MORSE**
Notary Public, State of New York
No. 01MO6043404
Qualified in Westchester County
Commission Expires June 19, 2010

(1)    As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 10/93) Summons In a Civil Action -SDNY  WEB 4/99

*DeT. Jose Quinoy*

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | *10/17/07  1:47 PM* |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| *F. M. DeNicola* | |

*Check one box below to indicate appropriate method of service*

☐  Served personally upon the defendant.  Place where served: _____

☒  Left copies thereof at the defendant's ~~dwelling house or usual place of abode~~ *Actual Place of Employment* with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: *P.O. Anthony Bueti*
*28 Beekman Ave, Sleepy Hollow NY*
*White, Male, Black Hair, 5'7, 200 lbs*

☐  Returned unexecuted: _____
_____
_____
_____

☐  Other (specify): _____
_____
_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  *10/18/07*
_____
Date

_____
Signature of Server

*99 Court ST. White Plains NY*
_____
Address of Server

WINIFRED A. MORSE
Notary Public, State of New York
No. 01MO6043404
Qualified in Westchester County
Commission Expires June 19, 2010

(1)   As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440  (Rev. 10/93)  Summons in a Civil Action -SDNY  WEB 4/99

## RETURN OF SERVICE

P.O. ELDRYK EBel

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | 10/17/07 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| F. M. DeNicolA | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served: _____

☑ Left copies thereof at the defendant's ~~dwelling house or usual place of abode~~ with a person of suitable age and
discretion then residing therein.
*ACTUAL PLACE OF EMPLOYMENT*
Name of person with whom the summons and complaint were left: *P.O. Anthony Bueti*
*28 Beekman Ave, Sleepy Hollow, NY*
*white MALe, BLACK HAIR, 5'7, 200lbs*

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing
information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____10/18/07_____
                  Date

_Signature of Server_

_99 Court St. White Plains NY_
Address of Server

WINIFRED A. MORSE
Notary Public, State of New York
No. 01MO6043404
Qualified in Westchester County
Commission Expires June 19, 2010

(1)    As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 10/93) Summons In a Civil Action -SDNY WEB 4/99

**RETURN OF SERVICE**

_P.O. Mike GASKER_

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE _10/17/07  1:47PM_ |
| NAME OF SERVER (PRINT) _F. M. DeNicola_ | TITLE |

_Check one box below to indicate appropriate method of service_

☐ Served personally upon the defendant. Place where served: _____

☒ Left copies thereof at the defendant's ~~dwelling house or usual place of abode~~ _Actual Place of Employment_ with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _Anthony Bereti,_ _P.O_
_28 Beekman Ave, Sleepy Hollow, NY._
_White, MAle, Black Hair, 5'7 300 lbs_

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _10/18/07_
_____Date_____

_Signature of Server_

_99 Court St. White Plains Ny_
Address of Server

WINIFRED A. MORSE
Notary Public, State of New York
No. 01MO6043404
Qualified in Westchester County
Commission Expires June 19, 2010

(1)    As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 10/93) Summons In a Civil Action -SDNY  WEB 4/99

*LT. Barry Campbell*

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE  *10/17/07  1:47 PM* |
| NAME OF SERVER *(PRINT)*  *F.M. DeNicola* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served: _____

☒ *Actual Place of Business*
Left copies thereof at the defendant's ~~dwelling house or usual place of abode~~ with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: *P.O. Anthony Bieti,*
*28 Beekman Ave, Sleepy Hollow, NY*
*White, Male, Black Hair, 5'7", 200 lbs*

☐ Returned unexecuted: _____
_____
_____
_____

☐ Other *(specify):* _____
_____
_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  *10/18/07*
_____  Date

Signature of Server

*99 Court St. White Plains NY*
Address of Server

WINIFRED A. MORSE
Notary Public, State of New York
No. 01MO6043404
Qualified in Westchester County
Commission Expires June 19, 2010

(1)    As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 10/93) Summons In a Civil Action -SDNY WEB 4/99

LT, Gabriel Hayes

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | 10/17/07  1:47 PM |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| F.M. DeNicola | |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____
_____

☒ Left copies thereof at the defendant's ~~dwelling house or usual place of abode~~ *Actual Place of Employment* with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: P.O. Anthony Bereti,
28 Beekman Ave, Sleepy Hollow, NY
White, Male, Black Hair, 5'7", 200 lbs.

☐ Returned unexecuted: _____
_____
_____

☐ Other (specify): _____
_____
_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___10/18/07___
      Date

_____
Signature of Server

99 Court St, White Plains NY.
Address of Server

WINIFRED A. MORSE
Notary Public, State of New York
No. 01MO6043404
Qualified in Westchester County
Commission Expires June 19, 2010

(1)   As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 10/93) Summons In a Civil Action -SDNY  WEB 4/99

| *SGT. WOOD* | **RETURN OF SERVICE** | |
|---|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE<br>*10/17/07  1:47 PM* | |
| NAME OF SERVER *(PRINT)*<br>*F.M. DeNicola* | TITLE | |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant.  Place where served: _____
_____

☑ Left copies thereof at the defendant's ~~dwelling house or usual place of abode~~ *Actual Place of Business* with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: *P.O. Anthony Bucti,*
*28 Beekman Ave. Sleepy Hollow, NY*
*White Male, Black Hair, 5'7", 200 lbs.*

☐ Returned unexecuted: _____
_____
_____
_____

☐ Other *(specify):* _____
_____
_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  *10/18/07*  _____    _____
                Date                                  Signature of Server

_____
Address of Server

*Winifred A. Morse*

WINIFRED A. MORSE
Notary Public, State of New York
No. 01MO6043404
Qualified in Westchester County
Commission Expires June 19, 2010

(1)    As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 10/93) Summons In a Civil Action -SDNY WEB 4/99

| *Chief of Police Jimmy Warren* | **RETURN OF SERVICE** | |
|---|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE *10/17/07 1:47 PM* | |
| NAME OF SERVER (PRINT) *F. M. DeNicola* | TITLE | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☒ Left copies thereof at the defendant's ~~dwelling house or usual place of abode~~ *Actual Place of Business* with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: *PO Anthony Beretti,*
*28 Beekman Ave, Sleepy Hollow, NY*
*White Male, Black Hair, 5'7", 200 lbs*

☐ Returned unexecuted: _____

☐ Other (specify): _____

---

| **STATEMENT OF SERVICE FEES** | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on *10/18/07*
_____ Date _____

_____
Signature of Server

*99 Court St. White Plains NY*
Address of Server

*Winifred a Morse*

WINIFRED A. MORSE
Notary Public, State of New York
No. 01MO6043404
Qualified in Westchester County
Commission Expires June 19, 2010

---

(1)    As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.