UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
AWILDA GOMEZ

                              Plaintiff,          07 CIV. 9296 (CLB)(GAY)

      -against-                             **NOTICE OF MOTION**

VILLAGE OF SLEEPY HOLLOW, DETECTIVE
JOSE QUINOY in his individual and official
capacity, POLICE OFFICER ELDRYK EBEL in
his individual and official capacity, POLICE
OFFICER MIKE GASKER in his individual and
official capacity, LIEUTENANT BARRY
CAMPBELL in his individual and official capacity,
LIEUTENANT GABRIEL HAYES in his
individual and official capacity, SERGEANT
WOOD in his individual and official capacity,
CHIEF OF POLICE JIMMY WARREN in his
individual and official capacity, and POLICE
OFFICERS JOHN DOES 1 – 4,

                            Defendants.
------------------------------------------------------------------x

      **PLEASE TAKE NOTICE** that, pursuant to Rule 12(c) of the Federal Rules of Civil Procedure, and Individual Practices of the Honorable Charles L. Brieant, upon the Declaration of Jennifer E. Sherven, all of the exhibits annexed thereto, and the accompanying Memorandum of Law, the individual defendants, DETECTIVE JOSE QUINOY, POLICE OFFICER ELDRYK EBEL, POLICE OFFICER MIKE GASKER, LIEUTENANT BARRY CAMPBELL, LIEUTENANT GABRIEL HAYES, SERGEANT WOOD, CHIEF OF POLICE JIMMY WARREN, and POLICE OFFICERS JOHN DOES 1 – 4, will move this Court before the Honorable Charles L. Brieant, on June 13, 2008, at the United States District Court for the Southern District of New York, located at 300 Quarropas Street, White Plains, New York, at 10:00 a.m., or as soon thereafter as counsel may be heard, for an Order, pursuant to Fed. R. Civ.

P. 12(c), dismissing this action as against the individual defendants on the ground of qualified immunity and for such other and further relief as this Court deems just, equitable and proper.

Dated: Mineola, New York
       April 16, 2008

                              MIRANDA SOKOLOFF SAMBURSKY
                              SLONE VERVENIOTIS LLP
                              Attorneys for Defendants
                              240 Mineola Boulevard
                              Mineola, New York 11501
                              (516) 741-7676
                              Our File No.: 07-157

                              By: _____
                              Michael A. Miranda (MAM-6413)
                              Jennifer E. Sherven (JS-4195)

TO:    JOSEPH A. MARIA, P.C.
          Attorneys for Plaintiff
          301 Old Tarrytown Road
          White Plains, New York 10603
          (914) 684-0333
          File No.: 01-2031