UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
AWILDA GOMEZ

                                      Plaintiff,           07 CIV. 9296(CLB)(GAY)

          -against-                             **DECLARATION OF**
                                                                      **JENNIFER E. SHERVEN**
VILLAGE OF SLEEPY HOLLOW, DETECTIVE      **IN SUPPORT OF**
JOSE QUINOY in his individual and official         **MOTION TO DISMISS**
capacity, POLICE OFFICER ELDRYK EBEL in
his individual and official capacity, POLICE
OFFICER MIKE GASKER in his individual and
official capacity, LIEUTENANT BARRY
CAMPBELL in his individual and official capacity,
LIEUTENANT GABRIEL HAYES in his
individual and official capacity, SERGEANT
WOOD in his individual and official capacity,
CHIEF OF POLICE JIMMY WARREN in his
individual and official capacity, and POLICE
OFFICERS JOHN DOES 1 – 4,

                                      Defendants.
------------------------------------------------------------------x

       **JENNIFER E. SHERVEN**, an attorney duly admitted to practice law in the Courts of the State of New York, hereby affirms, under penalty of perjury, the following:

       1.    I am an associate with the law firm of MIRANDA SOKOLOFF SAMBURSKY SLONE VERVENIOTIS LLP, attorneys for defendants in the above-captioned action. I submit this declaration in connection with the individual defendants' motion, pursuant to Fed. R. Civ. P. 12(c), to dismiss the plaintiff's complaint against them under the doctrine of qualified immunity.

       2.    The individual defendants submit this motion in accordance with the Individual Practices of the Honorable Charles L. Brieant, and following the February 26, 2008 deposition of plaintiff, Awilda Gomez, which was taken with respect to the issue of qualified immunity.

3. The attached exhibits are relevant to the individual defendants' motion to dismiss. Each exhibit is a true and accurate copy of what it purports to be.

4. Annexed hereto are the following exhibits:

Exhibit A    A copy of plaintiff's Complaint.

Exhibit B    A copy of defendants' Answer

Exhibit C    A copy of the transcript of plaintiff's February 26, 2008 deposition.

Exhibit D    A copy of the plaintiff's Statement of Admission, dated October 18, 2006.

Dated:    Mineola, New York
April 16, 2008

MIRANDA SOKOLOFF SAMBURSKY
SLONE VERVENIOTIS LLP
Attorneys for Defendants

*Jennifer E. Sherven*
Jennifer E. Sherven (JS-4195)
240 Mineola Boulevard
Mineola, New York 11501
(516) 741-7676
Our File No.: 07-157