Exhibit C

1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - X
AWILDA GOMEZ,

                    Plaintiff,

          -against-
                              07 CIV 9296

VILLAGE OF SLEEPY HOLLOW, DETECTIVE JOSE
QUINOY IN HIS INDIVIDUAL AND OFFICIAL
CAPACITY, POLICE OFFICER ELDRYK EBEL IN HIS
INDIVIDUAL AND OFFICIAL CAPACITY, POLICE
OFFICER MIKE GASKER IN HIS INDIVIDUAL AND
OFFICIAL CAPACITY, LIEUTENANT BARRY CAMPBELL
IN HIS INDIVIDUAL AND OFFICIAL CAPACITY,
LIEUTENANT GABRIEL HAYES IN HIS INDIVIDUAL
AND OFFICIAL CAPACITY, SERGEANT WOOD IN HIS
INDIVIDUAL AND OFFICIAL CAPACITY, CHIEF OF
POLICE JIMMY WARREN IN HIS INDIVIDUAL AND
OFFICIAL CAPACITY, AND POLICE OFFICERS JOHN
DOES 1-4,

                    Defendants.
- - - - - - - - - - - - - - - - - X
HELD AT:     Joseph A. Maria, P.C.
             301 Old Tarrytown Road
             White Plains, New York 10603
             February 26, 2008
             10:25 a.m.

          Examination before Trial of the
Plaintiff, AWILDA GOMEZ, pursuant to Court
Order, held at the above time and place
before a Notary Public of the State of New
York.

          J & L REPORTING SERVICE
           of Westchester, Inc.
            200 East Post Road
        White Plains, New York 10601
              (914) 682-1888
            Lisa Dobbo, Reporter

---

2

A P P E A R A N C E S :

          JOSEPH A. MARIA, P.C.
           Attorney for the Plaintiff
           Office & Post Office Address
           301 Old Tarrytown Road
           White Plains, New York 10603
           BY:  FRANCES DAPICE
                MARINELLI, ESQUIRE

          MIRANDA, SOKOLOFF, SAMBURSKY,
          SLONE, VERVENIOTIS, LLP
           Attorneys for the Defendants
           Office & Post Office Address
           The Esposito Building
          240 Mineola Boulevard
           Mineola, New York 11501
           BY:  BRIAN S. SOKOLOFF, ESQUIRE

---

3

          IT IS HEREBY STIPULATED AND

AGREED, by and between the attorneys for the

respective parties herein, that the sealing

and filing of the within deposition be

waived; that such deposition may be signed

and sworn to before any officer authorized

to administer an oath, with the same force

and effect as if signed and sworn to before

the officer before whom said deposition is

taken.

          IT IS FURTHER STIPULATED AND

AGREED, that all objections, except as to

form, are reserved to the time of trial.

---

4

1                    A. GOMEZ
2          AWILDA GOMEZ, residing at 1
3     River Plaza, Apartment 4E,
4     Tarrytown, New York 10591,
5     having been duly sworn by
6     Notary Public, Lisa Dobbo
7     testified as follows:
8 EXAMINATION BY MR. SOKOLOFF:
9          Q.   Please state your full name for
10 the record.
11          A.   Awilda Gomez.
12          Q.   Please state your address for
13 the record.
14          A.   1 River Plaza, Apartment 4E,
15 Tarrytown, New York 10591.
16          Q.   Good morning, Ms. Gomez.  My
17 name is Brian Sokoloff.  I'm with the law
18 firm Miranda, Sokoloff, Sambursky, Slone,
19 Verveniotis and we represent the defendants
20 in this lawsuit that you've brought.
21          I'm going to be asking you some
22 questions here today.  If, at anytime, you
23 don't understand a question that I ask, will
24 you let me know?
25          A.   Yes.

5

A. GOMEZ

1
2      Q.   Similarly, if, at anytime, you
3  need to take a break, let me know and that
   won't be a problem.
        A.   Yes.
6      Q.   Are you completely fluent in
7  English?
8      A.   Sometimes I have a problem with
9  understanding but I understand a lot.  It
10  depends.  You use English very, you know,
11  professional and maybe I don't understand
12  the word but I understand -- normally I
13  understand normal English.
14      Q.   Would you feel more comfortable
15  if I took your testimony with a Spanish
16  interpreter?
17      A.   No, I think I do in English.
18      Q.   If you don't understand a
19  question --
20      A.   I tell you.
21      Q.   Because you'll agree that
22  anybody that will read this transcript can
23  assume if you answer the question it meant
24  you understood it; right?
25      A.   I understand you, yes.

6

A. GOMEZ

1
2      Q.   Okay.
3       Are you currently employed?
4      A.   I'm not working.
5      Q.   When is the last time you
6  worked?
7      A.   On February 27th, 2007.
8      Q.   What happened on that date that
9  caused you to stop working?
10      A.   Well, that day is not the day
11  it happened when they find in the newspaper
12  that I involved in this situation.  They
13  read in the newspaper that I have a problem
14  with the police department.  That's when the
15  problem coming and they terminate February
16  27th, put me out on my job, Family Service
17  of Westchester.  That's the organization
18  that I work at the time.
19      Q.   What did you do for Family
20  Service of Westchester?
21      A.   Family advocate and volunteer
22  coordinator.
23      Q.   What were your duties and
24  responsibilities?
25      A.   With family advocate I have

7

A. GOMEZ

1
2  responsibility talking with the parents,
3  help parents when they need information and
4  going to the reunion with the parents.
5  Sometimes they need help in English and I
6  translate; volunteer coordinator that I do,
7  I collect donation for the family, food,
8  clothes, all type of donation for
9  Thanksgiving, Christmas toys.  That's my --
10  sometimes I help in the room where assistant
11  teachers aren't there in the room.  I stay
12  in the room with the kids, too.  That's what
13  I do.
14      Q.   How long did you work there?
15      A.   Nine years.
16      Q.   Who was it that told you that
17  you were not going to work there anymore?
18      A.   Barbara Sommers.  She's in
19  charge of the program, and Heather, she's my
20  supervisor at the time.
21      Q.   Barbara Sommers?
22      A.   Yes.
23      Q.   S-O-M-E-R-S?
24      A.   Yes.
25          MS. MARINELLI:  I think two

8

A. GOMEZ

1
2  M's.
3      A.   Yes, two M's.
4      Q.   What's Heather's last name?
5      A.   Batanor, B-A-T-A-N-O-R, I
6  think.
7      Q.   Heather was your supervisor?
8      A.   Yes.
9      Q.   Barbara Sommers was what?
10      A.   She's in charge all the
11  program, Head Start program.
12      Q.   So, how did you learn that you
13  wouldn't be working there anymore?
14      A.   That day when the newspaper
15  coming out, November 2nd, they made a
16  meeting with me and they tell me they think
17  this is not good for the position that you
18  have for Family Service, is not good see me
19  in the newspaper, the parents see me and
20  somebody asked me what happened, they tell
21  me try to be -- don't say nothing about the
22  situation that happened with the police
23  department in Sleepy Hollow.
24      Q.   There was a newspaper article
25  on November 2nd?

9

A. GOMEZ

2    A.    November 2nd and November 3rd,
3 two articles.
4    Q.    November 2nd and 3rd of what
5 year?
6    A.    2007.
7         MS. MARINELLI:  No, 6, you
8 mean.
9         MR. SOKOLOFF:  Wait, wait,
10 wait.  You can't --
11        MS. MARINELLI:  Sorry.  Well,
12 we want the record clear.
13        MR. SOKOLOFF:  No, we want her
14 testimony.
15    A.    Yeah, 2006; sorry.
16    Q.    What newspaper?
17    A.    Journal News.
18    Q.    You have copies of those
19 articles?
20    A.    No.
21    Q.    Did you know that these
22 articles were going to be in the newspaper
23 before they were actually in the newspaper?
24    A.    No.
25    Q.    What did the articles say?

10

A. GOMEZ

2         MS. MARINELLI:  Just note my
3 objection.  I think this is a
4 deposition on qualified immunity.  I
5 think you're going beyond the scope
6 of it.
7         MR. SOKOLOFF:  How?
8         MS. MARINELLI:  Talking about
9 qualified immunity here, not talking
10 about damages.
11        MR. SOKOLOFF:  I'm not talking
12 about damages.
13        MS. MARINELLI:  This does run
14 into the field of damages.
15        MR. SOKOLOFF:  If there's an
16 article and she may have been quoted
17 in the article and, I don't know, it
18 may go to qualified immunity.  I'm
19 not asking how much money she made.
20        MS. MARINELLI:  Why don't you
21 ask her --
22        MR. SOKOLOFF:  First I'll find
23 out if she knew about the article.
24        MS. MARINELLI:  She already
25 told you no.  We have gone into

11

A. GOMEZ

2 questions I think are beyond the
3 scope of qualified immunity.
4         I'm going to object and I'll
5 let her answer.  I'm asking that you
6 try to stick to the --
7         MR. SOKOLOFF:  This deposition
8 is five minutes old.  I have not
9 asked one question on damages.
10        MS. MARINELLI:  You haven't
11 asked one question on qualified
12 immunity.
13        MR. SOKOLOFF:  I'm just getting
14 started.
15        MS. MARINELLI:  Are you going
16 to ask for another deposition of this
17 witness?
18        MR. SOKOLOFF:  I'm going to ask
19 for whatever the federal rules allow.
20        MS. MARINELLI:  At some point
21 we may have to call the court, but
22 you can answer the question.
23        MR. SOKOLOFF:  There is no
24 question.
25        MS. MARINELLI:  I thought there

12

A. GOMEZ

2 was.
3         MR. SOKOLOFF:  Is there a
4 pending question?
5         (Whereupon, the reporter read
6 back the requested material.)
7    Q.    What did the articles cart
8 calls say?
9         MS. MARINELLI:  Objection.
10        You can answer.
11    A.    The article talking about the
12 incident with police department, with Jose
13 Quinoy.  They say they have romantic
14 relation with my daughter and talking about
15 what happened on the night my husband and me
16 there.  That's what the article say.  I no
17 remember clear exactly what they say, and
18 the second article talking Jose Quinoy
19 talking about they know my family for years,
20 more than ten years.  That's what the
21 article say, the charge they put me, I be
22 arrested.  They say what charge I have and
23 Mario and they talking about -- that's what
24 I remember.
25    Q.    Did you read the article before

13

A. GOMEZ

1
2  you were told about it on the job?
3      A.  No.
       Q.  Are you currently married?
       A.  Yes.
6      Q.  Who is your husband?
7      A.  Mario Gomez.
8      Q.  Do you live with him?
9      A.  No.
10     Q.  When is the last time you lived
11 with him?
12     A.  May last year.  I no remember
13 exactly the day.
14     Q.  May of 2007?
15     A.  Yes.
16     Q.  Somebody moved out?
17     A.  He move.
18     Q.  Are there any legal proceedings
19 between you and Mario Gomez at the present
20 time?
21     A.  Yes.
22     Q.  Somebody suing somebody else?
23     A.  No, no.
24     Q.  What is the legal proceeding?
25     A.  No, no proceeding.  I have

14

A. GOMEZ

1
2  legal separation.  That's what I have.
3      Q.  You have a written Separation
4  Agreement?
5      A.  Yes.
6      Q.  When is the last time you saw
7  or spoke to Mario Gomez?
8      A.  Last year.
9      Q.  When last year?
10     A.  I no remember.
11     Q.  When you say last year, you
12 mean in 2007?
13     A.  In 2007, yes.
14     Q.  Was it in the first half of the
15 year or second half of the year that you
16 last spoke to Mario Gomez?
17     A.  Second half of the year, yeah.
18     Q.  What was the substance of the
19 communication?
20     A.  About my children.
       Q.  You have your children?
22     A.  Yes.
23     Q.  How many children do you have?
24     A.  Three daughters.
25     Q.  What are their names?

15

A. GOMEZ

1
2      A.  Haydee, H-A-Y-D-E-E Gomez,
3  Stephanie Gomez and Bridgette Gomez.
4      Q.  They all three live with you?
5      A.  No now.  Haydee live with me;
6  Stephanie, Bridgette, they go to University.
7      Q.  Stephanie lives in the
8  University?
9      A.  Yes.
10     Q.  What University?
11     A.  Binghamton University.
12     Q.  What year is she in?
13     A.  Excuse me?
14     Q.  What year in school?
15     A.  This is the second year in the
16 school.
17     Q.  And Bridgette, what school is
18 she in?
19     A.  Duke University, first year.
20     Q.  Do you know who you're suing in
21 this case?
22     A.  Yes.
23     Q.  Who?
24     A.  Jose Quinoy, Ebel, something
25 like that.  I'm not very familiar with the

16

A. GOMEZ

1
2  police department, okay; Gasker, Jimmy
3  Warren, Campbell, Lieutenant Hayes.  I think
4  I have two more.  I don't know the names,
5  really.  That's the persons I really know.
6      Q.  Spell the name of the
7  lieutenant, please.
8      A.  Hayes, something like that.
9  I'm not familiar with nobody in the
10 department.
11     Q.  Did you ever meet any members
12 of the Sleepy Hollow Police Department
13 before the incident that you're suing about?
14     A.  No.
15     Q.  Do you know if your husband
16 knew any members of the police department?
17     A.  I don't know anything about my
18 husband.
19     Q.  You don't know anything about
20 your husband?
21     A.  I don't know that he have -- I
22 no see.  I not living with him.  I don't
23 know what happened to him.
24     Q.  Well, how long were you married
25 to him?

17

A. GOMEZ

1
2      A.    Twenty-three years.
3      Q.    You lived together with him
twenty-three years?
       A.    Yes, but he have no problem
6  before.  I don't know --
7      Q.    Were you ever arrested before?
8      A.    No.
9            MS. MARINELLI:  Just note my
10 objection.
11     Q.    What is the date of the
12 incident that you're suing about here?
13     A.    The incident October 17th,
14 2006.
15     Q.    What day of the week was that?
16     A.    Tuesday.
17     Q.    What happened on that date?
18           MS. MARINELLI:  Just objection.
19           MR. SOKOLOFF:  I'll rephrase
20 the question.
21     Q.    Did you work that day?
22     A.    No.
23     Q.    Why not?
24     A.    I was sick that day because I
25 have surgery September 13th.

18

A. GOMEZ

1
2      Q.    September 13th, 2006 you had
3  surgery?
4      A.    I have surgery.
5      Q.    What kind of surgery?
6      A.    I don't know the name.  They
7  put all my ovaries, everything out.
8      Q.    Were you recovering from the
9  surgery?
10     A.    Yes.
11           MR. SOKOLOFF:  You can't nod
12 your head to tell her.
13           MS. MARINELLI:  Okay.
14           MR. SOKOLOFF:  You know that,
15 right?
16           MS. MARINELLI:  Yes.
17           MR. SOKOLOFF:  Maybe you
18 didn't.
19           MS. MARINELLI:  She didn't see
20 me.
           THE WITNESS:  I no see you.
22           MR. SOKOLOFF:  That's fine.
23     Q.    Were you in bed?
24     A.    No.
25     Q.    You were able to walk around?

19

A. GOMEZ

1
2      A.    Yes.  The week before the
3  incident, I supposed to come back.
4      Q.    Back to work?
5      A.    Yes.
6      Q.    Why didn't you go back the week
7  before the incident?
8      A.    Because I have damage in the
9  incident.
10     Q.    You said you were supposed to
11 go back to work the week before the
12 incident?
13     A.    After.  This happened the 17th,
14 Tuesday.  I had to come back the next Monday
15 on 20 something, but what happened in the
16 incident, I can't come back to work.
17     Q.    So, when you said before you
18 were supposed to come back to work the week
19 before the incident, you didn't mean the
20 week before the incident; right?
21     A.    Yes.  I had to come back.  I
22 have the 13th the surgery.  I had to come
23 back and the incident happened the 17th.  I
24 had to come back the 20 something but the
25 reasons I not come back for what happen in

20

A. GOMEZ

1
2  the October 17th to me and I not come back
3  to work.
4      Q.    So, my question is, when you
5  testified before --
6      A.    Remember, my English is not a
7  hundred percent.  That's what I repeat again
8  what I say.
9            MR. SOKOLOFF:  Given the
10           difficulty that the reporter has, and
11           she's a very good reporter and I've
12           worked with her before, the
13           difficulty that the reporter has
14           understanding the witness' answers
15           which are in a heavy Spanish accent
16           and given the fact that the witness
17           seemed to confuse --
18           MS. MARINELLI:  Before and
19           after.
20           MR. SOKOLOFF:  -- the week
21           before and with the weak after, I
22           think we better do this deposition
23           with an interpreter just so everybody
24           understands everybody.
25           MS. MARINELLI:  Do you

21

A. GOMEZ

1
2 understand that, Awilda?
3     THE WITNESS:  Yes, I do another
  one on my own and I don't have any
  people translate me because the
6 problem, sometimes when the people
7 translate they don't say exactly what
8 I say.
9     I prefer to repeat two or three
10 times and she understand me and you
11 understand me, whatever did I say.  I
12 don't like too much translation, let
13 me tell you the truth, because
14 sometimes they do not do it exactly
15 that I say.
16     MS. MARINELLI:  I would go
17 along with Ms. Gomez.  I mean, the
18 whole 50-H hearing, which was
19 voluminous, was done without an
20 interpreter.
21     MR. SOKOLOFF:  I didn't do it
22 so I can't say.
23     MS. MARINELLI:  I think we can
24 say because I have it right here.
25     MR. SOKOLOFF:  I could say it's

22

A. GOMEZ

1
2 voluminous but I can't say it's any
3 different than this.
4     MS. MARINELLI:  I mean, just
5 because she had a problem with before
6 and after, a lot of people do that.
7     MR. SOKOLOFF:  I don't know
8 anybody that does that.
9     MS. MARINELLI:  Well, I've had
10 depositions before in my experience,
11 but do you understand what he's
12 saying?
13     THE WITNESS:  I understand what
14 he say.
15     MS. MARINELLI:  He was asking
16 you questions before and you weren't
17 --
18     THE WITNESS:  Maybe I confuse
19 day after and before.  I don't think
20 it's a big deal and I can continue
  and do it with this.
22     MR. SOKOLOFF:  See, the
23 problem, and I appreciate what you're
24 saying and you want to continue.  My
25 problem is that I want to get answers

23

A. GOMEZ

1
2 from you that are your answers so
3 that the next time you testify, if
4 it's a trial or it's something else,
5 if you give a different answer, I
6 don't want you to be able to say,
7 "Well, my English is not a hundred
8 percent.  I really didn't understand
9 it so well."  That doesn't do me no
10 good.
11     THE WITNESS:  You know, this
12 happened to me and I prefer to do it
13 that I do in the court that I do
14 before, that I do now and I don't
15 like people translate for me because
16 I want to be sure you understand me
17 what I say, not another people say to
18 you because sometimes I have
19 experience about that and I listen,
20 people translate and they not say
21 exactly what people want to say.
22 They say maybe the way they feel
23 comfortable.  They not translate
24 exactly what I say and I don't like
25 that.  I prefer to take more time,

24

A. GOMEZ

1
2 little by little but I do by my own.
3 That's my prefer.
4     MS. MARINELLI:  You have no
5 problem understanding the English
6 language?
7     THE WITNESS:  I have no
8 problem.  I work with English people.
9 I live twenty-five years in this
10 country and this is the language in
11 this country.  I have to, you know --
12     MS. MARINELLI:  When you go to
13 Greenburgh Court --
14     THE WITNESS:  I do in English.
15 They put me translation but I do it
16 in English because that's the
17 problem, when they put somebody, I
18 listen and she say something.  I say
19 wait a minute, that's not what I say
20 and I have to do.  Why is the purpose
21 that I take translation?
22     MR. SOKOLOFF:  When do you go
23 to Greenburgh Court?
24     THE WITNESS:  I went the last
25 time, I think in November.

25

A. GOMEZ

2  MR. SOKOLOFF:  For what?

3  THE WITNESS:  For criminal
   charge.
   MR. SOKOLOFF:  Connected to
6  this incident?

7  THE WITNESS:  Yes.

8  MR. SOKOLOFF:  Do you have a
9  trial scheduled?

10  THE WITNESS:  I don't know they
11  call trial.  I don't know.  I went in
12  the court too many times.  I don't
13  know what they call.

14  Q.  Did you ever hear of Officer
15  Quinoy before October 17th, 2006?

16  A.  I have what?

17  Q.  Did you ever hear of Officer
18  Quinoy before October 17th, 2006?

19  A.  Officer Quinoy was my friend
20  for long time but at the time I'm not
21  talking with him too much.  I no see too
22  much before.  Before this happened, I no
23  have any communication with him.

24  Q.  You say he was your friend for
25  a long time?

26

A. GOMEZ

2  A.  Yeah.

3  Q.  And you --

4  A.  After the incident.

5  MS. MARINELLI:  No, see --

6  THE WITNESS:  Quinoy was my
7  friend.

8  MS. MARINELLI:  Before the
9  incident.

10  THE WITNESS:  Yes.

11  MS. MARINELLI:  See, that's
12  what the problem is here, Awilda.

13  THE WITNESS:  Before the
14  incident he was my friend for ten,
15  twenty years.  The incident happened
16  I don't have any communication with
17  her family, no with him, with nobody,
18  the wife, nobody.  Before, yes.

19  Q.  Why did you just say a minute
20  ago that you had no communication with him
   before the incident?

22  A.  Because he move the building
23  and I not see him and the family.

24  Q.  But how could he be your friend
25  and you not communicate with him?

27

A. GOMEZ

2  A.  Because before he live the
3  building.  I'm very close friends of him but
4  as soon as he take the position in the
5  police department, because I know him before
6  the policeman, when he started working in
7  the police department he have a different --
8  working in the morning, working afternoon.
9  I not see and he started going this thing
10  and this thing and they move the building
11  and I not see him no more.  I no talking
12  with him no more.  I saw him when the
13  incident happened.  Before the incident
14  happened, I don't have any communication
15  with the family, with the wife, nobody.

16  Q.  How about with him?

17  A.  No, no communication.

18  Q.  But, again, how could he be
19  your friend if you had no communication with
20  him?

21  A.  Well, because I have relation
22  with him.  He went to my husband's 40th
23  birthday party.  He come to my house but I
24  say when he take position in the police
25  department he change the hours working.  I

28

A. GOMEZ

2  do my business.  They do his business.  I do
3  not see him.  Nothing happened but I not see
4  him.  I see in the hallway because he live
5  in my building, "Hello, hello."  "I see
6  kids.  How are the kids?"  I saw Marina
7  sometimes, his wife.  That's the relation
8  that I have.  He move with the building
9  around three or four years -- two or three
10  years.  After the incident, I not see him
11  because I not going out too much into town,
12  Sleepy Hollow.

13  Q.  When did you first meet Quinoy?

14  A.  When I first -- the first time?

15  Q.  Yes.

16  A.  1980 -- well, I see him because
17  the father have little restaurant on Beekman
18  Avenue and I went there.  I see Jose.  He
19  have thirteen, fourteen years old, yeah.  I
20  know the parents, the mother, the father,
21  all the family but specific, I don't know.
22  He married, he moved to my building.  That's
23  when I started being friend with him around
24  ten years, twelve years.

25  Q.  Did you grow up in Sleepy

29

A. GOMEZ

1
2  Hollow?
3      A.   I moved in Sleepy Hollow when I
   -- eighteen years old.
       Q.   What year was that?
6      A.   1982.
7      Q.   When you first moved to Sleepy
8  Hollow, who did you live with?
9      A.   I live on Beekman Avenue with
10 my cousin in front of the police department
11 in Sleepy Hollow.
12     Q.   That's an apartment building?
13     A.   A house, yeah, apartment on the
14 second floor.
15     Q.   What was the address?
16     A.   I think 34 or 45 Beekman
17 Avenue.  This happened a long time ago.
18 It's the house next to the post office,
19 White House.
20     Q.   The White House?
21     A.   Yes.
22     Q.   That's also next to the police
23 station?
24     A.   No.  They next to the post
25 office.

30

A. GOMEZ

2      Q.   Did you say before it was next
3  to the police station?
4      A.   In front of the police
5  department.
6      Q.   What do you mean?
7      A.   The house is here, (indicating)
8  the police department is there, across the
9  street (indicating.)
10     Q.   How long did you live in that
11 building at Beekman Avenue?
12     A.   Not too long; around five, six
13 months.
14     Q.   When you were living in that
15 building on Beekman Avenue, did you know
16 Jose Quinoy?
17     A.   No.
18     Q.   Where did you move after
19 Beekman Avenue?
20     A.   100 Cottage Avenue.
       Q.   Who did you live with then?
22     A.   My cousin.
23     Q.   Who is your cousin?
24     A.   Araceles, A-R-A-C-E-L-E-S,
25 Cedeno, C-E-D-E-N-O.

31

A. GOMEZ

1
2      Q.   How long did you live at 100
3  Cottage Avenue?
4      A.   I live I think one year, one
5  year.
6      Q.   Did you know Jose Quinoy when
7  you lived at 100 Cottage Avenue?
8      A.   No, I know his parents.
9      Q.   Who were his parents?
10     A.   The mother and the father.
11     Q.   What are their names?
12     A.   I know Jose father Cale,
13 C-A-L-E.
14     Q.   Do you know his mother's name?
15     A.   I forgot now the name.
16     Q.   How did you know them?
17     A.   They have a business.
18     Q.   What kind of business?
19     A.   They have a little restaurant
20 on Beekman Avenue.  They sell sandwich,
21 food.
22     Q.   What's the name -- is it still
23 there?
24     A.   No.
25     Q.   What was the name of it?

32

A. GOMEZ

1
2      A.   I don't know the name of it.
3      Q.   Where did you live after 100
4  Cottage Avenue?
5      A.   I married and I moved to 102
6  Main Street in Tarrytown.
7      Q.   102 Main Street?
8      A.   Yes.
9      Q.   That's not in Sleepy Hollow;
10 right?
11     A.   No, this is Tarrytown.
12     Q.   When did you get married?
13     A.   I moved together.  I married
14 August 23rd, 1985.
15     Q.   But you moved to 102 Main
16 Street before you got married?
17     A.   Yes, I moved together.
18     Q.   That's with Mario?
19     A.   Yes.
20     Q.   When was your first child born?
21     A.   1984, July 13th, 1984.
22     Q.   So that's before you moved to
23 102 Main Street?
24     A.   No.
25     Q.   After?

33

A. GOMEZ

1
2  A.  After.
3  Q.  And the first child is Haydee?
4  A.  Haydee.
5  Q.  The next child?
6  A.  Stephanie, 1989.
7  Q.  And Bridgette?
8  A.  19 -- Stephanie, 1988;
9  Bridgette, 1989.
10 Q.  When did you first meet Quinoy,
11 Jose Quinoy?
12 A.  In the restaurant.  I saw
13 there, and I started talking with him when
14 he driving taxi for McCarthy Taxi and I
15 called a taxi and he bring me to the doctor
16 appointment with my kids.  That's when I
17 started talking with him.  I saw him when he
18 was little in his father's business but I
19 really talk little kids.  I started talking
20 with him when he give me -- I call taxi and
21 he bring me to the doctor, he bring me to
22 the supermarket, something like that.
23 Q.  When was that that he was
24 taking you to the doctor and supermarket?
25 A.  He drive taxi.

34

A. GOMEZ

1
2  Q.  When was that?
3  A.  Around -- I'm not sure; 1990,
4  something like that.  I'm not sure.  At the
5  time I not put attention about that.
6  Q.  You think it was in the 1990's?
7  A.  In the 19 something because I
8  have my daughters.
9  Q.  How old was he when you first
10 saw him or how old did he look?
11 A.  I'd say thirteen, twelve,
12 something like that.
13 Q.  When he worked in the
14 restaurant, you think he was twelve or
15 thirteen?
16 A.  I didn't say he work in the
17 restaurant.  I saw in the restaurant, you
18 know, with the parents but I not say he
19 working because I'm not sure he working
20 there.
21 Q.  When you saw him in the
22 restaurant, whatever he was doing, you think
23 he was twelve or thirteen?
24 A.  Twelve, thirteen, yeah.
25 Q.  Then --

35

A. GOMEZ

1
2  A.  Because this happened around
3  1984, '85, something like that.
4  Q.  What happened?
5  A.  I went in the restaurant.  He
6  had to be thirteen, twelve years, something
7  like that, yeah.
8  Q.  Then when he was driving a
9  taxi --
10 A.  Yes.
11 Q.  -- how old was he?
12 A.  I'd say early -- nineteen,
13 twenty.
14 Q.  Did your husband meet him?
15 A.  At the time, I don't know --
16 well, he know because they Cuban and all
17 community --
18     MS. MARINELLI:  Just try and
19 answer the question.
20 Q.  Who is Cuban?
21 A.  Mario and Jose.
22 Q.  Are you Cuban?
23 A.  No.
24 Q.  What are you?
25 A.  Dominican.

36

A. GOMEZ

1
2  Q.  As far as you could see, is the
3  Cuban community in Sleepy Hollow a close
4  knit community?
5  A.  Yeah, they most -- everybody
6  know everybody there, yeah.
7  Q.  102 Main Street is an apartment
8  building?
9  A.  It's a house, two apartments.
10 I live on first floor at the time.
11 Q.  Is that the building that
12 Quinoy moved into?
13 A.  No.
14 Q.  Where did you live after 102
15 Main Street?
16 A.  I moved for one year Hudson
17 Street -- yes, I moved -- I lived on Hudson
18 for six months, something like that and I
19 live on Jones Street after Hudson one year
20 and I moved to Hudson Street.  I lived on
21 Hudson Street for five, six months and then
22 I moved to the building and I stay in the
23 building.
24     MR. SOKOLOFF:  Can you read
25 that back?

