Joseph A. Maria

# JOSEPH A. MARIA, P.C.
### ATTORNEYS AT LAW

Frances D. Marinelli • Melissa-Jean Rotini • Edward A. Frey

301 Old Tarrytown Road  
White Plains, New York 10603  
Telephone: 914-684-0333  
Facsimile: 914-684-9772

May 23, 2008

**Via Facsimile # 914 390-4085**  
Hon. Charles L. Brieant  
United States District Court  
Southern District of NY  
300 Quarropas Street  
White Plains, New York 10601

Re: Awilda Gomez v. Village of Sleepy Hollow, et al.  
Case No.: 07 Civ. 9296 (CLB)  
Our File No. 01-2031

Dear Honorable Brieant:

The parties and the attorneys in the above referenced matter have consented to the following adjournment of discovery and motions regarding the above matter:

- Defendants' time to respond to Plaintiff's discovery demands up to and including June 13, 2008;
- Plaintiff to submit opposition to motion for qualified immunity on June 27, 2008;
- Defendants' reply to be submitted on July 18, 2008.

Attached is a copy of correspondence showing consent from our adversaries and we will provide our adversaries with a copy of this correspondence.

Very truly yours,

JOSEPH A. MARIA, P.C.

By: Frances Dapice Marinelli, Esq.

SO ORDERED:

---

Jennifer E. Sherven  
Miranda Sokoloff Sambursky Slone Verveniotis LLP  
Fax No. 516 741 9060

# MIRANDA SOKOLOFF SAMBURSKY SLONE VERVENIOTIS LLP

| | | |
|---|---|---|
| MICHAEL A. MIRANDA* | THE ESPOSITO BUILDING | JENNIFER E. SHERVEN |
| BRIAN S. SOKOLOFF | 240 MINEOLA BOULEVARD | GABRIELLA CAMPIGLIA |
| STEVEN VERVENIOTIS | MINEOLA, NY 11501 | TODD HELLMAN |
| ONDINE SLONE | TEL (516) 741-7676 | CHARLES A. MARTIN |
| NEIL L. SAMBURSKY* | FAX (516) 741-9060 | KIERA J. MEEHAN |
| RICHARD S. SKLARIN° | | DAMIAN F. FISCHER |
| STEVEN C. STERN | WWW.MSSSV.COM | MARIA THOMAS |
| ADAM I. KLEINBERG | | NANCY R. SCHEMBRI°° |
| | | MICHAEL V. LONGO |
| | BRANCH OFFICES: | MELISSA HOLTZER |
| | WESTCHESTER, NY | MICHAEL P. SIRAVO |
| TIMOTHY J. MURPHY | NEW YORK, NY | ARIEL S. ZITRIN |
| MARK R. OSHEROW*°□ | FANWOOD, NJ | KOREN HARRIS* |
| COUNSEL | | |

\* ALSO ADMITTED IN NEW JERSEY
◊ ALSO ADMITTED IN CONNECTICUT
□ ALSO ADMITTED IN FLORIDA
° ALSO ADMITTED IN MASSACHUSETTS
  RESIDENT IN WESTCHESTER

WRITER'S E-MAIL:
JSherven@MSSSV.com

May 22, 2008

**VIA FACSIMILE**
Frances Dapice Marinelli, Esq.
JOSEPH A. MARIA, P.C.
301 Old Tarrytown Road
White Plains, New York 10603

      Re: Awilda Gomez v. Village of Sleepy Hollow
        Our File No.: 07-157

Dear Ms. Marinelli:

  This letter will memorialize our telephone conversation wherein you agreed to extend defendants' time to respond to plaintiff's discovery demands up to and including June 13, 2008.

  We also agreed to extend the time for plaintiff to opposition to the motion for qualified immunity until June 27, 2008 and the time for defendants' reply until July 18, 2008. It is my understanding you will write to the court and request the extension of the briefing schedule/adjournment of the oral argument date.

  Thank you for your courtesy. Do not hesitate to contact me with any questions or concerns.

        Sincerely,
        MIRANDA SOKOLOFF SAMBURSKY SLONE VERVENIOTIS LLP

        Jennifer E. Sherven