# MSSSV
## MIRANDA SOKOLOFF SAMBURSKY SLONE VERVENIOTIS LLP

| | | |
|---|---|---|
| MICHAEL A. MIRANDA*<br>BRIAN S. SOKOLOFF<br>STEVEN VERVENIOTIS<br>ONDINE SLONE<br>NEIL L. SAMBURSKY*<br>RICHARD S. SKLARIN°<br>STEVEN C. STERN<br>ADAM I. KLEINBERG<br>—<br>TIMOTHY J. MURPHY<br>MARK R. OSHEROW*◊□<br>COUNSEL | THE ESPOSITO BUILDING<br>240 MINEOLA BOULEVARD<br>MINEOLA, NY 11501<br>TEL  (516) 741-7676<br>FAX  (516) 741-9060<br><br>WWW.MSSSV.COM<br><br>BRANCH OFFICES:<br>WESTCHESTER, NY<br>NEW YORK, NY<br>FANWOOD, NJ | JENNIFER E. SHERVEN<br>GABRIELLA CAMPIGLIA<br>TODD HELLMAN<br>CHARLES A. MARTIN<br>KIERA J. MEEHAN<br>DAMIAN F. FISCHER<br>MARIA THOMAS<br>NANCY R. SCHEMBRI°°<br>MICHAEL V. LONGO<br>MELISSA HOLTZER<br>MICHAEL P. SIRAVO<br>ARIEL S. ZITRIN<br>PATRICK J. MALONEY<br><br>* ALSO ADMITTED IN NEW JERSEY<br>° ALSO ADMITTED IN CONNECTICUT<br>□ ALSO ADMITTED IN FLORIDA<br>◊ ADMITTED IN WASHINGTON |

June 26, 2008

**MEMO ENDORSED**

*[Handwritten endorsement:] Discovery deadline is extended to October 6, 2008 - Conference presently scheduled for July 11, 2008 is adjourned to October 24, 2008. Oral argument on Motion (Doc #12) will now be heard on October 24, 2008 (remarked: may be adjourned to a date convenient to all parties)*
*So Ordered*
*Charles L. Brieant*
*6/27/08*

Hon. Charles L. Brieant
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

**VIA FACSIMILE**

Re:  Awilda Gomez v. Village of Sleepy Hollow et al.
     Docket No.:  07 Civ. 9296 (CLB)(GAY)
     Our File No.:  07-157

Dear Judge Brieant:

    We represent the defendants in the above captioned matter. We are writing on behalf of all parties for a joint request for a three (3) month extension of the discovery deadline, until October 6, 2008. Discovery is currently scheduled to be completed on July 7, 2008 and there is a conference scheduled for July 11, 2008.

    Document discovery has now been completed. The qualified immunity deposition has also been completed and the qualified immunity motion will be fully briefed on July 18, 2008. Oral argument is currently scheduled for September 12, 2008. Depositions of the parties have not yet been held. We note that plaintiff's underlying criminal trial has been adjourned until the end of July. The parties require the additional three (3) months to complete discovery and depositions of the parties.

    This is the first request for an extension of the discovery deadline.

**MIRANDA SOKOLOFF SAMBURSKY SLONE VERVENIOTIS LLP**

HON. CHARLES L. BRIEANT
JUNE 26, 2008
PAGE 2 OF 2

    The parties also request that the Court mediation be adjourned to a mutually agreeable date before November 3, 2008.

    Thank you for your consideration of this matter.

                                 Respectfully submitted,
                                 MIRANDA SOKOLOFF SAMBURSKY SLONE VERVENIOTIS LLP

                                 Jennifer E. Sherven

cc:    Frances Dapice Marinelli, Esq.
       JOSEPH A. MARIA, P.C.
       Attorneys for Plaintiff
       301 Old Tarrytown Road
       White Plains, New York 10603
       (914) 684-0333
       File No.: 01-2031                (via facsimile)