1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - X
AWILDA GOMEZ,

                Plaintiff,

       -against-

                     07 CIV 9296

VILLAGE OF SLEEPY HOLLOW, DETECTIVE JOSE
QUINOY IN HIS INDIVIDUAL AND OFFICIAL
CAPACITY, POLICE OFFICER ELDRYK EBEL IN HIS
INDIVIDUAL AND OFFICIAL CAPACITY, POLICE
OFFICER MIKE GASKER IN HIS INDIVIDUAL AND
OFFICIAL CAPACITY, LIEUTENANT BARRY CAMPBELL
IN HIS INDIVIDUAL AND OFFICIAL CAPACITY,
LIEUTENANT GABRIEL HAYES IN HIS INDIVIDUAL
AND OFFICIAL CAPACITY, SERGEANT WOOD IN HIS
INDIVIDUAL AND OFFICIAL CAPACITY, CHIEF OF
POLICE JIMMY WARREN IN HIS INDIVIDUAL AND
OFFICIAL CAPACITY, AND POLICE OFFICERS JOHN
DOES 1-4,

                Defendants.

- - - - - - - - - - - - - - - - - - - - X
HELD AT:      Joseph A. Maria, P.C.
             301 Old Tarrytown Road
             White Plains, New York 10603
             February 26, 2008
             10:25 a.m.


       Examination before Trial of the
Plaintiff, AWILDA GOMEZ, pursuant to Court
Order, held at the above time and place
before a Notary Public of the State of New
York.


          J & L REPORTING SERVICE
           of Westchester, Inc.
           200 East Post Road
        White Plains, New York 10601
           (914) 682-1888
          Lisa Dobbo, Reporter

2

A P P E A R A N C E S:


                    JOSEPH A. MARIA, P.C.
                    Attorney for the Plaintiff
                    Office & Post Office Address
                    301 Old Tarrytown Road
                    White Plains, New York 10603
                    BY:  FRANCES DAPICE
                         MARINELLI, ESQUIRE



                    MIRANDA, SOKOLOFF, SAMBURSKY,
                    SLONE, VERVENIOTIS, LLP
                    Attorneys for the Defendants
                    Office & Post Office Address
                    The Esposito Building
                    240 Mineola Boulevard
                    Mineola, New York 11501
                    BY:  BRIAN S. SOKOLOFF, ESQUIRE

3

IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the respective parties herein, that the sealing and filing of the within deposition be waived; that such deposition may be signed and sworn to before any officer authorized to administer an oath, with the same force and effect as if signed and sworn to before the officer before whom said deposition is taken.

IT IS FURTHER STIPULATED AND AGREED, that all objections, except as to form, are reserved to the time of trial.

```
1                         A. GOMEZ                    4

2                         AWILDA GOMEZ, residing at 1

3                         River Plaza, Apartment 4E,

4                         Tarrytown, New York 10591,

5                         having been duly sworn by

6                         Notary Public, Lisa Dobbo

7                         testified as follows:

8          EXAMINATION BY MR. SOKOLOFF:

9                  Q.    Please state your full name for

10         the record.

11                 A.    Awilda Gomez.

12                 Q.    Please state your address for

13         the record.

14                 A.    1 River Plaza, Apartment 4E,

15         Tarrytown, New York 10591.

16                 Q.    Good morning, Ms. Gomez.  My

17         name is Brian Sokoloff.  I'm with the law

18         firm Miranda, Sokoloff, Sambursky, Slone,

19         Verveniotis and we represent the defendants

20         in this lawsuit that you've brought.

21                 I'm going to be asking you some

22         questions here today.  If, at anytime, you

23         don't understand a question that I ask, will

24         you let me know?

25                 A.    Yes.
```

```
1                          A. GOMEZ                    5

2                  Q.    Similarly, if, at anytime, you

3          need to take a break, let me know and that

4          won't be a problem.

5                  A.    Yes.

6                  Q.    Are you completely fluent in

7          English?

8                  A.    Sometimes I have a problem with

9          understanding but I understand a lot.  It

10         depends.  You use English very, you know,

11         professional and maybe I don't understand

12         the word but I understand -- normally I

13         understand normal English.

14                 Q.    Would you feel more comfortable

15         if I took your testimony with a Spanish

16         interpreter?

17                 A.    No, I think I do in English.

18                 Q.    If you don't understand a

19         question --

20                 A.    I tell you.

21                 Q.    Because you'll agree that

22         anybody that will read this transcript can

23         assume if you answer the question it meant

24         you understood it; right?

25                 A.    I understand you, yes.
```

```
 1                    A. GOMEZ                  6

 2              Q.    Okay.

 3              Are you currently employed?

 4              A.    I'm not working.

 5              Q.    When is the last time you

 6       worked?

 7              A.    On February 27th, 2007.

 8              Q.    What happened on that date that

 9       caused you to stop working?

10              A.    Well, that day is not the day

11       it happened when they find in the newspaper

12       that I involved in this situation.  They

13       read in the newspaper that I have a problem

14       with the police department.  That's when the

15       problem coming and they terminate February

16       27th, put me out on my job, Family Service

17       of Westchester.  That's the organization

18       that I work at the time.

19              Q.    What did you do for Family

20       Service of Westchester?

21              A.    Family advocate and volunteer

22       coordinator.

23              Q.    What were your duties and

24       responsibilities?

25              A.    With family advocate I have
```

```
1                          A. GOMEZ                    7
2           responsibility talking with the parents,
3           help parents when they need information and
4           going to the reunion with the parents.
5           Sometimes they need help in English and I
6           translate; volunteer coordinator that I do,
7           I collect donation for the family, food,
8           clothes, all type of donation for
9           Thanksgiving, Christmas toys.  That's my --
10          sometimes I help in the room where assistant
11          teachers aren't there in the room.  I stay
12          in the room with the kids, too.  That's what
13          I do.
14                  Q.    How long did you work there?
15                  A.    Nine years.
16                  Q.    Who was it that told you that
17          you were not going to work there anymore?
18                  A.    Barbara Sommers.  She's in
19          charge of the program, and Heather, she's my
20          supervisor at the time.
21                  Q.    Barbara Sommers?
22                  A.    Yes.
23                  Q.    S-O-M-E-R-S?
24                  A.    Yes.
25                        MS. MARINELLI:  I think two
```

```
 1                         A. GOMEZ                  8

 2              M's.

 3              A.    Yes, two M's.

 4              Q.    What's Heather's last name?

 5              A.    Batanor, B-A-T-A-N-O-R, I

 6         think.

 7              Q.    Heather was your supervisor?

 8              A.    Yes.

 9              Q.    Barbara Sommers was what?

10              A.    She's in charge all the

11         program, Head Start program.

12              Q.    So, how did you learn that you

13         wouldn't be working there anymore?

14              A.    That day when the newspaper

15         coming out, November 2nd, they made a

16         meeting with me and they tell me they think

17         this is not good for the position that you

18         have for Family Service, is not good see me

19         in the newspaper, the parents see me and

20         somebody asked me what happened, they tell

21         me try to be -- don't say nothing about the

22         situation that happened with the police

23         department in Sleepy Hollow.

24              Q.    There was a newspaper article

25         on November 2nd?
```

```
1                          A. GOMEZ                    9

2               A.    November 2nd and November 3rd,

3        two articles.

4               Q.    November 2nd and 3rd of what

5        year?

6               A.    2007.

7                     MS. MARINELLI:  No, 6, you

8               mean.

9                     MR. SOKOLOFF:  Wait, wait,

10              wait.  You can't --

11                    MS. MARINELLI:  Sorry.  Well,

12              we want the record clear.

13                    MR. SOKOLOFF:  No, we want her

14              testimony.

15              A.    Yeah, 2006; sorry.

16              Q.    What newspaper?

17              A.    Journal News.

18              Q.    You have copies of those

19        articles?

20              A.    No.

21              Q.    Did you know that these

22        articles were going to be in the newspaper

23        before they were actually in the newspaper?

24              A.    No.

25              Q.    What did the articles say?
```

```
1                    A. GOMEZ              10
2              MS. MARINELLI:  Just note my
3         objection.  I think this is a
4         deposition on qualified immunity.  I
5         think you're going beyond the scope
6         of it.
7              MR. SOKOLOFF:  How?
8              MS. MARINELLI:  Talking about
9         qualified immunity here, not talking
10        about damages.
11             MR. SOKOLOFF:  I'm not talking
12        about damages.
13             MS. MARINELLI:  This does run
14        into the field of damages.
15             MR. SOKOLOFF:  If there's an
16        article and she may have been quoted
17        in the article and, I don't know, it
18        may go to qualified immunity.  I'm
19        not asking how much money she made.
20             MS. MARINELLI:  Why don't you
21        ask her --
22             MR. SOKOLOFF:  First I'll find
23        out if she knew about the article.
24             MS. MARINELLI:  She already
25        told you no.  We have gone into
```

```
1                    A. GOMEZ                11

2           questions I think are beyond the

3           scope of qualified immunity.

4                I'm going to object and I'll

5           let her answer.  I'm asking that you

6           try to stick to the --

7                MR. SOKOLOFF:  This deposition

8           is five minutes old.  I have not

9           asked one question on damages.

10               MS. MARINELLI:  You haven't

11          asked one question on qualified

12          immunity.

13               MR. SOKOLOFF:  I'm just getting

14          started.

15               MS. MARINELLI:  Are you going

16          to ask for another deposition of this

17          witness?

18               MR. SOKOLOFF:  I'm going to ask

19          for whatever the federal rules allow.

20               MS. MARINELLI:  At some point

21          we may have to call the court, but

22          you can answer the question.

23               MR. SOKOLOFF:  There is no

24          question.

25               MS. MARINELLI:  I thought there
```

```
1                        A. GOMEZ                  12

2             was.

3                       MR. SOKOLOFF:  Is there a

4             pending question?

5                       (Whereupon, the reporter read

6             back the requested material.)

7             Q.    What did the articles cart

8    calls say?

9                       MS. MARINELLI:  Objection.

10                      You can answer.

11            A.    The article talking about the

12   incident with police department, with Jose

13   Quinoy.  They say they have romantic

14   relation with my daughter and talking about

15   what happened on the night my husband and me

16   there.  That's what the article say.  I no

17   remember clear exactly what they say, and

18   the second article talking Jose Quinoy

19   talking about he know my family for years,

20   more than ten years.  That's what the

21   article say, the charge they put me, I be

22   arrested.  They say what charge I have and

23   Mario and they talking about -- that's what

24   I remember.

25            Q.    Did you read the article before
```

```
1                        A. GOMEZ                    13
2         you were told about it on the job?
3              A.    No.
4              Q.    Are you currently married?
5              A.    Yes.
6              Q.    Who is your husband?
7              A.    Mario Gomez.
8              Q.    Do you live with him?
9              A.    No.
10             Q.    When is the last time you lived
11        with him?
12             A.    May last year.  I no remember
13        exactly the day.
14             Q.    May of 2007?
15             A.    Yes.
16             Q.    Somebody moved out?
17             A.    He move.
18             Q.    Are there any legal proceedings
19        between you and Mario Gomez at the present
20        time?
21             A.    Yes.
22             Q.    Somebody suing somebody else?
23             A.    No, no.
24             Q.    What is the legal proceeding?
25             A.    No, no proceeding.  I have
```

```
 1                         A. GOMEZ                    14

 2        legal separation.  That's what I have.

 3               Q.    You have a written Separation

 4        Agreement?

 5               A.    Yes.

 6               Q.    When is the last time you saw

 7        or spoke to Mario Gomez?

 8               A.    Last year.

 9               Q.    When last year?

10               A.    I no remember.

11               Q.    When you say last year, you

12        mean in 2007?

13               A.    In 2007, yes.

14               Q.    Was it in the first half of the

15        year or second half of the year that you

16        last spoke to Mario Gomez?

17               A.    Second half of the year, yeah.

18               Q.    What was the substance of the

19        communication?

20               A.    About my children.

21               Q.    You have your children?

22               A.    Yes.

23               Q.    How many children do you have?

24               A.    Three daughters.

25               Q.    What are their names?
```

```
 1                        A. GOMEZ                    15

 2                A.    Haydee, H-A-Y-D-E-E Gomez,

 3        Stephanie Gomez and Bridgette Gomez.

 4                Q.    They all three live with you?

 5                A.    No now.  Haydee live with me;

 6        Stephanie, Bridgette, they go to University.

 7                Q.    Stephanie lives in the

 8        University?

 9                A.    Yes.

10                Q.    What University?

11                A.    Binghamton University.

12                Q.    What year is she in?

13                A.    Excuse me?

14                Q.    What year in school?

15                A.    This is the second year in the

16        school.

17                Q.    And Bridgette, what school is

18        she in?

19                A.    Duke University, first year.

20                Q.    Do you know who you're suing in

21        this case?

22                A.    Yes.

23                Q.    Who?

24                A.    Jose Quinoy, Ebel, something

25        like that.  I'm not very familiar with the
```

```
 1                    A. GOMEZ                16

 2      police department, okay; Gasker, Jimmy

 3      Warren, Campbell, Lieutenant Hayes.  I think

 4      I have two more.  I don't know the names,

 5      really.  That's the persons I really know.

 6           Q.    Spell the name of the

 7      lieutenant, please.

 8           A.    Hayes, something like that.

 9      I'm not familiar with nobody in the

10      department.

11           Q.    Did you ever meet any members

12      of the Sleepy Hollow Police Department

13      before the incident that you're suing about?

14           A.    No.

15           Q.    Do you know if your husband

16      knew any members of the police department?

17           A.    I don't know anything about my

18      husband.

19           Q.    You don't know anything about

20      your husband?

21           A.    I don't know that he have -- I

22      no see.  I not living with him.  I don't

23      know what happened to him.

24           Q.    Well, how long were you married

25      to him?
```

```
 1                    A. GOMEZ                17
 2              A.    Twenty-three years.
 3              Q.    You lived together with him
 4      twenty-three years?
 5              A.    Yes, but he have no problem
 6      before.  I don't know --
 7              Q.    Were you ever arrested before?
 8              A.    No.
 9              MS. MARINELLI:  Just note my
10          objection.
11              Q.    What is the date of the
12      incident that you're suing about here?
13              A.    The incident October 17th,
14      2006.
15              Q.    What day of the week was that?
16              A.    Tuesday.
17              Q.    What happened on that date?
18              MS. MARINELLI:  Just objection.
19              MR. SOKOLOFF:  I'll rephrase
20          the question.
21              Q.    Did you work that day?
22              A.    No.
23              Q.    Why not?
24              A.    I was sick that day because I
25      have surgery September 13th.
```

```
 1                        A. GOMEZ                    18

 2               Q.    September 13th, 2006 you had

 3       surgery?

 4               A.    I have surgery.

 5               Q.    What kind of surgery?

 6               A.    I don't know the name.  They

 7       put all my ovaries, everything out.

 8               Q.    Were you recovering from the

 9       surgery?

10               A.    Yes.

11                     MR. SOKOLOFF:  You can't nod

12               your head to tell her.

13                     MS. MARINELLI:  Okay.

14                     MR. SOKOLOFF:  You know that,

15               right?

16                     MS. MARINELLI:  Yes.

17                     MR. SOKOLOFF:  Maybe you

18               didn't.

19                     MS. MARINELLI:  She didn't see

20               me.

21                     THE WITNESS:  I no see you.

22                     MR. SOKOLOFF:  That's fine.

23               Q.    Were you in bed?

24               A.    No.

25               Q.    You were able to walk around?
```

```
1                    A. GOMEZ              19
2              A.    Yes.  The week before the
3    incident, I supposed to come back.
4              Q.    Back to work?
5              A.    Yes.
6              Q.    Why didn't you go back the week
7    before the incident?
8              A.    Because I have damage in the
9    incident.
10             Q.    You said you were supposed to
11   go back to work the week before the
12   incident?
13             A.    After.  This happened the 17th,
14   Tuesday.  I had to come back the next Monday
15   on 20 something, but what happened in the
16   incident, I can't come back to work.
17             Q.    So, when you said before you
18   were supposed to come back to work the week
19   before the incident, you didn't mean the
20   week before the incident; right?
21             A.    Yes.  I had to come back.  I
22   have the 13th the surgery.  I had to come
23   back and the incident happened the 17th.  I
24   had to come back the 20 something but the
25   reasons I not come back for what happen in
```

```
1                        A. GOMEZ                    20

2         the October 17th to me and I not come back

3         to work.

4              Q.    So, my question is, when you

5         testified before --

6              A.    Remember, my English is not a

7         hundred percent.  That's what I repeat again

8         what I say.

9              MR. SOKOLOFF:  Given the

10             difficulty that the reporter has, and

11             she's a very good reporter and I've

12             worked with her before, the

13             difficulty that the reporter has

14             understanding the witness' answers

15             which are in a heavy Spanish accent

16             and given the fact that the witness

17             seemed to confuse --

18             MS. MARINELLI:  Before and

19             after.

20             MR. SOKOLOFF:  -- the week

21             before and with the weak after, I

22             think we better do this deposition

23             with an interpreter just so everybody

24             understands everybody.

25             MS. MARINELLI:  Do you
```

```
1                    A. GOMEZ              21
2          understand that, Awilda?
3                    THE WITNESS:  Yes, I do another
4          one on my own and I don't have any
5          people translate me because the
6          problem, sometimes when the people
7          translate they don't say exactly what
8          I say.
9                    I prefer to repeat two or three
10         times and she understand me and you
11         understand me, whatever did I say.  I
12         don't like too much translation, let
13         me tell you the truth, because
14         sometimes they do not do it exactly
15         that I say.
16                   MS. MARINELLI:  I would go
17         along with Ms. Gomez.  I mean, the
18         whole 50-H hearing, which was
19         voluminous, was done without an
20         interpreter.
21                   MR. SOKOLOFF:  I didn't do it
22         so I can't say.
23                   MS. MARINELLI:  I think we can
24         say because I have it right here.
25                   MR. SOKOLOFF:  I could say it's
```

```
 1                    A. GOMEZ                22
 2          voluminous but I can't say it's any
 3          different than this.
 4              MS. MARINELLI:  I mean, just
 5          because she had a problem with before
 6          and after, a lot of people do that.
 7              MR. SOKOLOFF:  I don't know
 8          anybody that does that.
 9              MS. MARINELLI:  Well, I've had
10          depositions before in my experience,
11          but do you understand what he's
12          saying?
13              THE WITNESS:  I understand what
14          he say.
15              MS. MARINELLI:  He was asking
16          you questions before and you weren't
17          --
18              THE WITNESS:  Maybe I confuse
19          day after and before.  I don't think
20          it's a big deal and I can continue
21          and do it with this.
22              MR. SOKOLOFF:  See, the
23          problem, and I appreciate what you're
24          saying and you want to continue.  My
25          problem is that I want to get answers
```

```
 1                    A. GOMEZ              23

 2              from you that are your answers so

 3              that the next time you testify, if

 4              it's a trial or it's something else,

 5              if you give a different answer, I

 6              don't want you to be able to say,

 7              "Well, my English is not a hundred

 8              percent.  I really didn't understand

 9              it so well."  That doesn't do me no

10              good.

11                   THE WITNESS:  You know, this

12              happened to me and I prefer to do it

13              that I do in the court that I do

14              before, that I do now and I don't

15              like people translate for me because

16              I want to be sure you understand me

17              what I say, not another people say to

18              you because sometimes I have

19              experience about that and I listen,

20              people translate and they not say

21              exactly what people want to say.

22              They say maybe the way they feel

23              comfortable.  They not translate

24              exactly what I say and I don't like

25              that.  I prefer to take more time,
```

```
1                          A. GOMEZ                24
2              little by little but I do by my own.
3              That's my prefer.
4                   MS. MARINELLI:  You have no
5              problem understanding the English
6              language?
7                   THE WITNESS:  I have no
8              problem.  I work with English people.
9              I live twenty-five years in this
10             country and this is the language in
11             this country.  I have to, you know --
12                  MS. MARINELLI:  When you go to
13             Greenburgh Court --
14                  THE WITNESS:  I do in English.
15             They put me translation but I do it
16             in English because that's the
17             problem, when they put somebody, I
18             listen and she say something.  I say
19             wait a minute, that's not what I say
20             and I have to do.  Why is the purpose
21             that I take translation?
22                  MR. SOKOLOFF:  When do you go
23             to Greenburgh Court?
24                  THE WITNESS:  I went the last
25             time, I think in November.
```

```
 1                        A. GOMEZ                25
 2                MR. SOKOLOFF:  For what?
 3                THE WITNESS:  For criminal
 4           charge.
 5                MR. SOKOLOFF:  Connected to
 6           this incident?
 7                THE WITNESS:  Yes.
 8                MR. SOKOLOFF:  Do you have a
 9           trial scheduled?
10                THE WITNESS:  I don't know they
11           call trial.  I don't know.  I went in
12           the court too many times.  I don't
13           know what they call.
14           Q.    Did you ever hear of Officer
15      Quinoy before October 17th, 2006?
16           A.    I have what?
17           Q.    Did you ever hear of Officer
18      Quinoy before October 17th, 2006?
19           A.    Officer Quinoy was my friend
20      for long time but at the time I'm not
21      talking with him too much.  I no see too
22      much before.  Before this happened, I no
23      have any communication with him.
24           Q.    You say he was your friend for
25      a long time?
```

```
1                        A. GOMEZ                    26

2              A.    Yeah.

3              Q.    And you --

4              A.    After the incident.

5                    MS. MARINELLI:  No, see --

6                    THE WITNESS:  Quinoy was my

7            friend.

8                    MS. MARINELLI:  Before the

9            incident?

10                   THE WITNESS:  Yes.

11                   MS. MARINELLI:  See, that's

12           what the problem is here, Awilda.

13                   THE WITNESS:  Before the

14           incident he was my friend for ten,

15           twenty years.  The incident happened

16           I don't have any communication with

17           her family, no with him, with nobody,

18           the wife, nobody.  Before, yes.

19              Q.   Why did you just say a minute

20        ago that you had no communication with him

21        before the incident?

22              A.   Because he move the building

23        and I not see him and the family.

24              Q.    But how could he be your friend

25        and you not communicate with him?
```

```
1                    A. GOMEZ              27

2              A.    Because before he live the

3         building.  I'm very close friends of him but

4         as soon as he take the position in the

5         police department, because I know him before

6         the policeman, when he started working in

7         the police department he have a different --

8         working in the morning, working afternoon.

9         I not see and he started going this thing

10        and this thing and they move the building

11        and I not see him no more.  I no talking

12        with him no more.  I saw him when the

13        incident happened.  Before the incident

14        happened, I don't have any communication

15        with the family, with the wife, nobody.

16              Q.    How about with him?

17              A.    No, no communication.

18              Q.    But, again, how could he be

19        your friend if you had no communication with

20        him?

21              A.    Well, because I have relation

22        with him.  He went to my husband's 40th

23        birthday party.  He come to my house but I

24        say when he take position in the police

25        department he change the hours working.  I
```