37

A. GOMEZ

2      (Whereupon, the reporter read
3   back the requested material.)
4      Q.   Where on Hudson Street did you
5  move to after Main Street?
6      A.   Main Street, I moved to John
7  Street first and then John, I moved to
8  Hudson.
9      Q.   Where on John Street?
10      A.   The number, I not remember the
11  number and Hudson is 20.  John, I not
12  remember.
13      Q.   Is John Street in Sleepy
14  Hollow?
15      A.   No, it's in Tarrytown.
16      Q.   You lived in the house on John
17  Street for how long?
18      A.   In Hudson I live --
19      Q.   No, no, John Street.
20      A.   Oh, around one year.
21      Q.   After John Street you moved to
22  20 Hudson Street?
23      A.   Yes.
24      Q.   How long did you live there?
25      A.   Five, six months.

38

A. GOMEZ

2      Q.   After that you moved to John
3  Street?
4      A.   No, I moved to River Plaza and
5  I stay there until today.
6      Q.   That's where you are today?
7      A.   Yes.
8      Q.   River Plaza?
9      A.   Yes, 1 River Plaza.
10      Q.   That's an apartment building?
11      A.   Apartment 4E.
12      Q.   You've been in the same
13  apartment the whole time?
14      A.   No, first I moved in 4D and I
15  change to 4E.
16      Q.   When did you change to 4E?
17      A.   Around -- let me see --
18  fourteen years something like that.
19      Q.   Fourteen years ago?
20      A.   Yes.  I change because I have
   two bedroom and I move apartment to three
22  bedroom; next door.  It's same floor and
23  everything.
24      Q.   When you moved to 1 River
25  Plaza, was Quinoy living there?

39

A. GOMEZ

2      A.   No.
3      Q.   When did Quinoy move in?
4      A.   Let me see -- I live long time
5  before he move.  I never really remember but
6  -- he live on the fifth floor.
7      THE WITNESS:  What happened in
8   hurricane in Florida?
9      Q.   Andrew?
10      A.   Yes.  Around that time he move
11  in the building.  I'd say two, three months
12  later.
13      Q.   How do you remember that Quinoy
14  moved into the building when there was a
15  hurricane in Florida?
16      A.   Because my friend lived there
17  and they moved to Florida and Quinoy take
18  the apartment.  That's why I made it a
19  relation.
20      Q.   If I tell you Hurricane Andrew
21  hit Florida in 1989, would that sound right?
22      A.   I don't know.  I think.  I
23  don't know.  I don't know.  I don't know
24  exactly what year but I know the relation
25  because my friend moved and he take

40

A. GOMEZ

2  apartment of my friend at the time they
3  moved and it happened hurricane.
4      Q.   What apartment did he move in?
5      A.   5H, I think -- yes, I think 5H.
6  I not remember now.
7      Q.   How many floors are in the
8  building?
9      A.   Nine floors.
10      Q.   There's an elevator?
11      A.   Yes.
12      Q.   When Quinoy moved in, did he
13  move in with anybody?
14      A.   With his wife.
15      Q.   Who is his wife?
16      A.   Marina.
17      Q.   Did you know her before she
18  moved into the building?
19      A.   No, no.
20      Q.   You didn't go to his wedding,
21  did you?
22      A.   No.
23      Q.   When he moved in, did he have
24  any children?
25      A.   Yes, I think Michael.  They

41

A. GOMEZ

1
2  have one son at the time.
3      Q.   When they moved in?
4      A.   Yes.
5      Q.   How old was Michael when they
6  moved in?
7      A.   Not a year because I went
8  Michael's first year birthday.
9      Q.   You went to Michael's first
10  birthday party?
11      A.   Yes.
12      Q.   Who invited you to Michael's
13  first birthday party?
14      A.   I'd say both.
15      Q.   You got a written invitation?
16      A.   Yes.
17      Q.   How did you meet Jose and
18  Marina when they moved in?
19      A.   I know for my friend Iliana.
20  She's friend with Marina and I see Marina
21  when she come to Iliana's house and we start
22  talking in the building, in the laundry
23  room, you know.
24      Q.   Does Iliana live in the
25  building, too?

42

A. GOMEZ

1
2      A.   No, she moved to Florida.
3      Q.   But at the time she lived in
4  the building?
5      A.   Yes, on the fifth floor, too.
6      Q.   Now, when Jose moved in, you
7  had three children; right?
8      A.   Yes.
9      Q.   How old were your children when
10  Jose moved in?
11      A.   What year you say is Andrew
12  around -- my daughter is around, I think
13  ten, eleven, something like that because
14  when --
15      Q.   Who, Haydee?
16      A.   Haydee.  I'd say around eleven.
17      Q.   How old was Jose when they
18  moved in?
19      A.   Twenty something.
20      Q.   Did you go to Michael's first
21  birthday party with your whole family?
22      A.   Yes.
23      Q.   Your three daughters, too?
24      A.   Yes, and my husband, too.
25      Q.   When did Jose move out of the

43

A. GOMEZ

1
2  building?
3      A.   I'm not sure.  I'd say about
4  maybe three or four years.
5      Q.   In the past, three or four
6  years ago?
7      A.   Yes, three or four years ago,
8  maybe more.  I'm not sure; yeah, maybe more.
9      Q.   Do you know why he moved out of
10  the building?
11      A.   They buy a house.
12      Q.   Did you stay friends with them
13  from the time they moved in the building
14  until the time that Jose left?
15      A.   No.
16      Q.   Jose left, he left with his
17  whole family?
18      A.   Yes, he move with the kids and
19  his wife.
20      Q.   How many kids did he have when
21  he moved?
22      A.   Three.
23      Q.   Michael was the first?
24      A.   Michael's the first and two
25  more boys.  I don't remember their names.

44

A. GOMEZ

1
2      Q.   So, he had three boys and you
3  had three girls?
4      A.   Yes.  I think one is Michael,
5  Christopher and I forgot the other one.  I'm
6  not sure.
7      Q.   And he was still married to
8  Marina when he moved?
9      A.   Yes.
10      Q.   You were not friends with him
11  at the time he moved?
12      A.   Let me tell the truth.  I
13  started more be friends with him when they
14  started having problem with Marina and Jose
15  and he move the building and he come back to
16  the building.  That's when I not go to her
17  house no more.  I stay my distance because
18  they have a lot of problem between Marina
19  and Jose, and he moved to Washington Street
20  in the little building.  I don't know the
21  name.  It's two buildings together.  I know
22  Jose moved there.  I don't know for how long
23  and he come back to the building.  They have
24  a lot of problems between Marina and Jose.
25  That's one of the reasons I not continue be

45

A. GOMEZ

2 close with Marina and Jose.
3     Q.    So, he moved out of the
building to Washington Street and then he
came back?
6     A.    Yes.
7     Q.    How long was he gone?
8     A.    I don't know because at the
9 time I know happened but I'm not talking too
10 much with Marina and I don't know how long
11 he stay out of the house, but I know
12 happened.  That's one of the reasons that I
13 stop, you know, she's involved in her
14 problem and I'm going to stay away.
15     Q.    How do you know that they were
16 having problems?
17     A.    Everybody know in the building
18 because she threw the clothes on the floor
19 in the hallway and she fight with somebody
20 at the YMCA for her husband cheating.  She
21 fight in the YMCA with another woman in
22 Tarrytown and everybody know about that.
23 Remember, it's a building.
24     Q.    Was her apartment right above
25 yours?

46

A. GOMEZ

2     A.    No, I live in the corner at the
3 time it happened and she living in the
4 middle of the building and they move to the
5 ninth floor.  When he have two more boys
6 they changed the apartment to 9E.
7     Q.    When he moved to 9E, were you
8 in 4E?
9     A.    Yes, yes.
10     Q.    Was your friend Iliana friends
11 with the Quinoys?
12     A.    No, she move at the time to
13 Florida.  She move around ten years, nine
14 years to Florida.
15     Q.    Did any of your three girls
16 play with any of the Quinoy boys?
17     A.    Yes, sometimes they come to my
18 house, play with my kids.  They eat in my
19 house.  That's the relation that I have.
20     Q.    Which one of the Quinoy boys
21 came and ate at your house?
22     A.    Michael.  I'm very close when
23 they only have Michael.  When they have the
24 two little, I'm not very close.  They not
25 coming to my house, something like that.

47

A. GOMEZ

2 They went with me to the pool together.  I
3 went to Marina's sister's birthday at the
4 time.
5     Q.    What is the age difference
6 between Michael and Haydee?
7     A.    Michael is maybe twelve,
8 something like that, twelve years old and
9 Haydee is twenty-four in July, you know.
10 The relation is cute; boy come into my
11 house, stay and Bridgette play with Michael.
12 Everything is funny because they little.
13 That's the relation they have, not really a
14 friend because the age is very different.
15     Q.    After Jose moved into the
16 building, what relationship did Mario Gomez
17 have with Jose Quinoy?
18          MS. MARINELLI:  Just objection.
19     You can answer.
20     A.    Like me.
21     Q.    When Jose had problems with his
22 wife, your husband Mario also didn't have
23 anything to do with them?
24     A.    No, no.  The relation they have
25 --

48

A. GOMEZ

2          MS. MARINELLI:  There is no
3     question now.
4          MR. SOKOLOFF:  Maybe she's
5     answering the previous --
6     A.    The relation I know they have
7 is see in the bar, Jose pay beer for Mario,
8 Mario pay beer for Jose, but not close.
9 That's the relation they have.
10     Q.    That's when they were living in
11 the building?
12     A.    When they start having problem,
13 Marina and Jose.  That's the relation they
14 have.  Marina see in the bar, I pay the bill
15 for you, you pay the bill for me.  That's
16 the relationship they have.  Not continue
17 the business or something out together,
18 something like that, like me.
19     Q.    What bar did your husband see
20 Jose in?
21     A.    I don't know anything about
22 Mario and Jose.  That's what I think.  I
23 can't say nothing about Mario and Jose
24 because -- I can't say nothing about that.
25     Q.    Why did you just say they

49

A. GOMEZ

1
2 bought each other beers in a bar?
3      A.    Because Mario told me one day,
"Oh, I saw Jose in the bar.  He pay me beer,
I pay beer," like that, comments like that.
6 I never went in the bar in Tarrytown or
7 nowhere, and he made comments, you know,
8 Jose -- "I pay beer for Jose," comments like
9 that, normal comments.  That's what I say
10 now about that.
11      Q.    Before Jose moved out of the
12 building -- it was one-time that Jose moved
13 out of the building and then came back?
14      A.    That I know, yes.
15      Q.    He moved to a house --
16      A.    No, he moved a little building.
17          MS. MARINELLI:  He's not
18      finished with the question yet,
19      Awilda.  Wait until he finishes the
20      question.
21      Q.    When he moved out for good, he
22 moved to a house?
23      A.    No, that's a little building,
24 twin building, three floor.
25      Q.    You know where he moved to?

50

A. GOMEZ

1
2      A.    Now -- at the time in
3 Washington but I don't know the apartment.
4 I don't know nothing -- Washington Street.
5 I know the building but I don't know the
6 name of the building.
7      Q.    When he moved, he moved with
8 his whole family?
9      A.    No, only him.
10      Q.    His wife stayed in the
11 building?
12      A.    Yes.
13      Q.    Then he came back?
14      A.    Yes.
15      Q.    Then later on the whole family
16 moved?
17      A.    Not later on; past year, couple
18 years and that's when they move to the house
19 that they buy.
20      Q.    The whole family moved together
21 to a house?
22      A.    Yes.
23      Q.    When was that, three or four
24 years ago?
25      A.    Three or four years ago.  I'm

51

A. GOMEZ

1
2 not sure; maybe five, but around five, four
3 years.
4      Q.    Did you know before they moved
5 to the house that they were going to move?
6      A.    No.
7      Q.    How did you find out that they
8 moved?
9      A.    Everybody talk they moved to
10 the house and you see the people when they
11 going out.  That's the building.
12      Q.    Did he say good-bye to you?
13      A.    No, because sometimes you --
14 the moment people move, you see.  You not
15 there.  You no see nothing, you know.
16      Q.    But he didn't call you or write
17 you?
18      A.    No, no, no, no.
19      Q.    After he and his family moved
20 to the house, did you ever speak to him
21 again before October of 2006?
22      A.    I talking one-time or two times
23 with Marina in the basement and I talking
24 with Jose about car because I buy a minivan
25 and he asked me simple question, not

52

A. GOMEZ

1
2 conversation I go to the house or something
3 like that.  I say hello and I see in the
4 parking lot.  One time I find credit card
5 Marina lose in the parking lot and I find
6 and I give it to him, but normal things, not
7 conversation.
8      Q.    When he moved out to a house,
9 right, why was his wife in the basement?
10      A.    Making laundry and she talking
11 with me.
12      Q.    She didn't live there anymore?
13      A.    No, she not live there anymore.
14      Q.    She came back to the building
15 to do her laundry?
16      A.    No, no, I talking before.
17      Q.    I'm talking after.
18      A.    After, I not see Marina no
19 more.  I see one or two times in the street,
20 "Hi, hi," and that's it.
21      Q.    How about Jose?
22      A.    I see Jose when he working
23 around the town but I don't have
24 conversation.
25      Q.    What work, as a police officer?

53

A. GOMEZ

1
2       A.    Yes.   The last time that I
3  talking with Jose that's in Sleepy Hollow
   High School at Stephanie's graduation.  He
   was there.  I remember.  When graduation
6  finished, he was there and he say hello to
7  me and that's it.  That's the last time I
8  talking with Jose.
9       Q.    How about Marina?
10      A.    Marina?
11      Q.    When she moved, did you see her
12  anymore?
13      A.    No.
14      Q.    Did you talk to her on the
15  phone?
16      A.    No, no.
17      Q.    After the Quinoy family moved,
18  after, did any of your daughters speak to
19  anybody in the Quinoy family?
20      A.    My daughter, Haydee, speak with
21  Jose.
22      Q.    How do you know that?
23      A.    Because she told me and I see
24  in the cell phone building and she told me
25  that she friends with Jose.

54

A. GOMEZ

1
2       Q.    When he did she first tell you
3  she was friends with Jose?
4       A.    I not remember.
5       Q.    What did you say to her when
6  she told you she was friends with Jose?
7       A.    That she saw Jose and she say
8  hello and she talking with Jose, but she not
9  explain why she was talking.  She only say
10  she saw Jose and that's it.
11      Q.    Did your daughter talk to Jose
12  on the telephone?
13      A.    That I know, yes, one-time but
14  I don't know -- my daughter is old.  I no
15  put attention about who call my daughter or
16  who my daughter call, you know.
17          MS. MARINELLI:  Just answer the
18          question.
19      A.    I don't know.
20      Q.    She did or you don't know?
21      A.    Maybe she did one-time, two
22  times.  I don't know how many but I don't
23  know too much about my daughter's friends.
24      Q.    Wait.  Either you don't know at
25  all or you know that they spoke once or you

55

A. GOMEZ

1
2  know they spoke twice; just tell me what it
3  is.
4       A.    Maybe they spoke one or two
5  times.
6       Q.    When you say maybe, does that
7  mean you know they spoke one or two times?
8       A.    Yes, one.
9       Q.    Why do you say maybe?
10      A.    I say maybe because I not
11  really know how many times, but they talk.
12      Q.    How do you know they talked on
13  the phone?
14      A.    Because she tell me, my
15  daughter tell me.
16      Q.    What did she say about her
17  talking to Jose on the phone?
18          MS. MARINELLI:  Just note my
19          objection.
20      A.    She say, "Oh, I talk with Jose.
21  I saw Jose," but Jose is a friend of mine
22  and my family.  I don't see nothing wrong
23  about that, you know.
24      Q.    Did your husband find out that
25  your daughter was talking to Jose?

56

A. GOMEZ

1
2       A.    My husband is not find out.
3          MS. MARINELLI:  Just answer the
4          question, Awilda.
5       A.    He know because somebody tell
6  Haydee talking with Jose but he not find
7  because he checking the bills or something
8  like that.
9          MR. SOKOLOFF:  Read that back.
10          (Whereupon, the reporter read
11          back the requested material.)
12      Q.    Somebody told your husband that
13  Haydee was talking to Jose?
14      A.    Yes.
15      Q.    How do you know that?
16      A.    He tell me.
17      Q.    He is your husband?
18      A.    Yes.
19      Q.    What did he say?
20      A.    He say, "Oh, you know Haydee is
21  friends with Jose?  They talking," and I
22  say, "Yeah, she told me," and that's it.
23  The conversation was finished.
24      Q.    Who did your husband say told
25  him?

57

A. GOMEZ

1
2      A.    I don't know.  He not say.
3      Q.    Did your husband ever talk to
Haydee about her being friends with Jose?
            MS. MARINELLI:  Just note my
6      objection.
7      A.    Not from me.
8      Q.    Did you ever find out about it
9  afterwards?
10            MS. MARINELLI:  Objection.
11      A.    Did I find -- that's what
12  happened on October 17th.  That's what I
13  know they friends.  I don't know nothing
14  about that and I don't know Mario know
15  nothing.  I don't know.
16      Q.    Your husband Mario was a New
17  York City corrections officer?
18      A.    Yes.
19      Q.    When did he become a
20  corrections officer?
21      A.    He started July 14th -- I'm not
22  sure 14th-- I think -- June or July 27th,
23  1984 he started.
24      Q.    Where did he work, Riker's
25  Island?

58

A. GOMEZ

1
2      A.    He working at Riker's and
3  working in the Bronx in supreme court.
4      Q.    How tall is your husband?
5      A.    Five ten.
6      Q.    In October of 2006, how much
7  did he weigh?
8      A.    In 2006, a hundred something, a
9  hundred sixty something.
10      Q.    How old was he in October 2006?
11      A.    Forty-nine.
12      Q.    In October 2006, was he still a
13  corrections officer?
14      A.    No.
15      Q.    What happened?
16      A.    He retired.
17            MS. MARINELLI:  Objection.
18      Q.    When did he retire?
19            MS. MARINELLI:  Objection.
20      A.    2002, something like that,
21  2001.  I not remember.
22      Q.    Did he put in twenty years on
23  the job?
24            MS. MARINELLI:  Just objection.
25      A.    I don't -- I not remember.  I

59

A. GOMEZ

1
2  don't know how many he made.  He not do
3  twenty years.
4      Q.    He didn't do twenty years?
5      A.    No, no -- I don't know about
6  that, let me tell you the truth.
7      Q.    So, he didn't get a pension?
8      A.    Yeah, he have a pension.
9      Q.    Was it a disability pension?
10            MS. MARINELLI:  Just objection.
11      A.    Yeah, he have disability
12  pension.
13      Q.    Did he have any kind of an
14  injury?
15      A.    He have a problem in the liver.
16  Something happened when he worked in B5 and
17  somebody hit in the liver and he have
18  damage, something like that.
19      Q.    He got hit in the liver?
20      A.    Yes, and he have problem in the
21  liver, too.
22      Q.    Was he sick?
23      A.    Now, no.
24      Q.    No, is that why he retired
25  because he got sick?

60

A. GOMEZ

1
2            MS. MARINELLI:  Just objection.
3      A.    Yes.
4      Q.    What kind of sickness did he
5  have?
6            MS. MARINELLI:  Just objection.
7      A.    Well, he have problem in the
8  liver.  That's what I know.
9      Q.    How do you know he had a
10  problem in the liver?
11      A.    The papers with the doctor and
12  that's what he told me that he have a
13  problem with the liver.
14      Q.    When did he tell you that?
15      A.    When he went to the doctor.
16      Q.    When was that?
17            MS. MARINELLI:  Just objection.
18      A.    In 2000 something, like that.
19      Q.    Did he go to the doctor because
20  he wasn't feeling well?
21      A.    Yes.
22            MS. MARINELLI:  Again,
23  objection to this whole line of
24  questioning.
25      Q.    Did your husband have

61

A. GOMEZ

1
2 Hepatitis-C?
3       A.   Yes.
4       Q.   When did he find out about
  that?
6       A.   Good question.  I don't know.
7       Q.   When did he tell you?
8       A.   I find it --
9            MS. MARINELLI:   Just when did
10 he tell you, do you know?
11      A.   I don't know.  I no remember.
12      Q.   As far as you know, did your
13 husband have psychological problems?
14           MS. MARINELLI:   Objection.
15      A.   I not say psychological.  He
16 have problem where he find he is Hepatitis,
17 you know, like somebody say he have seizure.
18 He coming down, he feel bad or whole
19 situation.  He feel at the age he want to
20 continue to work and he feel depressed, he
21 feel like that because before he never have
22 a problem with psychological problem.  He
23 never went psychiatric.  He never went on
24 medication.  Everything happen at the time
25 he have to get out with the department and

62

A. GOMEZ

1
2 now he's fine.  The years that I live with
3 him he's depressed for the situation, not
4 because he's crazy or something like that.
5       Q.   Depressed because he was sick?
6       A.   Depressed because the type of
7 sick that he have.
8       Q.   Did your husband carry a gun?
9       A.   No.
10      Q.   When he was a corrections
11 officer, did he carry a gun?
12      A.   Yes.
13      Q.   Did he stop carrying a gun?
14      A.   Yes.
15      Q.   When did he stop carrying a
16 gun?
17      A.   When he sick.
18      Q.   Why did he stop carrying a gun,
19 if you know?
20           MS. MARINELLI:   Just objection.
21      A.   He didn't feel well and
22 department coming and take it.
23      Q.   The department took his gun?
24      A.   Yes, for, you know, he's
25 depressed.  Maybe they do it for protect

63

A. GOMEZ

1
2 him, something like that, but they take it
3 and I never listen anything about that.  I
4 never call, I never ask for the gun back.
5 He no want to anyway.
6       Q.   Did he visit with a corrections
7 department psychiatrist?
8            MS. MARINELLI:   Just objection.
9       A.   No, he have interview with
10 corrections department psychiatrist but he
11 not visit.
12      Q.   He had an interview with the
13 corrections department psychiatrist?
14      A.   When he sick.
15      Q.   How do you know he had an
16 interview with the corrections department
17 psychiatrist?
18      A.   I give the ride.
19      Q.   You gave him a ride?
20      A.   Yes, the department do
21 evaluation.
22      Q.   They did a psychological
23 evaluation on him?
24           MS. MARINELLI:   Note my
25      objection.

64

A. GOMEZ

1
2       A.   Not evaluation.  They talking
3 with somebody.  They want to see everything
4 around him before they terminate, put out
5 the department with disable because they
6 continue to pay and they want to be sure
7 everything, you know, that everything
8 affecting him and they want to be sure what
9 is really that they have.  That's when they
10 do it but they do it one-time.  I bring
11 there, he talk with somebody and he come
12 home with me.
13      Q.   Did you take him to Leprac
14 (ph.)  City in Queens?
15      A.   Excuse me?
16      Q.   When you went down to the
17 corrections department, was that in Queens?
18      A.   No.
19      Q.   Where was it?
20      A.   To see the doctor, I saw the
21 doctor in Manhattan.
22      Q.   Did you talk to the doctor?
23      A.   Yes.
24      Q.   And he asked you questions
25 about Mario?

65

A. GOMEZ

2    A.    Yes.
3    Q.    And you told him things?
     A.    Yes.
5    Q.    Did anybody else at the
6 corrections department talk to you about
7 Mario?
8    A.    Not really.
9    Q.    What was the name of the doctor
10 that you spoke to?
11    A.    I don't know.  I don't know the
12 lady doctor.
13    Q.    Did you ever find out how your
14 husband got Hepatitis-C?
15        MS. MARINELLI:  Just objection.
16    A.    That, I think I remember they
17 have big fight in the corrections department
18 and they come in gloves, all the place.
19 Before they not use gloves.  They not use
20 nothing.  That's where I think they find it
21 because the way they find it is for drug or
22 something like that.  He never use drug.
23 Nobody in my house have it, only him.
24 That's what I think happened with him.
25 That's where they give disabled that they

66

A. GOMEZ

2 give you because they find maybe or he
3 taking the job where he working.
4    Q.    Would you say that your husband
5 had a bad temper?
6    A.    No.
7        MS. MARINELLI:  Objection.
8    A.    I not say.
9    Q.    Did you ever see him get
10 violent at all?
11    A.    No, not bad temper.
12    Q.    Did you have a 40th birthday
13 party for your husband?
14    A.    Yes.
15    Q.    When was that?
16    A.    He's fifty; ten years ago.
17    Q.    Where was it?
18    A.    In Hilton Hotel in Tarrytown.
19    Q.    How many people were there?
20    A.    Sixty, sixty-five.
21    Q.    Was it a surprise party?
22    A.    What?
23    Q.    Surprise party?
24    A.    Surprise, but he find the day
25 before.  It supposed to be a surprise but he

67

A. GOMEZ

2 know that day.
3    Q.    You invited all the people?
4    A.    Yes.  I do everything.  I
5 invite all the people.  I rent the -- I do
6 everything.
7    Q.    Did you invite Jose Quinoy?
8    A.    Yes.
9    Q.    Why?
10    A.    At the time he's very close
11 with me.  He's my friend and I invite him.
12    Q.    He was very close with you?
13    A.    Oh, yes.  I visit his house, he
14 visit my house at the time.
15    Q.    Do you have any pictures or
16 videos from that party?
17    A.    Yes.
18    Q.    Do you remember if Jose got
19 your husband a gift?
20    A.    Yes.
21    Q.    What did he get him?
22    A.    A jacket.
23    Q.    A jacket?
24    A.    Yes, Navy blue jacket for
25 raining, water proof.

68

A. GOMEZ

2    Q.    Was Jose' whole family there?
3    A.    No, Jose, his wife.
4    Q.    After Jose moved out of the
5 building, did you ever see your daughter
6 Haydee talking to Jose?
7    A.    No.
8    Q.    Did your husband ever tell you
9 that he saw Jose talking to Haydee?
10    A.    Yes.
11        MS. MARINELLI:  Just objection.
12    Q.    What did your husband say about
13 that?
14        MS. MARINELLI:  Objection.
15    A.    He tell me that he saw Haydee
16 talking with Jose, nothing special, nothing
17 -- "Oh, I saw Haydee talking to Jose."  I no
18 remember for what reason and they talking
19 and Mario leave; normal things.
20    Q.    He saw them talking on the
21 street?
22    A.    I think in the street, yes.  I
23 not remember -- yeah, I think in the street.
24    Q.    Did he say where he saw them?
25    A.    No.  He no made a big deal

69

A. GOMEZ

2 about that; simple conversation.
3     Q.  Did anybody tell you that
Haydee and Jose were dating?
     A.  No.
6     Q.  Did anybody tell your husband
7 that you're aware of that Haydee and Jose
8 were dating?
9     MS. MARINELLI:  Just objection
10 and I'm going to ask her not to
11 answer that.  You're constantly
12 asking her about Mario and what he
13 knows.  I'm going to object and this
14 is about her and related to qualified
15 immunity so I'm going to object and
16 direct her not to answer that.
17     MR. SOKOLOFF:  You're directing
18 her not to answer?
19     MS. MARINELLI:  Yes.
20     MR. SOKOLOFF:  Are you
21 asserting a privilege?
22     MS. MARINELLI:  I don't have to
23 assert a privilege.  You're way
24 beyond the scope of what this
25 deposition is supposed to be.  If you

70

A. GOMEZ

2 want to call the court, you can.  I
3 allowed a lot of leeway about the
4 corrections officer and corrections
5 department which has nothing to do
6 with qualified immunity.
7     MR. SOKOLOFF:  What do you
8 think qualified immunity is
9 restricted to?
10     MS. MARINELLI:  To her, her
11 actions with --
12     MR. SOKOLOFF:  It's one
13 incident with her and her husband.
14     MS. MARINELLI:  No, it's with
15 her and Jose Quinoy.
16     MR. SOKOLOFF:  We'll call the
17 court.
18     MS. MARINELLI:  I think maybe
19 we should because you already deposed
20 Mario Gomez.  I think you're trying
21 to use this deposition to knock out
22 that case and I object.
23     MR. SOKOLOFF:  All right, let's
24 call the court.
25     MS. MARINELLI:  I don't

71

A. GOMEZ

2 understand what it has to do who told
3 her husband about dating.  I think we
4 probably should.
5     Who is the magistrate?
6     MR. SOKOLOFF:  I don't know.
7     MS. MARINELLI:  Was this given
8 to a magistrate?
9     MR. SOKOLOFF:  I don't know.
10 The Complaint says it's Judge Bryant.
11     MS. MARINELLI:  Right, it does
12 and I know there was an appearance
13 before Judge Bryant.  I don't know if
14 he -- I know Judge Bryant has been
15 referring his cases.
16     MR. SOKOLOFF:  What's that?
17     MS. MARINELLI:  I know he's
18 been referring his cases to
19 magistrates.
20     MR. SOKOLOFF:  He's ill, right?
21     MS. MARINELLI:  Off the record.
22     (Whereupon, a discussion was
23 held off the record.)
24     MR. SOKOLOFF:  Read back the
25 question.