<pre>
 1                        A. GOMEZ              28

 2          do my business.  They do his business.  I do

 3          not see him.  Nothing happened but I not see

 4          him.  I see in the hallway because he live

 5          in my building, "Hello, hello."  "I see

 6          kids.  How are the kids?"  I saw Marina

 7          sometimes, his wife.  That's the relation

 8          that I have.  He move with the building

 9          around three or four years -- two or three

10          years.  After the incident, I not see him

11          because I not going out too much into town,

12          Sleepy Hollow.

13                  Q.    When did you first meet Quinoy?

14                  A.    When I first -- the first time?

15                  Q.    Yes.

16                  A.    1980 -- well, I see him because

17          the father have little restaurant on Beekman

18          Avenue and I went there.  I see Jose.  He

19          have thirteen, fourteen years old, yeah.  I

20          know the parents, the mother, the father,

21          all the family but specific, I don't know.

22          He married, he moved to my building.  That's

23          when I started being friend with him around

24          ten years, twelve years.

25                  Q.    Did you grow up in Sleepy
</pre>

1                        A. GOMEZ                    29

2       Hollow?

3              A.    I moved in Sleepy Hollow when I

4       -- eighteen years old.

5              Q.    What year was that?

6              A.    1982.

7              Q.    When you first moved to Sleepy

8       Hollow, who did you live with?

9              A.    I live on Beekman Avenue with

10      my cousin in front of the police department

11      in Sleepy Hollow.

12             Q.    That's an apartment building?

13             A.    A house, yeah, apartment on the

14      second floor.

15             Q.    What was the address?

16             A.    I think 34 or 45 Beekman

17      Avenue.  This happened a long time ago.

18      It's the house next to the post office,

19      White House.

20             Q.    The White House?

21             A.    Yes.

22             Q.    That's also next to the police

23      station?

24             A.    No.  They next to the post

25      office.

```
1                          A. GOMEZ                    30

2                 Q.    Did you say before it was next

3      to the police station?

4                 A.    In front of the police

5      department.

6                 Q.    What do you mean?

7                 A.    The house is here, (indicating)

8      the police department is there, across the

9      street (indicating.)

10                Q.    How long did you live in that

11     building at Beekman Avenue?

12                A.    Not too long; around five, six

13     months.

14                Q.    When you were living in that

15     building on Beekman Avenue, did you know

16     Jose Quinoy?

17                A.    No.

18                Q.    Where did you move after

19     Beekman Avenue?

20                A.    100 Cottage Avenue.

21                Q.    Who did you live with then?

22                A.    My cousin.

23                Q.    Who is your cousin?

24                A.    Araceles, A-R-A-C-E-L-E-S,

25     Cedeno, C-E-D-E-N-O.
```

```
 1                        A. GOMEZ                    31

 2              Q.    How long did you live at 100

 3    Cottage Avenue?

 4              A.    I live I think one year, one

 5    year.

 6              Q.    Did you know Jose Quinoy when

 7    you lived at 100 Cottage Avenue?

 8              A.    No, I know his parents.

 9              Q.    Who were his parents?

10              A.    The mother and the father.

11              Q.    What are their names?

12              A.    I know Jose father Cale,

13    C-A-L-E.

14              Q.    Do you know his mother's name?

15              A.    I forgot now the name.

16              Q.    How did you know them?

17              A.    They have a business.

18              Q.    What kind of business?

19              A.    They have a little restaurant

20    on Beekman Avenue.  They sell sandwich,

21    food.

22              Q.    What's the name -- is it still

23    there?

24              A.    No.

25              Q.    What was the name of it?
```

```
 1                        A. GOMEZ                32

 2              A.   I don't know the name of it.

 3              Q.   Where did you live after 100

 4    Cottage Avenue?

 5              A.   I married and I moved to 102

 6    Main Street in Tarrytown.

 7              Q.   102 Main Street?

 8              A.   Yes.

 9              Q.   That's not in Sleepy Hollow;

10    right?

11              A.   No, this is Tarrytown.

12              Q.   When did you get married?

13              A.   I moved together.  I married

14    August 23rd, 1985.

15              Q.   But you moved to 102 Main

16    Street before you got married?

17              A.   Yes, I moved together.

18              Q.   That's with Mario?

19              A.   Yes.

20              Q.   When was your first child born?

21              A.   1984, July 13th, 1984.

22              Q.   So that's before you moved to

23    102 Main Street?

24              A.   No.

25              Q.   After?
```

```
1                      A. GOMEZ                33

2              A.    After.

3              Q.    And the first child is Haydee?

4              A.    Haydee.

5              Q.    The next child?

6              A.    Stephanie, 1989.

7              Q.    And Bridgette?

8              A.    19 -- Stephanie, 1988;

9       Bridgette, 1989.

10             Q.    When did you first meet Quinoy,

11      Jose Quinoy?

12             A.    In the restaurant.  I saw

13      there, and I started talking with him when

14      he driving taxi for McCarthy Taxi and I

15      called a taxi and he bring me to the doctor

16      appointment with my kids.  That's when I

17      started talking with him.  I saw him when he

18      was little in his father's business but I

19      really talk little kids.  I started talking

20      with him when he give me -- I call taxi and

21      he bring me to the doctor, he bring me to

22      the supermarket, something like that.

23             Q.    When was that that he was

24      taking you to the doctor and supermarket?

25             A.    He drive taxi.
```

```
 1                    A. GOMEZ              34

 2              Q.    When was that?

 3              A.    Around -- I'm not sure; 1990,

 4        something like that.  I'm not sure.  At the

 5        time I not put attention about that.

 6              Q.    You think it was in the 1990's?

 7              A.    In the 19 something because I

 8        have my daughters.

 9              Q.    How old was he when you first

10        saw him or how old did he look?

11              A.    I'd say thirteen, twelve,

12        something like that.

13              Q.    When he worked in the

14        restaurant, you think he was twelve or

15        thirteen?

16              A.    I didn't say he work in the

17        restaurant.  I saw in the restaurant, you

18        know, with the parents but I not say he

19        working because I'm not sure he working

20        there.

21              Q.    When you saw him in the

22        restaurant, whatever he was doing, you think

23        he was twelve or thirteen?

24              A.    Twelve, thirteen, yeah.

25              Q.    Then --
```

```
1                        A. GOMEZ                  35

2              A.    Because this happened around

3        1984, '85, something like that.

4              Q.    What happened?

5              A.    I went in the restaurant.  He

6        had to be thirteen, twelve years, something

7        like that, yeah.

8              Q.    Then when he was driving a

9        taxi --

10             A.    Yes.

11             Q.    -- how old was he?

12             A.    I'd say early -- nineteen,

13       twenty.

14             Q.    Did your husband meet him?

15             A.    At the time, I don't know --

16       well, he know because they Cuban and all

17       community --

18                   MS. MARINELLI:  Just try and

19                   answer the question.

20             Q.    Who is Cuban?

21             A.    Mario and Jose.

22             Q.    Are you Cuban?

23             A.    No.

24             Q.    What are you?

25             A.    Dominican.
```

<pre>
1                    A. GOMEZ                    36
2              Q.    As far as you could see, is the
3        Cuban community in Sleepy Hollow a close
4        knit community?
5              A.    Yeah, they most -- everybody
6        know everybody there, yeah.
7              Q.    102 Main Street is an apartment
8        building?
9              A.    It's a house, two apartments.
10       I live on first floor at the time.
11             Q.    Is that the building that
12       Quinoy moved into?
13             A.    No.
14             Q.    Where did you live after 102
15       Main Street?
16             A.    I moved for one year Hudson
17       Street -- yes, I moved -- I lived on Hudson
18       for six months, something like that and I
19       live on Jones Street after Hudson one year
20       and I moved to Hudson Street.  I lived on
21       Hudson Street for five, six months and then
22       I moved to the building and I stay in the
23       building.
24                   MR. SOKOLOFF:  Can you read
25                   that back?
</pre>

```
1                      A. GOMEZ                 37
2                 (Whereupon, the reporter read
3            back the requested material.)
4            Q.    Where on Hudson Street did you
5       move to after Main Street?
6            A.    Main Street, I moved to John
7       Street first and then John, I moved to
8       Hudson.
9            Q.    Where on John Street?
10           A.    The number, I not remember the
11      number and Hudson is 20.  John, I not
12      remember.
13           Q.    Is John Street in Sleepy
14      Hollow?
15           A.    No, it's in Tarrytown.
16           Q.    You lived in the house on John
17      Street for how long?
18           A.    In Hudson I live --
19           Q.    No, no, John Street.
20           A.    Oh, around one year.
21           Q.    After John Street you moved to
22      20 Hudson Street?
23           A.    Yes.
24           Q.    How long did you live there?
25           A.    Five, six months.
```

```
 1                          A. GOMEZ                    38

 2                  Q.    After that you moved to John

 3          Street?

 4                  A.    No, I moved to River Plaza and

 5          I stay there until today.

 6                  Q.    That's where you are today?

 7                  A.    Yes.

 8                  Q.    River Plaza?

 9                  A.    Yes, 1 River Plaza.

10                  Q.    That's an apartment building?

11                  A.    Apartment 4E.

12                  Q.    You've been in the same

13          apartment the whole time?

14                  A.    No, first I moved in 4D and I

15          change to 4E.

16                  Q.    When did you change to 4E?

17                  A.    Around -- let me see --

18          fourteen years something like that.

19                  Q.    Fourteen years ago?

20                  A.    Yes.  I change because I have

21          two bedroom and I move apartment to three

22          bedroom; next door.  It's same floor and

23          everything.

24                  Q.    When you moved to 1 River

25          Plaza, was Quinoy living there?
```

```
1                        A. GOMEZ                    39

2              A.    No.

3              Q.    When did Quinoy move in?

4              A.    Let me see -- I live long time

5         before he move.  I never really remember but

6         -- he live on the fifth floor.

7                   THE WITNESS:  What happened in

8                   hurricane in Florida?

9              Q.    Andrew?

10             A.    Yes.  Around that time he move

11        in the building.  I'd say two, three months

12        later.

13             Q.    How do you remember that Quinoy

14        moved into the building when there was a

15        hurricane in Florida?

16             A.    Because my friend lived there

17        and they moved to Florida and Quinoy take

18        the apartment.  That's why I made it a

19        relation.

20             Q.    If I tell you Hurricane Andrew

21        hit Florida in 1989, would that sound right?

22             A.    I don't know.  I think.  I

23        don't know.  I don't know.  I don't know

24        exactly what year but I know the relation

25        because my friend moved and he take
```

```
  1                    A. GOMEZ                40

  2          apartment of my friend at the time they

  3          moved and it happened hurricane.

  4                  Q.    What apartment did he move in?

  5                  A.    5H, I think -- yes, I think 5H.

  6          I not remember now.

  7                  Q.    How many floors are in the

  8          building?

  9                  A.    Nine floors.

 10                  Q.    There's an elevator?

 11                  A.    Yes.

 12                  Q.    When Quinoy moved in, did he

 13          move in with anybody?

 14                  A.    With his wife.

 15                  Q.    Who is his wife?

 16                  A.    Marina.

 17                  Q.    Did you know her before she

 18          moved into the building?

 19                  A.    No, no.

 20                  Q.    You didn't go to his wedding,

 21          did you?

 22                  A.    No.

 23                  Q.    When he moved in, did he have

 24          any children?

 25                  A.    Yes, I think Michael.  They
```

```
1                        A. GOMEZ                    41

2          have one son at the time.

3                 Q.    When they moved in?

4                 A.    Yes.

5                 Q.    How old was Michael when they

6          moved in?

7                 A.    Not a year because I went

8          Michael's first year birthday.

9                 Q.    You went to Michael's first

10         birthday party?

11                A.    Yes.

12                Q.    Who invited you to Michael's

13         first birthday party?

14                A.    I'd say both.

15                Q.    You got a written invitation?

16                A.    Yes.

17                Q.    How did you meet Jose and

18         Marina when they moved in?

19                A.    I know for my friend Iliana.

20         She's friend with Marina and I see Marina

21         when she come to Iliana's house and we start

22         talking in the building, in the laundry

23         room, you know.

24                Q.    Does Iliana live in the

25         building, too?
```

```
1                        A. GOMEZ                    42

2              A.    No, she moved to Florida.

3              Q.    But at the time she lived in

4        the building?

5              A.    Yes, on the fifth floor, too.

6              Q.    Now, when Jose moved in, you

7        had three children; right?

8              A.    Yes.

9              Q.    How old were your children when

10       Jose moved in?

11             A.    What year you say is Andrew

12       around -- my daughter is around, I think

13       ten, eleven, something like that because

14       when --

15             Q.    Who, Haydee?

16             A.    Haydee.  I'd say around eleven.

17             Q.    How old was Jose when they

18       moved in?

19             A.    Twenty something.

20             Q.    Did you go to Michael's first

21       birthday party with your whole family?

22             A.    Yes.

23             Q.    Your three daughters, too?

24             A.    Yes, and my husband, too.

25             Q.    When did Jose move out of the
```

```
 1                      A. GOMEZ                    43
 2        building?
 3              A.    I'm not sure.  I'd say about
 4        maybe three or four years.
 5              Q.    In the past, three or four
 6        years ago?
 7              A.    Yes, three or four years ago,
 8        maybe more.  I'm not sure; yeah, maybe more.
 9              Q.    Do you know why he moved out of
10        the building?
11              A.    They buy a house.
12              Q.    Did you stay friends with them
13        from the time they moved in the building
14        until the time that Jose left?
15              A.    No.
16              Q.    Jose left, he left with his
17        whole family?
18              A.    Yes, he move with the kids and
19        his wife.
20              Q.    How many kids did he have when
21        he moved?
22              A.    Three.
23              Q.    Michael was the first?
24              A.    Michael's the first and two
25        more boys.  I don't remember their names.
```

```
 1                      A. GOMEZ                44
 2              Q.    So, he had three boys and you
 3      had three girls?
 4              A.    Yes.  I think one is Michael,
 5      Christopher and I forgot the other one.  I'm
 6      not sure.
 7              Q.    And he was still married to
 8      Marina when he moved?
 9              A.    Yes.
10              Q.    You were not friends with him
11      at the time he moved?
12              A.    Let me tell the truth.  I
13      started more be friends with him when they
14      started having problem with Marina and Jose
15      and he move the building and he come back to
16      the building.  That's when I not go to her
17      house no more.  I stay my distance because
18      they have a lot of problem between Marina
19      and Jose, and he moved to Washington Street
20      in the little building.  I don't know the
21      name.  It's two buildings together.  I know
22      Jose moved there.  I don't know for how long
23      and he come back to the building.  They have
24      a lot of problems between Marina and Jose.
25      That's one of the reasons I not continue be
```

```
 1                    A. GOMEZ                45

 2      close with Marina and Jose.

 3             Q.    So, he moved out of the

 4      building to Washington Street and then he

 5      came back?

 6             A.    Yes.

 7             Q.    How long was he gone?

 8             A.    I don't know because at the

 9      time I know happened but I'm not talking too

10      much with Marina and I don't know how long

11      he stay out of the house, but I know

12      happened.  That's one of the reasons that I

13      stop, you know, she's involved in her

14      problem and I'm going to stay away.

15             Q.    How do you know that they were

16      having problems?

17             A.    Everybody know in the building

18      because she threw the clothes on the floor

19      in the hallway and she fight with somebody

20      at the YMCA for her husband cheating.  She

21      fight in the YMCA with another woman in

22      Tarrytown and everybody know about that.

23      Remember, it's a building.

24             Q.    Was her apartment right above

25      yours?
```

```
 1                    A. GOMEZ              46

 2              A.    No, I live in the corner at the

 3        time it happened and she living in the

 4        middle of the building and they move to the

 5        ninth floor.  When he have two more boys

 6        they changed the apartment to 9E.

 7              Q.    When he moved to 9E, were you

 8        in 4E?

 9              A.    Yes, yes.

10              Q.    Was your friend Iliana friends

11        with the Quinoys?

12              A.    No, she move at the time to

13        Florida.  She move around ten years, nine

14        years to Florida.

15              Q.    Did any of your three girls

16        play with any of the Quinoy boys?

17              A.    Yes, sometimes they come to my

18        house, play with my kids.  They eat in my

19        house.  That's the relation that I have.

20              Q.    Which one of the Quinoy boys

21        came and ate at your house?

22              A.    Michael.  I'm very close when

23        they only have Michael.  When they have the

24        two little, I'm not very close.  They not

25        coming to my house, something like that.
```

1                          A. GOMEZ                    47

2          They went with me to the pool together.  I

3          went to Marina's sister's birthday at the

4          time.