72

A. GOMEZ

2     (Whereupon, the reporter read
3 back the requested material.)
4     MS. MARINELLI:  Over objection.
5 I'll let you answer it.  If it
6 continues, we'll have to call Judge
7 Bryant.
8     Do you remember the question,
9 Awilda?
10     THE WITNESS:  Repeat again.
11     MR. SOKOLOFF:  She'll repeat
12 it.
13     (Whereupon, the reporter read
14 back the requested material.)
15     A.  What you want to know before
16 the incident, after the incident?
17     MS. MARINELLI:  Before the
18 incident he's talking about.
19     A.  No, he not say anything to me
20 about that.
21     Q.  Something happened on that --
22 after the incident?
23     A.  No.
24     Q.  Did anybody tell you that
25 Quinoy was bragging that your daughter was

73

A. GOMEZ

```
 1
 2  paying for drinks and food for him in a
 3  restaurant or a bar.
 4      A.   No, nobody told me.
 5      Q.   Did your husband tell you that
 6  anybody told him that?
 7      A.   No.
 8      Q.   Do you know somebody named Joe
 9  Cotaral, C-O-T-A-R-A-L of the Sleepy Hollow
10  Police Department?
11      A.   Do I know him?
12      Q.   Do you know who he is?
13      A.   Yes.
14      Q.   Who is he?
15      A.   A policeman in Sleepy Hollow,
16  one of Mario's friends but he have no
17  connection with me.
18      Q.   He's one of your husband's
19  friends?
20      A.   Yeah.
21      Q.   How do you know that?
22      A.   They grow up together.  I see
23  pictures together in their house but I don't
24  know anything about him and -- between him
25  and Mario.  I don't know nothing about that.
```

74

A. GOMEZ

```
 1
 2      Q.   He grew up with your husband in
 3  Cuba?
 4      A.   No, here.  That's only what I
 5  know.
 6      Q.   You saw pictures of your
 7  husband with Joe Cotaral?
 8      A.   Yes, when they was little.
 9      Q.   Where did you see those
10  pictures?
11      A.   In Mario's mother's house.
12      Q.   How did you know that was Joe
13  Cotaral of the Sleepy Hollow Police
14  Department?
15      A.   How did I know him?
16      Q.   How did you know the kid in the
17  picture was Joe Cotaral of the Sleepy Hollow
18  Police Department?
19           MS. MARINELLI:  Objection.
20      A.   They friends with him.  I see
21  in the album and I say, "Oh, who is that,
22  who is that?"  That's the only way, you
23  know.
24      Q.   Did you ever speak to him?
25      A.   With Jose?
```

75

A. GOMEZ

```
 1
 2      Q.   No, Joe Cotaral?
 3      A.   Speak what?
 4      Q.   Ever talk to him?
 5           MS. MARINELLI:  Just ever?
 6           MR. SOKOLOFF:  Yes.
 7      A.   Oh, yeah, "Hi, how are you?"
 8  That's it, not close friends or something
 9  like that.  He's not my friend.
10      Q.   Did he ever talk to your
11  husband about Haydee and Jose Quinoy?
12      A.   I don't know about that.
13      Q.   Your husband never told you?
14      A.   No, no.
15      Q.   Did your husband Mario ever
16  talk to Haydee about her being friends with
17  Quinoy?
18      A.   I don't know.
19           MS. MARINELLI:  Just answer the
20  question.
21      A.   I don't know.  No, I don't
22  know.
23      Q.   You don't know or no, he
24  didn't?
25      A.   No, I don't know they have
```

76

A. GOMEZ

```
 1
 2  conversation about that.  I don't know
 3  nothing about that.
 4      Q.   Neither one of them, your
 5  husband didn't tell you that they spoke and
 6  your daughter didn't tell you that they
 7  spoke?
 8      A.   No, no.
 9      Q.   October 17th, 2006 was a
10  Tuesday; right?
11      A.   Yes.
12      Q.   And you were home?
13      A.   I went in my friend's house in
14  the building.
15      Q.   What friend?
16      A.   Yolanda.
17      Q.   What is Yolanda's last name?
18      A.   Ania, A-N-I-A.
19      Q.   What time did you go to
20  Yolanda's house?
21      A.   8:00, 8:30.
22      Q.   In the morning?
23      A.   In the night.
24      Q.   You were home during the day?
25      A.   Me?
```

77

A. GOMEZ

1
2    Q.    Yes.
3    A.    Yes, yes.
     Q.    Was your husband home, Mario?
     A.    Yes.
6    Q.    He was in the house all day?
7    A.    Yes, with me.
8    Q.    When you were at Yolanda's
9    house on October 17th, 2006, did you get a
10   phone call from your husband, Mario?
11   A.    Yes.
12   Q.    Did he call you -- what phone
13   did he call you on?
14   A.    He call me to my cell phone.
15   Q.    What is your cell phone number?
16   A.    At the time I change.
17   Q.    Do you remember what your phone
18   number was at the time?
19   A.    No, I never know my phone
20   number.
21   Q.    What did your husband say on
22   the phone when he called you?
23   A.    He call me and he say he
24   watched the game, the Mets, that's the World
25   Series and he say Jose Quinoy call me and he

78

A. GOMEZ

1
2    leave message that he want to talk to me.  I
3    don't know what he want to talk to me and I
4    say to him because when he watch TV he no
5    take the phone.  I say, "Oh, he call you
6    again take the phone and see where he went.
7    He call again and you take the phone."
8    Q.    Your husband was watching the
9    ball game; right?
10   A.    Yes, the World Series.
11   Q.    The Mets weren't in the World
12   Series in 2006, believe me.
13   A.    The Mets.
14   Q.    Not in 2006.
15   A.    Oh, he see the playoffs,
16   something.  I know he saw the game, the
17   baseball.  I'm not too interested about
18   that.
19   Q.    Your husband said he got a
20   phone message from Quinoy?
21   A.    Yes.
22   Q.    Did he get the phone message on
23   his home phone or on his cell phone?
24   A.    Cell phone.
25   Q.    Do you know how Jose Quinoy had

79

A. GOMEZ

1
2    your husband's cell phone number?
3    A.    I don't know.
4    Q.    Did he tell you what the
5    message said?
6    A.    He want to talk.  He give the
7    phone number and call me back.
8    Q.    Your husband called you because
9    he got a message from Jose?
10   MS. MARINELLI:  Well,
11   objection.  That's what she told you.
12   He called her.
13   What is your question?
14   Q.    Your husband, when your husband
15   spoke to you on the phone, he told you he
16   got a phone message from Quinoy?
17   MS. MARINELLI:  Just objection.
18   You can answer.
19   A.    Yes.
20   Q.    All the message said was that
21   he wanted to talk to him?
22   MS. MARINELLI:  Just objection.
23   A.    Yes.
24   Q.    What did you tell your husband?
25   A.    He not take the phone when he

80

A. GOMEZ

1
2    watch TV.  I said, "Well, he call you again
3    take the phone and see what he want" because
4    I don't know what he wants.  He don't know
5    what he wants and he call again.
6    MS. MARINELLI:  Just answer the
7    question.
8    Q.    When you say he called again,
9    was Jose's second call after your husband
10   called you?
11   A.    Yes.
12   Q.    So, your husband called you
13   twice?
14   A.    No, only one-time.
15   Q.    Well --
16   A.    He received --
17   MS. MARINELLI:  There is no
18   question, Awilda.
19   Just try to listen to his
20   questions, okay.
21   Q.    What time did your husband call
22   you when you were at Yolanda's house?
23   A.    Around 9:00.
24   Q.    How long did you stay at
25   Yolanda's house?

81

A. GOMEZ

1
2    A.    Half hour; 9:00, 9:30, 10:00,
3    around -- forty-five minutes, one hour I
4    stay there.
5        Q.    Was anybody home with your
6    husband when he was watching the game and
7    Jose Quinoy left him a message on his cell
8    phone?
9    A.    Yes.
10    Q.    Who was home with him?
11    A.    Bridgette.
12    Q.    Where was Haydee?
13    A.    I no remember.  Maybe she out.
14    I don't --
15        MS. MARINELLI:  Do you know?
16    A.    In her cousin house, Jenny,
17    yeah.
18    Q.    Did Mario ever play for you
19    that message that Jose Quinoy left on his
20    cell phone?
21    A.    He call me -- he surprised,
22    yes.
23        MS. MARINELLI:  No, no, listen
24        to his question.
25        Could you just ask the question

82

A. GOMEZ

1
2    again?
3    Q.    Did Mario ever let you listen
4    to the phone message that Jose Quinoy left
5    on his cell phone?
6    A.    Yes.
7    Q.    When did he do that?
8    A.    Let me see.  I think a week
9    before the incident happen.  That's what I
10    listen to the message.
11    Q.    How could it be a week before?
12    A.    Because they broke Mario's cell
13    phone.  When I replay the cell phone, that's
14    when I listen to the message.
15        MS. MARINELLI:  So, it was
16        after?
17        THE WITNESS:  After.
18        MS. MARINELLI:  You're getting
19        confused with before and after again.
20        He wants to know when you
21        listened to the message on the cell
22        phone.
23    A.    After the incident, a couple
24    days.
25    Q.    So, you heard Jose's voice?

83

A. GOMEZ

1
2    A.    Yes.
3    Q.    Tell me what you heard Jose
4    saying on Mario's cell phone.
5    A.    "Hi, Mario.  It's Jose Quinoy.
6    I want to talk to you," something like that
7    he say.  And "I call you because I want to
8    talk to you.  Call me," and he leave the
9    phone number.
10    Q.    Was Jose's voice calm?
11    A.    Yes.
12    Q.    Go back to October 17th about
13    9:30 or 10:00.
14        You came back to your apartment;
15    right?
16        MS. MARINELLI:  Objection.
17    A.    Not really to my apartment.
18    Q.    Well, when you were at
19    Yolanda's house, did you get a second phone
20    call from your husband?
21    A.    I no have a second phone call
22    from my husband, only one.
23    Q.    When you left Yolanda's house,
24    where did you go?
25    A.    I go into the parking lot.

84

A. GOMEZ

1
2    Q.    Why didn't you go home?
3    A.    Because Bridgette called me and
4    tell me Jose Quinoy called my father and he
5    told my father go to the police department
6    and my father go there.
7    Q.    Did Bridgette go with him?
8    A.    No.
9    Q.    Why did you go over there?
10    A.    I go because it's something
11    about my daughter and see what happened.
12    Q.    How do you know it was about
13    your daughter?
14    A.    Bridgette tell me.
15    Q.    What did Bridgette say about
16    your daughter?
17    A.    No, he say something happened
18    with Haydee.  Jose call my father, something
19    happened with Haydee.  Jose tell my father
20    come to see.  She don't know what he say.  I
21    said, "What happened?"  She say, "Daddy
22    talking fine but Jose say something and
23    daddy dress and go see him," and I go out
24    and see what happened because I don't know
25    what happened at the time.

85

A. GOMEZ

1
2    Q.    That was about 9:30 or 10:00
3    that Bridgette called you?
4         A.    I'd say around 10:00, something
5    like that.
6         Q.    Bridgette also called you on
7    your cell phone?
8         A.    Yes.
9         Q.    Did Haydee have a cell phone?
10        A.    Yes.
11        Q.    Did you call her?
12        A.    No.
13        Q.    Did your husband, in that phone
14   conversation, tell Quinoy that he did not
15   want him to go out with Haydee?
16             MS. MARINELLI:  Just objection.
17        A.    I'm not home at the time.  I
18   don't know what they talk.
19        Q.    Well, did either Bridgette or
20   your husband tell you that he said that in
21   the conversation?
22             MS. MARINELLI:  Just note my
23        objection.
24        A.    Bridgette tell me but not
25   Mario.

86

A. GOMEZ

1
2    Q.    Bridgette told you that Mario
3    said that he did not want Quinoy going out
4    with Haydee; is that right?
5             MS. MARINELLI:  Just note my
6        objection.  She didn't say that.
7        A.    She say, "Something happen with
8    Haydee and Quinoy and daddy and Quinoy told
9    my daddy come to see me in the police
10   department."  That's what Bridgette told me.
11        Q.    That wasn't my question.
12        A.    Well --
13        Q.    It's yes or no.
14        Did Bridgette tell you that Mario on
15   the phone told Quinoy that he did not want
16   Quinoy to go out with Haydee?
17        A.    No.
18        Q.    Did Quinoy ever help Haydee out
19   with any tickets?
20        A.    Yes, he take Haydee out of the
21   tickets.
22        Q.    How do you know about that?
23        A.    Haydee tell me one-time, "Oh, I
24   have a ticket.  He take out."
25        Q.    What kind of ticket did she

87

A. GOMEZ

1
2    get?
3         A.    I don't know.
4         Q.    When did Haydee tell you that
5    Quinoy got her out of tickets?
6         A.    Long time ago.  I not remember.
7         Q.    Do you know somebody at the
8    Sleepy Hollow Police Department named
9    Lieutenant Hayes?
10        A.    Me?
11        Q.    Yes.
12        A.    No.
13        Q.    Have you ever heard of a
14   Lieutenant Hayes?
15        A.    No.
16        Q.    How far was your apartment
17   building from the Sleepy Hollow Police
18   Department?
19        A.    Say two or three blocks.
20        Q.    When Bridgette called you, did
21   she tell you that Mario had already left?
22        A.    Yeah, he go down.
23        Q.    He was gone.
24        When she was speaking to you, he was
25   already gone?

88

A. GOMEZ

1
2        A.    Yes, he go out of the apartment
3    and yes.
4         Q.    He wasn't getting dressed when
5    she was talking to you, he was already gone?
6             MS. MARINELLI:  Well,
7        objection; if you know.
8         A.    When she call me, she called me
9    because he dress and he go out.  That's when
10   I follow him.
11        Q.    Well, did you see him leave the
12   building?
13        A.    Yes, in the parking lot.
14        Q.    You saw him in the parking lot?
15        A.    Yes.
16        Q.    Did you talk to him in the
17   parking lot?
18        A.    No.
19        Q.    Why not?
20        A.    He's in her car and I went in
21   my car.
22        Q.    He's in whose car?
23        A.    Mario's car.  Mario drive her
24   car and I go into my car.
25        Q.    When you say her, her is a

89

A. GOMEZ

1
2 woman.
3      A.   Oh, in his car, yeah.
           MS. MARINELLI:  Note my
       objection.
6      Q.   Did Mario see you?
7      A.   I don't know.
8      Q.   What kind of car did Mario
9 have?
10     A.   Yukon, GMC.
11     Q.   And that was his car?
12     A.   Yes.
13     Q.   And you got into a different
14 car?
15     A.   Yes.
16     Q.   Whose car did you get into?
17     A.   My car.
18     Q.   What kind of car was that?
19     A.   Envoy, GMC.
20     Q.   Mario left the parking lot
21 first?
22     A.   Yes.
23     Q.   You were behind him?
24     A.   Yes.
25     Q.   Right behind him?

90

A. GOMEZ

1
2      A.   Right behind him.
3      Q.   How fast was he going?
4      A.   Very close.
5      Q.   No, how fast was he going?
6      A.   Five miles; normally.  He go
7 normally.  He not going fast.
8      Q.   How was he dressed?
9      A.   Sweat pants, boots and sweater;
10 wintertime.
11     Q.   Was wintertime?
12     A.   Chilly that day.  Yeah, he have
13 sweat pants, sweater and boots.
14     Q.   Boots?
15     A.   Yes, because a little raining,
16 frosty that day, yeah.
17     Q.   And he wore a jacket?
18     A.   I not remember.  I not remember
19 he have a jacket.
20     Q.   When your husband got to the
21 Sleepy Hollow Police Department, what did he
22 do?
23     A.   He park the car in the correct
24 space.
25     Q.   And did you go into the parking

91

A. GOMEZ

1
2 lot for the police department?
3      A.   No, I'm in the middle of the
4 street because I no -- I behind him.  He
5 take the park here.  I no find the parking.
6 I'm in the middle of the street.
7      Q.   Why didn't you park your car?
8      A.   I no park my car.  I stay in
9 the middle of the street.
10     Q.   Why?
11     A.   Why, because Jose and another
12 policeman coming and start scream, "Mario,
13 it's police.  It's arrest."  I get out of my
14 car and Mario get out of car and Jose come
15 with handcuff on the left hand and try to
16 hit Mario like that (indicating) and Mario
17 go down (indicating) and that's when all
18 three come together.  That's what I saw.
19     Q.   Was it raining?
20     A.   Not really raining, little --
21 when it's very not raining.
22     Q.   A mist?
23     A.   Yes, when it's not snow, not
24 raining.
25     Q.   A mist?

92

A. GOMEZ

1
2      A.   Yes, not too much, very light.
3      Q.   Was it light outside or dark
4 outside?
5      A.   Dark.  They only have the
6 lights street and my car, because my car is
7 in the middle there.
8      Q.   Can you describe the parking
9 lot for the police department?
10     A.   It's not happen in the parking
11 lot.  It happen in the street.
12     Q.   But your husband parked in the
13 parking lot?
14     A.   No, he pull up in the parking,
15 normally parking or correct parking in the
16 street.
17     Q.   Was there a spot for you to
18 park in?
19     A.   No.  I stopped behind Mario.
20 He parking.  Jose coming.  I get out of the
21 car and everything started.  I don't have
22 time to look around looking for parking.  I
23 get out of the car as soon as I see Jose
24 coming out of the police department.
25     Q.   Did your husband park his car?

93

A. GOMEZ

1
2     A.    Yes.
3     Q.    He turned it off?
      A.    I not remember.  I not remember
_  but he parked the car.
6     Q.    You pulled up right behind your
7  husband?
8     A.    Yes.
9     Q.    Was anybody outside?
10    A.    At the moment I not see nobody.
11 I didn't focus what happened here.  At the
12 moment, I no see nobody.
13    Q.    You don't know if anybody was
14 outside when your husband pulled up?
15    A.    No, only Quinoy and police
16 coming.
17    Q.    You saw Quinoy?
18    A.    Yes, and other officer.
19    Q.    Did you see him come outside?
20    A.    Yes, he's coming outside the
21 department.  He wait for Mario outside, wait
22 outside running like this (indicating.)
23 Mario parking the car, get out of the car,
24 Jose run to Mario.
2⁵   Q.    Now, you don't know what your

94

A. GOMEZ

1
2  husband said to Quinoy on the telephone
3  before he drove to the police station;
4  right?
5           MS. MARINELLI:  Objection; if
6      he said anything.
7     A.    I don't know.
8     Q.    You don't know whether he said
9  something or didn't say something?
10    A.    I don't know nothing.
11    Q.    You don't know if he threatened
12 Quinoy on the telephone or not, you don't
13 know?
14          MS. MARINELLI:  Objection.
15    A.    I'm not home.
16          MS. MARINELLI:  If you can just
17     lower your voice a little.
18          MR. SOKOLOFF:  Sorry.
19          MS. MARINELLI:  I know you're
20     getting excited.  It's okay.
21    Q.    Do you know an Officer Gasker?
22    A.    I don't know Officer Gasker.
23    Q.    Was Quinoy the only one
24 outside?
25    A.    Gasker, but I don't know him at

95

A. GOMEZ

1
2  the time.
3     Q.    Now you're saying Gasker was
4  outside?
5     A.    Yes.  What I say, I know now
6  the name is Gasker but at the moment I know
7  another office.
8     Q.    Was anybody outside besides
9  Quinoy and Gasker?
10    A.    Ebel.  At the time I see three
11 office.
12    Q.    How far away from your husband
13 were they when you first saw them?
14    A.    Five feet, maybe here to here
15 (indicating.)  When I saw him five feet
16 coming out, he running like police do and
17 running to Mario.
18    Q.    When they did that, Mario was
19 out of the car?
20    A.    Yes.
21    Q.    Did you have your windows
22 rolled up or rolled down?
23    A.    No, my windows closed but I get
24 out soon as Mario park and I see Jose and I
25 park the car.

96

A. GOMEZ

1
2     Q.    You left your car in the middle
3  of the street?
4     A.    I leave it in the middle of the
5  street.
6     Q.    You left your car running?
7     A.    Yes.
8     Q.    You left your lights on?
9     A.    Yes.
10    Q.    Did you have windshield wipers
11 on?
12    A.    Yes, because it's automatic
13 when it's raining or something.  They
14 sensible, they move.
15    Q.    Did you hear anybody say
16 anything?
17    A.    I listen what Jose Quinoy say.
18 He say, "It's police.  I got to arrest you,"
19 and he come to Mario and I see when he have
20 the handcuff in the right hand and he tried
21 to do like this (indicating) to Mario's
22 head.  Mario get down and that's when
23 everything started.
24    Q.    Did anybody tell your husband
25 to put his hands up?

97

A. GOMEZ

2    A.    No.
3    Q.    You didn't hear that?
     A.    No.
     Q.    What did Quinoy do with the
6  handcuffs?
7    A.    Tried to hit him in the head
8  like this (indicating) and he go down
9  (indicating.)
10    Q.    Quinoy was holding the
11  handcuffs?
12    A.    In the left hand.
13    Q.    How was he holding it?
14    A.    I think these two (indicating)
15  and he hold one.
16    Q.    And he swung at your husband?
17    A.    Yes.
18    Q.    Were any other officers nearby
19  when he swung the handcuffs?
20    A.    Yeah, the two officers was
21  there.
22    Q.    Did he hit either one of them
23  with the handcuffs?
24    MS. MARINELLI:  You mean the
25    police officers?

98

A. GOMEZ

2    MR. SOKOLOFF:  Yes.
3    MS. MARINELLI:  Just objection.
4  You can answer.
5    A.    What did you say?
6    Q.    When he swung the handcuffs,
7  did the handcuffs hit anybody?
8    A.    I don't know.
9    Q.    What happened next?
10    A.    They holding Mario, Mario hold
11  Jose and Jose made order to give
12  electricity.
13    MR. SOKOLOFF:  Can you read
14    back the last answer?
15    (Whereupon, the reporter read
16    back the requested material.)
17    Q.    What do you mean Mario held
18  Jose?
19    A.    When he do like this
20  (indicating) Mario going down (indicating)
21  and Jose jump with Mario, Mario hold here
22  (indicating) like a hug here (indicating.)
23  I think maybe he tried to protect, you know,
24  he hold Jose.
25    Q.    You just made some motions but

99

A. GOMEZ

2  can you describe in words what you just did?
3    A.    When Jose tried to hit Mario, I
4  don't know, he hit in the hair and Mario go
5  down, Jose more close with Mario and Mario
6  hold Jose like hugging her body, and that's
7  it.
8    Q.    Mario held Jose around his
9  body?
10    A.    Yeah, he hold it.
11    Q.    Did Mario hit anybody?
12    A.    No.
13    Q.    Did he punch anybody?
14    A.    No.
15    Q.    How close were you when Mario
16  was holding Jose around his body?
17    A.    Three feet; very close.
18    Q.    Did you say anything to
19  anybody?
20    A.    I say, "Stop it, stop."  I run
21  and go in the department and ask for help.
22    Q.    So, you saw what was happening
23  and then you ran away from it into the
24  police station?
25    MS. MARINELLI:  Objection.  She

100

A. GOMEZ

2    didn't run away.  She ran into the
3    police department.
4    MR. SOKOLOFF:  That's what I
5    mean, ran away from the scene.
6    Q.    Am I right?
7    A.    Yes.
8    Q.    How long were you actually
9  there watching what was happening before you
10  went into the police station?
11    A.    Five minutes -- when he made
12  order to test him and give electricity,
13  that's when I run for help, about maybe
14  five, ten minutes.  I don't know.
15    Q.    You were there for five, ten
16  minutes?
17    A.    I'm not sure.  At the moment
18  you don't think nothing, you only see.  It's
19  very hard for me that I see at the moment.
20    Q.    Tell me everything you saw
21  before you went into the police station.
22    A.    When they made order to give
23  Mario testing or electricity, the police
24  holding Mario, Jose holding Mario, they put
25  the handcuffs, he's on the floor and I see

101

A. GOMEZ

1
2 this and I stay, "Stop it, stop it" and I
3 scream, "Help, help" I go inside the police
· department and I ask for help. I didn't
   stay too long because I talk with Hayes. I
6 said, "Please help. Come on, let's go" and
7 he look at me. He not say anything to me.
8 I running out and I scream for help and help
9 and help and see everything what they do to
10 Mario. Mario was handcuffed. They kicked
11 Mario's hair. They put more electricity and
12 Mario, when he handcuffed on the floor, they
13 continue to kick. I so nervous. I hold
14 Jose, not policeman, my friend like this and
15 I say, "Stop it, stop it. What are you
16 doing? He's on the floor." He hold me from
17 my jacket and he threw me, threw me to car
18 and on the floor.
19     Q.  He threw you on the floor?
20     A.  Yes. He hold me like this
21 (indicating) and he threw me very hard to my
22 car. I bump to my car and go down on the
23 floor.
24     Q.  When Quinoy was fighting with
25 your husband, you grabbed onto Quinoy's

102

A. GOMEZ

1
2 shirt?
3     A.  I touch like this, (indicating)
4 "Jose, stop it," because he's on the floor.
5 One policeman have the knee on Mario's neck
6 and Jose kicked Mario in her head on top of
7 the hair and that's when I say, "Jose, Jose,
8 stop it, stop it. What are you doing? He's
9 on the floor." Mario tried to say
10 identification corrections department and
11 Ebel, he said, "Oh, this is not fucking New
12 York City Police Department, this is Sleepy
13 Hollow," and they continue to hit him.
14 That's when I touch Jose here (indicating)
15 because he have black, long sleeve shirt and
16 I hold him from the shirt and I say, "Jose,
17 Jose, stop it. What are you doing? He's on
18 the floor. He not do nothing," and he held
19 me from my jacket. I have a jacket and he
20 threw me between my car and the floor very
21 hard; strong man. He's a strong man.
22     Q.  Is your husband a strong man?
23     A.  No, Jose. My husband not do
24 it, Jose do it.
25     Q.  Is your husband a strong man?

103

A. GOMEZ

1
2     A.  No, a hundred sixty-five
3 pounds.
4     Q.  Did you see your husband get
5 shot with a tazer?
6     A.  Oh, yes. I don't -- don't ask
7 me about that.
8     Q.  Don't ask you about that?
9     A.  Yes, I saw.
10     Q.  How many times?
11     A.  A lot of times.
12     Q.  Who shot him?
13     A.  Gasker and Ebel.
14     Q.  Were you shot with a tazer?
15     A.  No.
16     Q.  Where did they shoot him?
17     A.  In the neck here (indicating.)
18         THE WITNESS:  What you call
19 this? (Indicating)
20     Q.  Temple?
21     A.  Not too close -- very close to
22 the temple -- not the temple, and in the
23 back a lot.
24     Q.  You want to stop?
25     A.  No, this situation affect me a

104

A. GOMEZ

1
2 lot.
3         MS. MARINELLI:  There's no
4 question. You want to take a break?
5         THE WITNESS:  No, no.
6     Q.  Did Mario try to grab Quinoy's
7 neck?
8     A.  No.
9     Q.  Did you hear anybody give any
10 order to use the tazer?
11     A.  Jose did.
12     Q.  You heard it?
13     A.  Yes.
14     Q.  What did he say?
15     A.  "Test, test," but I don't
16 understand what is that at the moment.
17     Q.  What happened to you after you
18 fell on the ground?
19         MS. MARINELLI:  Objection.
20         MR. SOKOLOFF:  Withdrawn.
21     Q.  Quinoy pushed you against your
22 car?
23     A.  No, he threw me.
24     Q.  He threw you where?
25     A.  To the floor and my car.

105

A. GOMEZ

1
2      Q.   Did you stay on the ground?
3      A.   I come down, yeah.
       Q.   What part of your body made
contact with the ground?
6      A.   I not really go on the ground.
7 I more go into my car and little calm down
8 but totally on the ground, I'm not that way.
9      Q.   So, Quinoy threw you to your
10 car?
11     A.   Yes.
12     Q.   And you hit the car?
13     A.   Yes.
14     Q.   And you didn't fall to the
15 ground?
16     A.   I hold it, you know, because I
17 have surgery.
18     Q.   What part of the car did your
19 body make contact with?
20     A.   The front.
21     Q.   The front door?
22     A.   No, the front with the car.
23     Q.   Did it make any dent in the
24 car?
25     A.   No.

106

A. GOMEZ

1
2      Q.   Any scratches?
3      A.   I not see.  I not looking for
4 scratches.  I don't know.
5      Q.   What part of your body made
6 contact with the car?
7      A.   All this part, (indicating) all
8 my body go into the car because I tried to
9 hold and not go down on floor because when
10 he hold me like this, (indicating) he hold
11 me hard.  He move me over like that and I go
12 over like that to my car and I tried holding
13 my car.
14     Q.   Were you able to hold the car
15 before you made contact with it?
16     A.   Not really hold it.  I tried
17 to, you know, put my hand and try not go
18 down because I have surgery.
19     Q.   What part of your body touched
20 the car?
21     A.   My rib.
22     Q.   Your rib?
23     A.   Yes.
24     Q.   Which side?
25     A.   The left side.

107

A. GOMEZ

1
2      Q.   Did you break a rib?
3      A.   Well, I went -- no.
4      Q.   What were you wearing?
5      A.   What I wearing when?
6      Q.   That night.
7      A.   I went to the hospital.
8      Q.   No, no, no.
9      A.   I have jeans, jacket, yeah.
10 That's what I think I have.  I have jacket
11 and T-shirt.
12     Q.   What were you wearing on your
13 feet?
14     A.   Shoes.
15     Q.   High heels?
16     A.   No.
17     Q.   Describe the shoes that you
18 were wearing; what did they look like?
19     A.   Shoes that you put -- no -- you
20 put your feet inside -- moccasins.
21     Q.   In the area next to your car
22 where you were when you say Quinoy pushed
23 you into your car, what was the ground made
24 out of; was it paved, was it dirt, was it
25 grass, what was it?

108

A. GOMEZ

1
2      A.   The floor in the street with
3 little wet.
4      Q.   Was it paved concrete?
5      A.   Concrete, yeah, in the street.
6      Q.   After Quinoy did that to you,
7 what happened next?
8      A.   The police -- thank God police
9 department Tarrytown coming and they stop
10 the situation and they take Mario, put Mario
11 in the police car.  He made a couple orders,
12 Jose, do this, do that.  Mario sit down in
13 the back seat of the car.  He coming and he
14 hit -- he kick Mario in her face and they
15 taking Mario to the police department for
16 the back.  I go inside in the front.  I call
17 my daughter Haydee and Jenny come with me.
18 I went inside for fifteen minutes and
19 started feeling really bad, bad pain and I
20 told my daughter, I don't know, something
21 happened inside but I have to go with the
22 hospital and she bring me with the hospital.
23 I can't drive.  At the time I get out of the
24 police department I feel terrible pain.  My
25 daughter drive me to the hospital.  I went

109

A. GOMEZ

2  in the hospital. They put me medication,
3  two or three shots for pain. I not feel
   well. They had to put more and I go in for
   x-ray, and I stayed there until around 4:00
6  in the morning.
7      Q.  You were in front of the Sleepy
8  Hollow Police Station?
9      A.  Yes.
10     Q.  But the Tarrytown Police came?
11     A.  Yes.
12     Q.  How many Tarrytown police cars
13 came?
14     A.  I can't say how many because I
15 don't know.
16     Q.  More than one?
17     A.  Maybe. I don't know. I don't
18 know. I'm not sure.
19     Q.  Who put Mario in the police
20 car?
21     A.  Office. I'm not very familiar
22 with the office.
23     Q.  They put Mario in a Tarrytown
24 Police car?
25     A.  Sleepy Hollow.