5                    Q.    What is the age difference

6          between Michael and Haydee?

7                    A.    Michael is maybe twelve,

8          something like that, twelve years old and

9          Haydee is twenty-four in July, you know.

10         The relation is cute; boy come into my

11         house, stay and Bridgette play with Michael.

12         Everything is funny because they little.

13         That's the relation they have, not really a

14         friend because the age is very different.

15                   Q.    After Jose moved into the

16         building, what relationship did Mario Gomez

17         have with Jose Quinoy?

18                   MS. MARINELLI:  Just objection.

19               You can answer.

20                   A.    Like me.

21                   Q.    When Jose had problems with his

22         wife, your husband Mario also didn't have

23         anything to do with them?

24                   A.    No, no.  The relation they have

25         --

```
1                    A. GOMEZ                  48
2              MS. MARINELLI:  There is no
3         question now.
4              MR. SOKOLOFF:  Maybe she's
5         answering the previous --
6         A.    The relation I know they have
7    is see in the bar, Jose pay beer for Mario,
8    Mario pay beer for Jose, but not close.
9    That's the relation they have.
10        Q.    That's when they were living in
11   the building?
12        A.     When they start having problem,
13   Marina and Jose.  That's the relation they
14   have.  Mario see in the bar, I pay the bill
15   for you, you pay the bill for me.  That's
16   the relationship they have.  Not continue
17   the business or something out together,
18   something like that, like me.
19        Q.    What bar did your husband see
20   Jose in?
21        A.    I don't know anything about
22   Mario and Jose.  That's what I think.  I
23   can't say nothing about Mario and Jose
24   because -- I can't say nothing about that.
25        Q.    Why did you just say they
```

1                    A. GOMEZ                    49

2        bought each other beers in a bar?

3             A.    Because Mario told me one day,

4        "Oh, I saw Jose in the bar.  He pay me beer,

5        I pay beer," like that, comments like that.

6        I never went in the bar in Tarrytown or

7        nowhere, and he made comments, you know,

8        Jose -- "I pay beer for Jose," comments like

9        that, normal comments.  That's what I say

10       now about that.

11            Q.    Before Jose moved out of the

12       building -- it was one-time that Jose moved

13       out of the building and then came back?

14            A.    That I know, yes.

15            Q.    He moved to a house --

16            A.    No, he moved a little building.

17                 MS. MARINELLI:  He's not

18            finished with the question yet,

19            Awilda.  Wait until he finishes the

20            question.

21            Q.    When he moved out for good, he

22       moved to a house?

23            A.    No, that's a little building,

24       twin building, three floor.

25            Q.    You know where he moved to?

2            A.    Now -- at the time in

3    Washington but I don't know the apartment.

4    I don't know nothing -- Washington Street.

5    I know the building but I don't know the

6    name of the building.

7            Q.    When he moved, he moved with

8    his whole family?

9            A.    No, only him.

10            Q.    His wife stayed in the

11    building?

12            A.    Yes.

13            Q.    Then he came back?

14            A.    Yes.

15            Q.    Then later on the whole family

16    moved?

17            A.    Not later on; past year, couple

18    years and that's when they move to the house

19    that they buy.

20            Q.    The whole family moved together

21    to a house?

22            A.    Yes.

23            Q.    When was that, three or four

24    years ago?

25            A.    Three or four years ago.  I'm

<pre>
 1                          A. GOMEZ                  51
 2          not sure; maybe five, but around five, four
 3          years.
 4                  Q.    Did you know before they moved
 5          to the house that they were going to move?
 6                  A.    No.
 7                  Q.    How did you find out that they
 8          moved?
 9                  A.    Everybody talk they moved to
10          the house and you see the people when they
11          going out.  That's the building.
12                  Q.    Did he say good-bye to you?
13                  A.    No, because sometimes you --
14          the moment people move, you see.  You not
15          there.  You no see nothing, you know.
16                  Q.    But he didn't call you or write
17          you?
18                  A.    No, no, no, no.
19                  Q.    After he and his family moved
20          to the house, did you ever speak to him
21          again before October of 2006?
22                  A.    I talking one-time or two times
23          with Marina in the basement and I talking
24          with Jose about car because I buy a minivan
25          and he asked me simple question, not
</pre>

```
1                         A. GOMEZ                52

2          conversation I go to the house or something

3          like that.  I say hello and I see in the

4          parking lot.  One time I find credit card

5          Marina lose in the parking lot and I find

6          and I give it to him, but normal things, not

7          conversation.

8                    Q.    When he moved out to a house,

9          right, why was his wife in the basement?

10                   A.    Making laundry and she talking

11         with me.

12                   Q.    She didn't live there anymore?

13                   A.    No, she not live there anymore.

14                   Q.    She came back to the building

15         to do her laundry?

16                   A.    No, no, I talking before.

17                   Q.    I'm talking after.

18                   A.    After, I not see Marina no

19         more.  I see one or two times in the street,

20         "Hi, hi," and that's it.

21                   Q.    How about Jose?

22                   A.    I see Jose when he working

23         around the town but I don't have

24         conversation.

25                   Q.    What work, as a police officer?
```

```
1                    A. GOMEZ                53

2            A.    Yes.  The last time that I

3       talking with Jose that's in Sleepy Hollow

4       High School at Stephanie's graduation.  He

5       was there.  I remember.  When graduation

6       finished, he was there and he say hello to

7       me and that's it.  That's the last time I

8       talking with Jose.

9            Q.    How about Marina?

10           A.    Marina?

11           Q.    When she moved, did you see her

12      anymore?

13           A.    No.

14           Q.    Did you talk to her on the

15      phone?

16           A.    No, no.

17           Q.    After the Quinoy family moved,

18      after, did any of your daughters speak to

19      anybody in the Quinoy family?

20           A.    My daughter, Haydee, speak with

21      Jose.

22           Q.    How do you know that?

23           A.    Because she told me and I see

24      in the cell phone building and she told me

25      that she friends with Jose.
```

```
 1                      A. GOMEZ                54
 2           Q.    When he did she first tell you
 3      she was friends with Jose?
 4           A.    I not remember.
 5           Q.    What did you say to her when
 6      she told you she was friends with Jose?
 7           A.    That she saw Jose and she say
 8      hello and she talking with Jose, but she not
 9      explain why she was talking.  She only say
10      she saw Jose and that's it.
11           Q.    Did your daughter talk to Jose
12      on the telephone?
13           A.    That I know, yes, one-time but
14      I don't know -- my daughter is old.  I no
15      put attention about who call my daughter or
16      who my daughter call, you know.
17                MS. MARINELLI:  Just answer the
18           question.
19           A.    I don't know.
20           Q.    She did or you don't know?
21           A.    Maybe she did one-time, two
22      times.  I don't know how many but I don't
23      know too much about my daughter's friends.
24           Q.    Wait.  Either you don't know at
25      all or you know that they spoke once or you
```

1

2      know they spoke twice; just tell me what it

3      is.

4              A.     Maybe they spoke one or two

5      times.

6              Q.     When you say maybe, does that

7      mean you know they spoke one or two times?

8              A.     Yes, yes.

9              Q.     Why do you say maybe?

10             A.     I say maybe because I not

11     really know how many times, but they talk.

12             Q.     How do you know they talked on

13     the phone?

14             A.     Because she tell me, my

15     daughter tell me.

16             Q.     What did she say about her

17     talking to Jose on the phone?

18                    MS. MARINELLI:  Just note my

19             objection.

20             A.     She say, "Oh, I talk with Jose.

21     I saw Jose," but Jose is a friend of mine

22     and my family.  I don't see nothing wrong

23     about that, you know.

24             Q.     Did your husband find out that

25     your daughter was talking to Jose?

```
1                           A. GOMEZ                    56

2                   A.    My husband is not find out.

3                        MS. MARINELLI:   Just answer the

4                   question, Awilda.

5                   A.    He know because somebody tell

6          Haydee talking with Jose but he not find

7          because he checking the bills or something

8          like that.

9                        MR. SOKOLOFF:   Read that back.

10                       (Whereupon, the reporter read

11                  back the requested material.)

12                  Q.    Somebody told your husband that

13         Haydee was talking to Jose?

14                  A.    Yes.

15                  Q.    How do you know that?

16                  A.    He tell me.

17                  Q.    He is your husband?

18                  A.    Yes.

19                  Q.    What did he say?

20                  A.    He say, "Oh, you know Haydee is

21         friends with Jose?  They talking," and I

22         say, "Yeah, she told me," and that's it.

23         The conversation was finished.

24                  Q.    Who did your husband say told

25         him?
```

```
1                    A. GOMEZ                57

2              A.    I don't know.  He not say.

3              Q.    Did your husband ever talk to

4       Haydee about her being friends with Jose?

5                    MS. MARINELLI:  Just note my

6              objection.

7              A.    Not from me.

8              Q.    Did you ever find out about it

9       afterwards?

10                   MS. MARINELLI:  Objection.

11             A.    Did I find -- that's what

12      happened on October 17th.  That's what I

13      know they friends.  I don't know nothing

14      about that and I don't know Mario know

15      nothing.  I don't know.

16             Q.    Your husband Mario was a New

17      York City corrections officer?

18             A.    Yes.

19             Q.    When did he become a

20      corrections officer?

21             A.    He started July 14th -- I'm not

22      sure 14th-- I think -- June or July 27th,

23      1984 he started.

24             Q.    Where did he work, Riker's

25      Island?
```

```
  1                      A. GOMEZ                58

  2              A.   He working at Riker's and

  3         working in the Bronx in supreme court.

  4              Q.   How tall is your husband?

  5              A.   Five ten.

  6              Q.   In October of 2006, how much

  7         did he weigh?

  8              A.   In 2006, a hundred something, a

  9         hundred sixty something.

 10              Q.   How old was he in October 2006?

 11              A.   Forty-nine.

 12              Q.   In October 2006, was he still a

 13         corrections officer?

 14              A.   No.

 15              Q.   What happened?

 16              A.   He retired.

 17                   MS. MARINELLI:  Objection.

 18              Q.   When did he retire?

 19                   MS. MARINELLI:  Objection.

 20              A.   2002, something like that,

 21         2001.  I not remember.

 22              Q.   Did he put in twenty years on

 23         the job?

 24                   MS. MARINELLI:  Just objection.

 25              A.   I don't -- I not remember.  I
```

```
 1                        A. GOMEZ                   59

 2          don't know how many he made.  He not do

 3          twenty years.

 4                  Q.    He didn't do twenty years?

 5                  A.    No, no -- I don't know about

 6          that, let me tell you the truth.

 7                  Q.    So, he didn't get a pension?

 8                  A.    Yeah, he have a pension.

 9                  Q.    Was it a disability pension?

10                  MS. MARINELLI:  Just objection.

11                  A.    Yeah, he have disability

12          pension.

13                  Q.    Did he have any kind of an

14          injury?

15                  A.    He have a problem in the liver.

16          Something happened when he worked in B5 and

17          somebody hit in the liver and he have

18          damage, something like that.

19                  Q.    He got hit in the liver?

20                  A.    Yes, and he have problem in the

21          liver, too.

22                  Q.    Was he sick?

23                  A.    Now, no.

24                  Q.    No, is that why he retired

25          because he got sick?
```

```
 1                      A. GOMEZ                60
 2                  MS. MARINELLI:  Just objection.
 3          A.    Yes.
 4          Q.    What kind of sickness did he
 5    have?
 6                  MS. MARINELLI:  Just objection.
 7          A.    Well, he have problem in the
 8    liver.  That's what I know.
 9          Q.    How do you know he had a
10    problem in the liver?
11          A.    The papers with the doctor and
12    that's what he told me that he have a
13    problem with the liver.
14          Q.    When did he tell you that?
15          A.    When he went to the doctor.
16          Q.    When was that?
17                  MS. MARINELLI:  Just objection.
18          A.    In 2000 something, like that.
19          Q.    Did he go to the doctor because
20    he wasn't feeling well?
21          A.    Yes.
22                  MS. MARINELLI:  Again,
23          objection to this whole line of
24          questioning.
25          Q.    Did your husband have
```

```
 1                          A. GOMEZ                  61

 2          Hepatitis-C?

 3                   A.    Yes.

 4                   Q.    When did he find out about

 5          that?

 6                   A.    Good question.  I don't know.

 7                   Q.    When did he tell you?

 8                   A.    I find it --

 9                         MS. MARINELLI:  Just when did

10                   he tell you, do you know?

11                   A.    I don't know.  I no remember.

12                   Q.    As far as you know, did your

13          husband have psychological problems?

14                         MS. MARINELLI:  Objection.

15                   A.    I not say psychological.  He

16          have problem where he find he is Hepatitis,

17          you know, like somebody say he have seizure.

18          He coming down, he feel bad or whole

19          situation.  He feel at the age he want to

20          continue to work and he feel depressed, he

21          feel like that because before he never have

22          a problem with psychological problem.  He

23          never went psychiatric.  He never went on

24          medication.  Everything happen at the time

25          he have to get out with the department and
```

<pre>
 1                    A. GOMEZ                62
 2        now he's fine.  The years that I live with
 3        him he's depressed for the situation, not
 4        because he's crazy or something like that.
 5               Q.    Depressed because he was sick?
 6               A.    Depressed because the type of
 7        sick that he have.
 8               Q.    Did your husband carry a gun?
 9               A.    No.
10               Q.    When he was a corrections
11        officer, did he carry a gun?
12               A.    Yes.
13               Q.    Did he stop carrying a gun?
14               A.    Yes.
15               Q.    When did he stop carrying a
16        gun?
17               A.    When he sick.
18               Q.    Why did he stop carrying a gun,
19        if you know?
20                     MS. MARINELLI:  Just objection.
21               A.    He didn't feel well and
22        department coming and take it.
23               Q.    The department took his gun?
24               A.    Yes, for, you know, he's
25        depressed.  Maybe they do it for protect
</pre>

1                          A. GOMEZ                    63

2          him, something like that, but they take it

3          and I never listen anything about that.  I

4          never call, I never ask for the gun back.

5          He no want to anyway.

6                  Q.    Did he visit with a corrections

7          department psychiatrist?

8                          MS. MARINELLI:  Just objection.

9                  A.    No, he have interview with

10         corrections department psychiatrist but he

11         not visit.

12                 Q.    He had an interview with the

13         corrections department psychiatrist?

14                 A.    When he sick.

15                 Q.    How do you know he had an

16         interview with the corrections department

17         psychiatrist?

18                 A.    I give the ride.

19                 Q.    You gave him a ride?

20                 A.    Yes, the department do

21         evaluation.

22                 Q.    They did a psychological

23         evaluation on him?