110

A. GOMEZ

2      Q.  But it was a Tarrytown Police
3  car that came?
4      A.  They came to stop the situation
5  but they put Mario in the Sleepy Hollow car
6  in the back seat.
7      Q.  While he was in the back seat
8  of the police car, you saw them do something
9  to him?
10     A.  Yes.
11     Q.  What did you see?
12     A.  Jose made couple orders and
13 come to the car and hit Mario, kicked Mario
14 in her face.
15         MS. MARINELLI: His face?
16         THE WITNESS: Yes.
17     Q.  Jose?
18     A.  Jose Quinoy.
19     Q.  What orders did he give?
20     A.  Orders to the police do this,
   do this. I don't understand at the time.
22     Q.  He hit Mario in the face?
23     A.  Kicked.
24     Q.  Kicked?
25     A.  Yes.

111

A. GOMEZ

2      Q.  You were still outside?
3      A.  Yes.
4      Q.  You were against your car?
5      A.  No, outside. The car here,
6  (indicating) I'm here (indicating) and see
7  everything what happened.
8      Q.  The only officer who had any
9  physical contact with you was Quinoy?
10     A.  Only Quinoy.
11     Q.  That's when he grabbed you on
12 your jacket and pushed you against the
13 police car?
14         MS. MARINELLI: Well,
15         objection. She didn't use the word
16         "push."
17         MR. SOKOLOFF: Well, I'm asking
18         her.
19         MS. MARINELLI: Well, I'm
20         objecting to the form of the question
21         then because she already -- he threw
22         her.
23     Q.  He threw you?
24     A.  Yes, in my car, not police car.
25     Q.  Did your feet leave the ground?

112

A. GOMEZ

2      A.  I tried to hold my car. I not
3  really going all my body to the ground,
4  only, you know, no.
5      Q.  He didn't pick you up in the
6  air and throw you, did he?
7      A.  He moved very hard to me to my
8  car. He's a man, strong man.
9      Q.  When did you go into the police
10 station?
11     A.  When everything is over they
12 take Mario to the back in the car and I go
13 inside.
14     Q.  You didn't see Mario again that
15 night, did you?
16     A.  I see when I come -- yes, I see
17 him.
18     Q.  They took Mario to the back of
19 the police station?
20     A.  Uh-huh.
21     Q.  Yes?
22     A.  Yes.
23     Q.  They didn't take him in the
24 front door, there was a back door?
25     A.  No, in the back, in the back.

113

A. GOMEZ

2        MR. SOKOLOFF:  Let's take a
3  lunch break.
         (Whereupon, a recess was taken
  at 12:55 p.m., examination resumed at
6  1:55 p.m.)
7        MR. SOKOLOFF:  What was the
8  last question?
9        (Whereupon, the reporter read
10  back the requested material.)
11    Q.  You went in the front door of
12  the police station?
13    A.  Yes.
14    Q.  What did you do when you went
15  inside?
16    A.  I tried to see what happened,
17  what happened with Mario because I saw he
18  bleeding and everything but they not give me
19  any information and I was there for fifteen,
20  twenty minutes and I left to the hospital.
21    Q.  You were in the front?
22    A.  Yes.
23    Q.  Did they let you go in the
24  back?
25    A.  No.

114

A. GOMEZ

2    Q.  Who did you speak to in the
3  front, if anybody?
4    A.  Nobody.
5    Q.  You didn't speak to anybody?
6    A.  No, they see me but they didn't
7  speak to me.
8    Q.  When you said you tried to find
9  out what happened with Mario, how did you do
10  that if you didn't speak to anybody?
11    A.  They come in with me but I not
12  say anything because I see everybody inside
13  busy.  They didn't say anything to me.  I
14  sit down.  Nobody come.  I didn't feel good.
15  I went to the hospital.
16    Q.  How did you get to the
17  hospital?
18    A.  My daughter bring me to the
19  hospital.
20    Q.  How did your daughter get
21  there?
22    A.  When everything finished I
23  called and she come to the police
24  department.
25    Q.  When you were inside the police

115

A. GOMEZ

2  station, that's when your daughter came?
3    A.  No, she came after.  I go in
4  with my daughter.
5        MS. MARINELLI:  Listen to his
6  question.  I don't think you
7  understood his question.
8    Q.  You went into the police
9  station when they brought your husband into
10  the back?
11    A.  No, I stay outside.  I call my
12  daughter, wait for my daughter and I go in
13  with my daughter and my daughter's cousin,
14  all three together.
15    Q.  Who is your daughter's cousin?
16    A.  They say cousins but they not
17  really cousins; Jenny.
18    Q.  Jenny what?
19    A.  Cabrera.
20    Q.  Where does Jenny live?
21    A.  I think 165 Balli Street.
22    Q.  How do you spell it?
23    A.  B-A-L-L-I, I think, or E-I
24  or -- I'm not sure.
25    Q.  In what town?

116

A. GOMEZ

2    A.  Sleepy Hollow.
3    Q.  Did Jenny Cabrera go with you
4  to the hospital?
5    A.  Yes.
6    Q.  You left your car in the middle
7  of the street?
8    A.  Yes, they come and yeah.
9    Q.  You got out of your car and
10  left it in the middle of the street, right?
11    When you came there behind your
12  husband, where was your car?
13    A.  She parked the car.
14    Q.  Who?
15    A.  My daughter, yeah.
16    Q.  Where did she park it?
17    A.  They have a parking lot in
18  front of the police department.
19    Q.  You say you got out of the
20  hospital about 4:00 in the morning?
21    A.  Yes.
22    Q.  Your daughter stayed the whole
23  time?
24    A.  Yes.
25    Q.  And Jenny Cabrera stayed the

117

A. GOMEZ

1  whole time?

2       A.   No?

3       Q.   How did she get home?

        A.   Haydee give her a ride.

        Q.   Haydee came to the hospital?

7       A.   Yes.

8       Q.   When did Haydee come to the

9  hospital?

10      A.   With me.

11      Q.   Haydee was the daughter that

12  picked you up?

13      A.   Yes.

14      Q.   When you saw Haydee that night

15  after the incident, did you talk to her

16  about what had happened?

17      A.   Not really.

18      Q.   What does not really mean?

19      A.   I not say anything.  She know

20  her father, they arrest and she bring me to

21  the hospital.  I have a lot of pain.  I cry

22  a lot, the pain.  I'm so nervous because I

23  have big surgery and he threw me very hard

24  and I'm very nervous that something happened

25  inside my body.

118

A. GOMEZ

2       Q.   What hospital did you go to?

3       A.   Phelps Memorial.

4       Q.   Bridgette stayed in the house?

5       A.   Yes.

6       Q.   Where did you go after you came

7  out of the hospital 4:00 in the morning?

8       A.   I -- when I get out, I stop at

9  the police department and I go in.  Haydee

10  wait for me in the car outside.  I saw Paul.

11  I don't know what position he have.  He's

12  not regular policeman.  I ask her about what

13  happened with Mario's car because they take

14  it, what I have to do to take it back and I

15  say to him, "I'm not happy about what

16  happened tonight."  He said, "What do you

17  want to do, do complaint?"  I say, "Yes."

18  At the time that I say yes, Jose Quinoy

19  coming out.  I don't know he's there.  He

20  coming out very close to my face on the left

21  side to try to intimidate me very close to

22  my face and he say, you know, that I -- he

23  told me, "You want to play games, I arrest

24  you," and he put me the handcuffs.

25      At the same time, I don't know Mario

119

A. GOMEZ

2  there.  Mario listen my voice and he scream,

3  "Awilda," and I say, "Yes, I'm here.

4  Everything is fine.  Don't worry," and I

5  tried to be very, you know, calm down

6  because he was there and I seen what

7  happened with him.

8       MR. SOKOLOFF:  Would you read

9       back that answer?

10      (Whereupon, the reporter read

11      back the requested material.)

12      Q.   Was anybody present, was

13  anybody there when you had this conversation

14  with Quinoy?

15      A.   Yes.

16      Q.   Who?

17      A.   Gasker.

18      Q.   Where was he?

19      A.   Next to Quinoy.

20      Q.   So, when Quinoy came out,

21  Gasker was next to him?

22      A.   Yes.

23      Q.   Did Gasker say anything?

24      A.   No.

25      Q.   Quinoy put you in handcuffs?

120

A. GOMEZ

2       A.   Yes.

3       Q.   In the front of the police

4  station?

5       A.   Yes.

6       Q.   Then what did he do?

7       A.   What did he do?

8       Q.   Yes.

9       A.   He going in -- not outside.

10  Everything happened in the front.  He going

11  -- opened the door going in.  He put me in

12  the little room with Gasker with me.  He

13  left for, I'd say five minutes, and he

14  coming back to me.  He asked me, "Are you

15  okay?"  I say, "Yes," and he take all the

16  handcuffs.  He bring me to her office.

17      Q.   Who is her?

18      A.   Jose bring me to another office

19  and he sit down.  I sit down next to him.

20  Gasker say stand up next to me and he move

21  the chair back and he say to me, "You know

22  for what reason I arrest you?"  I say, "No,

23  I don't understand," and he tell me "Because

24  I had to cover my ass.  I see you in the

25  hospital and I know you say that I threw you

121

A. GOMEZ

1
2  on the floor."
3      Q.   Had you filled out a complaint
   form yet?
4      A.   No.
5
6      Q.   Did anything happen with Quinoy
7  after he said that?
8      A.   He have a conversation with me
9  like a friend.  He tried to ask me what I
10 do, I looking for lawyer, what I do for
11 Mario and he tell me that I do what I have
12 to do.  I go home.  They let me go home and
13 I stay in the precinct.  I say what I have
14 to do.  He say you know what you have to do.
15         MR. SOKOLOFF:  Can you read
16      back that answer?
17         (Whereupon, the reporter read
18      back the requested material.)
19      Q.   They let you go home?
20      A.   No, he made the statement.
21 That's where he tried to tell me that I
22 sign.  I left.  He made a statement.
23 Everything happened in Spanish and he write
24 in English and he told me that he did it --
25 I told him, "I don't understand what

122

A. GOMEZ

1
2  happened tonight.  You be friends with
3  Mario."  He said, "Well, I do it because
4  somebody have to put Mario control."  I
5  said, "Control about what?  He not go
6  nothing.  That's her daughter," and he told
7  me, "Yes, that's her daughter but nobody
8  tell me what I have to do with Haydee.  I
9  not going with Haydee, I going with Haydee
10 out."  I told him, "You're talking about my
11 daughter, her daughter living with me.  You
12 married, three kids.  What you want?  Nobody
13 wants something bad for daughter or son,"
14 and he said, "Well, I show him who have the
15 power."  I say, "Okay."  He say I made -- I
16 put two charge to you but it's not too bad.
17 I know the D.A. and maybe I talking with the
18 D.A. and they take it out to you and you
19 take -- he told me he talking with the D.A.
20 and maybe the D.A. made a deal with me or
21 take care of the charge because the reason
22 he did it is because he have to cover his
23 ass.
24      Q.   Have you told me everything in
25 that conversation?

123

A. GOMEZ

1
2      A.   Yes.
3      Q.   Did you sign a statement that
4  night?
5      A.   Yes.
6      Q.   Was it true?
7      A.   No.
8      Q.   Did you understand it?
9      A.   I not read the statement.
10     Q.   Why not?
11     A.   Why not, because I feeling in
12 the moment so nervous.  I never be in
13 situation about that.  He forgot I'm a
14 woman.  He throw me very hard.  I'm very
15 nervous.  I never be arrested in my life.  I
16 tried to get out and see what I do to help
17 Mario, looking for lawyer, you know, and he
18 told me it's not a big deal that I put to
19 you.  I sign and I believe when the moment
20 coming everything the truth coming out.  At
21 the moment, I think about I have to go home.
22 My daughter is alone.  I have to see what I
23 do with Mario.  I saw Mario with a lot of
24 bleeding and everything and I tried to be
25 whatever you want.  He have the power in the

124

A. GOMEZ

1
2  moment.
3      Q.   Well, did you ever read the
4  statement?
5      A.   No.
6      Q.   Up until today, you never saw
7  it?
8      A.   I saw.  I saw the statement but
9  this is something very -- I believe in this
10 situation for no reason.
11     Q.   Is the statement true?
12     A.   No.
13     Q.   Do you understand it?
14         MS. MARINELLI:  What do you
15      mean do you understand it?
16     Q.   The statement is in English;
17 right?
18     A.   Yes.
19     Q.   Do you understand it?
20     A.   If I read, yes.  Maybe I not
21 understand some paragraphs but I understand.
22     Q.   Did you know when you signed
23 the statement that if it was false that that
24 was a crime to sign a false statement?
25         MS. MARINELLI:  Objection.

125

A. GOMEZ

1
2  Don't answer that.
3      MR. SOKOLOFF:  Don't answer it?
       MS. MARINELLI:  Right.
       MR. SOKOLOFF:  On what basis?
6      MS. MARINELLI:  What is the
7  purpose asking that question?
8      MR. SOKOLOFF:  I want to know
9  if she knew it's a crime.
10     MS. MARINELLI:  What does that
11 have to do --
12     MR. SOKOLOFF:  It's on the
13 statement.
14     MS. MARINELLI:  So.
15     MR. SOKOLOFF:  I want to know
16 if she knew it.
17     MS. MARINELLI:  Why, are you
18 going to charge her with that crime
19 now?
20     MR. SOKOLOFF:  I don't charge
21 anybody with anything.  That's not a
22 basis --
23     MS. MARINELLI:  I don't
24 understand it.  I think it's outside
25 the scope of this deposition.

126

A. GOMEZ

1
2      MR. SOKOLOFF:  I don't.  She
3  signed a statement under penalty of
4  perjury.  I want to know if she knows
5  it was penalty of perjury.
6      MS. MARINELLI:  Was it under
7  penalty of perjury?
8      MR. SOKOLOFF:  He's on the
9  statement.
10     MS. MARINELLI:  Did you know it
11 was under penalty of perjury?
12     THE WITNESS:  No.
13     MR. SOKOLOFF:  Mark this as
14 Defendant's Exhibit A.
15     (Whereupon, Defendant's Exhibit
16 A, Miranda Warning Spanish, was
17 marked for Identification.)
18     MS. MARINELLI:  You want her to
19 look at it?
20     Q.   Take a look at what's been
21 marked for identification as Defendant's
22 Exhibit A and tell me if you've ever seen
23 that before.
24     A.   Yes, I see before.
25     Q.   What is it?

127

A. GOMEZ

1
2      A.   This in Spanish.  You write my
3  --
4          THE WITNESS:  What do you say?
5      A.   My warrant.
6          MS. MARINELLI:  Do you know
7  what it is?
8          THE WITNESS:  Yes.
9      Q.   Miranda rights, your rights?
10     A.   No, I not write.  I only sign.
11         MS. MARINELLI:  What do you
12 understand it to be?
13         THE WITNESS:  This is my
14 writing I have to --
15     Q.   And the second page, what's the
16 second page?
17     A.   That's the page that he made in
18 the computer.
19     Q.   Did you sign it?
20     A.   I sign this.
21     Q.   First page says "Miranda
22 Warning Spanish" and it has -- it's written
23 in Spanish; right?
24     A.   Yes.
25     Q.   Next to every one of those

128

A. GOMEZ

1
2  items, you wrote the word si, S-I?
3      A.   I not do it, he do it.
4      Q.   Who is he?
5      A.   Jose.
6      Q.   Did you sign it?
7      A.   Only I sign.
8      Q.   Did you read it?
9      A.   No, he take the paper, he write
10 for me, reading in Spanish and he write
11 everything.
12     Q.   Whose signature is that?
13     A.   This is my signature but I not
14 take the paper.  He did everything.  He fill
15 out everything.  He write in English and he
16 read everything.  I do not touch the paper.
17     Q.   Did he read it to you?
18     A.   Yes.
19     Q.   Did you understand when he read
20 it to you?
21     A.   In Spanish, yes.
22     Q.   And why did you sign it?
23     A.   I told you, I sign it because I
24 never be in this situation.  I be so
25 nervous.  I don't know what I have to do,

129

A. GOMEZ

1  A. GOMEZ
2  and I sign.
3      Q.   The second page, can you read
this and tell me if you understand every
word of it?
6          MS. MARINELLI:  Just note my
7      objection.
8      A.   I understand.  I can't
9  translate word by word but I understand what
10  he write.
11     Q.   You understand what the last
12  sentence, "False statements made herein are
13  punishable as a Class A misdemeanor pursuant
14  to Section 210.45 of the penal law of the
15  State of New York."
16         You understand what that means?
17         MS. MARINELLI:  Objection.
18     A.   I no understand what that
19  means.
20     Q.   Do you know what a false
21  statement means?
22     A.   No, I don't know anything about
23  that.
24     Q.   I'm not asking you about what
25  the law is.  I'm asking if you understand

130

1  A. GOMEZ
2  what the words mean.
3      A.   No, I don't understand.
4      Q.   Tell me which words in that
5  sentence you don't know what they mean.
6      A.   I don't understand about
7  misdemeanor or Class A misdemeanor.  I don't
8  understand what is that, you know.  I don't
9  understand.
10     Q.   Everything else on the page you
11  understand?
12     A.   I understand here when he tried
13  to explain what happened.  About the section
14  245 or penalty, I don't understand anything
15  about that.
16     Q.   Did you ask him what it means?
17     A.   No.
18     Q.   The top of the statement it
19  says "I have been told by Detective Jose A.
20  Quinoy that I have the right to remain
21  silent and that any statements I make may be
22  used against me in court."
23         Did he tell you that?
24     A.   No.
25         MS. MARINELLI:  Just objection.

131

1  A. GOMEZ
2      Q.   It says, "I have been told that
3  I have the right to talk with a lawyer
4  before answering any questions or to have a
5  lawyer present at anytime."
6          Did he tell you that?
7          MS. MARINELLI:  Objection.
8      A.   No.
9      Q.   It says, "Further, I have been
10  advised if I cannot afford to hire a lawyer
11  one will be furnished me and I have a right
12  to keep silent until I have had the chance
13  to talk with a lawyer."
14         Did he tell you that?
15         MS. MARINELLI:  Objection.
16     A.   No.
17     Q.   Now, in the statement it says,
18  "On October 17th, 2006 I received a call
19  from my daughter, Bridgette, telling me that
20  my husband, Mario, was leaving the house."
21         Is that true?
22         MS. MARINELLI:  Objection.
23     A.   She called.  Yes, she called
24  me.
25     Q.   Next sentence, "I ran down to

132

1  A. GOMEZ
2  the parking lot to see where Mario was going
3  because Bridgette said that he was on the
4  phone yelling and screaming."
5          Is that true?
6          MS. MARINELLI:  Objection.
7      A.   No.
8      Q.   What is not true about it?
9      A.   He yelling and she told me he's
10  yelling on the phone.
11     Q.   Next sentence says, "Mario
12  pulled out in his car and I followed him in
13  mine to see where he was going."
14         Is that true?
15         MS. MARINELLI:  Objection.
16     A.   Is not true because I know
17  where he going.
18     Q.   How did you know where he was
19  going?
20     A.   Bridgette tell me she go to see
21  Jose in the police department.  I know where
22  he going.
23     Q.   The next sentence says, "I
24  followed Mario up to Beekman Avenue in front
25  of police headquarters where I saw him walk

133

A. GOMEZ

1
2  up to Jose Quinoy and another police
3  officer."
       Is that true?
          MS. MARINELLI:  Objection.
6    A.  No.
7    Q.  Then it says, "I tried to park
8  the car and when I looked up I saw Mario
9  fighting with the police."
10      Is that true?
11         MS. MARINELLI:  Objection.
12   A.  It's not true.
13   Q.  Next sentence, "I left the car
14 in the street and I ran into the police
15 station to tell the officer at the desk to
16 please get some help."
17      Is that true?
18         MS. MARINELLI:  Objection.
19   A.  It's not true.  Something
20 happened but not this thing.
21   Q.  It says, "I was in the lobby
22 screaming and then I went back outside when
23 the other officers arrived."
24      Is that true?
25         MS. MARINELLI:  Objection.

134

A. GOMEZ

1
2    A.  It's not true.  I not
3  screaming.  At the moment I no scream.
4    Q.  It says, "I started yelling
5  stop, stop so they would stop fighting."
6      Is that true?
7         MS. MARINELLI:  Objection.
8    A.  It's not true.  They not stop
9  and they not listen to me and I not scream.
10   Q.  It says, "I then grabbed Jose
11 by the shirt asking him to stop screaming."
12      Is that true?
13         MS. MARINELLI:  Objection.
14   A.  No, it's not.  I no scream.
15   Q.  But you did grab him by the
16 shirt?
17   A.  I touched the shirt.  I don't
18 know what you call like that (indicating)
19 but I not touch her body, only the shirt.
20   Q.  It says, "Jose grabbed me and
21 threw me against my car and I fell to the
22 ground."
23      Is that true?
24   A.  This is true.
25   Q.  Then it says, "I then went to

135

A. GOMEZ

1
2  the hospital because I had severe pain on
3  the left side of my body."
4      Is that true?
5         MS. MARINELLI:  Objection.
6    A.  Yes, that's true.
7    Q.  What happened at the police
8  station after you signed this statement?
9    A.  When I sign the statement, I
10 not read.  He put on the desk and he said to
11 sign here.  I sign.  He said now he have to
12 take pictures and fingerprinting and when he
13 tried to bring me to the room he told Gasker
14 go put Mario in the -- what you call --
15 because he sit down in the fingerprint room.
16 We change.  He's there and they take Mario
17 to back and that's when I go into the room
18 and take my fingerprints, my picture and he
19 say when I finish everything you going home
20 and you come back Monday to court and don't
21 worry about that.
22   Q.  And that's what happened?
23   A.  That's what happened.
24   Q.  You didn't see Mario?
25   A.  No, I see -- in the back, you

136

A. GOMEZ

1
2  know, when they take out Mario with the room
3  to take a little hall and go to the back.  I
4  no want him see me.  I no want to see him.
5  I went in the hallway.
6    Q.  Did you ever tell anybody at
7  the Sleepy Hollow Police Department that you
8  wanted to file a complaint?
9    A.  Everybody know.  I tell only
10 when I was there in the front with the
11 glass.
12   Q.  Other than bringing this
13 lawsuit, did you file any kind of complaint
14 with the police?
15   A.  No, no.
16   Q.  Do you know who Lieutenant
17 Campbell is?
18   A.  I don't know nobody there.  I
19 know when he tried to do --
20         MS. MARINELLI:  Do you know who
21      Lieutenant Campbell is?
22         Just answer his question.
23   A.  No, no, I don't know.
24   Q.  Did you go to court after this
25 incident?

137

A. GOMEZ

1
2   A.   Yes.
3   Q.   When is the first time you went
to court?
    A.   Monday, the next Monday.
6   Q.   What date was that?
7   A.   This happened the 17th.  I
8 think the 22nd at 3:00 in the afternoon in
9 Sleepy Hollow.
10      MS. MARINELLI:  Whatever that
11      Monday was after this incident?
12      THE WITNESS:  Yes.
13  Q.   Did you have a lawyer
14 representing you at that point?
15  A.   Yes.
16  Q.   Who was the lawyer?
17  A.   Janet Gandolfo.
18  Q.   Was anybody there in the court
19 from the Sleepy Hollow Police Department?
20  A.   When?
21  Q.   In the court.
22  A.   No.
23  Q.   Did anybody from the Sleepy
24 Hollow Police Department ever try to talk to
25 you after this incident?

138

A. GOMEZ

1
2   A.   Yes.
3   Q.   Who?
4   A.   Campbell.
5   Q.   Do you know who Campbell is?
6   A.   No.
7   Q.   How do you know Campbell tried
8 to speak to you?
9   A.   He come with me and say he
10 wanted see what happened but I not talk to
11 him.
12  Q.   Well, how do you know it was
13 Campbell?
14  A.   Because he say her name.
15      MS. MARINELLI:  His name?
16      THE WITNESS:  Yes.
17  A.   "I'm Campbell.  I tried to do
18 the investigation for the case," but he not
19 talking with me.  That's only what he said.
20 My lawyer say he no want that I speak to
21 him.
22  Q.   Your lawyer didn't want you to
23 speak to him?
24  A.   No.
25  Q.   Did you want to speak to him?

139

A. GOMEZ

1
2   A.   No.
3   Q.   Why not?
4       MS. MARINELLI:  Objection.
5   A.   For what reason?  One week
6 before --
7       MS. MARINELLI:  That's enough.
8   Q.   When you went to court on the
9 22nd, was Mario with you?
10      MS. MARINELLI:  Just objection.
11  A.   No, Mario went in court but not
12 with me.
13  Q.   Didn't you give Campbell your
14 phone number when you saw him in court?
15  A.   No, I no give him my phone
16 number.
17  Q.   Did your husband give Campbell
18 your phone number?
19  A.   I don't know.
20  Q.   Did you talk to Campbell with
21 your husband next to you?
22  A.   Yes.
23  Q.   Well, tell me what the
24 conversation was when you and your husband
25 were talking to Campbell.

140

A. GOMEZ

1
2   A.   I no have conversation.  He
3 only ask me -- he wanted to talk to me and
4 he want my cell phone and I say no and I not
5 giving nobody my cell phone.  They have my
6 phone at my house.  I say call to my house,
7 and I don't have any conversation.  That's
8 the conversation that I have.
9   Q.   So, you told Campbell to call
10 your house?
11  A.   No, I not tell call my house.
12 I say you have my phone house and that's the
13 phone that I give.  I don't give my cell
14 phone to nobody, and that's it.  I don't say
15 call me or nothing.  He ask me for my cell
16 phone.  I say you have my phone at my house.
17 I say I not give my cell phone with nobody.
18  Q.   Did he ask if he could set up
19 an interview with you and your husband?
20  A.   No.
21  Q.   Did Campbell call your house?
22  A.   Yes.
23  Q.   How many times?
24  A.   Two or three times.
25  Q.   What did he do, did he speak to

141

A. GOMEZ

1

2 you?

3    A.   No, they leave the message on
the machine.

    Q.   What did the message say?

6    A.   They -- I want to talk with
7 Mario and me.

8    Q.   Did you call him back?

9    A.   No.

10    Q.   Did you save the message?

11    A.   No.

12    Q.   You used to live close to the
13 Sleepy Hollow Police Department; right?

14    A.   Not close, two or three --
15 around three or four blocks.

16    Q.   Do you know a business Village
17 Wine & Spirits at 31 Beekman Avenue?

18    A.   No.

19    Q.   Do you know somebody named
20 Rodney Rodriguez?

21    A.   No.

22    Q.   On the night of the incident,
23 did you see anybody in the area who did not
24 look like a police officer?

25    A.   No, I don't put attention about

142

A. GOMEZ

1

2 that.

3    Q.   Do you know somebody named
4 Debra Linpress?

5    A.   No.

6    Q.   Do you know anybody who lives
7 at 38 Beekman Avenue?

8    A.   No.

9    Q.   Do you know somebody named
10 Eulalia, E-U-L-A-L-I-A Guzman?

11    A.   No.

12    Q.   Did your husband, Mario Gomez,
13 throw any punches in the direction of
14 Quinoy?

15    A.   No.

16    Q.   You didn't see that?

17    A.   No, no, nothing happened like
18 that.

19    Q.   When you were present and saw
20 your husband in an altercation with the
21 police officers, did you hear anything that
22 either your husband or any of the officers
23 had said to each other?

24    MS. MARINELLI:  Objection.

25    A.   This is not New York City

143

A. GOMEZ

1

2 police department.  When he tried to
3 identify that he was corrections, I listen
4 and one of the officers say, "Fuck New York
5 City Corrections Department.  This is Sleepy
6 Hollow Police," and I listen when he say.

7    Q.   Were there other things that
8 they said that you --

9    A.   I not listen nothing more.

10    Q.   When you say you didn't listen,
11 do you mean you didn't hear or you --

12    A.   I not hear nothing, only that's
13 what I hear.

14    Q.   Did you hear your husband,
15 Mario, say to Quinoy, "I want to know why
16 you're doing this to my daughter?"

17    MS. MARINELLI:  Objection.

18    A.   No.

19    Q.   You didn't hear that?

20    A.   No.

21    Q.   At anytime after this incident,
22 did you talk to Haydee about it?

23    A.   Yes.

24    Q.   What did you talk to her about?

25    MS. MARINELLI:  Just objection.

144

A. GOMEZ

1

2    A.   That's the first time that I
3 talk about that because I don't know
4 anything, the situation and she don't
5 understand, too, what happened, why they
6 come and beat things.  She not say too much
7 to me.  At the moment she don't want to talk
8 too much.  She feel very bad what happened
9 with her daddy for no reason.  She no
10 understand what happened.

11    Q.   When you say she didn't
12 understand --

13    A.   She didn't understand what
14 happened.  She very quiet and cry.  She no
15 say nothing to me.

16    Q.   Now, you know that Mario is
17 suing Sleepy Hollow and the police officers;
18 correct?

19    A.   Yes.

20    Q.   Did you know that he was suing
21 the police before you started your case?

22    MS. MARINELLI:  Objection.

23    A.   I don't know.  I don't know
24 when he did it first or I don't know nothing
25 like that.

145

A. GOMEZ

1
2    Q.    Well, did he talk to you about
3  suing?
4        A.    No.
5        Q.    Did you talk to him?
6        A.    No.  It's a different case.
7        Q.    What do you mean it's a
8  different case?
9        A.    He have her case with her
10 lawyer.  I have my case with my lawyer.  I
11 no talk about this.
12       Q.    Not even with Mario?
13       A.    No.
14       Q.    Did Haydee tell you that she
15 told Quinoy that she was having problems
16 with her father about seeing him?
17       A.    No, she not say anything to me.
18       Q.    Did you ever hear Haydee have
19 any arguments with Mario?
20       A.    No.
21       Q.    Did Mario tell Haydee that he
22 was going to look for Quinoy to talk to him?
23       A.    No.
24       Q.    Did Haydee tell you why Quinoy
25 was calling Mario?