24                          MS. MARINELLI:  Note my

25                  objection.

```
 1                    A. GOMEZ                64

 2              A.    Not evaluation.  They talking

 3         with somebody.  They want to see everything

 4         around him before they terminate, put out

 5         the department with disable because they

 6         continue to pay and they want to be sure

 7         everything, you know, that everything

 8         affecting him and they want to be sure what

 9         is really that they have.  That's when they

10         do it but they do it one-time.  I bring

11         there, he talk with somebody and he come

12         home with me.

13              Q.    Did you take him to Leprac

14         (ph.)  City in Queens?

15              A.    Excuse me?

16              Q.    When you went down to the

17         corrections department, was that in Queens?

18              A.    No.

19              Q.    Where was it?

20              A.    To see the doctor, I saw the

21         doctor in Manhattan.

22              Q.    Did you talk to the doctor?

23              A.    Yes.

24              Q.    And he asked you questions

25         about Mario?
```

```
1                        A. GOMEZ                65

2              A.    Yes.

3              Q.    And you told him things?

4              A.    Yes.

5              Q.    Did anybody else at the

6        corrections department talk to you about

7        Mario?

8              A.    Not really.

9              Q.    What was the name of the doctor

10       that you spoke to?

11             A.    I don't know.  I don't know the

12       lady doctor.

13             Q.    Did you ever find out how your

14       husband got Hepatitis-C?

15             MS. MARINELLI:  Just objection.

16             A.    That, I think I remember they

17       have big fight in the corrections department

18       and they come in gloves, all the place.

19       Before they not use gloves.  They not use

20       nothing.  That's where I think they find it

21       because the way they find it is for drug or

22       something like that.  He never use drug.

23       Nobody in my house have it, only him.

24       That's what I think happened with him.

25       That's where they give disabled that they
```

```
 1                          A. GOMEZ                    66

 2          give you because they find maybe or he

 3          taking the job where he working.

 4                  Q.    Would you say that your husband

 5          had a bad temper?

 6                  A.    No.

 7                        MS. MARINELLI:  Objection.

 8                  A.    I not say.

 9                  Q.    Did you ever see him get

10          violent at all?

11                  A.    No, not bad temper.

12                  Q.    Did you have a 40th birthday

13          party for your husband?

14                  A.    Yes.

15                  Q.    When was that?

16                  A.    He's fifty; ten years ago.

17                  Q.    Where was it?

18                  A.    In Hilton Hotel in Tarrytown.

19                  Q.    How many people were there?

20                  A.    Sixty, sixty-five.

21                  Q.    Was it a surprise party?

22                  A.    What?

23                  Q.    Surprise party?

24                  A.    Surprise, but he find the day

25          before.  It supposed to be a surprise but he
```

```
  1                         A. GOMEZ                67
  2          know that day.
  3                    Q.    You invited all the people?
  4                    A.    Yes.  I do everything.  I
  5          invite all the people.  I rent the -- I do
  6          everything.
  7                    Q.    Did you invite Jose Quinoy?
  8                    A.    Yes.
  9                    Q.    Why?
 10                    A.    At the time he's very close
 11          with me.  He's my friend and I invite him.
 12                    Q.    He was very close with you?
 13                    A.    Oh, yes.  I visit his house, he
 14          visit my house at the time.
 15                    Q.    Do you have any pictures or
 16          videos from that party?
 17                    A.    Yes.
 18                    Q.    Do you remember if Jose got
 19          your husband a gift?
 20                    A.    Yes.
 21                    Q.    What did he get him?
 22                    A.    A jacket.
 23                    Q.    A jacket?
 24                    A.    Yes, Navy blue jacket for
 25          raining, water proof.
```

```
 1                        A. GOMEZ                    68

 2              Q.    Was Jose' whole family there?

 3              A.    No, Jose, his wife.

 4              Q.    After Jose moved out of the

 5       building, did you ever see your daughter

 6       Haydee talking to Jose?

 7              A.    No.

 8              Q.    Did your husband ever tell you

 9       that he saw Jose talking to Haydee?

10              A.    Yes.

11                    MS. MARINELLI:  Just objection.

12              Q.    What did your husband say about

13       that?

14                    MS. MARINELLI:  Objection.

15              A.    He tell me that he saw Haydee

16       talking with Jose, nothing special, nothing

17       -- "Oh, I saw Haydee talking to Jose."  I no

18       remember for what reason and they talking

19       and Mario leave; normal things.

20              Q.    He saw them talking on the

21       street?

22              A.    I think in the street, yes.  I

23       not remember -- yeah, I think in the street.

24              Q.    Did he say where he saw them?

25              A.    No.  He no made a big deal
```

```
 1                        A. GOMEZ                69
 2        about that; simple conversation.
 3               Q.    Did anybody tell you that
 4        Haydee and Jose were dating?
 5               A.    No.
 6               Q.    Did anybody tell your husband
 7        that you're aware of that Haydee and Jose
 8        were dating?
 9               MS. MARINELLI:  Just objection
10               and I'm going to ask her not to
11               answer that.  You're constantly
12               asking her about Mario and what he
13               knows.  I'm going to object and this
14               is about her and related to qualified
15               immunity so I'm going to object and
16               direct her not to answer that.
17               MR. SOKOLOFF:  You're directing
18               her not to answer?
19               MS. MARINELLI:  Yes.
20               MR. SOKOLOFF:  Are you
21               asserting a privilege?
22               MS. MARINELLI:  I don't have to
23               assert a privilege.  You're way
24               beyond the scope of what this
25               deposition is supposed to be.  If you
```

```
 1                      A. GOMEZ                70

 2           want to call the court, you can.  I

 3           allowed a lot of leeway about the

 4           corrections officer and corrections

 5           department which has nothing to do

 6           with qualified immunity.

 7                MR. SOKOLOFF:  What do you

 8           think qualified immunity is

 9           restricted to?

10                MS. MARINELLI:  To her, her

11           actions with --

12                MR. SOKOLOFF:  It's one

13           incident with her and her husband.

14                MS. MARINELLI:  No, it's with

15           her and Jose Quinoy.

16                MR. SOKOLOFF:  We'll call the

17           court.

18                MS. MARINELLI:  I think maybe

19           we should because you already deposed

20           Mario Gomez.  I think you're trying

21           to use this deposition to knock out

22           that case and I object.

23                MR. SOKOLOFF:  All right, let's

24           call the court.

25                MS. MARINELLI:  I don't
```

```
 1                    A. GOMEZ                71

 2           understand what it has to do who told

 3           her husband about dating.  I think we

 4           probably should.

 5               Who is the magistrate?

 6               MR. SOKOLOFF:  I don't know.

 7               MS. MARINELLI:  Was this given

 8           to a magistrate?

 9               MR. SOKOLOFF:  I don't know.

10           The Complaint says it's Judge Bryant.

11               MS. MARINELLI:  Right, it does

12           and I know there was an appearance

13           before Judge Bryant.  I don't know if

14           he -- I know Judge Bryant has been

15           referring his cases.

16               MR. SOKOLOFF:  What's that?

17               MS. MARINELLI:  I know he's

18           been referring his cases to

19           magistrates.

20               MR. SOKOLOFF:  He's ill, right?

21               MS. MARINELLI:  Off the record.

22               (Whereupon, a discussion was

23           held off the record.)

24               MR. SOKOLOFF:  Read back the

25           question.
```

```
 1                     A. GOMEZ                72
 2                (Whereupon, the reporter read
 3           back the requested material.)
 4                MS. MARINELLI:  Over objection.
 5           I'll let you answer it.  If it
 6           continues, we'll have to call Judge
 7           Bryant.
 8                Do you remember the question,
 9           Awilda?
10                THE WITNESS:  Repeat again.
11                MR. SOKOLOFF:  She'll repeat
12           it.
13                (Whereupon, the reporter read
14           back the requested material.)
15           A.    What you want to know before
16      the incident, after the incident?
17                MS. MARINELLI:  Before the
18           incident he's talking about.
19           A.    No, he not say anything to me
20      about that.
21           Q.    Something happened on that --
22      after the incident?
23           A.    No.
24           Q.    Did anybody tell you that
25      Quinoy was bragging that your daughter was
```

```
1                    A. GOMEZ              73

2         paying for drinks and food for him in a

3         restaurant or a bar?

4              A.    No, nobody told me.

5              Q.    Did your husband tell you that

6         anybody told him that?

7              A.    No.

8              Q.    Do you know somebody named Joe

9         Cotaral, C-O-T-A-R-A-L of the Sleepy Hollow

10        Police Department?

11             A.    Do I know him?

12             Q.    Do you know who he is?

13             A.    Yes.

14             Q.    Who is he?

15             A.    A policeman in Sleepy Hollow,

16        one of Mario's friends but he have no

17        connection with me.

18             Q.    He's one of your husband's

19        friends?

20             A.    Yeah.

21             Q.    How do you know that?

22             A.    They grow up together.  I see

23        pictures together in their house but I don't

24        know anything about him and -- between him

25        and Mario.  I don't know nothing about that.
```

```
 1                    A. GOMEZ                  74

 2              Q.    He grew up with your husband in

 3       Cuba?

 4              A.    No, here.  That's only what I

 5       know.

 6              Q.    You saw pictures of your

 7       husband with Joe Cotaral?

 8              A.    Yes, when they was little.

 9              Q.    Where did you see those

10       pictures?

11              A.    In Mario's mother's house.

12              Q.    How did you know that was Joe

13       Cotaral of the Sleepy Hollow Police

14       Department?

15              A.    How did I know him?

16              Q.    How did you know the kid in the

17       picture was Joe Cotaral of the Sleepy Hollow

18       Police Department?

19                    MS. MARINELLI:  Objection.

20              A.    They friends with him.  I see

21       in the album and I say, "Oh, who is that,

22       who is that?"  That's the only way, you

23       know.

24              Q.    Did you ever speak to him?

25              A.    With Jose?
```

```
 1                         A. GOMEZ                    75

 2              Q.    No, Joe Cotaral?

 3              A.    Speak what?

 4              Q.    Ever talk to him?

 5                    MS. MARINELLI:  Just ever?

 6                    MR. SOKOLOFF:  Yes.

 7              A.    Oh, yeah, "Hi, how are you?"

 8         That's it, not close friends or something

 9         like that.  He's not my friend.

10              Q.    Did he ever talk to your

11         husband about Haydee and Jose Quinoy?

12              A.    I don't know about that.

13              Q.    Your husband never told you?

14              A.    No, no.

15              Q.    Did your husband Mario ever

16         talk to Haydee about her being friends with

17         Quinoy?

18              A.    I don't know.

19                    MS. MARINELLI:  Just answer the

20              question.

21              A.    I don't know.  No, I don't

22         know.

23              Q.    You don't know or no, he

24         didn't?

25              A.    No, I don't know they have
```

```
1                        A. GOMEZ                    76

2          conversation about that.  I don't know

3          nothing about that.

4              Q.   Neither one of them, your

5          husband didn't tell you that they spoke and

6          your daughter didn't tell you that they

7          spoke?

8              A.   No, no.

9              Q.   October 17th, 2006 was a

10         Tuesday; right?

11             A.   Yes.

12             Q.   And you were home?

13             A.   I went in my friend's house in

14         the building.

15             Q.   What friend?

16             A.   Yolanda.

17             Q.   What is Yolanda's last name?

18             A.   Ania, A-N-I-A.

19             Q.   What time did you go to

20         Yolanda's house?

21             A.   8:00, 8:30.

22             Q.   In the morning?

23             A.   In the night.

24             Q.   You were home during the day?

25             A.   Me?
```

```
 1                      A. GOMEZ                77
 2              Q.    Yes.
 3              A.    Yes, yes.
 4              Q.    Was your husband home, Mario?
 5              A.    Yes.
 6              Q.    He was in the house all day?
 7              A.    Yes, with me.
 8              Q.    When you were at Yolanda's
 9      house on October 17th, 2006, did you get a
10      phone call from your husband, Mario?
11              A.    Yes.
12              Q.    Did he call you -- what phone
13      did he call you on?
14              A.    He call me to my cell phone.
15              Q.    What is your cell phone number?
16              A.    At the time I change.
17              Q.    Do you remember what your phone
18      number was at the time?
19              A.    No, I never know my phone
20      number.
21              Q.    What did your husband say on
22      the phone when he called you?
23              A.    He call me and he say he
24      watched the game, the Mets, that's the World
25      Series and he say Jose Quinoy call me and he
```

1                          A. GOMEZ                    78

2        leave message that he want to talk to me.  I

3        don't know what he want to talk to me and I

4        say to him because when he watch TV he no

5        take the phone.  I say, "Oh, he call you

6        again take the phone and see where he went.

7        He call again and you take the phone."

8              Q.    Your husband was watching the

9        ball game; right?

10             A.    Yes, the World Series.

11             Q.    The Mets weren't in the World

12       Series in 2006, believe me.

13             A.    The Mets.

14             Q.    Not in 2006.

15             A.    Oh, he see the playoffs,

16       something.  I know he saw the game, the

17       baseball.  I'm not too interested about

18       that.

19             Q.    Your husband said he got a

20       phone message from Quinoy?

21             A.    Yes.

22             Q.    Did he get the phone message on

23       his home phone or on his cell phone?

24             A.    Cell phone.

25             Q.    Do you know how Jose Quinoy had

1

2          your husband's cell phone number?

3                    A.    I don't know.

4                    Q.    Did he tell you what the

5          message said?

6                    A.    He want to talk.  He give the

7          phone number and call me back.

8                    Q.    Your husband called you because

9          he got a message from Jose?

10                        MS. MARINELLI:  Well,

11                   objection.  That's what she told you.

12                   He called her.

13                        What is your question?

14                   Q.    Your husband, when your husband

15         spoke to you on the phone, he told you he

16         got a phone message from Quinoy?

17                        MS. MARINELLI:  Just objection.

18                   You can answer.

19                   A.    Yes.

20                   Q.    All the message said was that

21         he wanted to talk to him?

22                        MS. MARINELLI:  Just objection.

23                   A.    Yes.

24                   Q.    What did you tell your husband?

25                   A.    He not take the phone when he

2          watch TV.  I said, "Well, he call you again

3          take the phone and see what he want" because

4          I don't know what he wants.  He don't know

5          what he wants and he call again.

6                    MS. MARINELLI:  Just answer the

7               question.

8               Q.   When you say he called again,

9          was Jose's second call after your husband

10         called you?

11              A.   Yes.

12              Q.   So, your husband called you

13         twice?

14              A.   No, only one-time.

15              Q.   Well --

16              A.   He received --

17                   MS. MARINELLI:  There is no

18              question, Awilda.

19                   Just try to listen to his

20              questions, okay.

21              Q.   What time did your husband call

22         you when you were at Yolanda's house?

23              A.   Around 9:00.

24              Q.   How long did you stay at

25         Yolanda's house?

```
 1                       A. GOMEZ                81
 2              A.    Half hour; 9:00, 9:30, 10:00,
 3         around -- forty-five minutes, one hour I
 4         stay there.
 5              Q.    Was anybody home with your
 6         husband when he was watching the game and
 7         Jose Quinoy left him a message on his cell
 8         phone?
 9              A.    Yes.
10              Q.    Who was home with him?
11              A.    Bridgette.
12              Q.    Where was Haydee?
13              A.    I no remember.  Maybe she out.
14         I don't --
15                    MS. MARINELLI:  Do you know?
16              A.    In her cousin house, Jenny,
17         yeah.
18              Q.    Did Mario ever play for you
19         that message that Jose Quinoy left on his
20         cell phone?
21              A.    He call me -- he surprised,
22         yes.
23                    MS. MARINELLI:  No, no, listen
24              to his question.
25                    Could you just ask the question
```

```
1                    A. GOMEZ                 82

2           again?

3           Q.    Did Mario ever let you listen

4    to the phone message that Jose Quinoy left

5    on his cell phone?

6           A.    Yes.

7           Q.    When did he do that?

8           A.    Let me see.  I think a week

9    before the incident happen.  That's what I

10   listen to the message.

11          Q.    How could it be a week before?

12          A.    Because they broke Mario's cell

13   phone.  When I replay the cell phone, that's

14   when I listen to the message.

15                MS. MARINELLI:  So, it was

16           after?

17                THE WITNESS:  After.

18                MS. MARINELLI:  You're getting

19           confused with before and after again.

20                He wants to know when you

21           listened to the message on the cell

22           phone.

23          A.    After the incident, a couple

24   days.

25          Q.    So, you heard Jose's voice?
```

```
 1                    A. GOMEZ                    83

 2              A.    Yes.

 3              Q.    Tell me what you heard Jose

 4       saying on Mario's cell phone.

 5              A.    "Hi, Mario.  It's Jose Quinoy.

 6       I want to talk to you," something like that

 7       he say.  And "I call you because I want to

 8       talk to you.  Call me," and he leave the

 9       phone number.

10              Q.    Was Jose's voice calm?

11              A.    Yes.

12              Q.    Go back to October 17th about

13       9:30 or 10:00.

14              You came back to your apartment;

15       right?

16                    MS. MARINELLI:  Objection.

17              A.    Not really to my apartment.

18              Q.    Well, when you were at

19       Yolanda's house, did you get a second phone

20       call from your husband?

21              A.    I no have a second phone call

22       from my husband, only one.

23              Q.    When you left Yolanda's house,

24       where did you go?

25              A.    I go into the parking lot.
```

```
1                          A. GOMEZ                    84

2              Q.     Why didn't you go home?

3              A.     Because Bridgette called me and

4        tell me Jose Quinoy called my father and he

5        told my father go to the police department

6        and my father go there.

7              Q.     Did Bridgette go with him?

8              A.     No.

9              Q.     Why did you go over there?

10             A.     I go because it's something

11       about my daughter and see what happened.

12             Q.     How do you know it was about

13       your daughter?

14             A.     Bridgette tell me.

15             Q.     What did Bridgette say about

16       your daughter?

17             A.     No, he say something happened

18       with Haydee.  Jose call my father, something

19       happened with Haydee.  Jose tell my father

20       come to see.  She don't know what he say.  I

21       said, "What happened?"  She say, "Daddy

22       talking fine but Jose say something and

23       daddy dress and go see him," and I go out

24       and see what happened because I don't know

25       what happened at the time.
```

2          Q.    That was about 9:30 or 10:00

3    that Bridgette called you?

4          A.    I'd say around 10:00, something

5    like that.

6          Q.    Bridgette also called you on

7    your cell phone?

8          A.    Yes.

9          Q.    Did Haydee have a cell phone?

10         A.    Yes.

11         Q.    Did you call her?

12         A.    No.

13         Q.    Did your husband, in that phone

14   conversation, tell Quinoy that he did not

15   want him to go out with Haydee?

16             MS. MARINELLI:  Just objection.

17         A.    I'm not home at the time.  I

18   don't know what they talk.

19         Q.    Well, did either Bridgette or

20   your husband tell you that he said that in

21   the conversation?

22             MS. MARINELLI:  Just note my

23             objection.

24         A.    Bridgette tell me but not

25   Mario.

```
1                     A. GOMEZ                86

2           Q.    Bridgette told you that Mario

3     said that he did not want Quinoy going out

4     with Haydee; is that right?

5                MS. MARINELLI:  Just note my

6           objection.  She didn't say that.

7           A.    She say, "Something happen with

8     Haydee and Quinoy and daddy and Quinoy told

9     my daddy come to see me in the police

10    department."  That's what Bridgette told me.

11          Q.    That wasn't my question.

12          A.    Well --

13          Q.    It's yes or no.

14          Did Bridgette tell you that Mario on

15    the phone told Quinoy that he did not want

16    Quinoy to go out with Haydee?

17          A.    No.

18          Q.    Did Quinoy ever help Haydee out

19    with any tickets?

20          A.    Yes, he take Haydee out of the

21    tickets.

22          Q.    How do you know about that?

23          A.    Haydee tell me one-time, "Oh, I

24    have a ticket.  He take out."

25          Q.    What kind of ticket did she
```

```
 1                     A. GOMEZ                87

 2      get?

 3              A.    I don't know.

 4              Q.    When did Haydee tell you that

 5      Quinoy got her out of tickets?

 6              A.    Long time ago.  I not remember.

 7              Q.    Do you know somebody at the

 8      Sleepy Hollow Police Department named

 9      Lieutenant Hayes?

10              A.    Me?

11              Q.    Yes.

12              A.    No.

13              Q.    Have you ever heard of a

14      Lieutenant Hayes?

15              A.    No.

16              Q.    How far was your apartment

17      building from the Sleepy Hollow Police

18      Department?

19              A.    Say two or three blocks.

20              Q.    When Bridgette called you, did

21      she tell you that Mario had already left?

22              A.    Yeah, he go down.

23              Q.    He was gone.

24              When she was speaking to you, he was

25      already gone?
```

2            A.    Yes, he go out of the apartment

3       and yes.

4            Q.    He wasn't getting dressed when

5       she was talking to you, he was already gone?

6                 MS. MARINELLI:  Well,

7            objection; if you know.

8            A.    When she call me, she called me

9       because he dress and he go out.  That's when

10      I follow him.

11           Q.    Well, did you see him leave the

12      building?

13           A.    Yes, in the parking lot.

14           Q.    You saw him in the parking lot?

15           A.    Yes.

16           Q.    Did you talk to him in the

17      parking lot?

18           A.    No.

19           Q.    Why not?

20           A.    He's in her car and I went in

21      my car.

22           Q.    He's in whose car?

23           A.    Mario's car.  Mario drive her

24      car and I go into my car.

25           Q.    When you say her, her is a

```
 1                        A. GOMEZ                    89

 2          woman.

 3                  A.    Oh, in his car, yeah.

 4                        MS. MARINELLI:  Note my

 5          objection.

 6                  Q.    Did Mario see you?

 7                  A.    I don't know.

 8                  Q.    What kind of car did Mario

 9          have?

10                  A.    Yukon, GMC.

11                  Q.    And that was his car?

12                  A.    Yes.

13                  Q.    And you got into a different

14          car?

15                  A.    Yes.

16                  Q.    Whose car did you get into?

17                  A.    My car.

18                  Q.    What kind of car was that?

19                  A.    Envoy, GMC.

20                  Q.    Mario left the parking lot

21          first?

22                  A.    Yes.

23                  Q.    You were behind him?

24                  A.    Yes.

25                  Q.    Right behind him?
```

```
1                    A. GOMEZ               90

2              A.    Right behind him.

3              Q.    How fast was he going?

4              A.    Very close.

5              Q.    No, how fast was he going?

6              A.    Five miles; normally.  He go

7      normally.  He not going fast.

8              Q.    How was he dressed?

9              A.    Sweat pants, boots and sweater;

10     wintertime.

11             Q.    Was wintertime?

12             A.    Chilly that day.  Yeah, he have

13     sweat pants, sweater and boots.

14             Q.    Boots?

15             A.    Yes, because a little raining,

16     frosty that day, yeah.

17             Q.    And he wore a jacket?

18             A.    I not remember.  I not remember

19     he have a jacket.

20             Q.    When your husband got to the

21     Sleepy Hollow Police Department, what did he

22     do?

23             A.    He park the car in the correct

24     space.

25             Q.    And did you go into the parking
```

1                              A. GOMEZ                    91

2              lot for the police department?

3                      A.    No, I'm in the middle of the

4              street because I no -- I behind him.  He

5              take the park here.  I no find the parking.

6              I'm in the middle of the street.

7                      Q.    Why didn't you park your car?

8                      A.    I no park my car.  I stay in

9              the middle of the street.

10                     Q.    Why?

11                     A.    Why, because Jose and another

12             policeman coming and start scream, "Mario,

13             it's police.  It's arrest."  I get out of my

14             car and Mario get out of car and Jose come

15             with handcuff on the left hand and try to

16             hit Mario like that (indicating) and Mario

17             go down (indicating) and that's when all

18             three come together.  That's what I saw.

19                     Q.    Was it raining?

20                     A.    Not really raining, little --

21             when it's very not raining.

22                     Q.    A mist?

23                     A.    Yes, when it's not snow, not

24             raining.