146

A. GOMEZ

1
2        MS. MARINELLI:  When we talking
3    about, afterwards?
4        MR. SOKOLOFF:  Afterwards.
5        MS. MARINELLI:  Just objection.
6        A.    No.
7        MS. MARINELLI:  Objection to
8    this whole line of questioning.
9        Q.    Do you know Mario's cell phone
10 number?
11       MS. MARINELLI:  Objection.
12       A.    I have it but I don't know it.
13 I have to see.
14       Q.    Is it 914-473-3889?
15       MS. MARINELLI:  Objection.
16       A.    I have to see.  I don't know in
17 the memory (indicating.)
18       Q.    Did you ever talk to Mario
19 about the phone call that he received from
20 Quinoy on the night of the 17th?
21       MS. MARINELLI:  Objection.
22       A.    No.
23       Q.    You never asked him why he went
24 to the police station?
25       MS. MARINELLI:  Objection.  She

147

A. GOMEZ

1
2    already answered no.  Now you're
3  badgering her.
4        MR. SOKOLOFF:  No, I'm not
5  badgering her.
6        MS. MARINELLI:  Yeah, you are.
7        MR. SOKOLOFF:  No, I don't
8  think so.
9        MS. MARINELLI:  Especially with
10 your tone of voice, too.
11       Q.    Did you ask Mario why he went
12 to the police station that night?
13       MS. MARINELLI:  Objection.
14       A.    No.
15       Q.    Why didn't you ask him that?
16       MS. MARINELLI:  Objection.
17       A.    Because I find everything
18 happened at the moment in the police
19 department.
20       Q.    Didn't you want to know why he
21 went there?
22       MS. MARINELLI:  Objection.
23 Don't answer that.
24       A.    No.
25       MS. MARINELLI:  Don't answer.

148

A. GOMEZ

1
2        MR. SOKOLOFF:  You're
3    instructing her not to answer?
4        MS. MARINELLI:  I am.
5        MR. SOKOLOFF:  Basis is?
6        MS. MARINELLI:  Badgering and
7    it's outside the scope of this
8    deposition as are many of the
9    questions here.
10       Q.    Was your husband in the
11 marines?
12       A.    Yes.
13       Q.    When your husband pulled up to
14 the police station on the night of October
15 16th, did his car come to a screeching stop?
16       MS. MARINELLI:  Objection.
17       A.    I don't know.  I don't know.
18       Q.    When your husband got out of
19 the car, did he slam the car door?
20       MS. MARINELLI:  Objection.
21       A.    No.
22       Q.    He just closed it gently?
23       MS. MARINELLI:  Objection.
24       A.    Yeah, normally.
25       MS. MARINELLI:  Objection.

149

A. GOMEZ

1        A. GOMEZ
2     Q.  Did he leave his car in the
3  middle of the street?
        A.  Mario?
        Q.  Yes.
6     A.  No.
7     Q.  Did he leave his car with the
8  engine running?
9     A.  I no remember.
10    Q.  Did he leave his car with the
11  lights on?
12    A.  I no remember.
13    Q.  What happened to Mario's car
14  that night?
15    A.  They take it.
16    Q.  Who took it?
17    A.  The police department.
18    Q.  How do you know they took it?
19    A.  They tell me.
20    Q.  What did they say?
21    A.  They take the car and see they
22  have -- I don't know what they looking, but
23  they take it.
24    Q.  Did they give it back to him?
25    A.  When -- yes.

150

A. GOMEZ

1        A. GOMEZ
2     Q.  When?
3     A.  When he get out with the
4  precinct and court or -- then they give the
5  car back to Mario.
6     Q.  Did Quinoy tell your husband to
7  put his hands on his car?
8     MS. MARINELLI:  Objection.
9    A.  No.
10    Q.  Did Mario hit Quinoy with a
11  closed fist?
12    MS. MARINELLI:  Objection.
13    A.  No.
14    Q.  Did he hit him at all?
15    MS. MARINELLI:  Objection.
16    A.  No.
17    Q.  Mario Gomez made no physical
18  contact with Quinoy?
19    MS. MARINELLI:  Objection.
20    A.  No.
21    Q.  He never touched him?
22    A.  When they -- when he come close
23  and he hold in the body.  That's only what I
24  saw.
25    Q.  Did you have an obstructed

151

A. GOMEZ

1        A. GOMEZ
2  view?
3     Do you know what that means,
4  obstructed?
5    A.  No, what it does?
6    Q.  Means something was blocking
7  you.
8    A.  No.
9    Q.  Did Quinoy grab your husband's
10  arm?
11    MS. MARINELLI:  Objection.
12    A.  Quinoy what?
13    Q.  Did he grab your husband's arm?
14    A.  No.
15    MS. MARINELLI:  Objection.
16  This is beyond the scope of her
17  deposition, these questions about
18  what happened to Mario Gomez.
19    I don't understand why -- how
20  this goes to qualified immunity as to
21  this plaintiff.
22    MR. SOKOLOFF:  Because she was
23  part of the incident.
24    MS. MARINELLI:  No, she wasn't
25  part of this incident.

152

A. GOMEZ

1        A. GOMEZ
2    MR. SOKOLOFF:  Yes, she was.
3    MS. MARINELLI:  What happened
4  to her is separate.
5    MR. SOKOLOFF:  I know you say
6  that but they were in the middle of a
7  fight when she say she grabbed the
8  police officer's shirt.
9    I'm not going to debate it on
10  the record in front of the witness
11  but it also goes to the clarity of
12  her memory of the incident which goes
13  to her testimony and it goes to the
14  weight of it.
15    MS. MARINELLI:  But you keep
16  repeating the same questions that
17  you've already gone on.
18    MR. SOKOLOFF:  That's a
19  different thing --
20    MS. MARINELLI:  -- which I
21  permitted even though I believe it's
22  outside the scope, so I'm going to
23  object to these questions and advise
24  her not to answer.
25    MR. SOKOLOFF:  We'll make a

153

A. GOMEZ

1
2    record and we'll see whether the
3    court instructs you not to answer
4    knowing full well that the rules,
5    local and federal don't permit you to
6    instruct the witness not to answer.
7        MS. MARINELLI:  Knowing full
8    well that the scope of this
9    deposition is to qualified immunity
10   as to this witness.
11       MR. SOKOLOFF:  You know what,
12   I'll take my risk that I'm violating
13   rules and you guide yourself
14   accordingly.
15       MS. MARINELLI:  Thank you, I'll
16   do that.
17   Q.    Did your husband put up any
18   kind of a struggle?
19   A.    What is that?
20   Q.    Fight, resist; do you know what
21   resist --
22       MS. MARINELLI:  Objection.
23   Don't answer that.  She asked you a
24   nice, simple question what do you
25   mean by struggle and you're being

154

A. GOMEZ

1
2    very rude.
3        MR. SOKOLOFF:  You know what,
4    ask your lawyer to translate.  I'm
5    not allowed so you ask your lawyer.
6        MS. MARINELLI:  Do it in not
7    such a loud --
8        MR. SOKOLOFF:  I didn't mean
9    anything by it.
10       MS. MARINELLI:  You're speaking
11   loud and intimidating which can't go
12   on the record.
13   Q.    Do you feel intimidated?
14   A.    Sometimes I feel you strong
15   when you do question and I feel why you do
16   to me.  I don't do nothing wrong what
17   happened that night.
18   Q.    And you're smiling now?
19   A.    I'm little nervous.  I'm here
20   to put everything clear in the right coming
21   up.
22       MS. MARINELLI:  And she wasn't
23   smiling.
24   A.    I'm not smiling.  I try to put
25   -- the other question you tell me I try to

155

A. GOMEZ

1
2    tell the truth what happened.  I'm not
3    feeling I delinquent.  I do nothing wrong.
4        MS. MARINELLI:  Let's go back
5    and ask your question again,
6    Mr. Sokoloff.
7    Q.    How many times did they shoot
8    your husband with the tazer?
9        MS. MARINELLI:  Objection.
10   Asked and answered.  Over objection.
11   A.    A lot of times.
12   Q.    After the first time, did your
13   husband continue to fight?
14   A.    No.
15       MS. MARINELLI:  Objection.  She
16   never said he fought in the first
17   place.
18   A.    He no fight.
19   Q.    He didn't struggle?
20   A.    No.
21   Q.    He laid down and gave up?
22   A.    He say, "That's enough.  That's
23   enough," and they put the handcuff.
24   Q.    Did your husband kick anybody?
25   A.    No.

156

A. GOMEZ

1
2    Q.    Did Quinoy get any injuries in
3    the fight with your husband?
4    A.    I don't know.  I don't know.
5    Q.    Well, when you saw him later in
6    the night, did he have any marks on his
7    face?
8    A.    I no really see nothing.
9    Q.    You didn't see anything?
10   A.    No.
11   Q.    When you pulled on Quinoy's
12   shirt, did he say anything to you?
13       MS. MARINELLI:  Objection.
14   A.    No.  He hold me and throw me on
15   the ground.
16   Q.    Did he tell you to stop?
17   A.    No.
18   Q.    Did your husband have a baton?
19   A.    What is that?
20       MS. MARINELLI:  Objection.
21   Q.    Do you know what a baton is,
22   like a big stick?
23   A.    I don't know.  I no see nothing
24   like that.
25   Q.    Well, when he was a corrections

157

A. GOMEZ

1  officer --
2      A.    He no bring nothing to my
3  house.
       Q.    Do you know whether he had
4  anything with him in the car when he came to
6  meet Quinoy?
7
8      A.    No.
9      Q.    You don't know?
10     A.    No, they no have because they
11  take the car and they give the car back
12  because they no see any evidence.
13     Q.    How do you know that?
14     A.    They say in court.
15     Q.    Did they not find a baton,
16  expandable baton?
17     A.    No, they no say anything about
18  that.
19     Q.    What time of day or night or
20  morning, whatever, did you go back to police
21  headquarters to get your car?
22     A.    4:00 in the morning.
23     Q.    Was it 4:30 in the morning?
24     A.    Around 4:00.
25     Q.    Do you know what you were

158

A. GOMEZ

2  charged with when you were arrested?
3      A.    No.
4      Q.    Now, you're suing in this case
5  a Police Officer Eldryk Ebel; correct?
6      A.    Yes.
7      Q.    He never touched you, did he?
8          MS. MARINELLI:  Objection.
9      A.    No.
10     Q.    What did he do to you?
11         MS. MARINELLI:  Objection.
12     A.    Physical, nothing; emotional, a
13  lot.  I see they do with the people in the
14  face affect me a lot, changed my life.
15     Q.    Did he talk to you?
16     A.    No.
17     Q.    So, you're suing him because of
18  something he did to your husband?
19         MS. MARINELLI:  Objection.
20     A.    No, affect me emotional that I
21  saw that night.
22     Q.    Focusing on Officer Ebel, tell
23  me what it is that you saw him do that
24  changed your life.
25         MS. MARINELLI:  Objection.

159

A. GOMEZ

2      A.    A lot of abuse, a lot of
3  electricity for no reason and I saw -- I
4  have an idea the police is for protect the
5  people, not do -- they abuse.  They do it.
6  If I do something wrong, I understand
7  something happened but for no reason changed
8  my life emotional.  I have panic to go out.
9  I never went in psychiatric.  I went
10  psychiatric.  I lose my job.  Emotional I
11  feel like nothing, okay.  I scared about go
12  take another job because I think it's not
13  finished, they not give me the job.  I stay
14  in my house.  When dark coming, I close the
15  window because I think somebody look at me;
16  changed a lot my life.  Changed my family
17  life, my kids' life because they not see
18  mommy the same as before.
19     Q.    Now, as far as you knew up
20  until that point Quinoy was a friend of your
21  family and a friend of yours?
22     A.    What you say?
23     Q.    Up until that night you thought
24  that Quinoy, Officer Quinoy was a friend of
25  yours and a friend of your family; correct?

160

A. GOMEZ

2      A.    Well, that's what I think but
3  you never know what people do and people
4  feeling.  Sometimes you think people is your
5  friend.  He's not.
6      Q.    Did he ever do anything before
7  that night that made you think he wasn't
8  your friend?
9          MS. MARINELLI:  Just objection.
10     A.    No, never.
11     Q.    What does Officer Eldryk Ebel
12  look like?
13         MS. MARINELLI:  Objection.
14     A.    Look like, like what?
15     Q.    Tell me, color hair, mustache,
16  face, is he tall?
17         MS. MARINELLI:  Objection.
18         You know, look, you can ask her
19  questions but please stop yelling at
20  her.
21         MR. SOKOLOFF:  I'm not yelling
22  at her.
23         MS. MARINELLI:  I think we need
24  to take a break.
25         MR. SOKOLOFF:  I'm not yelling.

161

A. GOMEZ

1
2    MS. MARINELLI:  Yes, you are.
3    MR. SOKOLOFF:  I think -- I
really recent something that you're
putting on the record when it isn't
6    the case.
7    MS. MARINELLI:  It is the case.
8    MR. SOKOLOFF:  No, it isn't.
9    MS. MARINELLI:  Let's go
10   outside.  You really need to bring it
11   down a notch, come down a notch.
12   MR. SOKOLOFF:  It's really not
13   right.
14   MS. MARINELLI:  This is a
15   deposition.  It's not trial when you
16   might have a little leeway in the
17   courtroom.
18   Maybe you're not aware of it.
19   I'm just trying to make you aware of
20   it.
21   MR. SOKOLOFF:  Well, there's a
22   lot of things you're not aware of
23   including your reactions to questions
24   and your body language.
25   MS. MARINELLI:  She's answering

162

A. GOMEZ

1
2    your questions.  Please don't even go
3    there.
4    MR. SOKOLOFF:  I'm talking
5    about you.
6    MS. MARINELLI:  Don't even go
7    there, okay.
8    Just lower your gosh darn
9    voice, please.
10   (Whereupon Ms. Marinelli and
11   Ms. Gomez exited the room.)
12   Q.  Now, I don't want you to tell
13   me anything that was said between you and
14   your lawyer.  I just want to know while we
15   had a break did you talk to your lawyer?
16   A.  I talk, yeah.
17   Q.  And she spoke to you?
18   A.  Yes.
19   MR. SOKOLOFF:  You know, that
20   was during a pending question.
21   MS. MARINELLI:  What was the
22   pending question?
23   MR. SOKOLOFF:  What did the
24   officer look like?
25   You can say what you want.  No,

163

A. GOMEZ

1
2    no, hold on.  You can say what you
3    want about my tone of voice and put
4    whatever one sided statement you want
5    on the record, but one thing is clear
6    that what happened was totally
7    inappropriate.  You can't take the
8    witness out of the room during a
9    pending question.
10   MS. MARINELLI:  I don't
11   disagree with you, Mr. Sokoloff.  I
12   was not aware there was a pending
13   question and I don't disagree with
14   you.  Had I known that, I would have
15   let her answer it and then I would
16   have gone out.
17   MR. SOKOLOFF:  Okay, let's get
18   the answer.
19   Q.  What does Ebel look like?
20   A.  I don't really know.  I know he
21   have blonde hair.
22   MS. MARINELLI:  Blonde hair,
23   you said?
24   THE WITNESS:  Not blonde,
25   blonde; white, not too tall.

164

A. GOMEZ

1
2    Q.  How old is he?
3    A.  I don't know.
4    Q.  You're also suing Police
5    Officer Mike Gasker; correct?
6    A.  Yes.
7    Q.  He never touched you that
8    night, did he?
9    A.  Yes.
10   Q.  He did touch you?
11   A.  No, no, he no touch me.
12   Q.  He never said anything to you
13   that night, did he?
14   A.  No.
15   Q.  So why are you suing him?
16   A.  Because they not do nothing.
17   They have to do something.
18   Q.  What do you mean?
19   A.  When everything happened, they
20   have to do the correct thing.
21   Q.  Which is what?
22   A.  Help me do something.  They see
23   the situation.  They not do the correct the
24   officers supposed to do.
25   Q.  And that's the incident with

165

A. GOMEZ

2  your husband?
3      MS. MARINELLI: Objection.
       Q.  When you say they're supposed
   to do, you mean with regard to your husband?
6      A.  My husband, me, everything.
7      Q.  What should they have done with
8  regard to you?
9      A.  To me?
10     Q.  Yes.
11     A.  Normally officers do not abuse
12 nobody and do what they have to do, not the
13 way that they do it.
14     Q.  What should Gasker have done?
15     MS. MARINELLI: Well,
16     objection; if you know.
17     MR. SOKOLOFF: Well, she said
18     they didn't do the right thing. I
19     want to find out what she thinks the
20     right thing is.
21     A.  They not help me.
22     Q.  Help you do what?
23     MS. MARINELLI: Get up from the
24     ground, maybe.
25     MR. SOKOLOFF: Mark that.

166

A. GOMEZ

2      MS. MARINELLI: I'm going to
3      object because you keep asking her
4      the same question. You're badgering
5      her.
6      A.  They not help me. They not
7  help me.
8      MS. MARINELLI: You answered
9      the question, Awilda.
10     Q.  Help you do what?
11     A.  With everything. They see a
12 woman coming down, nobody ask me, "Are you
13 okay?" Nobody try to come with me, try to
14 see the situation, nothing. Nobody do
15 nothing, nothing.
16     Q.  They should have asked you if
17 you were okay?
18     A.  Nobody asked me nothing.
19     Q.  Did you tell any of the
20 officers that night that you were hurt?
21     A.  No.
22     Q.  You're suing Lieutenant Barry
23 Campbell; is that correct?
24     A.  Yes.
25     Q.  What does Officer Gasker look

167

A. GOMEZ

2  like?
3      A.  Tall, skinny, dark hair.
4      Q.  Did you ever see him before
5  October 16th, 2006?
6      A.  No.
7      Q.  Did you ever see him after
8  then?
9      A.  I no remember see.
10     Q.  You saw him for about five
11 minutes?
12     MS. MARINELLI: Just objection.
13     A.  No.
14     Q.  How long did you have to see
15 him?
16     A.  I say when everything happened
17 and when I went -- I saw him really when
18 Jose Quinoy arrest me. He in the room with
19 me.
20     Q.  Did you see Ebel do anything to
21 your husband?
22     A.  Anything about what?
23     Q.  Did you see Ebel strike your
24 husband?
25     MS. MARINELLI: Objection.

168

A. GOMEZ

2      A.  Yes.
3      Q.  Explain to me what Ebel did to
4  your husband.
5      MS. MARINELLI: Objection.
6      A.  Put underneath the neck. He's
7  on the ground, put electricity, hit her like
8  this (indicating.)
9      MS. MARINELLI: When you say
10     her, him?
11     A.  To Mario like this
12 (indicating.) Mario on ground like that
13 (indicating) and he come with the feet in
14 the face. I saw that.
15     Q.  That was Ebel?
16     A.  Ebel and he put a lot of
17 electricity with Mario.
18     Q.  Did you see Gasker do anything
19 to your husband?
20     A.  Yes.
21     Q.  Tell me what you saw Gasker do.
22     A.  Put the electricity.
23     Q.  How many times?
24     A.  More than one time. He put
25 close to here (indicating). Gasker did it.

169

A. GOMEZ

1
2    Q.    Close to where?
3    A.    What you call here (indicating)
   this part?
         MS. MARINELLI:  Talking about
6    the forehead.
7    A.    He have electricity.
8         MR. SOKOLOFF:  She's not
9    pointing to her forehead.
10   A.    Doctor say something about the
11   area because they give you electricity
12   between here, between the hair and this part
13   (indicating) and he give --
14   Q.    Above your eye brow?
15   A.    No.
16   Q.    Your temple?
17   A.    Yes, the temple.  Thank you.
18   He give lot electricity in her back.
19   Q.    Anything else?
20   A.    He didn't ask me nothing to me,
21   "Are you okay," nothing.  Nobody help me.
22   Q.    I'm talking about your husband.
23        Did you see Gasker do anything else
24   to your husband?
25        MS. MARINELLI:  Just objection.

170

A. GOMEZ

1
2    A.    That's what I see, he put a lot
3    of electricity.
4    Q.    You're suing Lieutenant Barry
5    Campbell?
6    A.    Yes.
7    Q.    He never touched you, did he?
8    A.    No.
9         MS. MARINELLI:  Objection.
10   Q.    He never said anything to you,
11   did he?
12   A.    No.
13        MS. MARINELLI:  Objection.
14   Q.    Did he touch your husband?
15        MS. MARINELLI:  Objection.
16   A.    No.
17   Q.    So, why are you suing him?
18        MS. MARINELLI:  Just objection.
19   A.    I sue him because he not do --
20   he's in charge with investigation and he
21   tried to contact me one week after happened,
22   the incident.  That's when he tried to
23   contact me when he see me in court.  What
24   happened with the rest of the week?  Nobody
25   care about what happened to me.  I have

171

A. GOMEZ

1
2    pain.  They know I went in the hospital and
3    nobody call me, nobody say nothing.  After
4    one week when I come back to court, that's
5    when he want to come to me and open
6    investigation.
7    Q.    You're suing him because he
8    tried to investigate the incident?
9    A.    No, he not do the way he have
10   to do.
11   Q.    What do you mean?
12   A.    He not do -- he not ask me for
13   what I feeling, nothing.  He don't care
14   about me.  That's why I sue him.
15   Q.    Why didn't you sue the whole
16   police department?
17        MS. MARINELLI:  Objection.
18   That's argumentative.
19        Please, don't even answer that.
20   Q.    You're suing Sergeant Wood?
21   A.    Yes.
22   Q.    What is Wood's first name?
23   A.    I don't know the name.
24   Q.    Did you ever see Campbell
25   before this incident, Lieutenant Campbell?

172

A. GOMEZ

1
2    A.    No.
3    Q.    Did you ever see Sergeant Wood
4    before this incident?
5    A.    No.
6    Q.    Did you ever see Sergeant Wood
7    after this incident?
8    A.    No.
9    Q.    Sergeant wood never touched
10   you, did he?
11   A.    No.
12   Q.    Sergeant Wood never talked to
13   you, did he?
14   A.    No.
15   Q.    Did Sergeant Wood do anything
16   to your husband?
17        MS. MARINELLI:  Just objection.
18   A.    I'm confused.  Who is this
19   policeman?
20   Q.    One of the people you're suing,
21   Sergeant Wood.
22   A.    What's the name?
23   Q.    Wood, W-O-O-D.
24        Do you even know --
25   A.    Yes, I know who he is now.

173

A. GOMEZ

1
2    Q.   So, did he do anything to your
3  husband?
         MS. MARINELLI:  Objection.
4    A.   He didn't do what he have to do
6  and the same with the rest of the policemen.
7    Q.   Was Sergeant Wood even there
8  that night?
9    A.   Yes.
         MS. MARINELLI:  Objection.
11   Q.   What did you see him do to your
12 husband, if anything?
         MS. MARINELLI:  Objection.
14   A.   Nobody helped, nobody do
15 nothing.
         MR. SOKOLOFF:  I move to
17   strike.
18   Q.   What did you see him do to your
19 husband, if anything?
         MS. MARINELLI:  Objection.
21   A.   The reasons that I sue because
22 he not do nothing.
23   Q.   I didn't ask you that.
24     I asked you, did you see him do
25 anything to your husband?

174

A. GOMEZ

1
2         MS. MARINELLI:  Objection.
3    A.   No.
4    Q.   You're suing also the police
5  chief?
6    A.   Yes.
7    Q.   Was he there that night?
8    A.   No.
9    Q.   Was he in contact with anybody
10 that night that you're aware of?
11   A.   I saw him.
12   Q.   When?
13   A.   In the hospital.
14   Q.   I'm talking about --
15        MR. SOKOLOFF:  Withdrawn.
16   Q.   Did you talk to him at the
17 hospital?
18   A.   I tried to talk to him and he
19 not put attention to me.  I call him three
20 times and he not coming to see me.
21   Q.   You knew what he looked like?
22   A.   Yes.
23   Q.   How do you know what he looked
24 like?
25   A.   I saw him.

175

A. GOMEZ

1
2    Q.   When?
3    A.   In the hospital.
4    Q.   Did you ever see him before
5  then?
6    A.   In the street.
7    Q.   Do you know why he was at the
8  hospital?
9    A.   No.
10   Q.   Was Officer Quinoy at the
11 hospital?
12   A.   Yes.
13   Q.   What was Officer Quinoy doing
14 at the hospital?
15        MS. MARINELLI:  Objection.
16   A.   I don't know.
17   Q.   Was he there for his own
18 injuries?
19   A.   I don't know.
20        MS. MARINELLI:  Objection.
21   A.   I don't know.  I not talking
22 with nobody there.  I don't know for what
23 reason.
24   Q.   Did the chief go to the
25 hospital to visit Quinoy?

176

A. GOMEZ

1
2         MS. MARINELLI:  Objection.
3    A.   I don't know.  They --
4         MS. MARINELLI:  Just answer the
5    question.
6      You don't know?
7    A.   I don't know.
8    Q.   Chief Warren never touched you;
9  correct?
10   A.   No.
11   Q.   Chief Warren never said a word
12 to you; correct?
13   A.   No.
14        MS. MARINELLI:  Objection.
15   A.   Yes.
16   Q.   Chief Warren never touched your
17 husband; correct?
18        MS. MARINELLI:  Objection.
19   A.   Yes.
20   Q.   Chief Warren never said a word
21 to your husband; correct?
22        MS. MARINELLI:  Objection.
23   A.   Yes.
24   Q.   And you're suing Chief Warren
25 why?

177

A. GOMEZ

1
2    MS. MARINELLI:  Objection.
3    A.   Well, I call him in the
hospital and he not have a conversation but
he say, "I going now.  I going now" and he
6 never came with me.
7    Q.   That's why you're suing?
8    MS. MARINELLI:  Objection.  A
9 lot of these -- you're asking her
10 legal questions.
11    MR. SOKOLOFF:  I'm asking what
12 she understands.  She's a plaintiff.
13    MS. MARINELLI:  I think it's
14 improper; objection.
15    MR. SOKOLOFF:  We disagree.
16    Q.   Are you suing him for anything
17 else?
18    A.   He not do what he have to do.
19    Q.   Which means what?
20    A.   He not help me.
21    Q.   Help you when?
22    MS. MARINELLI:  Objection.
23    A.   When he see me.
24    Q.   In the hospital?
25    A.   Yes.

---

178

A. GOMEZ

1
2    MS. MARINELLI:  Objection.
3    Q.   What did you want him to do
4 when you were in the hospital?
5    MS. MARINELLI:  Objection.
6    MR. SOKOLOFF:  Simple question.
7    A.   What I want with him?
8    Q.   What did you want him to do
9 when you saw him in the hospital?
10    MS. MARINELLI:  Objection.
11    A.   Nothing.  I only ask about
12 where is Mario and he -- and the position
13 that he have, I don't think so do nothing.
14 He say you have to wait for the process or
15 something like that.  He ignore me totally.
16 He only say, "I going now.  I going now."
17 He never came.  I no ask something personal
18 or something about nothing.  He ignore me.
19 He's a chief.
20    Q.   Did you ever talk to anybody
21 about this incident other than your lawyer?
22    A.   No.
23    Q.   Never spoke to a newspaper
24 reporter about it?
25    A.   No.

---

179

A. GOMEZ

1
2    Q.   When you were told that you
3 were losing your job, did you give an
4 explanation to anybody about what happened
5 that night?
6    A.   Where, at my job?
7    Q.   Yes.
8    A.   They find in the newspaper.
9    Q.   But I'm asking you whether you
10 told anybody your side of the story?
11    A.   Yeah, I say what happened and
12 they read what happened.
13    Q.   Who was it that you told at
14 your job what happened?
15    A.   What did you say?
16    Q.   Who was it that you told at
17 your job what happened?
18    A.   Barbara when she made a meeting
19 with me when she read the newspaper, Barbara
20 and Heather.
21    Q.   The two of them you told what
22 happened?
23    A.   Yes.
24    Q.   Barbara Sommers and Heather
25 Batanor?

---

180

A. GOMEZ

1
2    A.   Yes.
3    MR. SOKOLOFF:  I have no
4    further questions.
5    Thank you.
6    (Whereupon this examination
7    concluded at 3:07 p.m.)
8
9
10    _____
11    AWILDA GOMEZ
12
13 Subscribed and sworn to
14 before me this_____day
15 of_____, 2008.
16
17    _____
18    Notary Public
19
20
21
22
23
24
25

181

C E R T I F I C A T E

STATE OF NEW YORK     )
                      )ss.:
COUNTY OF WESTCHESTER)


        I, LISA DOBBO, a Shorthand
Reporter and Notary Public within and for
the State of New York, do hereby certify:


        That AWILDA GOMEZ, the witness
whose deposition is hereinbefore set forth,
was duly sworn by me, and that such
deposition is a true record of the testimony
given by the witness.

        I further certify that I am not
related to any of the parties to this action
by blood or marriage, and that I am in no
way interested in the outcome of this
matter.

        IN WITNESS WHEREOF, I have
hereunto set my hand this 29th day of
February, 2008.



        ------------------------
            LISA DOBBO
          SHORTHAND REPORTER

---

183

ERRATA SHEET

        The following corrections, additions
or deletions were noted on the transcript of
the testimony which I gave in the
above-captioned matter held on 2/26/08:

Page____Line____SHOULD READ:_____
REASON FOR CHANGE:_____
Page____Line____SHOULD READ:_____
REASON FOR CHANGE:_____
Page____Line____SHOULD READ:_____
REASON FOR CHANGE:_____
Page____Line____SHOULD READ:_____
REASON FOR CHANGE:_____
Page____Line____SHOULD READ:_____
REASON FOR CHANGE:_____
Page____Line____SHOULD READ:_____
REASON FOR CHANGE:_____
Page____Line____SHOULD READ:_____
REASON FOR CHANGE:_____


                    ------------------
                      AWILDA GOMEZ

Subscribed and sworn to
before me this_____day
of_____, 2008.