25                     Q.    A mist?

```
1                      A. GOMEZ                92
2            A.    Yes, not too much, very light.
3            Q.    Was it light outside or dark
4       outside?
5            A.    Dark.  They only have the
6       lights street and my car, because my car is
7       in the middle there.
8            Q.    Can you describe the parking
9       lot for the police department?
10           A.    It's not happen in the parking
11      lot.  It happen in the street.
12           Q.    But your husband parked in the
13      parking lot?
14           A.    No, he pull up in the parking,
15      normally parking or correct parking in the
16      street.
17           Q.    Was there a spot for you to
18      park in?
19           A.    No.  I stopped behind Mario.
20      He parking.  Jose coming.  I get out of the
21      car and everything started.  I don't have
22      time to look around looking for parking.  I
23      get out of the car as soon as I see Jose
24      coming out of the police department.
25           Q.    Did your husband park his car?
```

```
 1                    A. GOMEZ                93

 2              A.    Yes.

 3              Q.    He turned it off?

 4              A.    I not remember.  I not remember

 5        but he parked the car.

 6              Q.    You pulled up right behind your

 7        husband?

 8              A.    Yes.

 9              Q.    Was anybody outside?

10              A.    At the moment I not see nobody.

11        I didn't focus what happened here.  At the

12        moment, I no see nobody.

13              Q.    You don't know if anybody was

14        outside when your husband pulled up?

15              A.    No, only Quinoy and police

16        coming.

17              Q.    You saw Quinoy?

18              A.    Yes, and other officer.

19              Q.    Did you see him come outside?

20              A.    Yes, he's coming outside the

21        department.  He wait for Mario outside, wait

22        outside running like this (indicating.)

23        Mario parking the car, get out of the car,

24        Jose run to Mario.

25              Q.    Now, you don't know what your
```

```
 1                     A. GOMEZ              94

 2      husband said to Quinoy on the telephone

 3      before he drove to the police station;

 4      right?

 5                   MS. MARINELLI:  Objection; if

 6               he said anything.

 7           A.    I don't know.

 8           Q.    You don't know whether he said

 9      something or didn't say something?

10           A.    I don't know nothing.

11           Q.    You don't know if he threatened

12      Quinoy on the telephone or not, you don't

13      know?

14                   MS. MARINELLI:  Objection.

15           A.    I'm not home.

16                   MS. MARINELLI:  If you can just

17               lower your voice a little.

18                   MR. SOKOLOFF:  Sorry.

19                   MS. MARINELLI:  I know you're

20               getting excited.  It's okay.

21           Q.    Do you know an Officer Gasker?

22           A.    I don't know Officer Gasker.

23           Q.    Was Quinoy the only one

24      outside?

25           A.    Gasker, but I don't know him at
```

1                          A. GOMEZ                    95

2        the time.

3               Q.    Now you're saying Gasker was

4        outside?

5               A.    Yes.  What I say, I know now

6        the name is Gasker but at the moment I know

7        another office.

8               Q.    Was anybody outside besides

9        Quinoy and Gasker?

10              A.    Ebel.  At the time I see three

11       office.

12              Q.    How far away from your husband

13       were they when you first saw them?

14              A.    Five feet, maybe here to here

15       (indicating.)  When I saw him five feet

16       coming out, he running like police do and

17       running to Mario.

18              Q.    When they did that, Mario was

19       out of the car?

20              A.    Yes.

21              Q.    Did you have your windows

22       rolled up or rolled down?

23              A.    No, my windows closed but I get

24       out soon as Mario park and I see Jose and I

25       park the car.

```
 1                        A. GOMEZ                      96

 2                Q.    You left your car in the middle

 3        of the street?

 4                A.    I leave it in the middle of the

 5        street.

 6                Q.    You left your car running?

 7                A.    Yes.

 8                Q.    You left your lights on?

 9                A.    Yes.

10                Q.    Did you have windshield wipers

11        on?

12                A.    Yes, because it's automatic

13        when it's raining or something.  They

14        sensible, they move.

15                Q.    Did you hear anybody say

16        anything?

17                A.    I listen what Jose Quinoy say.

18        He say, "It's police.  I got to arrest you,"

19        and he come to Mario and I see when he have

20        the handcuff in the right hand and he tried

21        to do like this (indicating) to Mario's

22        head.  Mario get down and that's when

23        everything started.

24                Q.    Did anybody tell your husband

25        to put his hands up?
```

```
 1                          A. GOMEZ                    97

 2              A.    No.

 3              Q.    You didn't hear that?

 4              A.    No.

 5              Q.    What did Quinoy do with the

 6     handcuffs?

 7              A.    Tried to hit him in the head

 8     like this (indicating) and he go down

 9     (indicating.)

10              Q.    Quinoy was holding the

11     handcuffs?

12              A.    In the left hand.

13              Q.    How was he holding it?

14              A.    I think these two (indicating)

15     and he hold one.

16              Q.    And he swung at your husband?

17              A.    Yes.

18              Q.    Were any other officers nearby

19     when he swung the handcuffs?

20              A.    Yeah, the two officers was

21     there.

22              Q.    Did he hit either one of them

23     with the handcuffs?

24                    MS. MARINELLI:  You mean the

25                    police officers?
```

```
1                    A. GOMEZ                    98

2               MR. SOKOLOFF:  Yes.

3               MS. MARINELLI:  Just objection.

4          You can answer.

5          A.    What did you say?

6          Q.    When he swung the handcuffs,

7     did the handcuffs hit anybody?

8          A.    I don't know.

9          Q.    What happened next?

10         A.    They holding Mario, Mario hold

11    Jose and Jose made order to give

12    electricity.

13              MR. SOKOLOFF:  Can you read

14         back the last answer?

15              (Whereupon, the reporter read

16         back the requested material.)

17         Q.    What do you mean Mario held

18    Jose?

19         A.    When he do like this

20    (indicating) Mario going down (indicating)

21    and Jose jump with Mario, Mario hold here

22    (indicating) like a hug here (indicating.)

23    I think maybe he tried to protect, you know,

24    he hold Jose.

25         Q.    You just made some motions but
```

```
 1                      A. GOMEZ                99

 2        can you describe in words what you just did?

 3              A.    When Jose tried to hit Mario, I

 4        don't know, he hit in the hair and Mario go

 5        down, Jose more close with Mario and Mario

 6        hold Jose like hugging her body, and that's

 7        it.

 8              Q.    Mario held Jose around his

 9        body?

10              A.    Yeah, he hold it.

11              Q.    Did Mario hit anybody?

12              A.    No.

13              Q.    Did he punch anybody?

14              A.    No.

15              Q.    How close were you when Mario

16        was holding Jose around his body?

17              A.    Three feet; very close.

18              Q.    Did you say anything to

19        anybody?

20              A.    I say, "Stop it, stop."  I run

21        and go in the department and ask for help.

22              Q.    So, you saw what was happening

23        and then you ran away from it into the

24        police station?

25                    MS. MARINELLI:  Objection.  She
```

```
 1                      A. GOMEZ                100
 2              didn't run away.  She ran into the
 3              police department.
 4                   MR. SOKOLOFF:  That's what I
 5              mean, ran away from the scene.
 6              Q.    Am I right?
 7              A.    Yes.
 8              Q.    How long were you actually
 9      there watching what was happening before you
10      went into the police station?
11              A.    Five minutes -- when he made
12      order to test him and give electricity,
13      that's when I run for help, about maybe
14      five, ten minutes.  I don't know.
15              Q.    You were there for five, ten
16      minutes?
17              A.    I'm not sure.  At the moment
18      you don't think nothing, you only see.  It's
19      very hard for me that I see at the moment.
20              Q.    Tell me everything you saw
21      before you went into the police station.
22              A.    When they made order to give
23      Mario testing or electricity, the police
24      holding Mario, Jose holding Mario, they put
25      the handcuffs, he's on the floor and I see
```

2          this and I stay, "Stop it, stop it" and I

3          scream, "Help, help" I go inside the police

4          department and I ask for help.  I didn't

5          stay too long because I talk with Hayes.  I

6          said, "Please help.  Come on, let's go" and

7          he look at me.  He not say anything to me.

8          I running out and I scream for help and help

9          and help and see everything what they do to

10         Mario.  Mario was handcuffed.  They kicked

11         Mario's hair.  They put more electricity and

12         Mario, when he handcuffed on the floor, they

13         continue to kick.  I so nervous.  I hold

14         Jose, not policeman, my friend like this and

15         I say, "Stop it, stop it.  What are you

16         doing?  He's on the floor."  He hold me from

17         my jacket and he threw me, threw me to car

18         and on the floor.

19              Q.    He threw you on the floor?

20              A.    Yes.  He hold me like this

21         (indicating) and he threw me very hard to my

22         car.  I bump to my car and go down on the

23         floor.