------------------------
    Notary Public

---

182


        DEFENDANT'S EXHIBIT


No.    Description              Page


A    Miranda Warning Spanish 126

---

'85 - 35:3

**0**

07 - 1:6

**1**

1 - 4:2, 14; 38:9, 24
1-4 - 1:13
100 - 30:20; 31:2, 7; 32:3
102 - 32:5, 7, 15, 23; 36:7, 14
10591 - 4:4, 15
10601 - 1:24
10603 - 1:16; 2:6
10:00 - 81:2; 83:13; 85:2, 4
10:25 - 1:17
11501 - 2:13
126 - 182:7
12:55 - 113:5
13th - 17:25; 18:2; 19:22; 32:21
14th - 57:21
165 - 115:21
16th - 148:15; 167:5
17th - 17:13; 19:13, 23; 20:2; 25:15, 18; 57:12; 76:9; 77:9; 83:12; 131:18; 137:7; 146:20
19 - 33:8; 34:7
1980 - 28:16
1982 - 29:6
1984 - 32:21; 35:3; 57:23
1985 - 32:14
1988 - 33:8
1989 - 33:6, 9; 39:21
1990 - 34:3
1990's - 34:6
1:55 - 113:6

**2**

2/26/08 - 183:4
20 - 19:15, 24; 37:11, 22
200 - 1:24
2000 - 60:18
2001 - 58:21
2002 - 58:20
2006 - 9:15; 17:14; 18:2; 25:15, 18; 51:21; 58:6, 8, 10, 12; 76:9; 77:9; 78:12, 14; 131:18; 167:5
2007 - 6:7; 9:6; 13:14; 14:12
2008 - 1:17; 180:15; 181:17; 183:23
210.45 - 129:14
22nd - 137:8; 139:9
23rd - 32:14
240 - 2:13
245 - 130:14
26 - 1:17
27th - 6:7, 16; 57:22
29th - 181:17
2nd - 8:15, 25; 9:2, 4

**3**

301 - 1:16; 2:6
31 - 141:17
34 - 29:16
38 - 142:7
3:00 - 137:8

3:07 - 180:7
3rd - 9:2, 4

**4**

40th - 27:22; 66:12
45 - 29:16
4:00 - 109:5; 116:20; 118:7; 157:22, 24
4:30 - 157:23
4D - 38:14
4E - 4:3, 14; 38:11, 15-16; 46:8

**5**

50-H - 21:18
5H - 40:5

**6**

6 - 9:7
682-1888 - 1:25

**8**

8:00 - 76:21
8:30 - 76:21

**9**

914 - 1:25
914-473-3889 - 146:14
9296 - 1:6
9:00 - 80:23; 81:2
9:30 - 81:2; 83:13; 85:2
9E - 46:6

**A**

A-N-I-A - 76:18
a.m - 1:17
able - 18:25; 23:6; 106:14
above-captioned - 183:4
abuse - 159:2, 5; 165:11
accent - 20:15
accordingly - 153:14
action - 181:13
actions - 70:11
additions - 183:3
address - 4:12; 29:15
Address - 2:5, 12
administer - 3:11
advise - 152:23
advised - 131:10
advocate - 6:21, 25
affect - 103:25; 158:14, 20
affecting - 64:8
afford - 131:10
afternoon - 27:8; 137:8
Afterwards - 146:4
afterwards - 57:9; 146:3
age - 47:5, 14; 61:19
ago - 26:20; 29:17; 38:19; 43:6; 50:24; 66:16; 87:6
agree - 5:21
AGREED - 3:6, 17
Agreement - 14:4
air - 112:6
album - 74:21
allow - 11:19
allowed - 70:3; 154:5

alone - 123:22
altercation - 142:20
AND - 1:7:12; 3:5, 16
Andrew - 39:9, 20; 42:11
Ania - 76:18
answer - 5:23; 11:5, 22; 12:10; 23:5; 35:19; 47:19; 54:17; 56:3; 69:11, 16, 18; 72:5; 75:19; 79:18; 80:6; 98:4, 14; 119:9; 121:16; 125:2; 136:22; 147:23, 25; 148:3; 152:24; 153:3, 6, 23; 160:13, 18; 171:19; 176:4
answered - 147:2; 155:10; 166:8
answering - 48:5; 131:4; 161:25
answers - 20:14; 22:25; 23:2
anytime - 4:22; 5:2; 131:5; 143:21
anyway - 63:5
apartment - 24:22; 36:7; 38:10, 13, 21; 39:18; 40:2, 4; 45:24; 46:6; 50:3; 83:14, 17; 87:16; 88:2
Apartment - 4:3, 14; 38:11
apartments - 36:9
appearance - 71:12
appointment - 33:16
appreciate - 22:23
Araceles - 30:24
ARACELES - 30:24
area - 107:21; 141:23; 169:11
argumentative - 171:18
arguments - 145:19
arm - 151:10, 13
arrest - 91:13; 96:18; 117:20; 118:23; 120:22; 167:18
arrested - 12:22; 17:7; 123:15; 158:2
arrived - 133:23
article - 8:24; 10:16, 23; 12:11, 16, 18, 21, 25
articles - 9:3, 19, 22, 25; 12:7
ass - 120:24; 122:23
assert - 69:23
asserting - 69:21
assistant - 7:10
assume - 5:23
AT - 1:15
ate - 46:21
attention - 34:5; 54:15; 141:25; 174:19
Attorney - 2:5
Attorneys - 2:11
attorneys - 3:6
August - 32:14
authorized - 3:10
automatic - 96:12
Avenue - 28:18; 29:9, 17; 30:11, 15, 19-20; 31:3, 7, 20; 32:4; 132:24; 141:17; 142:7
aware - 69:7; 161:18, 22; 163:12; 174:10
AWILDA - 1:3, 19; 4:2; 180:11; 181:9; 183:21
Awilda - 4:11; 21:2; 26:12; 49:19; 56:4; 72:9; 80:18; 119:3; 166:9

**B**

B5 - 59:16
bad - 61:18; 66:5, 11; 108:19; 122:13, 16; 144:8
badgering - 147:3, 5; 166:4
Badgering - 148:6
ball - 78:9

Balli - 115:21
BALLI - 115:23
bar - 48:7, 14, 19; 49:2, 4, 6; 73:3
Barbara - 7:18, 21; 8:9; 179:18, 24
Barry - 166:22; 170:4
BARRY - 1:9
baseball - 78:17
basement - 51:23; 52:9
Basis - 148:5
basis - 125:5, 22
Batanor - 8:5; 179:25
BATANOR - 8:5
baton - 156:18, 21; 157:15
beat - 144:6
become - 57:19
bed - 18:23
bedroom - 38:21
Beekman - 28:17; 29:9, 16; 30:11, 15, 19; 31:20; 132:24; 141:17; 142:7
beer - 48:7; 49:4, 8
beers - 49:2
behind - 89:23, 25; 90:2; 91:4; 92:19; 93:6; 116:11
better - 20:22
between - 3:6; 13:19; 44:18, 24; 47:6; 73:24; 102:20; 162:13; 169:12
beyond - 10:5; 11:2; 69:24; 151:16
big - 22:20; 65:17; 68:25; 117:23; 123:18; 156:22
bill - 48:14
bills - 56:7
Binghamton - 15:11
birthday - 27:23; 41:8, 10, 13; 42:21; 47:3; 66:12
black - 102:15
bleeding - 113:18; 123:24
blocking - 151:6
blocks - 87:19; 141:15
blonde - 163:21, 24
Blonde - 163:22
blood - 181:14
blue - 67:24
body - 99:6, 9, 16; 105:4, 19; 106:5, 8, 19; 117:25; 134:19; 135:3; 150:23; 161:24
boots - 90:9, 13
Boots - 90:14
born - 32:20
bought - 49:2
Boulevard - 2:13
boy - 47:10
boys - 43:25; 44:2; 46:5, 16, 20
bragging - 72:25
break - 5:3; 104:4; 107:2; 113:3; 160:24; 162:15
BRIAN - 2:14
Brian - 4:17
Bridgette - 15:3, 6, 17; 33:7, 9; 47:11; 81:11; 84:3, 7, 14-15; 85:3, 6, 19, 24; 86:2, 10, 14; 87:20; 118:4; 131:19; 132:3, 20
bring - 33:15, 21; 64:10; 108:22; 114:18; 117:20; 120:16, 18; 135:13; 157:3; 161:10
bringing - 136:12
broke - 82:12
Bronx - 58:3
brought - 4:20; 115:9
brow - 169:14
Bryant - 71:10, 13-14; 72:7
building - 26:22; 27:3, 10; 28:5,

23; 29:12; 30:11, 15; 36:8, 11, 22-23; 38:10; 39:11, 14; 40:8, 18; 41:22, 25; 42:4; 43:2, 10, 13; 44:15, 20, 23; 45:4, 17, 23; 46:4; 47:16; 48:11; 49:12, 16, 23-24; 50:5, 11; 51:11; 52:14; 53:24; 68:5; 76:14; 87:17; 88:12
Building - 2:12
buildings - 44:21
bump - 101:22
business - 28:2; 31:17; 33:18; 48:17; 141:16
busy - 114:13
buy - 43:11; 50:19; 51:24
BY - 2:7, 14; 4:8
bye - 51:12

**C**

CA-L-E - 31:13
CE-D-E-N-O - 30:25
Cabrera - 115:19; 116:3, 25
Cale - 31:12
calm - 83:10; 105:7; 119:5
CAMPBELL - 1:9
Campbell - 16:3; 136:17, 21; 138:4, 7, 13, 17; 139:13, 17, 20, 25; 140:9, 21; 166:23; 170:5; 171:24
cannot - 131:10
CAPACITY - 1:8
captioned - 183:4
car - 51:24; 88:20-24; 89:3, 8, 11, 14, 16-18; 90:23; 91:7, 14; 92:6, 21, 23, 25; 93:5, 23; 95:19, 25; 96:2, 6; 101:17, 22; 102:20; 104:22, 25; 105:7, 10, 12, 18, 22, 24; 106:6, 8, 12-14, 20; 107:21, 23; 108:11, 13; 109:20, 24; 110:3, 5, 8, 13; 111:4, 13, 24; 112:2, 8, 12; 116:6, 9, 12-13; 118:10, 13; 132:12; 133:8, 13; 134:21; 148:15, 19; 149:2, 7, 10, 13, 21; 150:5, 7; 157:6, 11, 21
card - 52:4
care - 122:21; 170:25; 171:13
carry - 62:8, 11
carrying - 62:13, 15, 18
cars - 109:12
cart - 12:7
case - 15:21; 70:22; 138:18; 144:21; 145:6, 8-10; 158:4; 161:6
cases - 71:15, 18
caused - 6:9
Cedeno - 30:25
cell - 53:24; 77:14; 78:23; 79:2; 81:7, 20; 82:5; 12-13, 21; 83:4; 85:7, 9; 140:4, 13, 15, 17; 146:9
Cell - 78:24
certify - 181:8, 13
chair - 120:21
chance - 131:12
change - 27:25; 38:15, 20; 77:16; 135:16
CHANGE - 183:7, 9, 11, 13, 15, 17, 19
Changed - 159:16
changed - 46:6; 158:14, 24; 159:7, 16
charge - 7:19; 8:10; 12:21; 25:4; 122:16, 21; 125:18, 20; 170:20
charged - 158:2
cheating - 45:20
checking - 56:7
chief - 174:5; 175:24; 178:19

CHIEF- 1:11
Chief- 176:8, 11, 16, 20, 24
child - 32:20; 33:3, 5
children - 14:20, 23; 40:24;
42:7, 9
Chilly- 90:12
Christmas- 7:9
Christopher- 44:5
City- 57:17; 64:14; 102:12;
142:25; 143:5
CIV- 1:6
clarity - 152:11
Class- 129:13; 130:7
clear - 9:12; 12:17; 154:20;
163:5
Close- 169:2
close - 27:3; 36:3; 45:2; 46:22,
24; 48:8; 67:10, 12; 75:8;
90:4; 99:5, 15, 17; 103:21;
118:20; 141:12, 14; 150:22;
159:14; 168:25
closed - 95:23; 148:22; 150:11
clothes - 7:8; 45:18
collect - 7:7
color - 160:15
comfortable - 5:14; 23:23
coming - 6:15; 8:15; 46:25;
61:18; 62:22; 91:12; 92:20,
24; 93:16, 20; 95:16, 108:9,
13; 118:19; 120:14; 123:20;
154:20; 159:14; 166:12;
174:20
comments - 49:5, 7
communicate - 26:25
communication - 14:19;
25:23; 26:16, 20; 27:14, 17,
19
community - 35:17; 36:3
complaint - 118:17; 121:3;
136:8, 13
Complaint- 71:10
completely - 5:6
computer - 127:18
concluded - 180:7
concrete - 108:4
Concrete- 108:5
confuse - 20:17; 22:18
confused - 82:19; 172:18
Connected- 25:5
connection - 73:17
constantly - 69:11
contact - 105:5, 19; 106:6, 15;
111:9; 150:18; 170:21, 23;
174:9
continue - 22:20, 24; 44:25;
48:16; 61:20; 64:6; 101:13;
102:13; 155:13
continues - 72:6
control - 12:2
Control- 12:5
conversation - 52:2, 7, 24;
56:23; 69:2; 76:2; 85:14, 21;
119:13; 121:8; 122:25;
139:24; 140:2, 7-8; 177:4
coordinator - 6:22; 7:6
copies - 9:18
corner - 46:2
correct - 90:23; 92:15; 144:18;
158:5; 159:25; 164:5, 20, 23;
166:23; 176:9, 12, 17, 21
Corrections- 143:5
corrections - 57:17, 20; 58:13;
62:10; 63:6, 10, 13, 16; 64:17;
65:6, 17; 70:4; 102:10; 143:3;
156:25; 183:3
Cotaral- 73:9; 74:7, 13, 17;
75:2
COTARAL- 73:4
Cottage- 30:20; 31:3, 7; 32:4
country - 24:10

COUNTY- 181:5
couple - 50:17; 82:23; 108:11;
110:12
COURT- 1:2
court - 11:21; 23:13; 25:12;
58:3; 70:2, 17, 24; 130:22;
135:20; 136:24; 137:4, 18, 21;
139:8, 11, 14; 150:4; 153:3;
157:14; 170:23; 171:4
Court- 1:19; 24:13, 23
courtroom - 161:17
cousin - 29:10; 30:22; 81:16;
115:13, 15
cousins - 115:16
cover - 120:24; 122:22
crazy- 62:4
credit - 52:4
crime - 124:24; 125:9, 18
criminal - 25:3
cry - 117:21; 144:14
Cuba- 74:3
Cuban- 35:16, 20, 22; 36:3
cute - 47:10

D

D.A.- 122:17
Daddy- 84:21
daddy - 84:23; 86:8; 144:9
damage - 19:8; 59:18
damages - 10:10, 12, 14; 11:9
DAPICE- 2:7
dark - 92:3; 159:14; 167:3
Dark- 92:5
darn - 162:8
date - 8:8; 17:11, 17; 137:6
daughter - 12:14; 42:12; 53:20;
54:11, 14-16; 55:15, 25; 68:5;
72:25; 76:6; 84:11, 13, 16;
108:17, 20, 25; 114:18, 20;
115:2, 4, 12-13; 116:15, 22;
117:11; 122:6, 11, 13; 123:22;
131:19; 143:16
daughter's - 54:23; 115:13, 15
daughters - 14:24; 34:8; 42:23;
53:18
days - 82:24
deal - 22:20; 68:25; 122:20;
123:18
debate - 152:9
Debra- 142:4
Defendants - 126:14, 21
DEFENDANTS - 182:4
Defendants - 1:14; 2:11
defendants - 4:19
deletions - 183:3
delinquent - 155:3
dent - 105:23
Department- 16:12; 73:10;
74:14, 18; 87:8, 18; 90:21;
102:12; 136:7; 137:19, 24;
141:13; 143:5
department - 6:14; 8:23;
12:12; 16:2, 10, 16; 27:5, 7,
25; 29:10; 30:5, 8; 61:25;
62:22; 63:7, 10, 13, 16, 20;
64:5, 17; 65:6, 17; 70:5; 84:5;
86:10; 91:2; 92:9, 24; 93:21;
99:21; 100:3; 101:4; 102:10;
108:9, 15, 24; 114:24; 116:18;
118:9; 132:21; 143:2; 147:19;
149:17; 171:16
deposed - 70:19
deposition - 3:8, 13; 10:4;
11:7, 16; 20:22; 69:25; 70:21;
125:25; 148:8. 151:17; 153:9;
161:15; 181:10
depositions - 22:10

depressed - 61:20; 62:3, 25
Depressed- 62:5
Describe- 107:17
describe - 92:8; 99:2
Description- 182:5
desk - 133:15; 135:10
DETECTIVE- 1:7
Detective- 130:19
difference - 47:5
different - 22:3; 23:5; 27:7;
47:14; 89:13; 145:6, 8; 152:19
difficulty - 20:10, 13
direct - 69:17
directing - 69:17
direction - 142:13
dirt - 107:24
disability - 59:9, 11
disable - 64:5
disabled - 65:25
disagree - 163:11, 13; 177:15
discussion - 71:22
distance - 14:17
DISTRICT- 1:2
DOBBO- 181:7, 21
Dobbo- 1:25; 4:6
doctor - 33:15, 21, 24; 60:11,
15, 19; 64:20-22; 65:9, 12
Doctor- 169:10
DOES- 1:13
Dominican- 35:25
donation - 7:7
done - 21:19; 165:7, 14
door - 38:22; 105:21; 112:24;
113:11; 120:11; 148:19
down - 61:18; 64:16; 87:22;
91:17; 95:22; 96:22; 97:8;
98:20; 99:5, 101:22; 105:3, 7;
106:9, 18; 108:12; 114:14;
119:5; 120:19; 131:25;
135:15; 155:21; 161:11;
166:12
dress - 84:23; 88:9
dressed - 88:4; 90:8
drinks - 73:2
drive - 33:25; 88:23; 108:23, 25
driving - 33:14; 35:8
drove - 94:3
drug - 65:21
Duke- 15:19
duly - 4:5; 181:10
during - 76:24; 162:20; 163:8
duties - 6:23

E

early - 35:12
East- 1:24
eat - 46:18
Ebel- 15:24; 95:10; 102:11;
103:13; 158:5, 22; 160:11;
163:19; 167:20, 23; 168:3, 15
EBEL- 1:8
effect - 3:12
El- 115:23
eighteen - 29:4
either - 85:19; 97:22; 142:22
Either- 54:24
Eldryk- 158:5; 160:11
ELDRYK- 1:8
electricity - 98:12; 100:12, 23;
101:11; 159:3; 168:7, 17, 22;
169:7, 11, 18; 170:3
elevator - 40:10
eleven - 42:13, 16
emotional- 158:12, 20; 159:8
Emotional- 159:10
employed - 6:3

engine - 149:8
English - 5:7, 10, 13, 17; 7:5;
20:6; 23:7; 24:5, 8, 14, 16;
121:24; 124:16; 128:15
Envoy- 89:19
ERRATA- 183:2
Especially - 147:9
Esposito- 2:12
ESQUIRE - 2:7, 14
Eulalia- 142:10
EULALIA- 142:10
evaluation - 63:21, 23; 64:2
evidence - 157:12
exactly - 12:17; 13:13; 21:7,
14; 23:21, 24; 39:24
EXAMINATION- 4:8
Examination - 1:19
examination - 113:5; 180:6
except - 3:17
excited - 94:20
Excuse - 15:13; 64:15
Exhibit- 126:14, 22
EXHIBIT - 182:4
exited - 162:11
expandable - 157:16
experience - 22:10; 23:19
explain - 54:9; 130:13
Explain- 168:3
explanation - 179:4
eye - 169:14

F

face - 108:14; 110:14, 22;
118:20, 22; 156:7; 158:14;
160:16; 168:14
fact - 20:16
fall - 105:14
False- 129:12
false - 124:23; 129:20
familiar - 15:25; 16:9; 109:21
Family- 6:16, 19, 21; 8:18
family - 6:25; 7:7; 12:19; 26:17,
23; 27:15, 28:21; 42:21;
43:17; 50:8, 15, 20; 51:19;
53:17, 19; 55:22; 68:2;
159:16, 21, 25
far - 36:2; 61:12; 87:16; 95:12;
159:19
fast - 90:3, 5, 7
father - 28:17, 20; 31:10, 12;
84:4-6, 18-19; 117:20; 145:16
father's - 33:18
February- 1:17; 6:7, 15; 181:17
federal - 11:19; 153:5
feet - 95:14; 99:17; 107:13, 20;
111:25; 168:13
fell - 104:18; 134:21
field - 10:14
fifteen - 108:18; 113:19
fifth - 39:6; 42:5
fifty - 66:16
fight - 45:19, 21; 65:17; 152:7;
155:13, 18; 156:3
Fight- 153:20
fighting - 101:24; 133:9; 134:5
file - 136:8, 13
filing - 3:8
fill - 128:14
filled - 121:3
fine - 18:22; 62:2; 84:22; 119:4
fingerprint - 135:15
fingerprinting - 135:12
fingerprints - 135:18
finish - 135:19
finished - 49:18; 53:6; 56:23;
114:22; 159:13

finishes - 49:19
firm - 4:18
First- 10:22; 127:21
first - 14:14; 15:19; 28:13; 29:7;
32:20; 33:3, 10; 34:9; 36:10;
37:7; 38:14; 41:8, 13; 42:20;
43:23; 54:2; 89:21; 95:13;
137:3; 144:2, 24; 155:12, 16;
171:22
fist - 150:11
Five- 37:25; 58:5; 90:6; 95:14;
100:11
five - 11:8; 24:9; 30:12; 36:21;
51:2; 66:20; 81:3; 95:15;
100:14; 103:2; 120:13; 167:10
floor - 29:14; 36:10; 38:22;
39:6; 42:5; 45:18; 46:5; 49:24;
100:25; 101:12, 16, 18-19, 23;
102:4, 9, 18, 20; 104:25;
106:9; 108:2; 121:2
floors - 40:7, 9
Florida- 39:8, 15, 17, 21; 42:2;
46:13
fluent - 5:6
focus - 93:11
Focusing- 158:22
follow - 88:10
followed - 132:12, 24
following - 183:3
follows - 4:7
food - 7:7; 31:21; 73:2
FOR- 183:7, 9, 11, 13, 15, 17,
19
force - 3:11
forehead - 169:6, 9
forgot - 31:15; 44:5; 123:13
form - 3:18; 111:20; 121:4
forth - 181:10
Forty- 58:11
forty - 81:3
forty-five - 81:3
Fortynine - 58:11
fought - 155:16
four - 28:9; 43:4, 7; 47:9; 50:23,
25; 51:2; 141:15
Fourteen- 38:19
fourteen - 28:19; 38:18
FRANCES- 2:7
friend - 25:19, 24; 26:7, 14, 24;
27:19; 28:23; 39:16, 25; 40:2;
41:19; 46:10; 47:14; 55:21;
67:11; 75:9; 76:15; 101:14;
121:9; 159:20, 24-25; 160:5, 8
friend's - 76:13
friends - 27:3; 43:12; 44:10, 13;
46:10; 53:25; 54:3, 6, 23;
56:21; 57:4, 13; 73:16, 19;
74:20; 75:8, 16; 122:2
front - 29:10; 30:4; 105:20-22;
108:16; 109:7; 112:24;
113:11, 21; 114:3; 116:18;
120:3, 10; 132:24; 136:10;
152:10
frosty- 90:16
Fuck- 143:4
fucking - 102:11
full - 4:9; 153:4, 7
funny - 47:12
furnished - 181:9
FURTHER- 3:16

G

GABRIEL- 1:10
game - 77:24; 78:9, 16; 81:6
games - 118:23
Gandolfo- 137:17
Gasker- 16:2; 94:21, 25; 95:3,
6, 9; 103:13; 119:17, 21, 23;

120:12, 20; 135:13; 164:5; 165:14; 166:25; 168:18, 21, 25; 169:23

GASKER- 1:9

gently - 148:22

gift - 67:19

girls - 44:3; 46:15

Given- 20:9

given - 20:16; 71:7; 181:11

glass - 136:11

gloves - 65:18

GMC- 89:10, 19

God- 108:8

Gomez- 4:11, 16; 13:7, 19; 14:7, 16; 15:2; 21:17; 47:16; 70:20; 142:12; 150:17; 151:18; 162:11

GOMEZ- 1:3, 19; 4:2; 180:11; 181:9; 183:21

good-bye - 51:12

gosh - 162:8

grab - 104:6; 134:15; 151:9, 13

grabbed - 101:25; 111:11; 134:10, 20; 152:7

graduation - 53:4

grass - 107:25

Greenburgh- 24:13, 23

grew - 74:2

ground - 104:18; 105:2, 5-6, 8, 15; 107:23; 111:25; 112:3; 134:22; 156:15; 165:24; 168:7, 12

grow - 28:25; 73:22

guide - 153:13

gun - 62:8, 11, 13, 16, 18, 23; 63:4

Guzman- 142:10

## H

hair - 99:4; 101:11; 102:7; 160:15; 163:21; 167:3; 169:12

half - 14:14, 17

Half- 81:2

hall - 136:3

hallway - 28:4; 45:19; 136:5

hand - 91:15; 96:20; 97:12; 106:17; 181:17

handcuff - 91:15; 96:20; 155:23

handcuffed - 101:10, 12

handcuffs - 97:6, 11, 19, 23; 98:6; 100:25; 118:24; 119:25; 120:16

hands - 96:25; 150:7

happy - 118:15

hard - 100:19; 101:21; 102:21; 106:11; 112:7; 117:23; 123:14

Haydee- 15:2, 5; 33:3; 42:15; 47:6, 9; 53:20; 56:6, 13, 20; 57:4; 68:6, 9, 15, 17; 69:4, 7; 75:11, 16; 81:12; 84:18; 85:9, 15; 86:4, 8, 16, 18, 20, 23; 87:4; 108:17; 117:5, 8, 11, 14; 118:9; 122:8; 143:22; 145:14, 18, 21, 24

HAYDEE- 15:2

HAYES- 1:10

Hayes- 16:3, 8; 87:9, 14; 101:5

Head- 8:11

head - 18:12; 96:22; 97:7; 102:6

headquarters - 132:25; 157:21

hear - 25:14, 17; 96:15; 97:3; 104:9; 142:21; 143:11-14, 19; 145:18

heard - 82:25; 83:3; 87:13; 104:12

hearing - 21:18

Heather- 7:19; 8:7; 179:20, 24

Heather's - 8:4

heavy - 20:15

heels - 107:15

HELD- 1:15

held - 1:20; 71:23; 98:17; 99:8; 102:18; 183:4

Hello- 28:5

hello - 28:5; 52:3; 53:6; 54:8

Help- 101:3; 164:22; 165:22; 166:10; 177:21

help - 7:3, 5, 10; 86:18; 99:21; 100:13; 101:3, 6, 8-9; 123:16; 133:16; 165:21; 166:6; 169:21; 177:20

helped - 173:14

Hepatitis- 61:2, 16; 65:14

Hepatitis-C - 61:2; 65:14

hereby - 181:8

HEREBY- 3:5

herein - 3:7; 129:12

hereinbefore - 181:10

hereunto - 181:17

Hi- 52:20; 75:7; 83:5

hi - 52:20

High- 53:4; 107:15

Hilton- 66:18

hire - 131:10

HIS- 1:7

hit - 39:21; 59:17, 19; 91:16; 97:7, 22; 98:7; 99:3, 11; 102:13; 105:12; 108:14; 110:13, 22; 150:10, 14; 168:7

hold - 97:15; 98:10, 21, 24; 99:6, 10; 101:13, 16, 20; 102:16; 105:16; 106:9, 14, 16; 112:2; 150:23; 156:14; 163:2

holding - 97:10, 13; 98:10; 99:16; 100:24; 106:12

Hollow- 8:23; 16:12; 28:12; 29:2, 8, 11; 32:9; 36:3; 37:14; 53:3; 73:9, 15; 74:13, 17; 87:8, 17; 90:21; 102:13; 109:8, 25; 110:5; 116:2; 136:7; 137:9, 19, 24; 141:13; 143:6; 144:17

HOLLOW- 1:7

home - 64:12; 76:12, 24; 77:4; 78:23; 81:5, 10; 84:2; 85:17; 94:15; 117:4; 121:12, 19; 123:21; 135:19

hospital - 107:7; 108:22, 25; 109:2; 113:20; 114:15, 17, 19; 116:4, 20; 117:6, 9, 21; 118:2, 7; 120:25; 135:2; 171:2; 174:13, 17; 175:3, 8, 11, 14, 25; 177:4, 24; 178:4, 9

Hotel- 66:18

hour - 81:2

hours - 27:25

house - 27:23; 29:13, 18; 30:7; 38:9; 37:16; 41:21; 43:11; 44:17; 45:11; 46:18, 21, 25; 47:11; 49:15, 22; 50:18, 21; 51:5, 10, 20; 52:2, 8; 65:23; 67:13; 73:23; 74:11; 76:13, 20; 77:6, 9; 80:22, 25; 81:16; 83:19, 23; 118:4; 131:20; 140:6, 10-12, 16, 21; 157:4; 159:14