24              Q.    When Quinoy was fighting with

25         your husband, you grabbed onto Quinoy's

```
1                        A. GOMEZ                102

2        shirt?

3                A.    I touch like this, (indicating)

4        "Jose, stop it," because he's on the floor.

5        One policeman have the knee on Mario's neck

6        and Jose kicked Mario in her head on top of

7        the hair and that's when I say, "Jose, Jose,

8        stop it, stop it.  What are you doing?  He's

9        on the floor."  Mario tried to say

10       identification corrections department and

11       Ebel, he said, "Oh, this is not fucking New

12       York City Police Department, this is Sleepy

13       Hollow," and they continue to hit him.

14       That's when I touch Jose here (indicating)

15       because he have black, long sleeve shirt and

16       I hold him from the shirt and I say, "Jose,

17       Jose, stop it.  What are you doing?  He's on

18       the floor.  He not do nothing," and he held

19       me from my jacket.  I have a jacket and he

20       threw me between my car and the floor very

21       hard; strong man.  He's a strong man.

22                Q.    Is your husband a strong man?

23                A.    No, Jose.  My husband not do

24       it, Jose do it.

25                Q.    Is your husband a strong man?
```

```
1                          A. GOMEZ                    103

2                A.    No, a hundred sixty-five

3         pounds.

4                Q.    Did you see your husband get

5         shot with a tazer?

6                A.    Oh, yes.  I don't -- don't ask

7         me about that.

8                Q.    Don't ask you about that?

9                A.    Yes, I saw.

10               Q.    How many times?

11               A.    A lot of times.

12               Q.    Who shot him?

13               A.    Gasker and Ebel.

14               Q.    Were you shot with a tazer?

15               A.    No.

16               Q.    Where did they shoot him?

17               A.    In the neck here (indicating.)

18                     THE WITNESS:  What you call

19               this?  (Indicating)

20               Q.    Temple?

21               A.    Not too close -- very close to

22        the temple -- not the temple, and in the

23        back a lot.

24               Q.    You want to stop?

25               A.     No, this situation affect me a
```

```
 1                          A. GOMEZ                    104

 2          lot.

 3                      MS. MARINELLI:  There's no

 4               question.  You want to take a break?

 5                      THE WITNESS:  No, no.

 6              Q.    Did Mario try to grab Quinoy's

 7          neck?

 8              A.    No.

 9              Q.    Did you hear anybody give any

10          order to use the tazer?

11              A.    Jose did.

12              Q.    You heard it?

13              A.    Yes.

14              Q.    What did he say?

15              A.    "Test, test," but I don't

16          understand what is that at the moment.

17              Q.    What happened to you after you

18          fell on the ground?

19                      MS. MARINELLI:  Objection.

20                      MR. SOKOLOFF:  Withdrawn.

21              Q.    Quinoy pushed you against your

22          car?

23              A.    No, he threw me.

24              Q.    He threw you where?

25              A.    To the floor and my car.
```

```
 1                    A. GOMEZ                105

 2          Q.    Did you stay on the ground?

 3          A.    I come down, yeah.

 4          Q.    What part of your body made

 5     contact with the ground?

 6          A.    I not really go on the ground.

 7     I more go into my car and little calm down

 8     but totally on the ground, I'm not that way.

 9          Q.    So, Quinoy threw you to your

10     car?

11          A.    Yes.

12          Q.    And you hit the car?

13          A.    Yes.

14          Q.    And you didn't fall to the

15     ground?

16          A.    I hold it, you know, because I

17     have surgery.

18          Q.    What part of the car did your

19     body make contact with?

20          A.    The front.

21          Q.    The front door?

22          A.    No, the front with the car.

23          Q.    Did it make any dent in the

24     car?

25          A.    No.
```

```
 1                          A. GOMEZ                    106
 2                 Q.    Any scratches?
 3                 A.    I not see.  I not looking for
 4         scratches.  I don't know.
 5                 Q.    What part of your body made
 6         contact with the car?
 7                 A.    All this part, (indicating) all
 8         my body go into the car because I tried to
 9         hold and not go down on floor because when
10         he hold me like this, (indicating) he hold
11         me hard.  He move me over like that and I go
12         over like that to my car and I tried holding
13         my car.
14                 Q.    Were you able to hold the car
15         before you made contact with it?
16                 A.    Not really hold it.  I tried
17         to, you know, put my hand and try not go
18         down because I have surgery.
19                 Q.    What part of your body touched
20         the car?
21                 A.    My rib.
22                 Q.    Your rib?
23                 A.    Yes.
24                 Q.    Which side?
25                 A.    The left side.
```

```
 1                      A. GOMEZ                107

 2              Q.    Did you break a rib?

 3              A.    Well, I went -- no.

 4              Q.    What were you wearing?

 5              A.    What I wearing when?

 6              Q.    That night.

 7              A.    I went to the hospital.

 8              Q.    No, no, no.

 9              A.    I have jeans, jacket, yeah.

10      That's what I think I have.  I have jacket

11      and T-shirt.

12              Q.    What were you wearing on your

13      feet?

14              A.    Shoes.

15              Q.    High heels?

16              A.    No.

17              Q.    Describe the shoes that you

18      were wearing; what did they look like?

19              A.    Shoes that you put -- no -- you

20      put your feet inside -- moccasins.

21              Q.    In the area next to your car

22      where you were when you say Quinoy pushed

23      you into your car, what was the ground made

24      out of; was it paved, was it dirt, was it

25      grass, what was it?
```

```
 1                    A. GOMEZ              108
 2              A.    The floor in the street with
 3        little wet.
 4              Q.    Was it paved concrete?
 5              A.    Concrete, yeah, in the street.
 6              Q.    After Quinoy did that to you,
 7        what happened next?
 8              A.    The police -- thank God police
 9        department Tarrytown coming and they stop
10        the situation and they take Mario, put Mario
11        in the police car.  He made a couple orders,
12        Jose, do this, do that.  Mario sit down in
13        the back seat of the car.  He coming and he
14        hit -- he kick Mario in her face and they
15        taking Mario to the police department for
16        the back.  I go inside in the front.  I call
17        my daughter Haydee and Jenny come with me.
18        I went inside for fifteen minutes and
19        started feeling really bad, bad pain and I
20        told my daughter, I don't know, something
21        happened inside but I have to go with the
22        hospital and she bring me with the hospital.
23        I can't drive.  At the time I get out of the
24        police department I feel terrible pain.  My
25        daughter drive me to the hospital.  I went
```

```
 1                    A. GOMEZ              109

 2         in the hospital.  They put me medication,

 3         two or three shots for pain.  I not feel

 4         well.  They had to put more and I go in for

 5         x-ray, and I stayed there until around 4:00

 6         in the morning.

 7                 Q.    You were in front of the Sleepy

 8         Hollow Police Station?

 9                 A.    Yes.

10                 Q.    But the Tarrytown Police came?

11                 A.    Yes.

12                 Q.    How many Tarrytown police cars

13         came?

14                 A.    I can't say how many because I

15         don't know.

16                 Q.    More than one?

17                 A.    Maybe.  I don't know.  I don't

18         know.  I'm not sure.

19                 Q.    Who put Mario in the police

20         car?

21                 A.    Office.  I'm not very familiar

22         with the office.

23                 Q.    They put Mario in a Tarrytown

24         Police car?

25                 A.    Sleepy Hollow.
```

```
1                          A. GOMEZ                110

2                  Q.    But it was a Tarrytown Police

3         car that came?

4                  A.    They came to stop the situation

5         but they put Mario in the Sleepy Hollow car

6         in the back seat.

7                  Q.    While he was in the back seat

8         of the police car, you saw them do something

9         to him?

10                 A.    Yes.

11                 Q.    What did you see?

12                 A.    Jose made couple orders and

13        come to the car and hit Mario, kicked Mario

14        in her face.

15                      MS. MARINELLI:  His face?

16                      THE WITNESS:  Yes.

17                 Q.    Jose?

18                 A.    Jose Quinoy.

19                 Q.    What orders did he give?

20                 A.    Orders to the police do this,

21        do this.  I don't understand at the time.

22                 Q.    He hit Mario in the face?

23                 A.    Kicked.

24                 Q.    Kicked?

25                 A.    Yes.
```

```
 1                      A. GOMEZ                111

 2              Q.    You were still outside?

 3              A.    Yes.

 4              Q.    You were against your car?

 5              A.    No, outside.  The car here,

 6      (indicating) I'm here (indicating) and see

 7      everything what happened.

 8              Q.    The only officer who had any

 9      physical contact with you was Quinoy?

10              A.    Only Quinoy.

11              Q.    That's when he grabbed you on

12      your jacket and pushed you against the

13      police car?

14                   MS. MARINELLI:  Well,

15                   objection.  She didn't use the word

16                   "push."

17                   MR. SOKOLOFF:  Well, I'm asking

18                   her.

19                   MS. MARINELLI:  Well, I'm

20                   objecting to the form of the question

21                   then because she already -- he threw

22                   her.

23              Q.    He threw you?

24              A.    Yes, in my car, not police car.

25              Q.    Did your feet leave the ground?
```

```
 1                    A. GOMEZ                112
 2              A.    I tried to hold my car.  I not
 3         really going all my body to the ground,
 4         only, you know, no.
 5              Q.    He didn't pick you up in the
 6         air and throw you, did he?
 7              A.    He moved very hard to me to my
 8         car.  He's a man, strong man.
 9              Q.    When did you go into the police
10         station?
11              A.    When everything is over they
12         take Mario to the back in the car and I go
13         inside.
14              Q.    You didn't see Mario again that
15         night, did you?
16              A.    I see when I come -- yes, I see
17         him.
18              Q.    They took Mario to the back of
19         the police station?
20              A.    Uh-huh.
21              Q.    Yes?
22              A.    Yes.
23              Q.    They didn't take him in the
24         front door, there was a back door?
25              A.    No, in the back, in the back.
```

```
 1                        A. GOMEZ                    113
 2                   MR. SOKOLOFF:  Let's take a
 3              lunch break.
 4                   (Whereupon, a recess was taken
 5              at 12:55 p.m., examination resumed at
 6              1:55 p.m.)
 7                   MR. SOKOLOFF:  What was the
 8              last question?
 9                   (Whereupon, the reporter read
10              back the requested material.)
11              Q.    You went in the front door of
12         the police station?
13              A.    Yes.
14              Q.    What did you do when you went
15         inside?
16              A.    I tried to see what happened,
17         what happened with Mario because I saw he
18         bleeding and everything but they not give me
19         any information and I was there for fifteen,
20         twenty minutes and I left to the hospital.
21              Q.    You were in the front?
22              A.    Yes.
23              Q.    Did they let you go in the
24         back?
25              A.    No.
```

```
 1                      A. GOMEZ                114

 2                 Q.    Who did you speak to in the

 3      front, if anybody?

 4                 A.    Nobody.

 5                 Q.    You didn't speak to anybody?

 6                 A.    No, they see me but they didn't

 7      speak to me.

 8                 Q.    When you said you tried to find

 9      out what happened with Mario, how did you do

10      that if you didn't speak to anybody?

11                 A.    They come in with me but I not

12      say anything because I see everybody inside

13      busy.  They didn't say anything to me.  I

14      sit down.  Nobody come.  I didn't feel good.

15      I went to the hospital.

16                 Q.    How did you get to the

17      hospital?

18                 A.    My daughter bring me to the

19      hospital.

20                 Q.    How did your daughter get

21      there?

22                 A.    When everything finished I

23      called and she come to the police

24      department.

25                 Q.    When you were inside the police
```

```
1                    A. GOMEZ              115

2       station, that's when your daughter came?

3            A.    No, she came after.  I go in

4       with my daughter.

5                 MS. MARINELLI:  Listen to his

6                 question.  I don't think you

7                 understood his question.

8            Q.    You went into the police

9       station when they brought your husband into

10      the back?

11           A.    No, I stay outside.  I call my

12      daughter, wait for my daughter and I go in

13      with my daughter and my daughter's cousin,

14      all three together.

15           Q.    Who is your daughter's cousin?

16           A.    They say cousins but they not

17      really cousins; Jenny.

18           Q.    Jenny what?

19           A.    Cabrera.

20           Q.    Where does Jenny live?

21           A.    I think 165 Balli Street.

22           Q.    How do you spell it?

23           A.    B-A-L-L-I, I think, or E-I

24      or -- I'm not sure.

25           Q.    In what town?
```

```
1                    A. GOMEZ                116

2               A.    Sleepy Hollow.

3               Q.    Did Jenny Cabrera go with you

4       to the hospital?

5               A.    Yes.

6               Q.    You left your car in the middle

7       of the street?

8               A.    Yes, they come and yeah.

9               Q.    You got out of your car and

10      left it in the middle of the street, right?

11              When you came there behind your

12      husband, where was your car?

13              A.    She parked the car.

14              Q.    Who?

15              A.    My daughter, yeah.

16              Q.    Where did she park it?

17              A.    They have a parking lot in

18      front of the police department.

19              Q.    You say you got out of the

20      hospital about 4:00 in the morning?

21              A.    Yes.

22              Q.    Your daughter stayed the whole

23      time?

24              A.    Yes.

25              Q.    And Jenny Cabrera stayed the
```

```
1                        A. GOMEZ                    117

2         whole time?

3              A.    No?

4              Q.    How did she get home?

5              A.    Haydee give her a ride.

6              Q.    Haydee came to the hospital?

7              A.    Yes.

8              Q.    When did Haydee come to the

9         hospital?

10             A.    With me.

11             Q.    Haydee was the daughter that

12        picked you up?

13             A.    Yes.

14             Q.    When you saw Haydee that night

15        after the incident, did you talk to her

16        about what had happened?

17             A.    Not really.

18             Q.    What does not really mean?

19             A.    I not say anything.  She know

20        her father, they arrest and she bring me to

21        the hospital.  I have a lot of pain.  I cry

22        a lot, the pain.  I'm so nervous because I

23        have big surgery and he threw me very hard

24        and I'm very nervous that something happened

25        inside my body.
```

```
 1                          A. GOMEZ              118

 2                Q.    What hospital did you go to?

 3                A.    Phelps Memorial.

 4                Q.    Bridgette stayed in the house?

 5                A.    Yes.

 6                Q.    Where did you go after you came

 7         out of the hospital 4:00 in the morning?

 8                A.    I -- when I get out, I stop at

 9         the police department and I go in.  Haydee

10         wait for me in the car outside.  I saw Paul.

11         I don't know what position he have.  He's

12         not regular policeman.  I ask her about what

13         happened with Mario's car because they take

14         it, what I have to do to take it back and I

15         say to him, "I'm not happy about what

16         happened tonight."  He said, "What do you

17         want to do, do complaint?"  I say, "Yes."

18         At the time that I say yes, Jose Quinoy

19         coming out.  I don't know he's there.  He

20         coming out very close to my face on the left

21         side to try to intimidate me very close to

22         my face and he say, you know, that I -- he

23         told me, "You want to play games, I arrest

24         you," and he put me the handcuffs.

25                At the same time, I don't know Mario
```

```
 1                     A. GOMEZ                119

 2        there.  Mario listen my voice and he scream,

 3        "Awilda," and I say, "Yes, I'm here.

 4        Everything is fine.  Don't worry," and I

 5        tried to be very, you know, calm down

 6        because he was there and I seen what

 7        happened with him.

 8                     MR. SOKOLOFF:  Would you read

 9               back that answer?

10                     (Whereupon, the reporter read

11               back the requested material.)

12               Q.    Was anybody present, was

13        anybody there when you had this conversation

14        with Quinoy?

15               A.    Yes.

16               Q.    Who?

17               A.    Gasker.

18               Q.    Where was he?

19               A.    Next to Quinoy.

20               Q.    So, when Quinoy came out,

21        Gasker was next to him?

22               A.    Yes.

23               Q.    Did Gasker say anything?

24               A.    No.

25               Q.    Quinoy put you in handcuffs?
```

```
 1                        A. GOMEZ                 120

 2              A.    Yes.

 3              Q.    In the front of the police

 4      station?

 5              A.    Yes.

 6              Q.    Then what did he do?

 7              A.    What did he do?

 8              Q.    Yes.

 9              A.    He going in -- not outside.

10      Everything happened in the front.  He going

11      -- opened the door going in.  He put me in

12      the little room with Gasker with me.  He

13      left for, I'd say five minutes, and he

14      coming back to me.  He asked me, "Are you

15      okay?"  I say, "Yes," and he take all the

16      handcuffs.  He bring me to her office.

17              Q.    Who is her?

18              A.    Jose bring me to another office

19      and he sit down.  I sit down next to him.

20      Gasker say stand up next to me and he move

21      the chair back and he say to me, "You know

22      for what reason I arrest you?"  I say, "No,

23      I don't understand," and he tell me "Because

24      I had to cover my ass.  I see you in the

25      hospital and I know you say that I threw you
```

```
 1                    A. GOMEZ                121

 2        on the floor."

 3             Q.    Had you filled out a complaint

 4        form yet?

 5             A.    No.

 6             Q.    Did anything happen with Quinoy

 7        after he said that?

 8             A.    He have a conversation with me

 9        like a friend.  He tried to ask me what I

10        do, I looking for lawyer, what I do for

11        Mario and he tell me that I do what I have

12        to do.  I go home.  They let me go home and

13        I stay in the precinct.  I say what I have

14        to do.  He say you know what you have to do.

15                  MR. SOKOLOFF:  Can you read

16             back that answer?

17                  (Whereupon, the reporter read

18             back the requested material.)

19             Q.    They let you go home?

20             A.    No, he made the statement.

21        That's where he tried to tell me that I

22        sign.  I left.  He made a statement.

23        Everything happened in Spanish and he write

24        in English and he told me that he did it --

25        I told him, "I don't understand what
```

```
 1                        A. GOMEZ              122

 2         happened tonight.  You be friends with

 3         Mario."  He said, "Well, I do it because

 4         somebody have to put Mario control."  I

 5         said, "Control about what?  He not do

 6         nothing.  That's her daughter," and he told

 7         me, "Yes, that's her daughter but nobody

 8         tell me what I have to do with Haydee.  I

 9         not going with Haydee, I going with Haydee

10         out."  I told him, "You're talking about my

11         daughter, her daughter living with me.  You

12         married, three kids.  What you want?  Nobody

13         wants something bad for daughter or son,"

14         and he said, "Well, I show him who have the

15         power."  I say, "Okay."  He say I made -- I

16         put two charge to you but it's not too bad.

17         I know the D.A. and maybe I talking with the

18         D.A. and they take it out to you and you

19         take -- he told me he talking with the D.A.

20         and maybe the D.A. made a deal with me or

21         take care of the charge because the reason

22         he did it is because he have to cover his

23         ass.

24              Q.   Have you told me everything in

25         that conversation?
```

```
1                      A. GOMEZ                  123

2               A.    Yes.

3               Q.    Did you sign a statement that

4         night?

5               A.    Yes.

6               Q.    Was it true?

7               A.    No.

8               Q.    Did you understand it?

9               A.    I not read the statement.

10              Q.    Why not?

11              A.    Why not, because I feeling in

12        the moment so nervous.  I never be in

13        situation about that.  He forgot I'm a

14        woman.  He throw me very hard.  I'm very

15        nervous.  I never be arrested in my life.  I

16        tried to get out and see what I do to help

17        Mario, looking for lawyer, you know, and he

18        told me it's not a big deal that I put to

19        you.  I sign and I believe when the moment

20        coming everything the truth coming out.  At

21        the moment, I think about I have to go home.

22        My daughter is alone.  I have to see what I

23        do with Mario.  I saw Mario with a lot of

24        bleeding and everything and I tried to be

25        whatever you want.  He have the power in the
```

```
1                        A. GOMEZ                    124

2         moment.

3                   Q.    Well, did you ever read the

4         statement?

5                   A.    No.

6                   Q.    Up until today, you never saw

7         it?

8                   A.    I saw.  I saw the statement but

9         this is something very -- I believe in this

10        situation for no reason.

11                  Q.    Is the statement true?

12                  A.    No.

13                  Q.    Do you understand it?

14                  MS. MARINELLI:  What do you

15             mean do you understand it?

16                  Q.    The statement is in English;

17        right?

18                  A.    Yes.

19                  Q.    Do you understand it?

20                  A.    If I read, yes.  Maybe I not

21        understand some paragraphs but I understand.

22                  Q.    Did you know when you signed

23        the statement that if it was false that that

24        was a crime to sign a false statement?

25                  MS. MARINELLI:  Objection.
```

```
 1                    A. GOMEZ                125

 2           Don't answer that.

 3                MR. SOKOLOFF:  Don't answer it?

 4                MS. MARINELLI:  Right.

 5                MR. SOKOLOFF:  On what basis?

 6                MS. MARINELLI:  What is the

 7           purpose asking that question?

 8                MR. SOKOLOFF:  I want to know

 9           if she knew it's a crime.

10                MS. MARINELLI:  What does that

11           have to do --

12                MR. SOKOLOFF:  It's on the

13           statement.

14                MS. MARINELLI:  So.

15                MR. SOKOLOFF:  I want to know

16           if she knew it.

17                MS. MARINELLI:  Why, are you

18           going to charge her with that crime

19           now?

20                MR. SOKOLOFF:  I don't charge

21           anybody with anything.  That's not a

22           basis --

23                MS. MARINELLI:  I don't

24           understand it.  I think it's outside

25           the scope of this deposition.
```

```
 1                        A. GOMEZ                126
 2                   MR. SOKOLOFF:  I don't.  She
 3              signed a statement under penalty of
 4              perjury.  I want to know if she knows
 5              it was penalty of perjury.
 6                   MS. MARINELLI:  Was it under
 7              penalty of perjury?
 8                   MR. SOKOLOFF:  He's on the
 9              statement.
10                   MS. MARINELLI:  Did you know it
11              was under penalty of perjury?
12                   THE WITNESS:  No.
13                   MR. SOKOLOFF:  Mark this as
14              Defendant's Exhibit A.
15                   (Whereupon, Defendant's Exhibit
16              A, Miranda Warning Spanish, was
17              marked for Identification.)
18                   MS. MARINELLI:  You want her to
19              look at it?
20              Q.    Take a look at what's been
21         marked for identification as Defendant's
22         Exhibit A and tell me if you've ever seen
23         that before.
24              A.    Yes, I see before.
25              Q.    What is it?
```

```
 1                    A. GOMEZ                127

 2              A.    This in Spanish.  You write my

 3         --

 4                    THE WITNESS:  What do you say?

 5              A.    My warrant.

 6                    MS. MARINELLI:  Do you know

 7         what it is?

 8                    THE WITNESS:  Yes.

 9              Q.    Miranda rights, your rights?

10              A.    No, I not write.  I only sign.

11                    MS. MARINELLI:  What do you

12         understand it to be?

13                    THE WITNESS:  This is my

14         writing I have to --

15              Q.    And the second page, what's the

16         second page?

17              A.    That's the page that he made in

18         the computer.

19              Q.    Did you sign it?

20              A.    I sign this.

21              Q.    First page says "Miranda

22         Warning Spanish" and it has -- it's written

23         in Spanish; right?

24              A.    Yes.

25              Q.    Next to every one of those
```

```
 1                        A. GOMEZ              128

 2          items, you wrote the word si, S-I?

 3                  A.   I not do it, he do it.

 4                  Q.   Who is he?

 5                  A.   Jose.

 6                  Q.   Did you sign it?

 7                  A.   Only I sign.

 8                  Q.   Did you read it?

 9                  A.   No, he take the paper, he write

10          for me, reading in Spanish and he write

11          everything.

12                  Q.   Whose signature is that?

13                  A.   This is my signature but I not

14          take the paper.  He did everything.  He fill

15          out everything.  He write in English and he

16          read everything.  I do not touch the paper.

17                  Q.   Did he read it to you?

18                  A.   Yes.

19                  Q.   Did you understand when he read

20          it to you?

21                  A.   In Spanish, yes.

22                  Q.   And why did you sign it?

23                  A.   I told you, I sign it because I

24          never be in this situation.  I be so

25          nervous.  I don't know what I have to do,
```

```
1                          A. GOMEZ                129
2        and I sign.
3              Q.    The second page, can you read
4        this and tell me if you understand every
5        word of it?
6                    MS. MARINELLI:  Just note my
7                objection.
8              A.    I understand.  I can't
9        translate word by word but I understand what
10       he write.
11             Q.    You understand what the last
12       sentence, "False statements made herein are
13       punishable as a Class A misdemeanor pursuant
14       to Section 210.45 of the penal law of the
15       State of New York."
16                   You understand what that means?
17                   MS. MARINELLI:  Objection.
18             A.    I no understand what that
19       means.
20             Q.    Do you know what a false
21       statement means?
22             A.    No, I don't know anything about
23       that.
24             Q.    I'm not asking you about what
25       the law is.  I'm asking if you understand
```

```
1                       A. GOMEZ                 130

2          what the words mean.

3               A.    No, I don't understand.

4               Q.    Tell me which words in that

5          sentence you don't know what they mean.

6               A.    I don't understand about

7          misdemeanor or Class A misdemeanor.  I don't

8          understand what is that, you know.  I don't

9          understand.

10              Q.    Everything else on the page you

11         understand?

12              A.    I understand here when he tried

13         to explain what happened.  About the section

14         245 or penalty, I don't understand anything

15         about that.

16              Q.    Did you ask him what it means?

17              A.    No.

18              Q.    The top of the statement it

19         says "I have been told by Detective Jose A.

20         Quinoy that I have the right to remain

21         silent and that any statements I make may be

22         used against me in court."

23              Did he tell you that?

24              A.    No.

25                    MS. MARINELLI:  Just objection.
```

```
 1                        A. GOMEZ                 131
 2                Q.    It says, "I have been told that
 3          I have the right to talk with a lawyer
 4          before answering any questions or to have a
 5          lawyer present at anytime."
 6                Did he tell you that?
 7                     MS. MARINELLI:  Objection.
 8                A.    No.
 9                Q.    It says, "Further, I have been
10          advised if I cannot afford to hire a lawyer
11          one will be furnished me and I have a right
12          to keep silent until I have had the chance
13          to talk with a lawyer."
14                Did he tell you that?
15                     MS. MARINELLI:  Objection.
16                A.    No.
17                Q.    Now, in the statement it says,
18          "On October 17th, 2006 I received a call
19          from my daughter, Bridgette, telling me that
20          my husband, Mario, was leaving the house."
21                Is that true?
22                     MS. MARINELLI:  Objection.
23                A.    She called.  Yes, she called
24          me.
25                Q.    Next sentence, "I ran down to
```

```
 1                      A. GOMEZ                132

 2          the parking lot to see where Mario was going

 3          because Bridgette said that he was on the

 4          phone yelling and screaming."

 5               Is that true?

 6                    MS. MARINELLI:  Objection.

 7               A.    No.

 8               Q.    What is not true about it?

 9               A.    He yelling and she told me he's

10          yelling on the phone.

11               Q.    Next sentence says, "Mario

12          pulled out in his car and I followed him in

13          mine to see where he was going."

14               Is that true?

15                    MS. MARINELLI:  Objection.

16               A.    Is not true because I know

17          where he going.

18               Q.    How did you know where he was

19          going?

20               A.    Bridgette tell me she go to see

21          Jose in the police department.  I know where

22          he going.

23               Q.    The next sentence says, "I

24          followed Mario up to Beekman Avenue in front

25          of police headquarters where I saw him walk
```

1                          A. GOMEZ                    133

2        up to Jose Quinoy and another police

3        officer."

4                Is that true?

5                    MS. MARINELLI:  Objection.

6                A.    No.

7                Q.    Then it says, "I tried to park

8        the car and when I looked up I saw Mario

9        fighting with the police."

10               Is that true?

11                   MS. MARINELLI:  Objection.

12               A.    It's not true.

13               Q.    Next sentence, "I left the car

14       in the street and I ran into the police

15       station to tell the officer at the desk to

16       please get some help."

17               Is that true?

18                   MS. MARINELLI:  Objection.

19               A.    It's not true.  Something

20       happened but not this thing.

21               Q.    It says, "I was in the lobby

22       screaming and then I went back outside when

23       the other officers arrived."