House- 29:19

Hudson- 36:16, 19-21; 37:4, 8, 11, 18, 22

hug - 98:22

hugging - 99:6

hundred - 20:7; 23:7; 58:8; 103:2

hurricane - 39:8, 15; 40:3

Hurricane- 39:20

hurt - 166:20

husband - 12:15; 13:6; 16:15,

46:20; 49:5:14; 42:24; 45:20; 47:22; 48:19; 55:24; 56:2, 12, 17, 24; 57:3, 16; 58:4; 60:25; 61:13; 62:8; 65:14; 66:4, 13; 67:19; 68:8, 16; 69:6; 70:13; 71:3; 73:5; 74:2, 7; 75:11, 13, 15; 76:5; 77:4, 10, 21; 78:8, 19; 79:8, 14, 24; 80:9, 12, 21; 81:6; 83:20, 22; 85:13, 20; 90:20; 92:12, 25; 93:7, 14; 94:2; 95:12; 96:24; 97:16; 101:25; 102:22, 25; 103:4; 115:9; 118:12; 131:20; 139:17, 21, 24; 140:19; 142:12, 20, 22; 143:14; 148:10, 13, 18; 150:6; 153:17; 155:8, 13, 24; 156:3, 18; 158:18; 165:2, 5-6; 167:21, 24; 168:4, 19; 169:22, 24; 170:14; 172:16; 173:3, 12, 19, 25; 176:17, 21

husband's - 27:22; 73:18; 79:2; 151:9, 13

## I

idea - 159:4

Identification - 126:17

identification - 102:10; 126:21

identify - 143:3

ignore - 178:15, 18

Iliana - 41:19, 24; 46:10

Iliana's - 41:21

ill - 71:20

immunity - 10:4, 9, 18; 11:3, 12; 69:15; 70:6, 8; 151:20; 153:9

improper - 177:14

IN - 1:7-12; 181:16

inappropriate - 163:7

Inc - 1:23

incident - 12:12; 16:13; 17:12; 19:3, 7, 9, 12, 16, 19-20, 23; 25:6; 26:4, 9, 14-15, 21; 27:13; 28:10; 70:13; 72:16, 18, 22; 82:9, 23; 117:15; 136:25; 137:11, 25; 141:22; 143:21; 151:23, 25; 152:12; 164:25; 170:22; 171:8, 25; 172:4, 7; 178:21

including - 161:23

Indicating - 103:19

indicating - 30:7, 9; 91:16; 93:22; 95:15; 96:21; 97:8, 14; 98:20, 22; 101:21; 102:3, 14; 103:17; 106:7, 10; 111:6; 134:18; 146:17; 168:8, 12-13, 25; 169:3, 13

INDIVIDUAL - 1:7

information - 7:3; 113:19

injuries - 156:2; 175:18

injury - 59:14

inside - 10:3; 107:20; 108:16, 18, 21; 112:13; 113:15; 114:12, 25; 117:25

instruct - 153:6

instructing - 148:3

instructs - 153:3

interested - 78:17; 181:14

interpreter - 5:16; 20:23; 21:20

interview - 63:9, 12, 16; 140:19

intimidate - 118:21

intimidated - 154:13

intimidating - 154:11

investigate - 171:8

investigation - 138:18; 170:20; 171:6

invitation - 41:15

invite - 67:5, 7, 11

invited - 41:12; 67:3

involved - 6:12; 45:13

IS - 3:5, 16

Island - 57:25

IT - 3:5, 16

items - 128:2

## J

jacket - 67:22-24; 90:17, 19; 101:17; 102:19; 107:9; 111:12

Janet- 137:17

jeans - 107:9

Jenny- 81:16; 108:17; 115:17, 20; 116:3, 25

Jimmy- 16:2

JIMMY- 1:12

job - 6:16; 13:2; 58:23; 66:3; 159:10, 12-13; 179:3, 6, 14, 17

Joe- 73:8; 74:7, 12, 17; 75:2

JOHN- 1:12

John- 37:6, 9, 11, 13, 16, 19, 21; 38:2

Jones- 36:19

JOSE- 1:7

Jose- 12:12, 18; 15:24; 28:18; 30:16; 31:6, 12; 33:11; 35:21; 41:17; 42:6, 10, 17, 25; 43:14, 16; 44:14, 19, 22, 24; 45:2; 47:15, 17, 21; 48:7, 13, 20, 22-23; 49:4, 8, 11-12; 51:24; 52:21; 53:3, 8, 21, 25; 54:3, 6-8, 10-11; 55:17, 20-21, 25; 56:6, 13, 21; 57:4; 67:7, 18; 68:3, 6, 9, 16-17; 69:4, 7; 70:15; 74:25; 75:11; 77:25; 78:25; 79:9; 81:7, 19; 82:4; 83:3, 5; 84:4, 18-19, 22; 91:11, 14; 92:20, 23; 93:24; 95:24; 96:17; 98:11, 18, 21, 24; 99:3, 5-6, 8, 16; 100:24; 101:14; 102:4, 6-7, 14, 16-17, 23-24; 104:11; 108:12; 110:12, 17-18; 118:18; 120:18; 128:5; 130:19; 132:21; 133:2; 134:10, 20; 167:18

José- 68:2

Josés - 80:9; 82:25; 83:10

JOSEPH- 2:4

Joseph- 1:15

Journal- 9:17

Judge- 71:10, 13-14; 72:6

July- 32:21; 47:9; 57:21

jump - 98:21

June- 57:22

## K

keep - 131:12; 152:15; 166:3

kick - 101:13; 108:14; 155:24

Kicked- 110:23

kicked - 101:10; 102:6; 110:13

kid - 74:16

kids - 7:12; 28:6; 33:16, 19; 43:18, 20; 46:18; 122:12

kids' - 159:17

kind - 18:5; 31:18; 59:13; 60:4; 88:25; 89:8, 18; 136:13; 153:18

knee - 102:5

knit - 36:4

knock - 70:21

knowing - 153:4

Knowing- 153:7

known - 163:14

knows - 69:13; 126:4

## L

lady - 65:12

laid - 155:21

language - 24:6, 10; 161:24

last - 6:5; 8:4; 13:10, 12; 14:6, 9, 11, 16; 24:24; 53:2, 7; 76:17; 98:14; 113:8; 129:11

Last- 14:8

laundry - 41:22; 52:10, 15

law - 4:17; 129:14, 25

lawsuit - 4:20; 136:13

lawyer - 121:10; 123:17; 131:3, 5, 10, 13; 137:13, 16; 138:20, 22; 145:10; 154:4; 162:14; 178:21

learn - 8:12

leave - 68:19; 78:2; 83:8; 88:11; 96:4; 111:25; 141:3; 149:2, 7, 10

leaving - 131:20

leeway - 70:3; 161:16

left - 43:14, 16; 81:7, 19; 82:4; 83:23; 87:21; 89:20; 91:15; 96:2, 6, 8; 97:12; 106:25; 113:20; 116:6, 10; 118:20; 120:13; 121:22; 133:13; 135:3

legal - 13:18, 24; 14:2; 177:10

Leprac- 64:13

LIEUTENANT- 1:9

Lieutenant- 16:3; 87:9, 14; 136:16, 21; 166:22; 170:4; 171:25

lieutenant - 16:7

life - 123:15; 158:14, 24; 159:8, 16

light - 92:2

lights - 92:6; 96:8; 149:11

line - 60:23; 146:8

Linpress- 142:4

LISA- 181:7, 21

Lisa- 1:25; 4:6

Listen- 115:5

listen - 23:19; 24:18; 63:3; 80:19; 81:23; 82:3, 10, 14; 96:17; 119:2; 134:9; 143:3, 6, 9

listened - 82:21

live - 13:8, 15:4; 24:9; 27:2; 28:4; 29:8; 30:10, 21; 31:2, 4; 32:3; 36:10, 14, 19; 37:18, 24; 39:4, 6; 41:24; 46:2; 52:12; 62:2; 115:20; 141:12

lived - 13:10; 17:3; 31:7; 36:17, 20; 37:16; 39:16; 42:3

liver - 59:15, 17, 19, 21; 60:8, 10, 13

lives - 15:7; 142:6

living - 16:22; 30:14; 38:25; 46:3; 48:10; 122:11

LLP- 2:11

lobby - 133:21

local - 153:5

look - 34:10; 92:22; 101:7; 107:18; 126:19; 141:24; 145:22; 159:15; 160:12, 18; 162:24; 163:19; 166:25

Look- 160:14

looked - 133:8; 174:21, 23

looking - 92:22; 106:3; 121:10; 123:17; 149:22

lose - 52:5; 159:10

losing - 179:3

loud - 154:7, 11

lower - 94:17; 162:8

lunch - 113:3

**M**

M's - 8:2
machine - 141:4
magistrate - 71:5, 8
magistrates - 71:19
Main - 32:6, 15, 23; 36:7, 15; 37:5
man - 102:21, 25; 112:8
Manhattan - 64:21
MARIA - 2:4
Maria - 1:15
Marina - 28:6; 40:16; 41:18, 20; 44:8, 14, 18, 24; 45:2, 10; 48:13; 51:23; 52:5, 18; 53:9
Marina's - 47:3
Marinelli - 162:10
MARINELLI - 2:7; 7:25; 9:7, 11; 10:2, 8, 13, 20, 24; 11:10, 15, 20, 25; 12:9; 17:9, 18; 18:13, 16, 19; 20:18, 25; 21:16, 23; 22:4, 9, 15; 24:4, 12; 26:5, 8, 11; 35:18; 47:18; 48:2; 49:17; 54:17; 55:18; 56:3; 57:5, 10; 58:17, 19, 24; 59:10; 60:2, 6, 17, 22; 61:9, 14; 62:20; 63:8, 24; 65:15; 66:7; 68:11, 14; 69:9, 19, 22; 70:10, 14, 18; 71:7, 11, 17, 21; 72:4, 17; 74:19; 75:5, 19; 79:10, 17, 22; 80:6, 17; 81:15, 23; 82:15, 18; 83:16; 85:16, 22; 86:5; 88:6; 89:4; 94:5, 14, 16, 19; 97:24; 98:3; 99:25; 104:3, 19; 110:15; 111:14, 19; 115:5; 124:14, 25; 125:4, 6, 10, 14, 17, 23; 126:6, 10, 18; 127:6, 11; 129:6, 17; 130:25; 131:7, 15, 22; 132:6, 15; 133:5, 11, 18, 25; 134:7, 13; 135:5; 136:20; 137:10; 138:15; 139:4, 7, 10; 142:24; 143:17, 25; 144:22; 146:2, 5, 7, 11, 15, 21, 25; 147:6, 9, 13, 16, 22, 25; 148:4, 6, 16, 20, 23, 25; 150:8, 12, 15, 19; 151:11, 15, 24; 152:3, 15, 20; 153:7, 15, 22; 154:6, 10, 22; 155:4, 9, 15; 156:13, 20; 158:8, 11, 19, 25; 160:9, 13, 17, 23; 161:2, 7, 9, 14, 25; 162:6, 21; 163:10, 22; 165:3, 15, 23; 166:2, 8; 167:12, 25; 168:5, 9; 169:5, 25; 170:9, 13, 15, 18; 171:17; 172:17; 173:4, 10, 13, 20; 174:2; 175:15, 20; 176:2, 4, 14, 18, 22; 177:2, 8, 13, 22; 178:2, 5, 10
marines - 148:11
Mario - 12:23; 13:7, 19; 14:7, 16; 32:18; 35:21; 47:16, 22; 48:7, 14, 22:23; 49:3; 57:14, 16; 64:25; 65:7; 68:19; 69:12; 70:20; 73:25; 75:15; 77:4, 10; 81:18; 82:3; 83:5; 85:25; 86:2, 14; 87:21; 88:23; 89:6, 8, 20; 91:12, 14, 16; 92:19; 93:21, 23-24; 95:17, 24; 96:19, 22; 98:10, 17, 20-21; 99:3-5, 8, 11, 15; 100:23; 101:10, 12; 102:6, 9; 104:6; 108:10, 12, 14-15; 109:19, 23; 110:5, 13, 22; 112:12, 14, 18; 113:17; 114:8; 118:25; 119:2; 121:11; 122:3; 123:17, 23; 131:20; 132:2, 11, 24; 133:8; 135:14, 16, 24; 136:2; 139:9, 11; 141:7; 142:12; 143:15; 144:16; 145:12, 19, 21, 25; 146:18; 147:11; 149:4; 150:5, 10, 17; 151:18; 168:11, 17; 178:12
Mario's - 73:16; 74:11; 82:12; 83:4; 88:23; 96:21; 101:11;

**Mark** - 126:13; 165:25
marked - 126:17, 21
marks - 156:6
marriage - 181:14
married - 13:4; 16:24; 28:22; 32:5, 12-13, 16; 44:7; 122:12
material - 12:6; 37:3; 56:11; 72:3, 14; 98:16; 113:10; 119:11; 121:18
matter - 181:15; 183:4
McCarthy - 159:8
mean - 9:8; 14:12; 19:19; 21:17; 22:4; 30:6; 55:7; 97:24; 98:17; 100:5; 117:18, 124:15; 130:2, 5; 143:11; 145:7; 153:25; 154:8; 164:18; 165:5; 171:11
Means - 151:6
means - 129:16, 19, 21; 130:16; 151:3; 177:19
meant - 5:23
medication - 61:24; 109:2
meet - 16:11; 28:13; 33:10; 35:14; 41:17; 157:7
meeting - 8:16; 179:18
members - 16:11, 16
Memorial - 118:3
memory - 146:17; 152:12
message - 78:2, 20, 22; 79:5, 9, 16, 20; 81:7, 19; 82:4, 10, 14, 21; 141:3, 5, 10
Mets - 77:24; 78:11, 13
Michael - 40:25; 41:5; 43:23; 44:4; 46:22; 47:6, 11
Michael's - 41:8, 12; 42:20; 43:24
middle - 48:4; 91:3, 6, 9; 92:7; 96:2, 4; 116:6, 10; 149:3; 152:6
might - 161:16
MIKE - 1:9
Mike - 164:5
miles - 90:6
mine - 55:21; 132:13
Mineola - 2:13
minivan - 51:24
minute - 24:19; 26:19
minutes - 11:8; 81:3; 100:11, 14, 16; 108:18; 113:20; 120:13; 167:11
MIRANDA - 2:10
Miranda - 4:18; 126:16; 127:9, 21; 182:7
misdemeanor - 129:13; 130:7
mist - 91:22, 25
moccasins - 107:20
moment - 51:14; 93:10, 12; 95:6; 100:17, 19; 104:16; 123:12, 19, 21; 124:2; 134:3; 144:7; 147:18
mommy - 159:18
Monday - 19:14; 135:20; 137:5, 11
money - 10:19
months - 30:13; 36:18, 21; 37:25; 39:11
morning - 4:16; 27:8; 76:22; 109:6; 116:20; 118:7; 157:20, 22
most - 36:5
mother - 28:20; 31:10
mother's - 31:14; 74:11
motions - 98:25
move - 13:17; 26:22; 27:10; 28:8; 30:18; 37:5; 38:21; 39:3, 5, 10; 40:4, 13; 42:25; 43:18; 44:15; 46:4, 12-13; 50:18; 51:5, 14; 96:14; 106:11; 120:20; 173:16

moved - 13:16; 28:22; 29:3, 7; 32:5, 13, 15, 17, 22; 36:12, 16-17, 20, 22; 37:6, 21; 38:2, 4, 14, 24; 39:14, 17, 25; 40:3, 12, 18, 23; 41:3, 6, 18; 42:2, 6, 10, 18; 43:9, 13, 21; 44:8, 11, 19, 22; 45:3; 46:7; 47:15; 49:11, 15-16, 21-22, 25; 50:7, 16, 20; 51:4, 8-9, 19; 52:8; 53:11, 17; 68:4; 112:7
MR - 4:8; 9:9, 13; 10:7, 11, 15, 22; 11:7, 13, 18, 23; 12:3; 17:19; 18:11, 14, 17, 22; 20:9, 20; 21:21, 25; 22:7, 22; 24:22; 25:2, 5, 8; 36:24; 48:4; 56:9; 69:17, 20; 70:7, 12, 16, 23; 71:6, 9, 16, 20, 24; 72:11; 75:6; 94:18; 98:2, 13; 100:4; 104:20; 111:17; 113:2, 7; 119:8; 121:15; 125:3, 5, 8, 12, 15, 20; 126:2, 8, 13; 146:4; 147:4, 7; 148:2, 5; 151:22; 152:2, 5, 18, 25; 153:11; 154:3, 8; 160:21, 25; 161:3, 8, 12, 21; 162:4, 19, 23; 163:17; 165:17, 25; 169:8; 173:16; 174:15; 177:11, 15; 178:6; 180:3
MS - 7:25; 9:7, 11; 10:2, 8, 13, 20, 24; 11:10, 15, 20, 25; 12:9; 17:9, 18; 18:13, 16, 19; 20:18, 25; 21:16, 23; 22:4, 9, 15; 24:4, 12; 26:5, 8, 11; 35:18; 47:18; 48:2; 54:17; 55:18; 56:3; 57:5, 10; 58:17, 19, 24; 59:10; 60:2, 6, 17, 22; 61:9, 14; 62:20; 63:8, 24; 65:15; 66:7; 68:11, 14; 69:9, 19, 22; 70:10, 14, 18; 25; 71:7, 11, 17, 21; 72:4, 17; 74:19; 75:5, 19; 79:10, 17, 22; 80:6, 17; 81:15, 23; 82:15, 18; 83:16; 85:16, 22; 86:5; 88:6; 89:4; 94:5, 14, 16, 19; 97:24; 98:3; 99:25; 104:3, 19; 110:15; 111:14, 19; 115:5; 124:14, 25; 125:4, 6, 10, 14, 17, 23; 126:6, 10, 18; 127:6, 11; 129:6, 17; 130:25; 131:7, 15, 22; 132:6, 15; 133:5, 11, 18, 25; 134:7, 13; 135:5; 136:20; 137:10; 138:15; 139:4, 7, 10; 142:24; 143:17, 25; 144:22; 146:2, 5, 7, 11, 15, 21, 25; 147:6, 9, 13, 16, 22, 25; 148:4, 6, 16, 20, 23, 25; 150:8, 12, 15, 19; 151:11, 15, 24; 152:3, 15, 20; 153:7, 15, 22; 154:6, 10, 22; 155:4, 9, 15; 156:13, 20; 158:8, 11, 19, 25; 160:9, 13, 17, 20; 174:2; 175:15, 20; 176:2, 4, 14, 18, 22; 177:2, 8, 13, 22; 178:2, 5, 10
mustache - 160:15

**N**

name - 4:9, 17; 8:4; 16:6; 18:6; 31:14, 22, 25; 32:2; 44:21; 50:6; 65:9; 76:17; 95:6; 138:14; 171:22; 172:22
named - 73:8; 87:8; 141:19; 142:3, 9
names - 14:25; 16:4; 31:11; 43:25
Navy - 67:24
nearby - 97:18
neck - 102:5; 103:17; 104:7; 168:6
need - 5:3; 7:3, 5; 160:23;

**Page 187 to 187 of 190**

nervous - 101:13; 117:22, 24; 123:12, 15; 128:25; 154:19
Never - 178:23
never - 39:5; 49:6; 61:21, 23; 63:3; 65:22; 75:13; 77:19; 123:12, 15; 124:6; 128:24; 146:23; 150:21; 155:16; 158:7; 159:9; 160:3, 10; 164:7, 12; 170:7, 10; 172:9, 12; 176:8, 11, 16, 20; 177:6; 178:17
NEW- 1:2; 181:4
New- 1:16, 20, 24; 2:6, 13; 4:4, 15; 57:16; 102:11; 129:15; 142:25; 143:4; 181:8
News- 9:17
newspaper - 6:11, 13; 8:14, 19, 24; 9:16, 22-23; 178:23; 179:8, 19
next - 19:14; 23:3; 29:18, 22, 24; 30:2; 33:5; 38:22; 98:9; 107:21; 108:10; 112:1; 112:18; 120:19; 122:23; 137:5; 139:21
Next- 119:19; 127:25; 131:25; 132:11; 133:13
nice - 153:24
night - 12:15; 76:23; 107:6; 112:15; 117:14; 123:4; 141:22; 146:20; 147:12; 148:14; 149:14; 154:17; 156:6; 157:19; 158:21; 159:23; 160:7; 164:8, 13; 166:20; 173:8; 174:7, 10; 179:5
nine - 46:13; 58:11
Nine- 7:15; 40:9
nineteen - 35:12
ninth - 46:5
nobody - 16:9; 26:17; 27:15; 73:4; 93:10, 12; 122:7; 136:18; 140:5, 14, 17; 165:12; 166:12; 171:3; 173:14; 175:22
Nobody- 65:23; 114:4, 14; 122:12; 166:13, 18; 169:21; 170:24; 173:14
normal - 5:13; 49:9; 52:6; 68:19
Normally- 165:11
normally - 5:12; 90:6; 92:15; 148:24
Notary - 1:20; 4:6; 180:18; 181:7; 183:24
notch - 161:11
note - 10:2; 17:9; 55:18; 57:5; 85:22; 86:5; 129:6
Note- 63:24; 89:4
noted - 183:3
Nothing- 28:3; 178:11
nothing - 8:21; 48:23; 50:4; 51:15; 55:22; 57:13, 15; 65:20; 68:16; 70:5; 73:25; 76:3; 94:10; 100:18; 102:18; 122:6; 140:15; 142:17; 143:9, 12; 144:15, 24; 154:16; 155:3; 156:8, 23; 157:3; 158:12; 159:11; 164:16; 166:14, 18; 169:20; 171:3, 13; 173:15, 22; 178:13, 18
November- 8:15, 25; 9:2, 4; 24:25
nowhere - 49:7
number - 49:7; 77:15, 18, 20; 79:2, 7; 83:9; 139:14, 16, 18; 146:10

**O**

oath - 3:11
object - 11:4; 69:13, 15; 70:22; 152:23; 166:3
objecting - 111:20

not - 17:10, 18; 47:18; 55:19; 57:6; 58:24; 59:10; 60:2, 6, 17, 23; 62:20; 63:8, 25; 65:15; 68:11; 69:9; 72:4; 79:11, 17, 22; 85:16, 23; 86:6; 88:7; 89:5; 98:3; 111:15; 129:7; 130:25; 139:10; 143:25; 146:5; 155:10; 160:9; 165:16; 167:12; 169:25; 170:18; 172:17; 177:14
Objection- 103; 57:10; 58:17, 19; 61:14; 66:7; 68:14; 74:19; 83:16; 94:5, 14; 99:25; 104:19; 124:25; 129:17; 131:7, 15, 22; 132:6, 15; 133:5, 11, 18, 25; 134:7, 13; 135:5; 139:4; 142:24; 143:17; 144:22; 146:7, 11, 15, 21, 25; 147:13, 16, 22; 148:6, 20; 23, 25; 150:8, 12, 15, 19; 151:11, 15; 152:3; 153:22; 154:3; 155:9; 156:13, 20; 158:8, 11, 19; 160:13, 17; 163:17; 165:17; 168:5; 170:9, 13, 15; 171:17; 173:4, 10, 13, 20; 174:2; 175:15, 20; 176:2, 4, 14, 18, 22; 177:2, 8, 22; 178:2, 5, 10
objections - 3:17
obstructed - 150:25; 151:4
October- 17:13; 20:2; 25:15, 18; 51:21; 57:12; 58:6, 10, 12; 76:9; 77:9; 83:12; 131:18; 148:14; 167:5
OF- 1:2, 7, 11; 181:4
Office- 2:5, 12; 109:21
office - 29:18, 25; 95:7, 11; 109:22; 120:16, 18
OFFICER- 1:8
Officer- 25:14, 17, 19; 94:21; 158:5, 22; 159:24; 160:11; 164:5; 166:25; 175:10, 13
officer - 3:10, 13; 52:25; 57:17, 20; 58:13; 62:11; 70:4; 93:18; 111:8; 133:3, 15; 141:24; 157:2; 162:24
officer's - 152:8
officers - 97:18, 20, 25; 133:23; 142:21; 143:4; 144:17; 164:24; 165:11; 166:20
OFFICERS- 1:12
OFFICIAL- 1:7
old - 11:8; 28:19; 29:4; 34:9; 35:11; 41:5; 42:9, 17; 47:8; 54:14; 58:10; 164:2
Old- 1:16; 2:6
once - 54:25
one - 11:9, 11; 21:4; 31:4; 36:16, 19; 37:20; 41:2; 44:4, 25; 45:12; 46:20; 49:3, 12; 51:22; 52:19; 54:13, 21; 55:4, 7; 64:10; 70:12; 73:16, 18; 76:4; 80:14; 81:3; 83:22; 86:23; 94:23; 97:15, 22; 109:16; 127:25; 131:11; 143:4; 163:4; 168:24; 170:21; 171:4
One- 52:4; 102:5; 159:5; 172:20
one-time - 49:12; 51:22; 54:13, 21; 64:10; 80:14; 86:23
open - 171:5
opened - 120:11
Order- 1:20
order - 98:11; 100:12, 22; 104:10
orders - 108:11; 110:12, 19
Orders- 110:20
organization - 6:17
outcome - 181:14
outside - 92:3; 93:9, 14, 19-22; 94:24; 95:4, 8; 111:2, 5; 115:11; 118:10; 120:9; 125:24; 133:22; 148:7; 152:22; 161:10

ovaries - 18:7
own - 21:4; 24:2; 175:17

**P**

P.C - 1:15; 2:4
p.m - 113:5; 180:7
page - 127:15-17, 21; 129:3; 130:10
Page - 182:5
Page____Line
SHOULD - 183:6, 8, 10, 12, 14, 16, 18
pain - 108:19, 24; 109:3; 117:21; 135:2; 171:2
panic - 159:8
pants - 90:9, 13
paper - 128:9, 14, 16
papers - 60:11
paragraphs - 124:21
parents - 7:2,4; 8:19; 28:20; 31:8; 34:18
park - 90:23; 91:5, 7-8; 92:18, 25; 95:24; 116:16; 132:7
parked - 92:12; 93:5; 116:13
parking - 52:4; 83:25; 88:13, 17; 89:20; 90:25; 91:5; 92:8, 10, 13-15, 20, 22; 93:23; 116:17; 132:2
part - 105:4, 18; 106:5, 7, 19; 151:23, 25; 169:4, 12
parties - 3:7; 181:13
party - 27:23; 41:10, 13; 42:21; 66:13, 21, 23; 67:16
past - 43:5; 50:17
Paul - 118:10
paved - 107:24; 108:4
pay - 48:7, 14-15; 49:4, 8; 64:6
paying - 73:2
penal - 129:14
penalty - 126:3, 5, 7, 11; 130:14
pending - 12:4; 162:20, 22; 163:9, 12
pension - 59:7-9, 12
people - 21:5; 22:8; 23:15, 17, 20-21; 24:8; 51:10, 14; 66:19; 67:3, 5; 158:13; 159:5; 160:3; 172:20
percent - 20:7; 23:8
perjury - 126:4, 7, 11
permit - 153:5
permitted - 152:21
personal - 178:17
persons - 16:5
ph - 64:14
Phelps - 118:3
phone - 53:15, 24; 55:13, 17; 77:10, 12, 14-15, 17, 19, 22; 78:5-7, 20, 22-24; 79:2, 7, 15-16, 25; 80:3; 81:8, 20; 82:4, 13, 22; 83:4, 9, 19, 21; 85:7, 9, 13; 86:15; 132:4, 10; 139:14, 18; 140:4-6, 12-14, 16-17; 146:9, 19
physical - 111:9; 150:17
Physical - 158:12
pick - 112:5
picked - 117:12
picture - 74:17; 135:18
pictures - 67:15; 73:23; 74:6, 10; 135:12
place - 1:20; 65:18; 155:17
Plains - 1:18, 24; 2:6
plaintiff - 151:21; 177:12
Plaintiff - 1:4, 19; 2:5
play - 46:16, 18; 47:11; 81:18; 118:23

playoffs - 78:15
Plaza - 4:3, 14; 38:4, 8-9, 25
point - 11:20; 137:14; 159:20
pointing - 169:9
Police - 16:12; 73:10; 74:13, 18; 87:8, 17; 90:21; 102:12; 109:8, 10, 24; 110:2; 136:7; 137:19, 24; 141:13; 143:6; 158:5; 164:4
POLICE - 1:8, 12
police - 6:14; 8:22; 12:12; 16:2, 16; 27:5, 7, 24; 29:10, 22; 30:3, 8; 52:25; 84:5; 86:9; 91:2, 13; 92:9, 24; 93:15; 94:3; 95:16; 96:18; 97:25; 99:24; 100:3, 10, 21, 23; 101:3; 108:8, 11, 15, 24; 109:12, 19; 110:8, 20; 111:13, 24; 112:9, 19; 113:12; 114:23, 25; 115:8; 116:18, 118:9; 120:3; 132:21, 25; 133:2, 9, 14; 135:7; 136:14; 142:24, 142:21; 143:2; 144:17, 21; 146:24; 147:12, 18; 148:14; 149:17; 152:8; 157:20; 159:4; 171:16; 174:4
policeman - 27:6; 73:15; 91:12; 101:14; 102:5; 118:12; 172:19
policemen - 173:6
pool - 47:2
position - 8:17; 27:4, 24; 118:11; 178:12
Post - 1:24; 2:5, 12
post - 29:18, 24
pounds - 103:3
power - 122:15; 123:25
precinct - 121:13; 150:4
prefer - 21:9; 23:12, 25; 24:3
present - 13:19; 119:12; 131:5; 142:19
previous - 48:5
privilege - 69:21, 23
problem - 5:4, 8; 6:13, 15; 17:5; 21:6; 22:5, 23, 25; 24:5, 8, 17; 26:12; 44:14, 18; 45:14; 48:12; 59:15, 20; 60:7, 10, 13; 61:16, 22
problems - 44:24; 45:16; 47:21; 61:13; 145:15
proceeding - 13:24
proceedings - 13:18
process - 178:14
professional - 5:11
program - 7:19; 8:11
proof - 67:25
protect - 62:25; 98:23; 159:4
psychiatric - 61:23; 159:9
psychiatrist - 63:7, 10, 13, 17
psychological - 61:13, 15, 22; 63:22
Public - 1:20; 4:6; 180:18; 181:7; 183:24
pull - 92:14
pulled - 93:6, 14; 132:12; 148:13; 156:11
punch - 99:13
punches - 142:13
punishable - 129:13
purpose - 24:20; 125:7
pursuant - 1:19; 129:13
push - 111:16
pushed - 104:21; 107:22; 111:12
Put - 168:6, 22
put - 6:16; 12:21; 18:7; 24:15, 17; 34:5; 54:5; 58:22; 64:4; 96:25; 100:24; 101:11; 106:17; 107:19; 108:10; 109:2, 4, 19, 23; 110:5; 118:24; 119:25; 120:11;