24               Is that true?

25                   MS. MARINELLI:  Objection.

```
1                      A. GOMEZ                134

2               A.    It's not true.  I not

3          screaming.  At the moment I no scream.

4               Q.    It says, "I started yelling

5          stop, stop so they would stop fighting."

6               Is that true?

7                    MS. MARINELLI:  Objection.

8               A.    It's not true.  They not stop

9          and they not listen to me and I not scream.

10              Q.    It says, "I then grabbed Jose

11         by the shirt asking him to stop screaming."

12              Is that true?

13                   MS. MARINELLI:  Objection.

14              A.    No, it's not.  I no scream.

15              Q.    But you did grab him by the

16         shirt?

17              A.    I touched the shirt.  I don't

18         know what you call like that (indicating)

19         but I not touch her body, only the shirt.

20              Q.    It says, "Jose grabbed me and

21         threw me against my car and I fell to the

22         ground."

23              Is that true?

24              A.    This is true.

25              Q.    Then it says, "I then went to
```

```
 1                          A. GOMEZ                  135
 2           the hospital because I had severe pain on
 3           the left side of my body."
 4                  Is that true?
 5                      MS. MARINELLI:  Objection.
 6                  A.    Yes, that's true.
 7                  Q.    What happened at the police
 8           station after you signed this statement?
 9                  A.    When I sign the statement, I
10           not read.  He put on the desk and he said to
11           sign here.  I sign.  He said now he have to
12           take pictures and fingerprinting and when he
13           tried to bring me to the room he told Gasker
14           go put Mario in the -- what you call --
15           because he sit down in the fingerprint room.
16           We change.  He's there and they take Mario
17           to back and that's when I go into the room
18           and take my fingerprints, my picture and he
19           say when I finish everything you going home
20           and you come back Monday to court and don't
21           worry about that.
22                  Q.    And that's what happened?
23                  A.    That's what happened.
24                  Q.    You didn't see Mario?
25                  A.    No, I see -- in the back, you
```

```
 1                    A. GOMEZ              136
 2      know, when they take out Mario with the room
 3      to take a little hall and go to the back.  I
 4      no want him see me.  I no want to see him.
 5      I went in the hallway.
 6              Q.    Did you ever tell anybody at
 7      the Sleepy Hollow Police Department that you
 8      wanted to file a complaint?
 9              A.    Everybody know.  I tell only
10      when I was there in the front with the
11      glass.
12              Q.    Other than bringing this
13      lawsuit, did you file any kind of complaint
14      with the police?
15              A.    No, no.
16              Q.    Do you know who Lieutenant
17      Campbell is?
18              A.    I don't know nobody there.  I
19      know when he tried to do --
20                    MS. MARINELLI:  Do you know who
21              Lieutenant Campbell is?
22              Just answer his question.
23              A.    No, no, I don't know.
24              Q.    Did you go to court after this
25      incident?
```

```
 1                      A. GOMEZ              137

 2              A.    Yes.

 3              Q.    When is the first time you went

 4       to court?

 5              A.    Monday, the next Monday.

 6              Q.    What date was that?

 7              A.    This happened the 17th.  I

 8       think the 22nd at 3:00 in the afternoon in

 9       Sleepy Hollow.

10                   MS. MARINELLI:  Whatever that

11              Monday was after this incident?

12                   THE WITNESS:  Yes.

13              Q.    Did you have a lawyer

14       representing you at that point?

15              A.    Yes.

16              Q.    Who was the lawyer?

17              A.    Janet Gandolfo.

18              Q.    Was anybody there in the court

19       from the Sleepy Hollow Police Department?

20              A.    When?

21              Q.    In the court.

22              A.    No.

23              Q.    Did anybody from the Sleepy

24       Hollow Police Department ever try to talk to

25       you after this incident?
```

```
 1                      A. GOMEZ                138

 2              A.    Yes.

 3              Q.    Who?

 4              A.    Campbell.

 5              Q.    Do you know who Campbell is?

 6              A.    No.

 7              Q.    How do you know Campbell tried

 8      to speak to you?

 9              A.    He come with me and say he

10      wanted see what happened but I not talk to

11      him.

12              Q.    Well, how do you know it was

13      Campbell?

14              A.    Because he say her name.

15              MS. MARINELLI:  His name?

16              THE WITNESS:  Yes.

17              A.    "I'm Campbell.  I tried to do

18      the investigation for the case," but he not

19      talking with me.  That's only what he said.

20      My lawyer say he no want that I speak to

21      him.

22              Q.    Your lawyer didn't want you to

23      speak to him?

24              A.    No.

25              Q.    Did you want to speak to him?
```

```
1                         A. GOMEZ                139

2                A.    No.

3                Q.    Why not?

4                      MS. MARINELLI:  Objection.

5                A.    For what reason?  One week

6          before --

7                      MS. MARINELLI:  That's enough.

8                Q.    When you went to court on the

9          22nd, was Mario with you?

10                     MS. MARINELLI:  Just objection.

11               A.    No, Mario went in court but not

12         with me.

13               Q.    Didn't you give Campbell your

14         phone number when you saw him in court?

15               A.    No, I no give him my phone

16         number.

17               Q.    Did your husband give Campbell

18         your phone number?

19               A.    I don't know.

20               Q.    Did you talk to Campbell with

21         your husband next to you?

22               A.    Yes.

23               Q.    Well, tell me what the

24         conversation was when you and your husband

25         were talking to Campbell.
```

```
1                        A. GOMEZ                140

2               A.    I no have conversation.  He

3        only ask me -- he wanted to talk to me and

4        he want my cell phone and I say no and I not

5        giving nobody my cell phone.  They have my

6        phone at my house.  I say call to my house,

7        and I don't have any conversation.  That's

8        the conversation that I have.

9               Q.    So, you told Campbell to call

10       your house?

11              A.    No, I not tell call my house.

12       I say you have my phone house and that's the

13       phone that I give.  I don't give my cell

14       phone to nobody, and that's it.  I don't say

15       call me or nothing.  He ask me for my cell

16       phone.  I say you have my phone at my house.

17       I say I not give my cell phone with nobody.

18              Q.    Did he ask if he could set up

19       an interview with you and your husband?

20              A.    No.

21              Q.    Did Campbell call your house?

22              A.    Yes.

23              Q.    How many times?

24              A.    Two or three times.

25              Q.    What did he do, did he speak to
```

1                        A. GOMEZ                 141

2        you?

3              A.    No, they leave the message on

4        the machine.

5              Q.    What did the message say?

6              A.    They -- I want to talk with

7        Mario and me.

8              Q.    Did you call him back?

9              A.    No.

10             Q.    Did you save the message?

11             A.    No.

12             Q.    You used to live close to the

13       Sleepy Hollow Police Department; right?

14             A.    Not close, two or three --

15       around three or four blocks.

16             Q.    Do you know a business Village

17       Wine & Spirits at 31 Beekman Avenue?

18             A.    No.

19             Q.    Do you know somebody named

20       Rodney Rodriguez?

21             A.    No.

22             Q.    On the night of the incident,

23       did you see anybody in the area who did not

24       look like a police officer?

25             A.    No, I don't put attention about

```
1                        A. GOMEZ                142

2         that.

3                   Q.    Do you know somebody named

4         Debra Linpress?

5                   A.    No.

6                   Q.    Do you know anybody who lives

7         at 38 Beekman Avenue?

8                   A.    No.

9                   Q.    Do you know somebody named

10        Eulalia, E-U-L-A-L-I-A Guzman?

11                  A.    No.

12                  Q.    Did your husband, Mario Gomez,

13        throw any punches in the direction of

14        Quinoy?

15                  A.    No.

16                  Q.    You didn't see that?

17                  A.    No, no, nothing happened like

18        that.

19                  Q.    When you were present and saw

20        your husband in an altercation with the

21        police officers, did you hear anything that

22        either your husband or any of the officers

23        had said to each other?

24                        MS. MARINELLI:  Objection.

25                  A.    This is not New York City
```

1                           A. GOMEZ                    143

2          police department.  When he tried to

3          identify that he was corrections, I listen

4          and one of the officers say, "Fuck New York

5          City Corrections Department.  This is Sleepy

6          Hollow Police," and I listen when he say.

7                   Q.    Were there other things that

8          they said that you --

9                   A.    I not listen nothing more.

10                  Q.    When you say you didn't listen,

11         do you mean you didn't hear or you --

12                  A.    I not hear nothing, only that's

13         what I hear.

14                  Q.    Did you hear your husband,

15         Mario, say to Quinoy, "I want to know why

16         you're doing this to my daughter?"

17                  MS. MARINELLI:  Objection.

18         A.    No.

19                  Q.    You didn't hear that?

20         A.    No.

21                  Q.    At anytime after this incident,

22         did you talk to Haydee about it?