132:8, 13, 18; 135:10, 17; 141:25; 150:7; 153:17; 154:20, 24; 155:23; 163:3; 168:7, 16, 24; 170:2; 174:19
putting - 161:5

**Q**

qualified - 10:4, 9, 18; 11:3, 11; 69:14; 70:6, 8; 151:20; 153:9
Queens- 64:14, 17
questioning - 60:24; 146:8
questions - 4:22; 11:2; 22:16; 64:24; 80:20; 131:4; 148:9; 151:17; 152:16, 23; 160:19; 161:23; 162:2; 177:10; 180:4
quiet - 144:14
Quinoy- 12:13, 18; 15:24; 25:15, 18-19; 26:6; 28:13; 30:16; 31:6; 33:10; 36:12; 38:25; 39:3, 13, 17; 40:12; 46:16, 20; 47:17; 53:17, 19; 67:7; 70:15; 72:25; 75:11, 17; 77:25; 78:20, 25; 79:18; 81:7, 19; 82:4; 83:5; 84:4; 85:14; 86:3, 8, 15-16, 18; 87:5; 93:15, 17; 94:2, 12, 23; 95:9; 96:17; 97:5, 10; 101:24; 104:21; 105:9; 107:22; 108:6; 110:18; 111:9; 118:18; 119:14, 19-20, 25; 121:6; 130:20; 133:2; 142:14; 143:15; 145:15, 22, 24; 146:20; 150:6, 10, 18; 151:9, 12; 156:2; 157:7; 159:20, 24; 167:18; 175:10, 13, 25
QUINOY- 1:7
Quinoy's - 101:25; 104:6; 156:11
Quinoys- 46:11
quoted - 10:16

**R**

raining - 67:25; 90:15; 91:19-21, 24; 96:13
ran - 99:23; 100:2, 5; 131:25; 133:14
ray - 109:5
reactions - 161:23
Read- 56:9; 71:24
READ- 183:6, 8, 10, 12, 14, 16, 18
read - 5:22; 6:13; 12:5, 25; 36:24; 37:2; 56:10; 72:2, 13; 98:13, 15; 113:9; 119:8, 10; 121:15, 17; 123:9; 124:3, 20; 128:8, 16-17, 19; 129:3; 135:10; 179:12, 19
reading - 128:10
really - 16:5; 23:8; 33:19; 39:5; 47:13; 55:11; 64:9; 65:8; 83:17; 91:20; 105:6; 106:16; 108:19; 112:3; 115:17; 117:17; 156:8; 161:4, 10, 12; 163:20; 167:17
reason - 68:18; 120:22; 122:21; 124:10; 139:5; 144:9; 159:3, 7; 175:23
REASON- 183:7, 9, 11, 13, 15, 17, 19
reasons - 19:25; 44:25; 45:12; 173:21
received - 80:16; 131:18; 146:19
recent - 161:4
recess - 113:4
record - 4:10, 13; 9:12; 71:21, 23; 152:10; 153:2; 154:12; 161:5; 163:5; 181:11
recovering - 18:8

referring - 7:15; 18
regard - 165:5, 8
regular - 118:12
related - 69:14; 181:13
relation - 12:14; 27:21; 28:7; 39:19, 24; 46:19; 47:10, 13, 24; 48:6, 9, 13
relationship - 47:16; 48:16
remain - 130:20
Remember- 20:6; 45:23
remember - 12:17, 24; 13:12; 14:10; 37:10, 12; 39:5, 13; 40:6; 43:25; 53:5; 54:4; 58:21, 25; 61:11; 65:16; 67:18; 68:18, 23; 72:8; 77:17; 81:13; 87:6; 90:18; 93:4; 149:9, 12; 167:9
rent - 67:5
Repeat- 72:10
repeat - 20:7; 21:9; 72:11
repeating - 152:16
rephrase - 17:19
replay - 82:13
reporter - 12:5; 20:10, 13; 37:2; 56:10; 72:2, 13; 98:16; 113:9; 119:10; 121:17; 178:24
Reporter- 1:25; 181:7
REPORTER - 181:22
REPORTING - 1:23
represent - 4:19
representing - 4:17
requested - 12:6; 37:3; 56:11; 72:3, 14; 98:16; 113:10; 119:11; 121:18
reserved - 3:18
residing - 4:2
resist - 153:20
respective - 3:7
responsibilities - 6:24
responsibility - 7:2
rest - 170:24; 173:6
restaurant - 28:17; 31:19; 33:12; 34:14, 17, 22; 35:5; 73:3
restricted - 70:9
resumed - 113:5
retire - 58:18
retired - 58:16; 59:24
reunion - 7:4
rib - 106:21; 107:2
ride - 63:18; 117:5
rights - 127:9
Rikels - 57:24; 58:2
risk - 153:12
River- 4:3, 14; 38:4, 8-9, 24
Road- 1:16, 24; 2:6
Rodney- 141:20
Rodriguez- 141:20
rolled - 95:22
romantic - 12:13
room - 7:10-12; 41:23; 120:12; 135:13, 15, 17; 136:2; 162:11; 163:8; 167:18
rude - 154:2
rules - 11:19; 153:4, 13
run - 10:13; 93:24; 99:20; 100:2, 13
running - 93:22; 95:16; 96:6; 101:8; 149:8

**S**

Sambursky- 4:18
SAMBURSKY- 2:10
sandwich - 31:20
save - 141:10
saw - 14:6; 27:12; 28:6; 33:12,

10; 55:21; 64:20; 68:9, 15, 17, 20, 24; 74:6; 78:16; 88:14; 91:18; 93:17; 95:13, 15; 99:22; 100:20; 103:9; 110:8; 113:17; 117:14; 118:10; 123:23; 124:6, 8; 132:25; 133:8; 139:14; 142:19; 150:24; 156:5; 158:21, 23; 159:3; 167:10, 17; 168:14, 21; 174:11, 25; 178:9
scared - 159:11
scene - 169:5
scheduled - 25:9
school - 15:14, 16
School- 53:4
scope - 10:5; 11:3; 69:24; 125:25; 148:7; 151:16; 152:22; 153:8
scratches - 106:2, 4
scream - 91:12; 101:3, 8; 119:7; 134:3, 9, 14
screaming - 132:4; 133:22; 134:3, 11
screeching - 148:15
sealing - 3:7
seat - 108:13; 110:6
second - 12:18; 14:15; 15:15; 29:14; 80:9; 83:19, 21; 127:15; 129:3
Second- 14:17
Section- 129:14
section - 130:13
see - 8:18; 16:22; 18:19, 21; 25:21; 26:5, 23; 27:9, 11; 28:3-5, 10, 16, 18; 36:2; 38:17; 39:4; 41:20; 48:7, 14, 19; 51:10, 14-15; 52:3, 18-19, 22; 53:11, 23; 55:22; 64:3, 20; 66:9; 68:5; 73:22; 74:9, 20; 78:6, 15; 80:3; 82:8; 84:11, 20, 23-24; 86:9; 88:11; 89:6; 92:23; 93:10, 12, 19; 95:10, 24; 96:19; 100:18, 25; 101:9; 103:4; 106:3; 110:11; 111:6; 112:14, 16; 113:16; 114:6, 12; 120:24; 123:16, 22; 126:24; 132:2, 13, 20; 135:24; 136:4; 138:10; 141:23; 142:16; 146:13, 16; 149:21; 153:2; 156:8, 23; 157:12; 158:13; 159:17; 164:22; 166:11, 14; 167:4, 7, 9, 14, 20, 23; 168:16; 169:23; 170:2, 23; 171:24; 172:3, 6; 173:11, 18, 24; 174:20; 175:4; 177:23
See- 22:22; 26:11
seeing - 145:16
seizure - 61:17
sell - 31:20
sensible - 96:14
sentence - 129:12; 130:5; 131:25; 132:11, 23; 133:13
separate - 152:4
separation - 14:2
Separation- 14:3
September- 17:25; 18:2
Sergeant- 171:20; 172:3, 6, 9, 12, 15, 21; 173:7
SERGEANT - 1:11
Series- 77:25; 78:10, 12
Service- 6:16, 20; 8:18
SERVICE- 1:23
set - 140:18; 181:10, 17
severe - 135:2
SHEET- 183:2
shirt - 102:2, 15-16; 107:11; 134:11, 16-17, 19; 152:8; 156:12
Shoes- 107:14, 19
shoes - 107:17
shoot - 103:16; 155:7

Page 188 to 188 of 190

Shorthand- 181:7
SHORTHAND- 181:22
shot - 103:5, 12, 14
shots - 109:3
show - 122:14
si - 128:2
SI- 128:2
sick - 17:24; 59:22, 25; 62:5, 7, 17; 63:14
sickness - 60:4
side - 106:24; 118:21; 135:3; 179:10
sided - 163:4
sign - 121:22; 123:3, 19; 124:24; 127:10, 19-20; 128:6, 22-23; 129:2; 135:9, 11
signature - 128:12
signed - 3:9, 12; 124:22; 126:3; 135:8
silent - 130:21; 131:12
Similarly- 5:2
Simple- 178:6
simple - 51:25; 69:2; 153:24
sister's - 47:3
sit - 108:12; 114:14; 120:19; 135:15
situation - 6:12; 8:22; 61:19; 62:3, 103:25; 108:10; 110:4; 123:13; 124:10; 128:24; 144:4; 164:23; 166:14
six - 30:12; 36:18, 21; 37:25
Sixty- 66:20
sixty - 58:9; 66:20; 103:2
sixty-five - 66:20; 103:2
skinny - 167:3
slam - 148:19
SLEEPY- 1:7
Sleepy- 8:23; 16:12; 28:12, 25; 29:3, 7, 11; 32:9; 36:3; 37:13; 53:3; 73:9, 15; 74:13, 17; 87:8, 17; 90:21; 102:12; 109:7, 25; 110:5; 116:2; 136:7; 137:9, 19, 23; 141:13; 143:5; 144:17
sleeve - 102:15
Slone- 4:18
SLONE- 2:11
smiling - 154:18, 23
snow - 91:23
SOKOLOFF- 2:10, 14; 4:8; 9:9, 13; 10:7, 11, 15, 22; 11:7, 13, 18, 23; 12:3; 17:19; 18:11, 14, 17, 22; 20:9, 20; 21:21, 25; 22:7, 22, 24:22; 25:2, 5, 8; 36:24; 48:4; 56:9; 69:17, 20; 70:7, 12, 16, 23; 71:6, 9, 16, 20, 24; 72:11; 75:6; 94:18; 98:2, 13; 100:4; 104:20; 111:17; 113:2, 7; 119:8; 121:15; 125:3, 5, 8, 12, 15, 20; 126:2, 8, 13; 146:4; 147:4, 7; 148:2, 5; 151:22; 152:2, 5, 18, 25; 153:11; 154:3, 8; 160:21, 25; 161:3, 8, 12, 21; 162:4, 19, 23; 163:17; 165:17, 25; 169:8; 173:16; 174:15; 177:11, 15; 178:6; 180:3
Sokoloff- 4:17; 155:6; 163:11
SOMERS- 7:23
Sometimes- 5:8; 7:5; 154:14; 160:4
sometimes - 7:10; 21:6, 14; 23:18; 28:7; 46:17; 51:13
Sommers- 7:18, 21; 8:9; 179:24
son - 41:2; 122:13
soon - 27:4; 92:23; 95:24
Sorry- 9:11; 94:18
sorry - 9:15
sound - 39:21
SOUTHERN- 1:2

space - 90:24
Spanish - 5:15; 20:15; 121:23; 126:16; 127:2, 22-23; 128:10, 21; 182:7
speaking - 87:24; 154:10
special - 68:16
specific - 28:21
Spell- 16:6
spell - 115:22
Spirits- 141:17
spot - 92:17
ss - 181:4
stand - 120:20
start - 41:21; 48:12; 91:12
Start- 8:11
started - 11:14; 27:6, 9; 28:23; 33:13, 17, 19; 44:13; 57:21, 23; 92:21; 96:23; 108:19; 134:4; 144:21
state - 4:9, 12
STATE- 181:4
State- 1:20; 129:15; 181:8
statement - 121:20, 22; 123:3, 9; 124:4, 8, 11, 16, 23-24; 125:13; 126:3, 9; 129:21; 130:18; 131:17; 135:8; 163:4
statements - 129:12; 130:21
STATES- 1:2
Station- 109:8
station - 29:23; 30:3; 94:3; 99:24; 100:10, 21; 112:10, 19; 113:12; 115:2, 9; 120:4; 133:15; 135:8; 146:24; 147:12; 148:14
stay - 7:11; 36:22; 38:5; 43:12; 44:17; 45:11, 14; 47:11; 80:24; 81:4; 91:8; 101:2, 5; 105:2; 115:11; 121:13; 159:13
stayed - 50:10; 109:5; 116:22, 25; 118:4
Stephanie- 15:3, 6-7; 33:6, 8
Stephanids - 53:4
stick - 11:6; 156:22
still - 31:22; 44:7; 58:12; 111:2
STIPULATED- 3:5, 16
Stop- 99:20; 101:2, 15
stop - 6:9; 45:13; 62:13, 15, 18; 99:20; 101:2, 15; 102:4, 8, 17; 103:24; 108:9; 110:4; 118:8; 134:5, 8, 11; 148:15; 156:16; 160:19
stopped - 92:19
story - 179:10
street - 30:9; 52:19; 68:21-23; 91:4, 6, 9; 92:6, 11, 16; 96:3, 5; 108:2, 5; 116:7, 10; 133:14; 149:3; 175:6
Street- 32:6, 16, 23; 36:7, 15, 17, 19-21; 37:4-7, 9, 13, 17, 19, 21-22; 38:3; 44:19; 45:4; 50:4; 115:21
strike - 167:23; 173:17
strong - 102:21, 25; 112:8; 154:14
struggle - 153:18, 25; 155:19
Subscribed- 180:13; 183:22
substance - 14:18
sue - 170:19; 171:14; 173:21
suing - 13:22; 15:20; 16:13; 17:12; 144:17, 20; 145:3; 158:4, 17; 164:4, 15; 166:22; 170:4, 17; 171:7, 20; 172:20; 174:4; 176:24; 177:7, 16
supermarket - 33:22, 24
supervisor - 7:20; 8:7
supposed - 19:3, 10, 18; 66:25; 69:25; 164:24; 165:4
supreme - 58:3
surgery - 17:25; 18:3-5, 9; 19:22; 105:17; 106:18; 117:23

surprise - 66:21, 25
Surprise- 66:23
surprised - 81:21
Sweat- 90:9
sweat - 90:13
sweater - 90:9, 13
sworn - 3:10, 12; 4:5; 180:13; 181:10; 183:22
swung - 97:16, 19; 98:6

T

T-shirt - 107:11
Tall- 167:3
tall - 58:4; 160:16; 163:25
Tarrytown- 1:16; 2:6; 4:4, 15; 32:6, 11; 37:15; 45:22; 49:6; 66:18; 108:9; 109:10, 12, 23; 110:2
taxi - 33:14, 20, 25; 35:9
Taxi- 33:14
tazer - 103:5, 14; 104:10; 155:8
teachers - 7:11
telephone - 54:12; 94:2, 12
temper - 66:5, 11
Temple- 103:20
temple - 103:22; 169:16
ten - 12:20; 26:14; 28:24; 42:13; 46:13; 58:5; 66:16; 100:14
terminate - 6:15; 64:4
terrible - 108:24
test - 100:12; 104:15
Test- 104:15
testified - 4:7; 20:5
testify - 23:3
testimony - 5:15; 9:14; 152:13; 181:11; 183:4
testing - 100:23
Thanksgiving- 7:9
THE- 18:21; 21:3; 22:13, 18; 23:11; 24:7, 14, 24; 25:3, 7, 10; 26:6, 10, 13; 39:7; 72:10; 82:17; 103:18; 104:5; 110:16; 126:12; 127:4, 8, 13; 137:12; 138:16; 163:24
thinks - 165:19
thirteen - 28:19; 34:11, 15, 23-24; 35:6
this _____ day - 180:14; 183:22
threatened - 94:11
Three- 14:24; 43:22; 50:25; 99:17
three - 15:4; 17:2, 4; 21:9; 28:9; 38:21; 39:11; 42:7, 23; 43:4, 7; 44:2; 46:15; 49:24; 50:23; 87:19; 91:18; 95:10; 109:3; 115:14; 122:12; 140:24; 141:14; 174:19
threw - 45:18; 101:17, 19, 21; 102:20; 104:23; 105:9; 111:21, 23; 117:23; 120:25; 134:21
throw - 112:6; 123:14; 142:13; 156:14
ticket - 86:24
tickets - 86:19, 21; 87:5
today - 4:22; 38:5; 124:6
together - 17:3; 32:13, 17; 44:21; 47:2; 48:17; 50:20; 73:22; 91:18; 115:14
tone - 147:10; 163:3
tonight - 118:16; 122:2
took - 5:15; 62:23; 112:18; 149:16, 18
top - 102:6; 130:18
totally - 105:8; 163:6; 178:15
touch - 102:3, 14; 128:16;

touched - 106:19; 134:17; 150:21; 158:7; 164:7; 170:7; 172:9; 176:8, 16
town - 28:11; 52:23; 115:25
toys - 7:9
transcript - 5:22; 183:3
translate - 7:16; 21:5, 7; 23:15, 20, 23; 129:9; 154:4
translation - 21:12; 24:15, 21
trial - 3:18; 23:4; 25:9, 11; 161:15
Trial- 1:19
tried - 96:20; 98:23; 99:3; 102:9; 106:8, 12, 16; 112:2; 113:16; 114:8; 119:5; 121:9, 21; 123:16, 24; 130:12; 133:7; 135:13; 136:19; 138:7, 17; 143:2; 170:21; 171:8; 174:18
Tried- 97:7
true - 123:6; 124:11; 131:21; 132:5, 8, 14, 16; 133:4, 10, 12, 17, 19, 24; 134:2, 6, 8, 12, 23-24; 135:4, 6; 181:11
truth - 21:13; 44:12; 59:6; 123:20; 155:2
try - 8:21; 11:6; 35:18; 80:19; 91:15; 104:6; 106:17; 118:21; 137:24; 154:24; 166:13
trying - 70:20; 161:19
Tuesday- 17:16; 19:14; 76:10
turned - 93:3
TV- 78:4; 80:2
twelve - 28:24; 34:11, 14, 23; 35:6; 47:7
Twelve- 34:24
Twenty- 17:4; 42:19
twenty - 17:4; 24:9; 26:15; 35:13; 47:9; 58:22; 59:3; 113:20
twenty-five - 24:9
twenty-four - 47:9
Twentythree - 17:2
twenty-three - 17:4
twice - 55:2; 80:13
twin - 49:24
Two- 140:24
two - 7:25; 8:3; 9:3; 16:4; 21:9; 28:9; 36:9; 38:21; 39:11; 43:24; 44:21; 46:5, 24; 51:22; 52:19; 54:21; 55:4, 7; 87:19; 97:14, 20; 109:3; 122:16; 141:14; 179:21
type - 7:8; 62:6

U

under - 126:3, 6, 11
underneath - 168:6
understood - 5:24; 115:7
UNITED- 1:2
University- 15:6, 8, 10-11, 19
up - 28:25; 73:22; 74:2; 92:14; 93:6, 14; 95:22; 96:25; 112:5; 117:12; 120:20; 132:24; 133:2, 8; 140:18; 148:13; 153:17; 154:21; 155:21; 159:19; 165:23
Up- 124:6; 159:23

V

VERVENIOTIS- 2:11
Verveniotis - 4:19
videos - 67:16
view - 151:2
VILLAGE- 1:7
Village- 141:16

violating 75:11; 153:12
violent - 66:10
visit - 63:6, 11; 67:13; 175:25
voice - 82:25; 83:10; 94:17; 119:2; 147:10; 162:9; 163:3
voluminous - 21:19; 22:2
volunteer - 6:21; 7:6

W

WO-O-D - 172:23
Wait- 9:9; 49:19; 54:24
wait - 9:9; 24:19; 93:21; 115:12; 118:10; 178:14
waived - 3:9
walk - 18:25; 132:25
wants - 80:4; 82:20; 122:13
Warning- 126:16; 127:22; 182:7
warrant - 127:5
Warren- 16:3; 176:8, 11, 16, 20, 24
WARREN- 1:12
Washington- 44:19; 45:4; 50:3
watch - 78:4; 80:2
watched - 77:24
watching - 78:8; 81:6; 100:9
water - 67:25
weak - 20:21
wearing - 107:4, 12, 18
wedding - 40:20
week - 17:15; 19:2, 6, 11, 18, 20; 20:20; 82:8, 11; 139:5; 170:21, 24; 171:4
weigh - 58:7
weight - 152:14
WESTCHESTER- 181:5
Westchester- 1:23; 6:17, 20
wet - 108:3
WHEREOF- 181:16
white - 163:25
White- 1:16, 24; 2:6; 29:19
whole - 21:18; 38:13; 42:21; 43:17; 50:8, 15, 20; 60:23; 61:18; 68:2; 116:22; 117:2; 146:8; 171:15
wife - 26:18; 27:15; 28:7; 40:14; 43:19; 47:22; 50:10; 52:9; 68:3
window - 159:15
windows - 95:21, 23
windshield - 96:10
Wine- 141:17
wintertime - 90:10
wipers - 96:10
Withdrawn- 104:20; 174:15
WITNESS- 18:21; 21:3; 22:13, 18; 23:11; 24:7, 14, 24; 25:3, 7, 10; 26:6, 10, 13; 39:7; 72:10; 82:17; 103:18; 104:5; 110:16; 126:12; 127:4, 8, 13; 137:12; 138:16; 163:24; 181:16
witness - 11:17; 20:16; 152:10; 153:6, 10; 163:8; 181:9, 11
witness' - 20:14
woman - 45:21; 89:2; 123:14; 168:12
Wood- 171:20; 172:3, 6, 12, 15, 21, 23; 173:7
WOOD- 1:11
wood - 172:9
Woods - 171:22
word - 5:12; 111:15; 128:2; 129:5, 9; 176:11, 20
words - 99:2; 130:2, 4
wore - 90:17
World- 77:24; 78:10

worry - 119:4; 135:21
write - 51:16; 121:23; 127:2, 10;
  128:9, 15; 129:10
writing - 127:14
written - 14:3; 41:15; 127:22
wrote - 128:2

---

### X

---

x-ray - 109:5

---

### Y

---

year - 9:5; 13:12; 14:8, 11, 15,
  17; 15:12, 14-15, 19; 29:5;
  31:4; 36:16, 19; 37:20; 39:24;
  41:7; 42:11; 50:17
years - 7:15; 12:19; 17:2, 4;
  24:9; 26:15; 28:9, 19, 24;
  29:4; 35:6; 38:18; 43:4, 6-7;
  46:13; 47:8; 50:18, 24-25;
  51:3; 58:22; 59:3; 62:2; 66:16
yelling - 132:4, 9-10; 134:4;
  160:19, 21, 25
YMCA - 45:20
Yolanda - 76:16
Yolanda's - 76:17, 20; 77:8;
  80:22, 25; 83:19, 23
YORK - 1:2; 181:4
York - 1:16, 21, 24; 2:6, 13; 4:4,
  15; 57:17; 102:12; 129:15;
  142:25; 143:4; 181:8
yourself - 153:13
Yukon - 89:10

**Exhibit D**

   

**TELEPHONE**
(914) 631-0800

**JIMMY WARREN**
**CHIEF OF POLICE**

# 𝔓𝔬𝔩𝔦𝔠𝔢 𝔇𝔢𝔭𝔞𝔯𝔱𝔪𝔢𝔫𝔱
## 𝔙𝔦𝔩𝔩𝔞𝔤𝔢 𝔬𝔣 𝔖𝔩𝔢𝔢𝔭𝔶 𝔥𝔬𝔩𝔩𝔬𝔴, 𝔑.𝔜. 10591



DEFENDANT'S
EXHIBIT NO. _A_
FOR IDENTIFICATION
DATE 2608 70 RPTR.

## MIRANDA WARNING SPANISH

DEFENDANT _Aquilda Gomez_          CASE # _3/8-06_

DATE _10-18-06_          TIME _1605H(?)_

CONSTITUTIONAL RIGHTS (SPANISH)

DERECHOS CONTITUCIONALES DEL ACUSADO.

(1)  Usted tiene el derecho de mantenerse en silencio, y de no contestar preguntas. Usted entiende?
Contesta _SI_

(2)  Cualquier cosa que usted diga puede y podra ser usado en contra de usted en una cotre de ley. Usted entiende?
Contesta _SI_

(3)  Usted esta en el derecho de tener un abogado con usted antes y durante de cualquier interrogatorio.
Usted entiende?          Contesta _SI_

(4)  Si usted no tiene recursos para obtener un abogado, uno les sera determinado para que le represente antes de cualquier interrogatorio si usted lo desea. Usted entiende?
Contesta _SI_

(5)  Usted puede decidir en cualquir tiempo, ejercer estos derechos y no contestar al interrogatorio, o hacer una declarcion. Usted entiende?          Contesta _SI_

(a)  Entiende usted cada uno de estos derechos que lo he explicado?          Contesta _SI_
si/no

(b)  Teniendo en cuenta estos derechos, quiere usted hablar con nosotros ahora?          Contesta _SI_

Ferma del Acusado/Testigo _Aquilda Gomez_

Officers Signiture _Det _____  Badge# _141_

SLEEPY HOLLOW POLICE DEPT.                Page __1__ of __1__
STATEMENT OF ADMISSION

DATE .......: 10/18/2006                   D.D. NUMBER..: _____

                                           CASE REPORT #: SH-00318-06

STATEMENT OF: AWILDA GOMEZ _____

MY NAME IS AWILDA GOMEZ . I AM 42 YEARS OLD HAVING BEEN BORN ON 02/20/1964, I
RESIDE AT:

            1 RIVER PLAZA
            SLEEPY HOLLOW, NY 10591-

MY TELEPHONE NO. IS (914)366-8246 AND I AM EMPLOYED BY: AS A/AN

       I HAVE BEEN TOLD BY DET JOSE A. QUINOY THAT I HAVE THE RIGHT TO REMAIN SILENT
AND THAT ANY STATEMENTS I MAKE MAY BE USED AGAINST ME IN COURT.  I HAVE BEEN TOLD
THAT I HAVE THE RIGHT TO TALK WITH A LAWYER BEFORE ANSWERING ANY QUESTIONS OR TO
HAVE A LAWYER PRESENT AT ANY TIME.  FURTHER I HAVE BEEN ADVISED THAT IF I CANNOT
AFFORD TO HIRE A LAWYER, ONE WILL BE FURNISHED ME AND I HAVE THE RIGHT TO KEEP
SILENT UNTIL I HAVE HAD THE CHANCE TO TALK WITH A LAWYER.


       I UNDERSTAND MY RIGHTS AND MAKE THE FOLLOWING STATEMENT FREELY AND VOLUNTARILY.
I AM WILLING TO GIVE THIS STATEMENT WITHOUT TALKING WITH A LAWYER OR HAVING ONE
PRESENT.

            ON OCTOBER 17, 2006 , I RECEIVED A CALL FROM MY DAUGHTER BRIDGET
            TELLING ME THAT MY HUSBAND MARIO WAS LEAVING THE HOUSE. I RAN DOWN
            TO THE PARKING LOT TO SEE WHERE MARIO WAS GOING BECAUSE BRIDGET
            SAID THAT HE WAS ON THE PHONE YELLING AND SCREAMING. MARIO PULLED
            OUT IN HIS CAR AND I FOLLOWED HIM IN MINE TO SEE WHERE HE WAS
            GOING. I FOLLOWED MARIO UP TO BEEKMAN AVE IN FRONT OF POLICE
            HEADQUARTERS WHERE I SAW HIM WALK UP TO JOSE QUINOY AND ANOTHER
            POLICE OFFICER. I TRIED TO PARK THE CAR AND WHEN I LOOKED UP, I SAW
            MARIO FIGHTING WITH THE POLICE. I LEFT THE CAR IN THE STREET AND I
            RAN INTO THE POLICE STATION TO TELL THE OFFICER AT THE DESK TO
            PLEASE GET SOME HELP. I WAS IN THE LOBBY SCREAMING AND THEN I WENT
            BACK OUTSIDE WHEN THE OTHER OFFICERS ARRIVED. I STARTED YELLING
            "STOP" "STOP" SO THEY WOULD STOP FIGHTING. I THEN GRABBED JOSE BY
            THE SHIRT, ASKING HIM TO STOP, SCREAMING. JOSE GRABBED ME AND THREW
            ME AGAINST MY CAR AND I FELL TO THE GROUND. I THEN WENT TO THE
            HOSPITAL BECAUSE I HAD SEVERE PAIN ON THE LEFT SIDE OF MY BODY.
       I AM AT THE SLEEPY HOLLOW POLICE DEPT. WHERE I AM GIVING THIS STATEMENT  TO DET
JOSE A. QUINOY WHO IS TYPING IT FOR ME AND I HAVE READ IT AND IT IS THE TRUTH.


       FALSE STATEMENTS MADE HEREIN ARE PUNISHABLE AS A CLASS A MISDEMEANOR
PURSUANT TO SECTION 210.45 OF THE PENAL LAW OF THE STATE OF NEW YORK.


WITNESS: _____          SIGNATURE: _____