23         A.    Yes.

24                  Q.    What did you talk to her about?

25                  MS. MARINELLI:  Just objection.

```
1                    A. GOMEZ                144

2           A.    That's the first time that I

3      talk about that because I don't know

4      anything, the situation and she don't

5      understand, too, what happened, why they

6      come and beat things.   She not say too much

7      to me.   At the moment she don't want to talk

8      too much.   She feel very bad what happened

9      with her daddy for no reason.   She no

10     understand what happened.

11          Q.    When you say she didn't

12     understand --

13          A.    She didn't understand what

14     happened.   She very quiet and cry.   She no

15     say nothing to me.

16          Q.    Now, you know that Mario is

17     suing Sleepy Hollow and the police officers;

18     correct?

19          A.    Yes.

20          Q.    Did you know that he was suing

21     the police before you started your case?

22               MS. MARINELLI:   Objection.

23          A.    I don't know.   I don't know

24     when he did it first or I don't know nothing

25     like that.
```

```
1                    A. GOMEZ                    145
2              Q.    Well, did he talk to you about
3         suing?
4              A.    No.
5              Q.    Did you talk to him?
6              A.    No.  It's a different case.
7              Q.    What do you mean it's a
8         different case?
9              A.    He have her case with her
10        lawyer.  I have my case with my lawyer.  I
11        no talk about this.
12             Q.    Not even with Mario?
13             A.    No.
14             Q.    Did Haydee tell you that she
15        told Quinoy that she was having problems
16        with her father about seeing him?
17             A.    No, she not say anything to me.
18             Q.    Did you ever hear Haydee have
19        any arguments with Mario?
20             A.    No.
21             Q.    Did Mario tell Haydee that he
22        was going to look for Quinoy to talk to him?
23             A.    No.
24             Q.    Did Haydee tell you why Quinoy
25        was calling Mario?
```

```
 1                        A. GOMEZ                146

 2                  MS. MARINELLI:  When we talking

 3            about, afterwards?

 4                  MR. SOKOLOFF:  Afterwards.

 5                  MS. MARINELLI:  Just objection.

 6          A.    No.

 7                  MS. MARINELLI:  Objection to

 8            this whole line of questioning.

 9          Q.    Do you know Mario's cell phone

10      number?

11                  MS. MARINELLI:  Objection.

12          A.    I have it but I don't know it.

13      I have to see.

14          Q.    Is it 914-473-3889?

15                  MS. MARINELLI:  Objection.

16          A.    I have to see.  I don't know in

17      the memory (indicating.)

18          Q.    Did you ever talk to Mario

19      about the phone call that he received from

20      Quinoy on the night of the 17th?

21                  MS. MARINELLI:  Objection.

22          A.    No.

23          Q.    You never asked him why he went

24      to the police station?

25                  MS. MARINELLI:  Objection.  She
```

```
 1                      A. GOMEZ                147
 2             already answered no.  Now you're
 3             badgering her.
 4                  MR. SOKOLOFF:  No, I'm not
 5             badgering her.
 6                  MS. MARINELLI:  Yeah, you are.
 7                  MR. SOKOLOFF:  No, I don't
 8             think so.
 9                  MS. MARINELLI:  Especially with
10             your tone of voice, too.
11             Q.    Did you ask Mario why he went
12         to the police station that night?
13                  MS. MARINELLI:  Objection.
14             A.    No.
15             Q.    Why didn't you ask him that?
16                  MS. MARINELLI:  Objection.
17             A.    Because I find everything
18         happened at the moment in the police
19         department.
20             Q.    Didn't you want to know why he
21         went there?
22                  MS. MARINELLI:  Objection.
23             Don't answer that.
24             A.    No.
25                  MS. MARINELLI:  Don't answer.
```

```
1                        A. GOMEZ                148

2                    MR. SOKOLOFF:  You're

3              instructing her not to answer?

4                    MS. MARINELLI:  I am.

5                    MR. SOKOLOFF:  Basis is?

6                    MS. MARINELLI:  Badgering and

7              it's outside the scope of this

8              deposition as are many of the

9              questions here.

10                   Q.    Was your husband in the

11        marines?

12                   A.    Yes.

13                   Q.    When your husband pulled up to

14        the police station on the night of October

15        16th, did his car come to a screeching stop?

16                   MS. MARINELLI:  Objection.

17                   A.    I don't know.  I don't know.

18                   Q.    When your husband got out of

19        the car, did he slam the car door?

20                   MS. MARINELLI:  Objection.

21                   A.    No.

22                   Q.    He just closed it gently?

23                   MS. MARINELLI:  Objection.

24                   A.    Yeah, normally.

25                   MS. MARINELLI:  Objection.
```

```
1                        A. GOMEZ                  149

2                 Q.    Did he leave his car in the

3        middle of the street?

4                 A.    Mario?

5                 Q.    Yes.

6                 A.    No.

7                 Q.    Did he leave his car with the

8        engine running?

9                 A.    I no remember.

10                Q.    Did he leave his car with the

11       lights on?

12                A.    I no remember.

13                Q.    What happened to Mario's car

14       that night?

15                A.    They take it.

16                Q.    Who took it?

17                A.    The police department.

18                Q.    How do you know they took it?

19                A.    They tell me.

20                Q.    What did they say?

21                A.    They take the car and see they

22       have -- I don't know what they looking, but

23       they take it.

24                Q.    Did they give it back to him?

25                A.    When -- yes.
```

```
 1                      A. GOMEZ                150

 2            Q.    When?

 3            A.    When he get out with the

 4      precinct and court or -- then they give the

 5      car back to Mario.

 6            Q.    Did Quinoy tell your husband to

 7      put his hands on his car?

 8                  MS. MARINELLI:  Objection.

 9            A.    No.

10            Q.    Did Mario hit Quinoy with a

11      closed fist?

12                  MS. MARINELLI:  Objection.

13            A.    No.

14            Q.    Did he hit him at all?

15                  MS. MARINELLI:  Objection.

16            A.    No.

17            Q.    Mario Gomez made no physical

18      contact with Quinoy?

19                  MS. MARINELLI:  Objection.

20            A.    No.

21            Q.    He never touched him?

22            A.    When they -- when he come close

23      and he hold in the body.  That's only what I

24      saw.

25            Q.    Did you have an obstructed
```

```
 1                        A. GOMEZ                151

 2        view?

 3               Do you know what that means,

 4        obstructed?

 5               A.    No, what it does?

 6               Q.    Means something was blocking

 7        you.

 8               A.    No.

 9               Q.    Did Quinoy grab your husband's

10        arm?

11               MS. MARINELLI:  Objection.

12               A.    Quinoy what?

13               Q.    Did he grab your husband's arm?

14               A.    No.

15               MS. MARINELLI:  Objection.

16               This is beyond the scope of her

17               deposition, these questions about

18               what happened to Mario Gomez.

19                  I don't understand why -- how

20               this goes to qualified immunity as to

21               this plaintiff.

22               MR. SOKOLOFF:  Because she was

23               part of the incident.

24               MS. MARINELLI:  No, she wasn't

25               part of this incident.
```

```
 1                      A. GOMEZ                152

 2                 MR. SOKOLOFF:  Yes, she was.

 3                 MS. MARINELLI:  What happened

 4            to her is separate.

 5                 MR. SOKOLOFF:  I know you say

 6            that but they were in the middle of a

 7            fight when she say she grabbed the

 8            police officer's shirt.

 9                 I'm not going to debate it on

10            the record in front of the witness

11            but it also goes to the clarity of

12            her memory of the incident which goes

13            to her testimony and it goes to the

14            weight of it.

15                 MS. MARINELLI:  But you keep

16            repeating the same questions that

17            you've already gone on.

18                 MR. SOKOLOFF:  That's a

19            different thing --

20                 MS. MARINELLI:  -- which I

21            permitted even though I believe it's

22            outside the scope, so I'm going to

23            object to these questions and advise

24            her not to answer.

25                 MR. SOKOLOFF:  We'll make a
```

```
 1                      A. GOMEZ              153

 2              record and we'll see whether the

 3              court instructs you not to answer

 4              knowing full well that the rules,

 5              local and federal don't permit you to

 6              instruct the witness not to answer.

 7                      MS. MARINELLI:  Knowing full

 8              well that the scope of this

 9              deposition is to qualified immunity

10              as to this witness.

11                      MR. SOKOLOFF:  You know what,

12              I'll take my risk that I'm violating

13              rules and you guide yourself

14              accordingly.

15                      MS. MARINELLI:  Thank you, I'll

16              do that.

17              Q.    Did your husband put up any

18         kind of a struggle?

19              A.    What is that?

20              Q.    Fight, resist; do you know what

21         resist --

22                      MS. MARINELLI:  Objection.

23              Don't answer that.  She asked you a

24              nice, simple question what do you

25              mean by struggle and you're being
```

```
1                          A. GOMEZ                    154
2              very rude.
3                     MR. SOKOLOFF:  You know what,
4              ask your lawyer to translate.  I'm
5              not allowed so you ask your lawyer.
6                     MS. MARINELLI:  Do it in not
7              such a loud --
8                     MR. SOKOLOFF:  I didn't mean
9              anything by it.
10                    MS. MARINELLI:  You're speaking
11             loud and intimidating which can't go
12             on the record.
13             Q.    Do you feel intimidated?
14             A.    Sometimes I feel you strong
15       when you do question and I feel why you do
16       to me.  I don't do nothing wrong what
17       happened that night.
18             Q.    And you're smiling now?
19             A.    I'm little nervous.  I'm here
20       to put everything clear in the right coming
21       up.
22                    MS. MARINELLI:  And she wasn't
23             smiling.
24             A.    I'm not smiling.  I try to put
25       -- the other question you tell me I try to
```

```
1                          A. GOMEZ                    155

2          tell the truth what happened.  I'm not

3          feeling I delinquent.  I do nothing wrong.

4                    MS. MARINELLI:  Let's go back

5                 and ask your question again,

6                 Mr. Sokoloff.

7                    Q.    How many times did they shoot

8          your husband with the tazer?

9                    MS. MARINELLI:  Objection.

10                Asked and answered.  Over objection.

11                   A.    A lot of times.

12                   Q.    After the first time, did your

13         husband continue to fight?

14                   A.    No.

15                   MS. MARINELLI:  Objection.  She

16                never said he fought in the first

17                place.

18                   A.    He no fight.

19                   Q.    He didn't struggle?

20                   A.    No.

21                   Q.    He laid down and gave up?

22                   A.    He say, "That's enough.  That's

23         enough," and they put the handcuff.

24                   Q.    Did your husband kick anybody?

25                   A.    No.
```

```
1                        A. GOMEZ                156

2              Q.    Did Quinoy get any injuries in

3      the fight with your husband?

4              A.    I don't know.  I don't know.

5              Q.    Well, when you saw him later in

6      the night, did he have any marks on his

7      face?

8              A.    I no really see nothing.

9              Q.    You didn't see anything?

10             A.    No.

11             Q.    When you pulled on Quinoy's

12     shirt, did he say anything to you?

13                   MS. MARINELLI:  Objection.

14             A.    No.  He hold me and throw me on

15     the ground.

16             Q.    Did he tell you to stop?

17             A.    No.

18             Q.    Did your husband have a baton?

19             A.    What is that?

20                   MS. MARINELLI:  Objection.

21             Q.    Do you know what a baton is,

22     like a big stick?

23             A.    I don't know.  I no see nothing

24     like that.

25             Q.    Well, when he was a corrections
```

```
 1                      A. GOMEZ                157

 2      officer --

 3              A.    He no bring nothing to my

 4      house.

 5              Q.    Do you know whether he had

 6      anything with him in the car when he came to

 7      meet Quinoy?

 8              A.    No.

 9              Q.    You don't know?

10              A.    No, they no have because they

11      take the car and they give the car back

12      because they no see any evidence.

13              Q.    How do you know that?

14              A.    They say in court.

15              Q.    Did they not find a baton,

16      expandable baton?

17              A.    No, they no say anything about

18      that.

19              Q.    What time of day or night or

20      morning, whatever, did you go back to police

21      headquarters to get your car?

22              A.    4:00 in the morning.

23              Q.    Was it 4:30 in the morning?

24              A.    Around 4:00.

25              Q.    Do you know what you were
```

```
1                         A. GOMEZ                    158

2           charged with when you were arrested?

3                 A.     No.

4                 Q.     Now, you're suing in this case

5           a Police Officer Eldryk Ebel; correct?

6                 A.     Yes.

7                 Q.     He never touched you, did he?

8                 MS. MARINELLI:  Objection.

9                 A.     No.

10                Q.     What did he do to you?

11                MS. MARINELLI:  Objection.

12                A.     Physical, nothing; emotional, a

13          lot.  I see they do with the people in the

14          face affect me a lot, changed my life.

15                Q.     Did he talk to you?

16                A.     No.

17                Q.     So, you're suing him because of

18          something he did to your husband?

19                MS. MARINELLI:  Objection.

20                A.     No, affect me emotional that I

21          saw that night.

22                Q.     Focusing on Officer Ebel, tell

23          me what it is that you saw him do that

24          changed your life.

25                MS. MARINELLI:  Objection.
```

```
 1                        A. GOMEZ                159
 2              A.    A lot of abuse, a lot of
 3       electricity for no reason and I saw -- I
 4       have an idea the police is for protect the
 5       people, not do -- they abuse.  They do it.
 6       If I do something wrong, I understand
 7       something happened but for no reason changed
 8       my life emotional.  I have panic to go out.
 9       I never went in psychiatric.  I went
10       psychiatric.  I lose my job.  Emotional I
11       feel like nothing, okay.  I scared about go
12       take another job because I think it's not
13       finished, they not give me the job.  I stay
14       in my house.  When dark coming, I close the
15       window because I think somebody look at me;
16       changed a lot my life.  Changed my family
17       life, my kids' life because they not see
18       mommy the same as before.
19              Q.    Now, as far as you knew up
20       until that point Quinoy was a friend of your
21       family and a friend of yours?
22              A.    What you say?
23              Q.    Up until that night you thought
24       that Quinoy, Officer Quinoy was a friend of
25       yours and a friend of your family; correct?
```

```
 1                      A. GOMEZ                160
 2              A.    Well, that's what I think but
 3       you never know what people do and people
 4       feeling.  Sometimes you think people is your
 5       friend.  He's not.
 6              Q.    Did he ever do anything before
 7       that night that made you think he wasn't
 8       your friend?
 9                    MS. MARINELLI:  Just objection.
10              A.    No, never.
11              Q.    What does Officer Eldryk Ebel
12       look like?
13                    MS. MARINELLI:  Objection.
14              A.    Look like, like what?
15              Q.    Tell me, color hair, mustache,
16       face, is he tall?
17                    MS. MARINELLI:  Objection.
18                    You know, look, you can ask her
19                    questions but please stop yelling at
20                    her.
21                    MR. SOKOLOFF:  I'm not yelling
22                    at her.
23                    MS. MARINELLI:  I think we need
24                    to take a break.
25                    MR. SOKOLOFF:  I'm not yelling.
```

```
1                    A. GOMEZ              161
2              MS. MARINELLI:  Yes, you are.
3              MR. SOKOLOFF:  I think -- I
4         really recent something that you're
5         putting on the record when it isn't
6         the case.
7              MS. MARINELLI:  It is the case.
8              MR. SOKOLOFF:  No, it isn't.
9              MS. MARINELLI:  Let's go
10        outside.  You really need to bring it
11        down a notch, come down a notch.
12             MR. SOKOLOFF:  It's really not
13        right.
14             MS. MARINELLI:  This is a
15        deposition.  It's not trial when you
16        might have a little leeway in the
17        courtroom.
18             Maybe you're not aware of it.
19        I'm just trying to make you aware of
20        it.
21             MR. SOKOLOFF:  Well, there's a
22        lot of things you're not aware of
23        including your reactions to questions
24        and your body language.
25             MS. MARINELLI:  She's answering
```

```
1                        A. GOMEZ                162

2              your questions.  Please don't even go

3              there.

4                   MR. SOKOLOFF:  I'm talking

5              about you.

6                   MS. MARINELLI:  Don't even go

7              there, okay.

8                   Just lower your gosh darn

9              voice, please.

10                  (Whereupon Ms. Marinelli and

11             Ms. Gomez exited the room.)

12             Q.    Now, I don't want you to tell

13       me anything that was said between you and

14       your lawyer.  I just want to know while we

15       had a break did you talk to your lawyer?

16             A.    I talk, yeah.

17             Q.    And she spoke to you?

18             A.    Yes.

19                  MR. SOKOLOFF:  You know, that

20             was during a pending question.

21                  MS. MARINELLI:  What was the

22             pending question?

23                  MR. SOKOLOFF:  What did the

24             officer look like?

25                  You can say what you want.  No,
```

```
 1                    A. GOMEZ              163

 2              no, hold on.  You can say what you

 3              want about my tone of voice and put

 4              whatever one sided statement you want

 5              on the record, but one thing is clear

 6              that what happened was totally

 7              inappropriate.  You can't take the

 8              witness out of the room during a

 9              pending question.

10                  MS. MARINELLI:  I don't

11              disagree with you, Mr. Sokoloff.  I

12              was not aware there was a pending

13              question and I don't disagree with

14              you.  Had I known that, I would have

15              let her answer it and then I would

16              have gone out.

17                  MR. SOKOLOFF:  Okay, let's get

18              the answer.

19              Q.    What does Ebel look like?

20              A.    I don't really know.  I know he

21        have blonde hair.

22                  MS. MARINELLI:  Blonde hair,

23              you said?

24                  THE WITNESS:  Not blonde,

25              blonde; white, not too tall.
```

```
 1                    A. GOMEZ                164

 2              Q.    How old is he?

 3              A.    I don't know.

 4              Q.    You're also suing Police

 5        Officer Mike Gasker; correct?

 6              A.    Yes.

 7              Q.    He never touched you that

 8        night, did he?

 9              A.    Yes.

10              Q.    He did touch you?

11              A.    No, no, he no touch me.

12              Q.    He never said anything to you

13        that night, did he?

14              A.    No.

15              Q.    So why are you suing him?

16              A.    Because they not do nothing.

17        They have to do something.

18              Q.    What do you mean?

19              A.    When everything happened, they

20        have to do the correct thing.

21              Q.    Which is what?

22              A.    Help me do something.  They see

23        the situation.  They not do the correct the

24        officers supposed to do.

25              Q.    And that's the incident with
```

```
 1                    A. GOMEZ                 165

 2       your husband?

 3                    MS. MARINELLI:  Objection.

 4                    Q.   When you say they're supposed

 5       to do, you mean with regard to your husband?

 6                    A.   My husband, me, everything.

 7                    Q.   What should they have done with

 8       regard to you?

 9                    A.   To me?

10                    Q.   Yes.

11                    A.   Normally officers do not abuse

12       nobody and do what they have to do, not the

13       way that they do it.

14                    Q.   What should Gasker have done?

15                    MS. MARINELLI:  Well,

16                    objection; if you know.

17                    MR. SOKOLOFF: Well, she said

18                    they didn't do the right thing.  I

19                    want to find out what she thinks the

20                    right thing is.

21                    A.   They not help me.

22                    Q.   Help you do what?

23                    MS. MARINELLI:  Get up from the

24                    ground, maybe.

25                    MR. SOKOLOFF:  Mark that.
```

```
 1                    A. GOMEZ                166
 2              MS. MARINELLI:  I'm going to
 3         object because you keep asking her
 4         the same question.  You're badgering
 5         her.
 6         A.    They not help me.  They not
 7    help me.
 8              MS. MARINELLI:  You answered
 9         the question, Awilda.
10         Q.    Help you do what?
11         A.    With everything.  They see a
12    woman coming down, nobody ask me, "Are you
13    okay?"  Nobody try to come with me, try to
14    see the situation, nothing.  Nobody do
15    nothing, nothing.
16         Q.    They should have asked you if
17    you were okay?
18         A.    Nobody asked me nothing.
19         Q.    Did you tell any of the
20    officers that night that you were hurt?
21         A.    No.
22         Q.    You're suing Lieutenant Barry
23    Campbell; is that correct?
24         A.    Yes.
25         Q.    What does Officer Gasker look
```

```
1                    A. GOMEZ                167

2        like?

3              A.    Tall, skinny, dark hair.

4              Q.    Did you ever see him before

5        October 16th, 2006?

6              A.    No.

7              Q.    Did you ever see him after

8        then?

9              A.    I no remember see.

10             Q.    You saw him for about five

11       minutes?

12                   MS. MARINELLI:  Just objection.

13             A.    No.

14             Q.    How long did you have to see

15       him?

16             A.    I say when everything happened

17       and when I went -- I saw him really when

18       Jose Quinoy arrest me.  He in the room with

19       me.

20             Q.    Did you see Ebel do anything to

21       your husband?

22             A.    Anything about what?

23             Q.    Did you see Ebel strike your

24       husband?

25                   MS. MARINELLI:  Objection.
```

```
 1                        A. GOMEZ                168

 2              A.    Yes.

 3              Q.    Explain to me what Ebel did to

 4        your husband.

 5                   MS. MARINELLI:  Objection.

 6              A.    Put underneath the neck.  He's

 7        on the ground, put electricity, hit her like

 8        this (indicating.)

 9                   MS. MARINELLI:  When you say

10              her, him?

11              A.    To Mario like this

12        (indicating.)  Mario on ground like that

13        (indicating) and he come with the feet in

14        the face.  I saw that.

15              Q.    That was Ebel?

16              A.    Ebel and he put a lot of

17        electricity with Mario.

18              Q.    Did you see Gasker do anything

19        to your husband?

20              A.    Yes.

21              Q.    Tell me what you saw Gasker do.

22              A.    Put the electricity.

23              Q.    How many times?

24              A.    More than one time.  He put

25        close to here (indicating.)  Gasker did it.
```

```
1                          A. GOMEZ                  169

2               Q.    Close to where?

3               A.    What you call here (indicating)

4       this part?

5                     MS. MARINELLI:  Talking about

6                 the forehead.

7               A.    He have electricity.

8                     MR. SOKOLOFF:  She's not

9                 pointing to her forehead.

10              A.    Doctor say something about the

11      area because they give you electricity

12      between here, between the hair and this part

13      (indicating) and he give --

14              Q.    Above your eye brow?

15              A.    No.

16              Q.    Your temple?

17              A.    Yes, the temple.  Thank you.

18      He give lot electricity in her back.

19              Q.    Anything else?

20              A.    He didn't ask me nothing to me,

21      "Are you okay," nothing.  Nobody help me.

22              Q.    I'm talking about your husband.

23                    Did you see Gasker do anything else

24      to your husband?

25                    MS. MARINELLI:  Just objection.
```

```
1                         A. GOMEZ                    170
2              A.    That's what I see, he put a lot
3         of electricity.
4              Q.    You're suing Lieutenant Barry
5         Campbell?
6              A.    Yes.
7              Q.    He never touched you, did he?
8              A.    No.
9                    MS. MARINELLI:  Objection.
10             Q.    He never said anything to you,
11        did he?
12             A.    No.
13                   MS. MARINELLI:  Objection.
14             Q.    Did he touch your husband?
15                   MS. MARINELLI:  Objection.
16             A.    No.
17             Q.    So, why are you suing him?
18                   MS. MARINELLI:  Just objection.
19             A.    I sue him because he not do --
20        he's in charge with investigation and he
21        tried to contact me one week after happened,
22        the incident.  That's when he tried to
23        contact me when he see me in court.  What
24        happened with the rest of the week?  Nobody
25        care about what happened to me.  I have
```

```
 1                    A. GOMEZ                171

 2      pain.  They know I went in the hospital and

 3      nobody call me, nobody say nothing.  After

 4      one week when I come back to court, that's

 5      when he want to come to me and open

 6      investigation.

 7              Q.    You're suing him because he

 8      tried to investigate the incident?

 9              A.    No, he not do the way he have

10      to do.

11              Q.    What do you mean?

12              A.    He not do -- he not ask me for

13      what I feeling, nothing.  He don't care

14      about me.  That's why I sue him.

15              Q.    Why didn't you sue the whole

16      police department?

17                    MS. MARINELLI:  Objection.

18              That's argumentative.

19                    Please, don't even answer that.

20              Q.    You're suing Sergeant Wood?

21              A.    Yes.

22              Q.    What is Wood's first name?

23              A.    I don't know the name.

24              Q.    Did you ever see Campbell

25      before this incident, Lieutenant Campbell?
```

```
 1                        A. GOMEZ                    172

 2                A.    No.

 3                Q.    Did you ever see Sergeant Wood

 4        before this incident?

 5                A.    No.

 6                Q.    Did you ever see Sergeant Wood

 7        after this incident?

 8                A.    No.

 9                Q.    Sergeant wood never touched

10        you, did he?

11                A.    No.

12                Q.    Sergeant Wood never talked to

13        you, did he?

14                A.    No.

15                Q.    Did Sergeant Wood do anything

16        to your husband?

17                      MS. MARINELLI:  Just objection.

18                A.    I'm confused.  Who is this

19        policeman?

20                Q.    One of the people you're suing,

21        Sergeant Wood.

22                A.    What's the name?

23                Q.    Wood, W-O-O-D.

24                Do you even know --

25                A.    Yes, I know who he is now.
```

```
 1                    A. GOMEZ                173
 2              Q.    So, did he do anything to your
 3         husband?
 4                    MS. MARINELLI:  Objection.
 5              A.    He didn't do what he have to do
 6         and the same with the rest of the policemen.
 7              Q.    Was Sergeant Wood even there
 8         that night?
 9              A.    Yes.
10                    MS. MARINELLI:  Objection.
11              Q.    What did you see him do to your
12         husband, if anything?
13                    MS. MARINELLI:  Objection.
14              A.    Nobody helped, nobody do
15         nothing.
16                    MR. SOKOLOFF:  I move to
17              strike.
18              Q.    What did you see him do to your
19         husband, if anything?
20                    MS. MARINELLI:  Objection.
21              A.    The reasons that I sue because
22         he not do nothing.
23              Q.    I didn't ask you that.
24              I asked you, did you see him do
25         anything to your husband?
```

```
 1                         A. GOMEZ                    174
 2                    MS. MARINELLI:   Objection.
 3          A.    No.
 4          Q.    You're suing also the police
 5     chief?
 6          A.    Yes.
 7          Q.    Was he there that night?
 8          A.    No.
 9          Q.    Was he in contact with anybody
10     that night that you're aware of?
11          A.    I saw him.
12          Q.    When?
13          A.    In the hospital.
14          Q.    I'm talking about --
15                    MR. SOKOLOFF:   Withdrawn.
16          Q.    Did you talk to him at the
17     hospital?
18          A.    I tried to talk to him and he
19     not put attention to me.  I call him three
20     times and he not coming to see me.
21          Q.    You knew what he looked like?
22          A.    Yes.
23          Q.    How do you know what he looked
24     like?
25          A.    I saw him.
```

```
1                          A. GOMEZ                      175

2              Q.    When?

3              A.    In the hospital.

4              Q.    Did you ever see him before

5         then?

6              A.    In the street.

7              Q.    Do you know why he was at the

8         hospital?

9              A.    No.

10             Q.    Was Officer Quinoy at the

11        hospital?

12             A.    Yes.

13             Q.    What was Officer Quinoy doing

14        at the hospital?

15                   MS. MARINELLI:  Objection.

16             A.    I don't know.

17             Q.    Was he there for his own

18        injuries?

19             A.    I don't know.

20                   MS. MARINELLI:  Objection.

21             A.    I don't know.  I not talking

22        with nobody there.  I don't know for what

23        reason.

24             Q.    Did the chief go to the

25        hospital to visit Quinoy?
```

```
 1                    A. GOMEZ                176

 2                    MS. MARINELLI:  Objection.

 3          A.    I don't know.  They --

 4                    MS. MARINELLI:  Just answer the

 5          question.

 6                    You don't know?

 7          A.    I don't know.

 8          Q.    Chief Warren never touched you;

 9     correct?

10          A.    No.

11          Q.    Chief Warren never said a word

12     to you; correct?

13          A.    No.

14                    MS. MARINELLI:  Objection.

15          A.    Yes.

16          Q.    Chief Warren never touched your

17     husband; correct?

18                    MS. MARINELLI:  Objection.

19          A.    Yes.

20          Q.    Chief Warren never said a word

21     to your husband; correct?

22                    MS. MARINELLI:  Objection.

23          A.    Yes.

24          Q.    And you're suing Chief Warren

25     why?
```

```
 1                          A. GOMEZ                177

 2                     MS. MARINELLI:  Objection.

 3             A.    Well, I call him in the

 4      hospital and he not have a conversation but

 5      he say, "I going now.  I going now" and he

 6      never came with me.

 7             Q.    That's why you're suing?

 8                     MS. MARINELLI:  Objection.  A

 9             lot of these -- you're asking her

10             legal questions.

11                     MR. SOKOLOFF:  I'm asking what

12             she understands.  She's a plaintiff.

13                     MS. MARINELLI:  I think it's

14             improper; objection.

15                     MR. SOKOLOFF:  We disagree.

16             Q.    Are you suing him for anything

17      else?

18             A.    He not do what he have to do.

19             Q.    Which means what?

20             A.    He not help me.

21             Q.    Help you when?

22                     MS. MARINELLI:  Objection.

23             A.    When he see me.

24             Q.    In the hospital?

25             A.    Yes.
```

```
 1                          A. GOMEZ                  178

 2                      MS. MARINELLI:  Objection.

 3              Q.    What did you want him to do

 4         when you were in the hospital?

 5                      MS. MARINELLI:  Objection.

 6                      MR. SOKOLOFF:  Simple question.

 7              A.    What I want with him?

 8              Q.    What did you want him to do

 9         when you saw him in the hospital?

10                      MS. MARINELLI:  Objection.

11              A.    Nothing.  I only ask about

12         where is Mario and he -- and the position

13         that he have, I don't think so do nothing.

14         He say you have to wait for the process or

15         something like that.  He ignore me totally.

16         He only say, "I going now.  I going now."

17         He never came.  I no ask something personal

18         or something about nothing.  He ignore me.

19         He's a chief.

20              Q.    Did you ever talk to anybody

21         about this incident other than your lawyer?

22              A.    No.

23              Q.    Never spoke to a newspaper

24         reporter about it?

25              A.    No.
```

```
 1                      A. GOMEZ                179

 2             Q.    When you were told that you

 3        were losing your job, did you give an

 4        explanation to anybody about what happened

 5        that night?

 6             A.    Where, at my job?

 7             Q.    Yes.

 8             A.    They find in the newspaper.

 9             Q.    But I'm asking you whether you

10        told anybody your side of the story?

11             A.    Yeah, I say what happened and

12        they read what happened.

13             Q.    Who was it that you told at

14        your job what happened?

15             A.    What did you say?

16             Q.    Who was it that you told at

17        your job what happened?

18             A.    Barbara when she made a meeting

19        with me when she read the newspaper, Barbara

20        and Heather.

21             Q.    The two of them you told what

22        happened?

23             A.    Yes.

24             Q.    Barbara Sommers and Heather

25        Batanor?
```

```
1                          A. GOMEZ                    180

2              A.    Yes.

3                    MR. SOKOLOFF:  I have no

4              further questions.

5                    Thank you.

6                    (Whereupon this examination

7              concluded at 3:07 p.m.)

8

9

10                                _____

11                                AWILDA GOMEZ

12

13      Subscribed and sworn to

14      before me this_____day

15      of_____, 2008.

16

17      _____

18          Notary Public

19

20

21

22

23

24

25
```

181

C E R T I F I C A T E

STATE OF NEW YORK      )
                       )ss.:
COUNTY OF WESTCHESTER)


          I, LISA DOBBO, a Shorthand
Reporter and Notary Public within and for
the State of New York, do hereby certify:


          That AWILDA GOMEZ, the witness
whose deposition is hereinbefore set forth,
was duly sworn by me, and that such
deposition is a true record of the testimony
given by the witness.


          I further certify that I am not
related to any of the parties to this action
by blood or marriage, and that I am in no
way interested in the outcome of this
matter.


          IN WITNESS WHEREOF, I have
hereunto set my hand this 29th day of
February, 2008.



          _____

          LISA DOBBO
          SHORTHAND REPORTER

182

DEFENDANT'S EXHIBIT

| No. | Description | Page |
|-----|-------------|------|
| A | Miranda Warning Spanish | 126 |

183

ERRATA SHEET

    The following corrections, additions
or deletions were noted on the transcript of
the testimony which I gave in the
above-captioned matter held on 2/26/08:


Page____Line____SHOULD READ:_____

REASON FOR CHANGE:_____

Page____Line____SHOULD READ:_____

REASON FOR CHANGE:_____

Page____Line____SHOULD READ:_____

REASON FOR CHANGE:_____

Page____Line____SHOULD READ:_____

REASON FOR CHANGE:_____

Page____Line____SHOULD READ:_____

REASON FOR CHANGE:_____

Page____Line____SHOULD READ:_____

REASON FOR CHANGE:_____

Page____Line____SHOULD READ:_____

REASON FOR CHANGE:_____


_____
AWILDA GOMEZ

Subscribed and sworn to
before me this_____day
of_____, 2008.


_____
Notary Public