269

- - - - - - - - - - - - - - - - - - - X
In the Matter of the Claim of:

MARIO GOMEZ and AWILDA GOMEZ,

                    Claimants,
-against-

SLEEPY HOLLOW POLICE DEPARTMENT and Police
Officers known as DETECTIVE QUINOY, ELDRYK
EBEL, MIKE GASKER, LIEUTENANT BARRY CAMPELL,
LIEUTENANT HAYES, SERGEANT HOOD, CHIEF OF
POLICE JIMMY WARREN and JOHN DOES NO. 1-4
whose names are presently unknown, and THE
VILLAGE OF SLEEPY HOLLOW,

                    Respondents.
- - - - - - - - - - - - - - - - - - - X

HELD AT:          Young & Bartlett, LLP
                  81 Main Street
                  White Plains, New York
                  March 30, 2007
                  10:57 a.m.


           Deposition of the Claimant,

MARIO GOMEZ, held pursuant to Section 50-h

of the General Municipal Law of the State of

New York, held at the above time and place

before a Notary Public of the State of New

York.



           J & L REPORTING SERVICE
              of Westchester, Inc.
              200 East Post Road
           White Plains, New York 10601
                (914) 682-1888
           Nancy P. Tendy, Reporter

270

A P P E A R A N C E S:


                    YOUNG & BARTLETT, LLP
                    Attorneys for the Claimants
                    Mario & Awilda Gomez
                    Office & Post Office Address
                    81 Main Street Suite 118
                    White Plains, New York  10601
                    BY:  KATHRYN ANNE VOLPER, ESQ.


                    MIRANDA & SOKOLOFF,
                    SAMBURSKY, VERVENIOTIS, LLP
                    Attorneys for all Defendants
                    Office & Post Office Address
                    The Esposito Building
                    240 Mineola Boulevard
                    Mineola, New York  11501
                    BY:  JENNIFER E. SHERVEN, ESQ.

```
1                        M. GOMEZ                271

2                        MARIO GOMEZ, residing at 1

3                        River Plaza, Apt. 4E,

4                        Tarrytown, New York 10591,

5                        having been previously duly

6                        sworn by Notary Public, Nancy

7                        P. Tendy, testified as follows:

8       CONTINUED EXAMINATION

9       BY MS. SHERVEN:

10                 Q.     Good morning, Mr. Gomez.

11                 A.     Good morning.

12                 Q.     My name is Jennifer Sherven.

13      We met previously at the beginning of this

14      50-h Hearing on March 2, 2007?

15                        Since then has your address

16      changed at all, or are you still at the same

17      address?

18                 A.     The same.

19                 Q.     The same general rules apply.

20      If you do not understand any of my

21      questions, let me know immediately, and then

22      I'll rephrase the question; is that all

23      right?

24                 A.     Sure.

25                 Q.     In the past twenty-four hours,
```

```
1                        M. GOMEZ                    272

2           have you taken any prescription medications

3           or over-the-counter medications that could

4           interfere with your ability to testify here,

5           today?

6                   A.    No.

7                   Q.    In the last twenty-four hours

8           have you consumed any alcohol or illegal

9           drugs?

10                  A.    No.

11                  Q.    Now, the last time we were

12          here, you testified that you do not remember

13          the names of any individuals who told you

14          about Detective Quinoy and your daughter

15          Haydee's relationship; do you recall that?

16                  A.    Yes.

17                  Q.    In the approximately one month

18          that has passed, have you had an opportunity

19          to think about the identities of those

20          individuals?

21                  A.    Yes.

22                  Q.    Do you now know the names of

23          any of the individuals who told you about

24          Detective Quinoy and your daughter Haydee's

25          relationship?
```

```
 1                        M. GOMEZ                273
 2                 MS. VOLPER:  I'm going to
 3            object to the form of that question.
 4            Could you please rephrase it.
 5                 If you could just ask him may
 6            be a more specific question.
 7            Q.    You had testified that there
 8       was an incident at a football game I believe
 9       in which an individual, a friend of yours
10       told you about Detective Quinoy and Haydee's
11       relationship.  Do you recall that testimony?
12            A.    Yes.
13            Q.    Do you know the name of that
14       person who told you that information at that
15       game?
16            A.    Yes.
17                 MS. VOLPER:  Do you remember?
18            If you remember his name, you can
19            state so.
20            A.    Well, yeah, I do remember.
21            Q.    Okay.  Who was that person?
22            A.    You know, I don't see what
23       really that has to do with anything, really,
24       you know.  I mean you know the name of the
25       person, you know, what does that have to do
```

```
1                          M. GOMEZ                    274

2        with what happened really.

3               Q.    Sir, we're not dealing with a

4        confidential informant or anything of that

5        nature; are we?

6               A.    No.

7               Q.    Then what is the name of the

8        individual who told you this information at

9        the football game?

10              A.    Well, really, you know I would

11       prefer not.

12                    MS. VOLPER:  If you remember

13                    his name, please state his name for

14                    the record.  If you remember his name

15                    first or last name, whatever you

16                    remember.

17              A.    Yes.

18              Q.    Okay.  What is this person's

19       name, and your attorney will advise you your

20       failure to answer questions could be deemed

21       noncompliance with the prerequisites of 50-h

22       requiring testimony here, today.

23              A.    Well, the name of the person is

24       --

25                    MS. VOLPER:  -- if you don't
```

```
1                        M. GOMEZ                275

2              know how to pronounce it, you can

3              just try to --

4              A.    Joe.

5              Q.    What is Joe's last name?

6              A.    Is --

7                    MS. VOLPER:  -- if you don't

8              know how to spell it, you can

9              pronounce it as best as you can.

10             A.    C-O -- something Corletto.

11             Q.    Can you pronounce that again;

12     Corletto?

13             A.    Yes.

14             Q.    Do you know how to spell his

15     last name?

16             A.    Not really, no.

17             Q.    Can you to the best of your

18     ability spell it, so that the record is

19     clear to make sure that we have the correct

20     person?

21             A.    C-O-T-A-R-A-L -- something.

22     I'm not really quite sure.

23             Q.    How do you know this person?

24             A.    How do I that person?

25             Q.    How do you know him.
```

```
 1                        M. GOMEZ                276
 2                   MS. VOLPER:  I'm going to
 3              object to that question.  You had
 4              asked him before about the man at the
 5              football game, and he tried to
 6              remember what the guy's name was, and
 7              that was the answer to his question.
 8              Q.    How many times have you met Joe
 9    Corletto?
10              A.    Quite a few times.
11              Q.    Do you know where he lives?
12              A.    No.
13              Q.    What were the circumstances
14    around the quite a few times you met him; in
15    other words, is it at school events, such
16    as, the football game or something else?
17              A.    The school events.
18              Q.    Do you know this gentleman's
19    telephone number?
20              A.    No.
21              Q.    I know you testified that you
22    do not know his address.  Do you know
23    generally where he resides?
24              A.    No.
25              Q.    Is it within Sleepy Hollow?
```

```
 1                    M. GOMEZ                277
 2    Somewhere else?
 3            A.    Yes, he's from around Sleepy
 4    Hollow.
 5            Q.    Have you spoken with this
 6    gentleman about Detective Quinoy and your
 7    daughter Haydee since that football game
 8    last fall?
 9                  THE WITNESS:  Do I have to
10             answer that?
11                  MS. VOLPER:  Yes or no.
12            A.    Yes.
13            Q.    How many occasions have you
14    spoken with this gentleman about Detective
15    Quinoy and your daughter since that football
16    game?
17            A.    I'm not quite sure.  I don't
18    know.  Couldn't really tell you.
19            Q.    What were the circumstances
20    surrounding these additional conversation or
21    conversations with this gentleman?
22            A.    Well, he know that I got
23    arrested, and he just wanted to see how I
24    was doing.
25            Q.    Do you remember the date of
```

```
 1                      M. GOMEZ                  278
 2       that specific conversation?
 3             A.    No.
 4             Q.    Was that an in-person
 5       conversation or a telephone conversation?
 6             A.    I saw him around town when I
 7       was going to the doctor's office.
 8             Q.    What was the sum and substance
 9       of that conversation with this gentleman at
10       the time that you saw him around town?
11             MS. VOLPER:  Could you ask a
12             more specific question.
13             Q.    What did he say to you?
14             A.    Nothing much.  How I was doing.
15       He was asking about my headaches, different
16       medication that I was taking for the
17       headaches and things like that.  That's it.
18             Q.    What did you say to him?
19             A.    Nothing much.  That I was going
20       to a neurologist, and that's it.
21             Q.    At anytime did either of you
22       mention Detective Quinoy?
23             A.    No, not that I remember.  No.
24             Q.    At any point during this
25       conversation did either of you mention your
```

```
 1                    M. GOMEZ              279
 2      daughter Haydee?
 3            A.    No.
 4            Q.    Other than that conversation,
 5      have you had any other conversations whether
 6      in person or over the telephone with that
 7      gentleman?
 8            A.    That was pretty much it, what I
 9      tell you.
10            Q.    Do you know where this
11      gentleman is employed?
12                  THE WITNESS:  Do I have to
13            answer that?
14                  MS. VOLPER:  If you remember.
15            If you remember, you can answer the
16            question, yes, no, or you don't
17            remember.
18            A.    Can I say that I don't
19      remember.
20            Q.    Only if it's the truth?
21                  MS. VOLPER:  You need to answer
22            the question.  If you know, then
23            state so.  If you don't know, then
24            you don't know.
25            A.    Okay, well, he's a Sleepy
```

```
1                      M. GOMEZ              280
2        Hollow police officer.
3                  Q.    How long has he been a Sleepy
4        Hollow police officer?
5                  A.    I have no idea.
6                  Q.    Was he a Sleepy Hollow police
7        officer on October 17, 2006?
8                  A.    Yes.
9                  Q.    As far as you know is he
10       currently a Sleepy Hollow police officer?
11                 MS. VOLPER:  If you know?
12                 A.    He is, but I just have a
13       question.  What does this have to do with I
14       mean -- what this have to do with the
15       incident really.
16                 Q.    Sir, you're not allowed to ask
17       questions, other than to ask me to rephrase
18       a question if you do not understand a
19       question.
20                 A.    Okay.  I got you.
21                 Q.    Do you know if this gentleman
22       was on duty as a Sleepy Hollow Department
23       police officer on the day that you were
24       arrested?
25                 A.    No.  He was not on duty.
```

```
 1                    M. GOMEZ                  281
 2              Q.    You testified the last time we
 3         were here that another one of your friends
 4         had called you on the telephone to inform
 5         you --
 6                    MS. VOLPER:  -- I'm going to
 7              object to the form of that.  He never
 8              said that it was his friend.
 9              Rephrase, please.
10              Q.    You testified the last time we
11         were here that an individual called you on
12         the telephone to inform you about the
13         relationship between Detective Quinoy and
14         your daughter.  Do you recall that
15         testimony?
16              A.    No, not really, no.
17              Q.    Do you recall receiving a
18         telephone call from any individual who told
19         you about your daughter and Detective
20         Quinoy's relationship?
21                    MS. VOLPER:  Do you remember?
22              A.    No, I don't remember.
23              Q.    At this point in time, you have
24         no recollection of receiving a phone call
25         from any individual about Detective Quinoy
```

```
1                         M. GOMEZ                    282
2       and Haydee?
3                 A.    Well, are you talking about the
4       phone call, the phone call that I had said
5       previously?
6                 Q.    That's correct.  That's what I
7       was asking you about.  That's why I said
8       from what you testified from the last time.
9       Do you recall you testifying about a phone
10      call?
11                A.    Yes, I did.
12                Q.    Do you now know the name of the
13      person who called you?
14                MS. VOLPER:  If you remember,
15                to the best of your ability.
16                A.    No.  I just don't remember
17      that.
18                Q.    That wasn't Joe Corletto?
19                MS. VOLPER:  It's either, yes,
20                no, you're not sure, you don't
21                remember.
22                A.    I'm not sure.
23                Q.    To your knowledge, was that
24      phone call from any member of the Sleepy
25      Hollow Police Department?
```

```
1                          M. GOMEZ                    283

2               A.    Well, I'm not sure if it was.

3       I'm not sure you know, really.

4               Q.    Have you ever spent any time

5       with Joe Corletto socially other than at

6       school events?

7               A.    Yes.

8               Q.    On approximately how many

9       occasions have you spent time with him at

10      social events other than school events?

11              A.    A few times.

12              Q.    When is the most recent time

13      that you saw him?

14              A.    I don't know, about a couple of

15      weeks ago.

16              Q.    What were the circumstances

17      under seeing Joe Corletto a couple of weeks

18      ago?

19              A.    I was just driving around going

20      to one of my appointments, and I just ran

21      into him.

22              Q.    At that time that you ran into

23      him a couple of weeks ago, did you speak

24      about your arrest or any circumstances

25      surrounding this case?
```

```
1                           M. GOMEZ                    284

2                 A.    No.

3                 Q.    Other than Mr. Corletto and the

4           telephone call that you received that you do

5           not remember the identity of the person who

6           called, did you receive any other phone

7           calls or have any other conversations with

8           anyone about Detective Quinoy and Haydee's

9           relationship before October 17th of 2006?

10                A.    No.

11                Q.    Do you know where Joe Corletto

12          learned the information that he told you at

13          the football game?

14                      MS. VOLPER:   You need a verbal

15                response.

16                A.    Yes.  Sorry about that.  No,

17          quite a few other people knew in town about

18          that information, even Lieutenant Barry.

19                Q.    When you say Lieutenant Barry

20          you're referring to Lieutenant Campbell?

21                A.    Yes.

22                Q.    Lieutenant Barry Campbell?

23                A.    Yes, because the day they were

24          transporting me to the county jail, the same

25          morning he came to see me.  He asked me what
```

```
 1                      M. GOMEZ              285
 2       happened, and I told him what happened.
 3                  He said, well, I saw them
 4       together in a bar, and they looked so
 5       innocent.  So they had seen Detective Quinoy
 6       with my daughter in the bars together.  Even
 7       by that statement Lieutenant Barry
 8       Campbell's testifying and is saying to me --
 9       not testifying, but I mean he's stating to
10       me that he saw the witnesses, all the
11       people, and quite a few other people around
12       town that knew what was going on.
13            Q.    Now, specifically about
14       Lieutenant Campbell, is he the individual
15       you say spoke to you the morning after your
16       arrest or in transport?
17            A.    Yes.  He came in on duty that
18       morning.
19            Q.    What specifically did
20       Lieutenant Campbell say to you?
21            A.    He was asking me about what
22       happened.  As I stated before in the
23       previous 50-h Hearing I know Lieutenant
24       Campbell from back in the '80's.  We used to
25       lift weights together and when he came from
```

```
 1                      M. GOMEZ              286
 2      White Plains.  I knew a lot of people in
 3      town.  Even Jimmy Warren went to high school
 4      with me.
 5              Q.    And you're referring to the
 6      chief?
 7              A.    The chief, yes.
 8              Q.    During that conversation that
 9      you had with Lieutenant Campbell, did
10      Lieutenant Campbell read you your Miranda
11      Rights?
12              A.    Nobody read me my Miranda
13      Rights, not Detective Quinoy, not Officer
14      Michael Gasker, not Sergeant Paul Hood, not
15      even Lieutenant Gary Hayes.  He was on duty
16      that morning, Sergeant Paul Hood.
17              Q.    At any point in time after your
18      arrest, did anyone read your Miranda Rights
19      or inform you of your rights?
20              A.    No.  Well, no, not definitely
21      not.  Not that I recall, no.
22              Q.    As a corrections officer,
23      though, you are familiar with your Miranda
24      Rights?
25              A.    Oh, yes, of course, yes.
```

1                    M. GOMEZ                287

2            Q.    At any point in time from the

3       time you were arrested until the morning

4       when you spoke with Lieutenant Campbell, did

5       any police officer question you other than

6       just ask you the booking questions, such as,

7       your name and address?

8            A.    I guess that's the booking

9       questions Officer Michael Gasker came in

10      about 4:30, around 4:30, 5:00 o'clock in the

11      morning, and I was still in a metal bench.

12      And I was still sitting in the room with the

13      book people in, where they get the prints,

14      and he asked me other questions there.

15           Q.    What types of the questions did

16      Officer Gasker ask you?

17           A.    Basically, you know, I was

18      hurting.  I was pretty much -- I was

19      completely beat up, and I was under the

20      affects of already the different shots they

21      gave me in the hospital so.

22           MS. SHERVEN:  Move to strike

23           the portion that's nonresponsive.

24           Q.    Answer the question that I'm

25      asking you.  I was asking you what questions

```
 1                          M. GOMEZ                    288

 2        Officer Gasker was asking you?

 3               A.    Basically, my name, if I've

 4        ever been arrested, if I have a tattoo,

 5        different questions like this.  That if I

 6        feel bad about the incident that happened.

 7        I said, of course, I feel bad, definitely.

 8        I feel bad about everything.

 9               Q.    Did Officer Gasker ask you any

10        details about what had occurred or for your

11        statement?

12               A.    No.  Just basic information of

13        I.D. information.

14               Q.    Now, you testified just a

15        couple of minutes ago that the next morning

16        Lieutenant Campbell came to the cell; is

17        that correct?

18               A.    Yes.

19               Q.    Did Lieutenant Campbell inform

20        you at anytime of your Miranda Rights at

21        that time?

22               A.    No.  And I spoke also with

23        Detective Chuck Zekus.  He's the one that

24        print me in the morning, when he came in and

25        Louie.
```

```
 1                      M. GOMEZ              289
 2            Q.    When you say you spoke with
 3      Detective Zekus, what specifically are you
 4      referring to.
 5            A.    Well, I know Zekus for years,
 6      and I know his family, and I went to high
 7      school with his sister.  So, he asked me
 8      what happened, and I give him a basic short
 9      information as to the incident to what
10      happened, you know.
11            Q.    What did you tell him?
12            A.    It was a short brief
13      description of the incident.
14            Q.    Okay.  Can you describe,
15      though, for me what you said to him to the
16      best of your recollection?
17            A.    I told him that I find out that
18      Detective Quinoy was going out with my
19      daughter to bars, restaurants, and then
20      Detective Quinoy had called me, and how that
21      it was a very short, a brief discussion
22      because he was booking me and questioning
23      me.  And he calls me Arnold, because that's
24      my middle name.  That's what they used to
25      call me when I was little, you know.
```

```
 1                    M. GOMEZ              290
 2              And I said that I told him the
 3       conversation got heated up, and he told me
 4       that if I got fucking balls -- excuse my
 5       language -- to come down and see him in the
 6       station, which I did.
 7              And then he told me, Arnold,
 8       why did you do that?  Why did you do that,
 9       you know.  That was basically it, you know.
10       Q.    What did you tell Detective
11       Zekus when he was saying why did you do
12       that?
13       A.    You know, I don't know.  I just
14       couldn't find the words to answer.  You
15       know, it was just hard to describe the whole
16       situation, you know.  I don't know.
17              MS. VOLPER:  Could I interrupt
18              for a second.  Does anybody know how
19              to spell Zekus?
20              THE WITNESS:  Z-E-K-U-S.  I
21              know him by Chuck, but I know that's
22              not his first name, you know.  I
23              completely forgot his first name.
24              MS. VOLPER:  Okay.
25       Q.    So, from what you just
```

```
1                        M. GOMEZ                  291

2          testified to when he asked you, when

3          Detective Zekus asked you why you did that,

4          why you went down to the precinct, you did

5          not answer him; is that correct?

6               A.   I don't know exactly, you know.

7          Remember, I was still on the medication.

8          I'm trying to remember the best of my

9          ability.  You know I got about three

10         different shots.

11              MS. VOLPER:  If you don't

12                   remember, you don't remember.  That's

13                   your answer.

14              A.   Yeah, and I know I answered

15         probably something else.  I just don't

16         remember.

17              Q.   Did this conversation with

18         Detective Zekus take place before or after

19         you went through the booking process with

20         Officer Gasker?

21              A.   No.  That was after in the

22         morning when he came in.

23              Q.   And when did the conversation

24         you had with Lieutenant Campbell take place

25         in relation to that?
```

1                          M. GOMEZ                    292

2              A.    Also in the morning when the

3         morning shift came in, the 7:00 to 3:00

4         shift I think.

5              Q.    Is it fair to say that you

6         spoke to Lieutenant Campbell after you were

7         fingerprinted by Detective Zekus, or is it

8         close in time?

9              A.    Close in time.  I don't

10        remember exactly if it was after or before.

11        You know, basically around the same time.

12             Q.    When Lieutenant Campbell came

13        to the cell to speak with you, what did he

14        say to you?

15             A.    Well, he basically he asked me,

16        hey, what happened.  You know, what he

17        wanted to know what happened.  And I said I

18        gave him -- I got into a problem with Jose

19        Quinoy, and you know regarding Haydee, and

20        he called me at my house, and he called my

21        cell.

22                   And the situation, the

23        conversation got heated up a little bit, and

24        he told me to come down and meet him in the

25        station.

```
 1                          M. GOMEZ                293
 2              Q.    Did you tell Lieutenant
 3         Campbell anything else as to what had
 4         transpired when you got to the station?
 5              A.    I told him Lieutenant Campbell
 6         that I didn't expect that from Detective
 7         Quinoy.  That he was my neighbor.  He knew
 8         my daughter since she was basically ten.  He
 9         was a personal friend of mine.
10              Q.    Did you tell Lieutenant
11         Campbell what happened when you arrived at
12         the police station?
13              A.    Not really.  He saw the way I
14         was I mean.
15                   MS. SHERVEN:  Move to strike
16                   the answer as nonresponsive.
17              A.    He saw how beat up I was, and
18         my head looked like an NFL football helmet.
19                   MS. SHERVEN:  Move to strike
20                   the answer as nonresponsive.
21              Q.    Sir, at anytime did you tell
22         Lieutenant Campbell --
23              A.    -- well, that was my answer.
24              Q.    At any point in time did you
25         tell Lieutenant Campbell what happened after
```

```
 1                        M. GOMEZ                    294

 2          you arrived at the police station?

 3                  A.    I don't exactly remember.  I

 4          know that he pretty much he knows, and he

 5          just came in for a short brief thing, mainly

 6          it was regarding as to what lead to that as

 7          to with Haydee.  And then he told me he saw

 8          them together in a bar a few times, but they

 9          looked so innocent together.

10                  Q.    Did Lieutenant Campbell tell

11          you approximately how many times he saw your

12          daughter and Detective Quinoy at the bar?

13                  A.    No.

14                  Q.    But he said a few times?

15                  A.    A few times or I saw them

16          together, or I don't exactly remember either

17          a few times or I saw them together or a few

18          times.

19                  Q.    But he told you that?

20                  A.    Yes, he did.  Oh, I'm sorry.

21                  Q.    That's all right.  Just listen

22          to my question.  But Lieutenant Campbell

23          told you that the relationship between

24          Detective Quinoy and your daughter looked

25          innocent?
```

```
1                        M. GOMEZ              295

2              A.    Yes, it did.  They look so

3         innocent together.  That's exactly what he

4         tell me.

5              Q.    Other than this conversation

6         with Lieutenant Campbell, have you had any

7         other conversations either before October

8         17, 2006, or after regarding Detective

9         Quinoy and your daughter?

10             A.    With Lieutenant Campbell you're

11        talking about?

12             Q.    With Lieutenant Campbell, any

13        other conversations?

14             A.    No, no conversations before

15        that.

16             Q.    Now, to your knowledge, did

17        Lieutenant Campbell come to speak with you

18        the morning after you were arrested in his

19        official capacity or as a friend of yours?

20             A.    I don't know.  That's hard for

21        me to say.  I couldn't really tell if it was

22        -- he was in uniform.  He was on duty.  I

23        guess I would have to say that it's in his

24        official capacity, you know.

25             Q.    But that's based solely on the
```

```
 1                    M. GOMEZ            296
 2      fact that you saw him in uniform?
 3            A.    Exactly.
 4            Q.    You've seen him in uniform,
 5      though, many times other than this?
 6            A.    Oh, yes.
 7            Q.    Did Lieutenant Campbell ask you
 8      to sign anything or give any formal
 9      statements?
10            A.    No.  Well, he told me I'll be
11      back, and I never saw him again.  I was
12      transported to the County.
13            Q.    I believe you had testified the
14      last time you were here about Lieutenant
15      Campbell did attempt to speak to you at
16      another point in time regarding this
17      incident, but that your attorney, your
18      criminal attorney advised you not to speak
19      with him; is that correct?
20            A.    Oh, yes, but that was after I
21      was released from jail, the first day in
22      court back on the 24th of October I was
23      released but geez, I forgot her name, the
24      Sleepy Hollow judge.  I was released, and I
25      paid the bail, and she ordered to release my
```

```
  1                        M. GOMEZ                   297
  2         car also.  They wanted to keep my car as
  3         evidence.
  4                        And then after that when I was
  5         on my way out with my attorney, also, and
  6         Janet Gandolfo, he approached me.  He said,
  7         I want your phone number and your address
  8         and I want your wife's cell number, and I
  9         want your cell number, because I want to
 10         start my investigation at that point.  After
 11         I got released, and I was on my way home.
 12              Q.    I believe from what you
 13         testified previously that you did not speak
 14         with him about this incident at that point
 15         in time or after?
 16              A.    No.  My attorney told me and my
 17         wife's attorney Janet Gandolfo that he told
 18         him, no.  You don't have to say anything to
 19         him now unless we press it.  He kept calling
 20         the house and quite a few other times.
 21              Q.    How many times approximately
 22         did Lieutenant Campbell call?
 23              A.    Well, he left a couple of
 24         messages in the machine that he wanted to
 25         start the investigation.  And then the next
```

```
 1                          M. GOMEZ                298
 2          court date Ms.-- the attorney Janet Gandolfo
 3          made a motion -- I mean a request to the
 4          judge that I shouldn't be, you know, called
 5          and harassed by -- you know, my wife and I
 6          we were under criminal charges, and I
 7          shouldn't even be called.  That anything
 8          they have to be say that have to be by my
 9          attorney through them.  That's what I meant
10          to say.
11               Q.    Just so the record is clear,
12          Janet Gandolfo is your wife's criminal
13          attorney?
14               A.    Yes.
15               Q.    After that return date in
16          Court, did Lieutenant Campbell's telephone
17          calls cease?
18               A.    Yes.  Yes.
19               Q.    After you were arrested, did
20          anyone else other than Lieutenant Campbell
21          or the individuals you had mentioned
22          previously, Joe Corletto, or the person who
23          called you on the telephone whose name you
24          do not recall, did anyone else speak to you
25          about Detective Quinoy and Haydee's
```

```
 1                        M. GOMEZ              299
 2      relationship?
 3              A.    No.
 4                   MS. SHERVEN:  Actually, why
 5              don't we just take a short break.
 6                   (Whereupon, a recess was
 7              taken.)
 8              Q.    At any point in time after you
 9      were arrested, did you request medical
10      treatment?
11              A.    Yes.
12              Q.    When was that that you
13      requested medical treatment?
14              A.    Well, you know the situation
15      was chaotic in there.  Everybody was going
16      crazy, and I was -- you know, it was a big
17      commotion inside that station house, and I
18      don't exactly remember when.  And the
19      ambulance from Sleepy Hollow arrived, and
20      the ambulance from Mount Pleasant was there
21      also.
22                   I don't think I requested it.
23      You know, I was in the state in the way that
24      I was, they said you have to go to the
25      hospital.
```

```
1                    M. GOMEZ              300
2              Q.    Who was that that told you?
3              A.    The two ambulance, the person
4      who gave me treatment from Sleepy Hollow and
5      also the lady that came from Mount Pleasant.
6              Q.    You're referring to those
7      individuals, those are EMS workers as far as
8      you know?
9              A.    Yes.
10             Q.    Do you know who called the
11     ambulance?
12             A.    No.
13             Q.    But as far as you recall, you
14     didn't specifically request an ambulance?
15             A.    No.  No.  No.  I just well --
16             Q.    Now, you testified the last
17     time we were here that you received, that
18     you were tasered as a result of this
19     incident, correct?
20             A.    Yes.
21             Q.    Can you describe the sensation
22     that you felt when you were tasered?
23             A.    It was paralyzing completely.
24     Especially, the one in the neck that I
25     received it was.  And then the one in the
```

1                              M. GOMEZ              301

2              spine -- then the two worse was the one in

3              the head.  And when they held it, I even

4              heard my hair frying.  When your hair's

5              burning.  And then the one in my spine, I

6              felt my spine actually vibrating in the

7              lower back.

8                      In the head, I feel like my

9              brain I felt like my brain it was completely

10             bouncing inside.

11                 Q.    At what point in time was it

12             that you experienced what you've described

13             the taser to the head; was that before or

14             after you were handcuffed while on the

15             ground?

16                 A.    The taser to the head I think

17             it was -- I did get tasered quite a bit

18             before I was handcuffed neck, head, and

19             maybe in the head.  I don't know.  It was so

20             much that I just completely lost track, but

21             I would say ninety percent of the taser in

22             the head was after I was cuffed already.

23                 Q.    And the taser that you

24             specifically remember which you had just

25             testified to, do you remember if that was

```
1                    M. GOMEZ              302
2        before or after you were handcuffed?
3              A.    I remember the first one, it
4        was in the neck right below, almost very
5        close to the head area, and that was the
6        first one.
7              Q.    That was when you were
8        standing, correct?
9              A.    Yes.  When the whole thing
10       started and after that, we fell.  Detective
11       Quinoy and I, we fell to the ground.  And I
12       started getting tasered and kick in the rib.
13       Well, you didn't ask about the kicking, but
14       you're referring to the taser.
15               And mainly the one that I
16       remember the most that hurt me that was the
17       one that I was just laying on the ground.
18       And the ground was wet.  Remember that.  It
19       was raining, so.
20             Q.    That time that you specifically
21       remember, though, was that before or after
22       you were cuffed; if you remember?
23             A.    No.  It was after I was cuffed.
24       Yes, I was already cuffed.
25             Q.    Now, the other taser that you
```

```
 1                         M. GOMEZ               303

 2           just testified to that you said was one of

 3           the worst to your spine, was that before or

 4           after you were cuffed?

 5                  A.     After I was cuffed already,

 6           yes.

 7                  Q.     Do you know the identity of the

 8           person who tasered you on either of those

 9           that you described?

10                  A.     Well, I know definitely I saw

11           that I know that Officer Gasker tasered me

12           because he was there waiting for me with

13           Officer Quinoy when I arrived.

14                  Q.     Listen closely to my question,

15           though, because I'm not asking you who in

16           general was using the tasers as to what you

17           described.  But do you know which officer

18           specifically used the taser that you

19           described to your head after you were

20           cuffed?

21                  A.     I saw Officer Ebel.  I forgot

22           his name, Eldryk.  I don't know if I'm

23           pronouncing it right, Ebel.

24                  Q.     Do you know the identity of the

25           person who used the taser on your spine in
```

```
 1                          M. GOMEZ              304
 2        the manner that you described?
 3                A.    I have no idea.  I couldn't see
 4        him back there.  I was -- you know.
 5                Q.    Can you describe more
 6        specifically where on your spine?
 7                A.    Lower, almost, well, very low,
 8        not really into the part that you have that
 9        geez, what's the name of the little bone all
10        the way on the bottom, but a little more up.
11                      MS. VOLPER:  Are you referring
12                 to your tailbone?
13                A.    Yes.  Not in the tailbone.
14        Yes, thank you.  I would say about four or
15        five, six inches up from the tailbone, but
16        right in the middle of the spine.  And then
17        also I got tasered on different locations on
18        my back, which I still have the marks there.
19        But the one in the spine, that's the one
20        that hurt the most, you know.
21                Q.    Do you know why that taser that
22        you just described hurt the most?
23                A.    I have no idea.  I guess that's
24        the location that it was and, you know, it's
25        a sensitive spot.  I don't know.
```

1                           M. GOMEZ                    305

2              Q.    Other than those two tasers

3        that you described as being the worst, did

4        the other tasers that you mentioned, was the

5        sensation essentially the same for those?

6              A.    Well, when you get tasered on a

7        part like let's say like the shoulder, the

8        back, or any other area, it paralyzes you

9        completely.  But when you get tasered on the

10       head, you feel like the inside of your head

11       is going to explode, and that's what I felt

12       when they put it in my -- I'm getting all

13       confused.

14              MS. VOLPER:  You're pointing to

15                  your temple?

16              A.    Yes.  In my temple, in my left

17       side here, and then they tasered me.

18              MS. VOLPER:  Plaintiff is

19                  pointing to the back of his head.  He

20                  pointed to his temple, and he pointed

21                  to the area right above the eye.

22              A.    The ones in the head, I would

23       say they were the worst of all, and even

24       worse than the spine.

25              Q.    Other than those tasers,

```
 1                       M. GOMEZ                306
 2          though, that you're describing, did the
 3          other tasers that you testified that you
 4          received feel similar to each other?
 5                  A.    Well, they all feel very bad,
 6          you know.  I think they can bring down a
 7          horse, but I was saying that the one in the
 8          different parts of the back is not even
 9          close to the one on your head when you feel
10          that brain moving around inside your head,
11          that's a different story.
12                  Q.    Have you yourself ever used a
13          taser on anyone in your official capacity as
14          a corrections officer?
15                  A.    Yes.  We started using that
16          back in the early '90's.
17                  Q.    Can you approximate for me on
18          how many occasions during the course of
19          career you used a taser on a prisoner?
20                  A.    You know it had to be a pretty
21          bad riot situation or an assault on an
22          officer or, you know, something very, you
23          know, very -- had to be very -- and it was
24          directive by the department you couldn't use
25          it in the genital area or from the neck up.
```

```
 1                        M. GOMEZ                    307
 2        It was off limits.
 3                 Q.    Can you approximate, though,
 4        for me, the number of times that you used a
 5        taser?
 6                       MS. VOLPER:  I'm going to
 7                 object to that as being irrelevant,
 8                 but go ahead and answer.
 9                 A.    Well, two, three, four times.
10        You're not allowed to use a taser unless --
11        you don't even carry it.  You just carry an
12        alarm, mace, you do carry a mace.  But you
13        don't carry a taser unless it's absolutely
14        emergency, an alarm situation, and then they
15        bring it from the control room.
16                 Q.    Are all tasers essentially the
17        same or are there different --
18                 A.    -- different power.
19                       MS. VOLPER:  I'm going to
20                 object to that question.  You're
21                 asking him for specific technical
22                 information.  You may answer only if
23                 you know.
24                 Q.    Do you know are all tasers the
25        same, or are there different powers or means
```

```
1                        M. GOMEZ                    308
2        of tasering?
3                A.    They have different powers.  I
4        guess every department use a different one,
5        you know, and some could be more lethal than
6        others.
7                Q.    Do you know the type of taser
8        that you believed the officers used on
9        October 17, 2006?
10               A.    I couldn't remember.  I have it
11       at home, but I don't have -- I don't
12       remember it by offhand the numbers or the
13       name of it, you know.
14               Q.    What do you have at home that
15       would refresh your recollection as to what
16       the means of the taser was?
17               A.    Just basically research and
18       Internet.  That's basically it.
19               Q.    In order to use a taser does
20       one need to remove a safety or something of
21       that nature?
22               A.    There is the buttons, you know,
23       but the one that they used they didn't use
24       the one that shoots out.  And it's like a
25       screening that the screen gets you.  It's
```

```
 1                         M. GOMEZ                  309

 2           almost like a net that shoots out, and I'm

 3           not sure if they used that type of taser

 4           with me.  But I know the one that they used

 5           the one they applied in my head and my spine

 6           it was actually the one that you have to

 7           actually apply to the person and push it

 8           into the person's skin or the part of the

 9           body that you want to taser, you know.

10                 Q.   Is that type of taser that

11           you're describing activated solely by

12           placing it against someone's skin, or does

13           one need to press some type of button or

14           some other?

15                 A.   You got to press a button, of

16           course.

17                 Q.   If one does not press the

18           taser, does the taser function, or what is

19           the result if the button is not pushed?

20                 A.   I'm not really, I couldn't

21           really answer you, unless you have a Sleepy

22           Hollow police officer present, because the

23           one that I use in my department, it might be

24           completely different.  I'm talking about

25           six, seven years ago when I was in there.
```

```
 1                    M. GOMEZ              310
 2      The one that they used back then is probably
 3      obsolete now.
 4           Q.   Is it fair to say you're not
 5      sure whether you would need to press the
 6      button or lever in order to have the taser
 7      to function properly?
 8           A.   The one that I'm aware you have
 9      to press a button.  You know you're giving
10      the electricity.
11           Q.   Now, you testified last time
12      that the Tarrytown Police responded?
13           A.   Yes.
14           Q.   How many police cars responded
15      if you recall?
16           A.   I'm not sure three, four patrol
17      cars.
18           Q.   Do you know how the Tarrytown
19      Police came to come to Sleepy Hollow?
20           A.   No, but thank God for them that
21      they arrived.  They saved my life.
22              MS. SHERVEN:  Move to strike
23              the portion that's not responsive.
24           Q.   Do you know the identity of any
25      of those Tarrytown police officers?
```

```
1                         M. GOMEZ              311

2              A.    No.

3              Q.    At any point in time did you

4       know any of their identities?

5              A.    No.  I was passed out on the

6       floor.  I just couldn't.  I knew they were

7       there but -- there were a lot of patrol cars

8       there, Sleepy Hollow and Tarrytown.

9              Q.    Can you approximate for me the

10      number of Sleepy Hollow or Tarrytown Police

11      cars that were there?

12             A.    I don't know.  I would say the

13      whole shift, the whole 4:00 to 12:00 shift

14      from Sleepy Hollow had to be present by the

15      time the incident stopped.  Everybody was

16      there in that location.  All the officers

17      assigned to that specific tour was there.

18             And I would say, I don't know maybe

19      three, four, five from Tarrytown responded.

20      Two -- I know there was from what I heard it

21      was more than three, three or four.  I'm not

22      sure.

23             Q.    When you're saying three or

24      four or five from Tarrytown, are you

25      referring to police vehicles or officers?
```

```
 1                      M. GOMEZ                312

 2              A.    I would say the officers.

 3         Maybe, six officers, seven officers.  I'm

 4         not quite sure.

 5              Q.    Okay, just so we're clear, is

 6         it your testimony that there were six or

 7         seven Tarrytown police officers at the

 8         scene?

 9              A.    I know there were more than

10         three or four police officers.  I'm not

11         exactly from Tarrytown, from Tarrytown

12         Police Department, and I'm not exactly sure

13         as to how many.  It was a sergeant there

14         from Tarrytown Police.

15              Q.    How do you know there was a

16         sergeant there?

17              A.    I don't know.  I got a thousand

18         calls after the incident, and people all

19         kinds of witnesses there, all kinds of

20         people already see, oh, sergeant -- and

21         sergeant, -- which I can't remember his

22         name, but he pulled Detective Quinoy off of

23         me and told him, it's enough.

24                   MS. VOLPER:  So, is it your

25              testimony that somebody told you a
```

```
 1                         M. GOMEZ                    313

 2            sergeant was there.

 3                    THE WITNESS:  Yes.

 4            Q.    Who was the person that told

 5     you that a sergeant was there?

 6            A.    I don't remember.  I don't

 7     know.  You know, I received a thousand calls

 8     from different friends, from Sleepy Hollow,

 9     and you know everybody wanted to know what

10     happened and things like that, you know.

11            Q.    Any of those phone calls that

12     you received after the incident did any of

13     those people have personal knowledge as to

14     what had happened?

15            A.    As witnesses that seen what

16     happened?

17            Q.    Anybody with personal

18     knowledge, whether they were witnesses who

19     saw something or any other way that they

20     would have personal knowledge, not that they

21     were told something from someone else?

22            A.    Well, yeah, there was quite a

23     lot of people that told me that they were

24     there.

25            Q.    Okay.
```

```
 1                     M. GOMEZ              314

 2              A.    By the time, the incident

 3        started, the incident went on for almost

 4        twenty, twenty-five minutes, thirty minutes.

 5        You know, for quite a while you know.

 6              Q.    Who told you that they were

 7        there?

 8              A.    Who?

 9              Q.    You said that there were quite

10        a few people that told you that they were

11        there.  Who are you referring to?

12              A.    No.  I saw I was passed out,

13        but when I picked me up and I still was able

14        to walk a little bit, I saw the Tarrytown

15        Police there.  Also, I saw them personally,

16        and my wife was there, also.

17                   And honestly, I can't tell who,

18        you know.  I had a call from so many people

19        in town, that you probably we would have to

20        spend a half an hour writing names down in

21        this.

22                   MS. VOLPER:  Let me say

23                   something here.  She asked you about

24                   who called you, and if they had

25                   personal knowledge of the incident.
```

1                           M. GOMEZ                    315

2                    Are you stating that there were

3              mostly police officers there, or that

4              there were other just citizens there

5              who saw things and saw you.

6                    THE WITNESS:  No, citizens

7              citizens, sorry.  I didn't understand

8              the question.  Are you were referring

9              to all the police officers that

10             called me?

11                   MS. VOLPER:  Maybe you can ask

12             some specific questions to clarify

13             this.

14             Q.    You testified that you received

15      many phone calls --

16             A.    Right.

17             Q.    -- after this incident,

18      correct?

19             A.    Yes.

20             Q.    Of those phone calls, did

21      anyone who called you, whether they were

22      police officers or a regular citizen, did

23      any of them say that they saw what had

24      happened?

25                   MS. VOLPER:  That's what she

```
 1                          M. GOMEZ                    316
 2              means by personal knowledge.  Were
 3              they there physically seeing the
 4              assault?
 5                   MS. SHERVEN:  Move to strike.
 6              A.    Yeah, I understand the
 7     question.  I was just thinking.
 8                   MS. VOLPER:  If you don't
 9              remember, you don't remember.
10              A.    No, I don't remember.
11              Q.    Do you know the identity of
12     anyone, any private citizens who may have
13     seen what happened?
14              A.    Yes.
15              Q.    Okay.  Who are those people who
16     may have seen what had happened or who told
17     you that they saw something?
18              A.    No.  They haven't told me, but
19     I know that they were there.  The majority,
20     all the fire department which is right next
21     to it, they were there.
22              Q.    Did any private citizen tell
23     you that they saw what happened?
24              A.    I don't remember that right
25     now.  It's been a while.  No.
```

```
1                        M. GOMEZ              317
2              Q.    Other than the police officers
3        that you testified that you saw, did you see
4        anyone else who may have seen what had
5        happened; in other words, the fire
6        department that you mentioned?
7              A.    I know that the Assistant Fire
8        Chief Danny Hayes was there and he was.
9              Q.    Anyone else?
10             A.    No, that's about it.  I mean
11       the whole fire department shift that night
12       saw what happened.  They were there, you
13       know.
14             Q.    How do you know that the whole
15       fire department shift saw what happened?
16       Like, what leads you to believe that?
17             A.    I shouldn't say that, you know.
18       I was just assuming because everybody is
19       usually there till late at night, so.
20                   MS. VOLPER:  So, is it your
21                   testimony that the fire department
22                   came, and when you say the whole
23                   shift came, you just meant the fire
24                   department was there?
25                   THE WITNESS:  Right, the people
```

```
 1                      M. GOMEZ                 318
 2              that are usually there at nighttime.
 3              Q.    Is that because they were
 4      called to the scene, or is that because the
 5      fire department is close in proximity to the
 6      police department?
 7              A.    No.  No.  Right next to it,
 8      right next to the police department, yes.
 9              Q.    As far as you know were any
10      members of the fire department called to the
11      scene in an official capacity?
12              A.    Geez, I know that Jimmy Hayes,
13      he's the one -- I think he's a fireman, yes.
14      But he's the one that responded as an EMS,
15      and when the EMS phoned the Sleepy Hollow
16      Village.
17              Q.    And he's a member of the fire
18      department?
19              A.    Yes, I believe so, yes, and
20      he's also -- I don't know what position he
21      has.  I forgot the name of the position in
22      the Emergency Response Unit with the EMS
23      with Sleepy Hollow.
24              Q.    Based on what you testified to
25      before, though is, it fair to say that he
```

```
 1                      M. GOMEZ              319
 2          did not arrive until after you were under
 3          arrest and the Tarrytown Police responded?
 4               A.    I don't know.
 5               Q.    But the ambulance arrived at
 6          some point in time after the Tarrytown
 7          Police, correct?
 8               A.    I believe that before they even
 9          transported me out and drove me around, that
10          there were already ambulance and they were
11          already Tarrytown patrol cars and Sleepy
12          Hollow's.  They were there already.  I was
13          still on the streets.
14               Q.    Now, you testified earlier that
15          there was a Tarrytown Police officer who
16          spoke to Detective Quinoy; is that correct?
17               A.    Yes.
18               Q.    Do you know the identity of
19          that Tarrytown Police officer?
20               A.    It was a sergeant.
21               Q.    How do you know that; is that
22          because of something you saw or something
23          you learned after the fact?
24               A.    I basically I pretty much look
25          up, and I saw, you know, you know, I was
```

```
 1                    M. GOMEZ              320
 2        kind of blank, so, and --
 3             Q.    How did you know that that
 4        person was a sergeant; is it based on his
 5        uniform or is it?
 6             A.    Oh, on the uniform, of course,
 7        yes.
 8             Q.    But did you know that
 9        individual yourself, whether even if you
10        didn't know his name, that you had seen him
11        and knew he was a sergeant?
12             A.    As a friend personally, no, no.
13             Q.    But you recognized from the
14        uniform that he was a police sergeant from
15        Tarrytown?
16             A.    Yes.
17             Q.    What exactly did you see
18        transpire between this Tarrytown Police
19        Sergeant and Detective Quinoy?
20             A.    What I saw was very briefly,
21        you know, so.  It was quite a lot of people
22        around me and moving here and pushing
23        around.
24                  MS. VOLPER:  Do you recall what
25             you saw, if anything?
```

```
1                           M. GOMEZ              321

2              A.    No.

3              Q.    Earlier you testified I believe

4      that a member of the Tarrytown Police

5      Department pulled Detective Quinoy off of

6      you.  Do you recall saying that?

7              A.    Yes, I did.

8              Q.    Do you know who that person

9      was?  Was that the sergeant, or is that

10     someone else?

11             A.    That was the sergeant.

12             Q.    Did you, yourself, see that

13     occur?

14             A.    No.  I didn't see that.

15             Q.    How do you know that that's

16     what happened?

17             A.    Well, I know that I saw them

18     talking, and I saw them.  And after the

19     point that I saw them talking, the sergeant,

20     the Tarrytown Police.  There was quite a few

21     other officers well, the whole shift from

22     Sleepy Hollow was there, and they picked me

23     up.

24             Q.    Who picked you up?

25             A.    The officers, how they helped
```

```
1                        M. GOMEZ                322

2          me up, and I think it was Delasandra,

3          Richard Delasandra.  I don't know if I'm

4          pronouncing it right.

5                    MS. VOLPER:  Delasandra?

6                    THE WITNESS:  Delasandra, yes,

7               thank you.

8                    A.    So, when they put me in that,

9          they moved me in.  And my wife was still

10         running around, I heard her voice in the

11         background.  So, it was a whole big

12         commotion.  So they put me in the back of a

13         patrol car of Sleepy Hollow.

14                    So, Richard, Officer Delasandra

15         was here, the Tarrytown Police was here.

16         So, Detective Quinoy was on the other side

17         across the street, and he started -- I was

18         already cuffed, sitting on the patrol car in

19         the back seat, and Richard Delasandra had

20         the door was opened.  Officer Delasandra was

21         here.

22                    Detective Quinoy started

23         approaching the car as to giving Officer

24         Delasandra instructions on what to do, and

25         Detective Quinoy approach there.  He
```

```
1                        M. GOMEZ              323

2        approach the car.  He took the opportunity,

3        the door was opened, and he kicked me in my

4        face one more last time, which completely

5        knocked me out in the back seat.

6                  Q.    Who did that?

7                  A.    Detective Quinoy as I was

8        already cuffed inside the patrol car.

9                  Q.    What portion of your body did

10       he kick you?

11                 A.    In the face in the right part

12       of the temple, here.

13                 Q.    What happened after that?

14                 A.    After that, I was oh, geez, I

15       never expected it.  I saw him approaching.

16       I was just sitting.  I was completely.

17                 MS. VOLPER:  Listen to her

18                 question.  What happened after you

19                 were kicked in the face?

20                 THE WITNESS:  I'm sorry.

21                 You're right.

22                 MS. VOLPER:  Do you remember

23                 what happened after you were kicked

24                 in the face?

25                 A.    After I was kicked in the face,
```

```
1                        M. GOMEZ              324
2          I was passed out in there, and I blanked.
3          Officer Richard Delasandra got in the patrol
4          car.  He slammed the door, drove me around a
5          little corner, and they brought me into the
6          back, through the back to the precinct.
7                   Q.   You said that you passed out;
8          is that correct.
9                   A.   Well, it was almost like -- you
10         know when you pass out that you get that
11         feeling, that boom, that you pass out like.
12                  Q.   Did you lose consciousness?
13                  A.   No, no, not unconscious, no.
14                  Q.   Did you hear any conversations
15         between Detective Quinoy and any Tarrytown
16         Police officers?
17                  A.   No.  I saw them talking, but
18         not exactly.  I couldn't tell you what it
19         was.
20                  Q.   Do you know why you were placed
21         in the patrol car instead of taken into the
22         precinct, because this happened in front of
23         the precinct, correct?
24                  A.   Yes.
25                  Q.   Do you know why?
```

```
 1                          M. GOMEZ                325
 2                A.    I have no idea.
 3                Q.    Approximately, how long did it
 4          take to get from the patrol car into the
 5          precinct?
 6                      MS. VOLPER:  If you know.
 7                A.    It takes thirty seconds.
 8                Q.    When you went into the
 9          precinct, what happened?
10                A.    When I went into the precinct,
11          there was already all the officers, Officer
12          Eldryk Ebel.  I can't remember.  Officer
13          Michael Hayes was there, and Sergeant Paul
14          Hood was already there.  And Lieutenant Gary
15          Hayes was there.  And Jimmy Warren, Junior,
16          not the chief.  The son had already arrived
17          I believe.
18                      They put me on the -- they took
19          everything out of my pocket.  They searched
20          me.  At that time, the EMS Unit came in,
21          Mount Pleasant, and they were already
22          inside.  They were talking about -- they
23          were talking to Jose Quinoy, if he needed
24          treatment, you know.  There was a lot of
25          commotion going on.
```

```
 1                      M. GOMEZ                326
 2                 Then they put me in -- I was
 3          leg shackled, my leg and feet, and I was
 4          shackled to the bench.  There's a metal
 5          bench where they tie you.  They chain you
 6          down there.  And I was just there for a
 7          while.
 8                 So, during that transaction
 9          that everybody was going in and out,
10          Detective Jose Quinoy came back in and at
11          that time it was just myself and him by
12          himself.  And he came in with my cell phone,
13          and he said, you see this, you fucked with
14          the wrong one.  I'm going to say the exact
15          words.  If you fuck with the wrong one, he
16          went -- crack, and he broke my cell phone in
17          half, and he slammed it on the table.  And
18          he told me, this is not New York City
19          Correction, okay.  You're going to jail, and
20          they're going to eat you alive.  They're
21          going to chew your ass alive in there when
22          they know that you were an ex-C.O.  Those
23          were his exact words.
24             Q.    What, if anything, did you say
25          to him?
```

```
 1                    M. GOMEZ              327
 2           A.    I didn't say anything to him
 3     because I figure that if I got kicked in the
 4     face in front of the rest of the police
 5     officers, being myself in there with him he
 6     probably would have done something else, you
 7     know.
 8               MS. SHERVEN:  Move to strike
 9            the portion that's nonresponsive.
10           Q.    Where did that conversation
11     occur?
12           A.    It was in the booking room.  I
13     was already leg shackled, and they had
14     already searched me.  He came back in in one
15     of the sections.
16               So, I overheard that they would
17     impounded my car.  That's when I called
18     Lieutenant Hayes, please, Lieutenant Hayes,
19     Lieutenant Hayes.  He came over.  And I
20     said, please, I don't take any drugs, okay.
21     You can give me a blood test, whatever you
22     want.  And if you're going to have somebody
23     search my car to impound my car, send
24     another officer.  Don't let Detective Quinoy
25     do that, because I don't want any surprises
```

```
 1                     M. GOMEZ              328

 2         being dropped in my car, and I told that to

 3         Lieutenant Hayes.  And I don't know, I guess

 4         they didn't let Detective Quinoy do that.  I

 5         don't know.

 6               Q.    Was your car searched?

 7               A.    I know my car was impounded,

 8         and that for seven days in Stalaski's, yes,

 9         they search it, yes.

10               Q.    Do you know what the results

11         were of the search?

12               MS. VOLPER:  You need a verbal

13               response.

14               A.    It was clean as a whistle.  I

15         mean clean, clean.  I mean I was not

16         drinking.  You know, I don't do anything.  I

17         don't do any drugs.  I don't carry anything.

18               MS. SHERVEN:  Move to strike

19               the portion as nonresponsive.

20               Q.    How long was your car

21         impounded?

22               A.    From the day that I got

23         arrested to the 23rd, that I got released

24         from jail.  But the judge order it to

25         release the car to the defendant.
```

```
 1                    M. GOMEZ              329
 2              Q.    On that date, did you get your
 3        car back?
 4              A.    Yes.  And I had to pay fifty
 5        dollars to the police department and five
 6        hundred something dollars to the impounded
 7        Stalaski's.
 8              Q.    Now, going back to the time
 9        that you were in the police precinct, did
10        there come a point in time when the EMS
11        treated you?
12              A.    Yes.
13              Q.    Was that Sleepy Hollow EMS or
14        Mount Pleasant?
15              A.    Both of them.
16              Q.    What treatment did you receive
17        at the police station?
18              A.    Well, they took -- how do you
19        call it the --
20              Q.    -- the blood pressure?
21              A.    Yes, the blood pressure, and my
22        eyes with the flashing light, and she
23        requested, you know, I was telling her that
24        my spine was burning.  I actually my back
25        was burning, and it was hurting so bad.  And
```

1                          M. GOMEZ                330

2          then she requested some of the police

3          officers to uncuff me, so she can take a

4          look at my lower back.

5                    Then from there they decided he

6          have to -- because my heart was beating so

7          fast, and they had to run me to the

8          emergency room.  I don't know.

9              Q.    Okay.  When you're saying she,

10         are you referring to an EMS worker?

11             A.    Yes, a lady from the Mount

12         Pleasant, and Jimmy Hayes was responding

13         from Sleepy Hollow.

14             Q.    Did you make any other

15         complaints to the EMS workers as to how you

16         were physically feeling?

17             A.    Oh, yes.

18             Q.    What did you tell them?

19             A.    My head was I felt like my head

20         was getting ready to explode.  That was the

21         main thing.  And my lower back I had a

22         burning sensation on my spine.  You know,

23         mainly in the lower back.  That was the bad

24         part you know.

25             Q.    I know you testified that they

```
1                    M. GOMEZ              331
2        checked your eyes, checked your blood
3        pressure, and examined your back, did they
4        treat you in way, give you any medications,
5        clean any wounds, anything like that?
6              A.    Oh, they wiped me down with
7        that alcohol.  I was bloody, you know, all
8        the blood, yes.
9              Q.    Anything else?
10             A.    Not that I can remember.  It
11       was so many things that --
12             Q.    Did you request that you were
13       taken to the hospital, or was that what the
14       EMS told you?
15             A.    I think I don't know if I
16       requested it, because I wasn't even talking
17       that much.  I was just mainly, you know -- I
18       don't even know.  I was hurting, and you
19       know I think that was the decision made by
20       them.
21             Q.    From what you testified to,
22       they took you to the emergency room to the
23       hospital because of your heart rate?
24             A.    Yes.  My heart was beating, you
25       know.  I couldn't control it.  Well, I
```

```
1                        M. GOMEZ                332

2        guess, I don't know.  And my pain in the

3        head and trauma in the back and everything,

4        you know.

5                Q.    Which hospital were you taken

6        to.

7                A.    Phelps.

8                Q.    To your knowledge, did your

9        wife sustain any injuries on October 17,

10       2006?

11               A.    Yes.

12               Q.    What injuries did she have?

13               A.    She sustained a very very bad

14       bruised ribs, and I think it was the right

15       side.  Was it the right side, oh, geez.

16               MS. VOLPER:  Whatever you

17               remember.

18               A.    When I arrived at the emergency

19       room, she was already there at the hospital

20       also getting treatment.

21               Q.    Other than the bruised ribs

22       that you mentioned, as far as you know did

23       she have any other injuries as a result of

24       the incident on October 17, 2006?

25               A.    Well, this is as a result, but
```

```
 1                          M. GOMEZ                    333
 2        she was very very very nervous, and she
 3        couldn't sleep for quite a few days.  She
 4        had to go to different doctors because she
 5        was so nervous, it started affecting her
 6        job.
 7                    She took about five days
 8        without going to her job during the time
 9        that I was in jail, looking for lawyers.  We
10        didn't have enough money, you know.  You
11        know it was pretty bad, rough situation and
12        she couldn't sleep.
13                    MS. SHERVEN:  Move to strike as
14              nonresponsive.
15              Q.    Listen to my question.  Other
16        than the injuries that you mentioned bruised
17        ribs, do you know if she had any other
18        physical injuries at the time she went to
19        the hospital?
20              A.    So, the nervous situation and
21        the mental situation is not a physical
22        injury?
23              Q.    We're talking about physical
24        injuries.  You mentioned the bruised ribs,
25        anything else?
```

```
  1                    M. GOMEZ                    334
  2            A.    Not that I know of.  I'm sorry
  3      about that, you know.  You're right.
  4            Q.    Do you know how she was taken
  5      to the hospital?
  6            A.    My daughter arrived with her
  7      cousin.
  8            Q.    With your wife's cousin or your
  9      daughter's cousin?
 10            A.    No, my daughter's cousin.
 11            Q.    Which daughter?
 12            A.    Haydee.
 13            Q.    What is your niece's name,
 14      Haydee's cousin, what's her name?
 15            A.    Jenny.
 16            Q.    What's her last name?
 17            A.    Cabra C-A-B-R-A -- wait a
 18      minute.  Okay, C-A-B-R-E-R-A, Cabrera,
 19      something like that.
 20            Q.    Did your daughter and her
 21      cousin take your wife to the hospital; if
 22      you know?
 23            A.    Yes.
 24            Q.    To your knowledge did Detective
 25      Quinoy receive any treatment from EMS at the
```

```
1                    M. GOMEZ                335

2      police station?

3              A.    I think he did, yes.

4              Q.    Do you know what?

5              A.    No.  In the police station?

6              Q.    In the police station.

7              A.    I'm not sure, no.  I don't

8      know, and I don't have no idea.

9              Q.    To your knowledge was Detective

10     Quinoy also treated at Phelps Hospital?

11             A.    Yes.  My wife said I saw him

12     there, with she saw also Chief Jimmy Warren,

13     Junior.  He was there with him.

14             Q.    Did you, yourself, see

15     Detective Quinoy at the hospital?

16             A.    No.

17             Q.    But your wife told you later

18     that she saw Detective Quinoy at the

19     hospital?

20             A.    Yes.

21             Q.    Did you, yourself, see Chief

22     Warren?

23             A.    No.

24             Q.    But your wife told you later

25     that she saw Chief Warren?
```

```
 1                      M. GOMEZ                336
 2              A.    Yes.
 3              Q.    At any point in time did you
 4       learn what injuries Detective Quinoy was
 5       treated for at the hospital?
 6              A.    I have no idea.
 7              Q.    At any point in time did you
 8       see whether Detective Quinoy was bleeding or
 9       had any bruises?
10              A.    No.
11              Q.    At any point in time did you
12       observe any type of injury on Detective
13       Quinoy's person?
14              A.    Well, I'm not sure, you know,
15       no.
16              Q.    How long did you spend at
17       Phelps Hospital, approximately.
18              A.    Two or three hours, three
19       hours.  I guess three and a half hours.
20              Q.    What, if any, complaints did
21       you make to the hospital personnel?
22              A.    I told him what happened.  How
23       I'm feeling.  Then they gave me about three
24       different shots, one I think the anti blood
25       clot he told me, and another one for the
```

```
1                    M. GOMEZ                 337

2        pain, and I got about three different shots,

3        and about three different pills.  And by

4        then I left the hospital, I was very like

5        very sedated, so I don't know.

6             Q.    What did you specifically tell

7        them, though, as to what you were feeling?

8             A.    Oh, I told him that my head and

9        my lower back that was it was very -- it was

10       killing me.

11            Q.    Did the doctor or any other

12       hospital personnel examine your head or your

13       lower back?

14            A.    They gave me, they did take,

15       you know, they put me in the -- I don't know

16       not an x-ray.  It MRI's or something.  They

17       put me in the machine, the head.  And you

18       know they did a lot of things.  I was there

19       almost three and a half hours, four hours.

20       I don't know.

21            Q.    Is it your testimony that they

22       did an MRI to your head only, or did they do

23       an MRI on other portions of your body as

24       well?

25            A.    I don't remember.  I was
```

```
1                        M. GOMEZ              338

2        already by the time they took me in there,

3        they gave me the shots.  You know, I don't

4        remember what they did really, you know.

5              Q.    Were you ever told the results

6        of this MRI?

7              A.    No.  I had been going to my

8        neurologist for my headaches.

9              Q.    Okay.  We're talking right now

10       just about the hospital?

11             A.    No, no, no, no.

12             Q.    At the time you were released

13       from the hospital, did they refer you to any

14       other doctor or medical facility?

15             A.    From the hospital?

16             Q.    From the hospital.

17             A.    No.  I guess they figured I

18       have my own doctors, you know.

19             Q.    Did they tell you to followup

20       with your own doctors, in other words?

21             A.    I don't know if they did.  They

22       wrote a whole bunch of things down, and they

23       gave it to them I guess.  I don't know what

24       happened after that, really, you know.

25             Q.    When you say they gave it to
```

```
 1                    M. GOMEZ              339
 2      them, who is them?
 3            A.    To the police officers that was
 4      there, you know, the two police officers who
 5      were escorted me, you know.
 6            Q.    Which police officers were
 7      those?
 8            A.    It was Ebel, Eldryk Ebel, and
 9      Officer Michael Hayes.
10            Q.    Were you given any prescription
11      medications when you were released from the
12      hospital?
13            A.    In the hospital?
14            Q.    In the hospital.
15            A.    No.  I don't know.  I don't
16      know what they -- no.
17            Q.    At the hospital did they treat
18      you in any other way other than what you
19      testified to?
20            A.    The shots and the pills that
21      they gave me.
22            Q.    Right.  Anything else?
23            A.    They put like a thing here on
24      my head.  How do you call it -- I don't know
25      what, one of the bags.
```

```
 1                    M. GOMEZ              340
 2              Q.    What was the purpose of that;
 3         if you know?
 4              A.    I guess to calm the pain,
 5         something, I don't know, for all the
 6         swelling down.
 7                    MS. VOLPER:  Are you talking
 8              ice.
 9                    THE WITNESS:  No, not ice.
10                    MS. VOLPER:  Was it a cold
11              pack?
12              A.    Yeah, something in my head,
13         because I told them that my eyes were
14         hurting.  And then I heard people talking
15         and moving, and I saw the two officers
16         coming in and out.  And then my wife was
17         screaming in the other room, and I don't
18         remember exactly, you know, really.
19              Q.    Why was your wife screaming in
20         the other room, if you know?  What was she
21         saying?
22              A.    I guess she was in pain.  I
23         don't know.  She wanted to know how I was.
24         She knew that I was in a room next to her I
25         guess.  I don't know.
```

```
 1                        M. GOMEZ                341
 2              Q.    Do you know approximately how
 3       long your wife was in the hospital?
 4              A.    About two or three hours
 5       herself, and three hours, around there.
 6              Q.    What type of treatment, if any,
 7       did she receive?
 8              A.    I have no idea.  She did
 9       receive treatment, yes.
10              Q.    When you were released from the
11       hospital, where were you taken?
12              A.    To the station.
13              Q.    Back to the Sleepy Hollow
14       Police Department?
15              A.    Yes.
16              Q.    I believe that you testified
17       earlier that it was sometime the next
18       morning that you were transported to another
19       facility; is that correct?
20                   MS. VOLPER:  I'm going to
21              object to the form of that question.
22              Could you rephrase that.
23              Q.    Do you understand what I'm
24       asking?
25              A.    Yeah, in the morning.  You said
```

```
 1                        M. GOMEZ                    342

 2          what were you saying, when did they

 3          transported me?

 4                   Q.    You were transported the next

 5          morning; is that correct?

 6                   A.    Yes.

 7                   Q.    Where were you taken the next

 8          morning?

 9                   A.    To Westchester County Jail.

10                   Q.    Do you know for what reason you

11          were taken to the county jail?

12                   A.    I saw the judge very briefly

13          about eight o'clock in the morning.

14                   Q.    That same day?

15                   A.    That same morning, yes.  Before

16          then they were waiting for the commitment

17          papers, and then I was escorted by the two

18          officers to Valhalla, yeah.

19                   Q.    Just so we're clear --

20                   A.    -- and they gave me one phone

21          call a little bit before I left.  That's

22          about it.

23                   Q.    When you're saying you received

24          one phone call in the morning before you

25          left, you mean before you left the Sleepy
```

```
1                      M. GOMEZ                   343

2        Hollow Police Department?

3              A.    Yes.

4              Q.    Who did you call?

5              A.    My wife.

6              Q.    From the Sleepy Hollow Police

7        Department, where were you taken next?

8              A.    To the county jail.

9              Q.    Is the county jail where you

10       saw the judge?

11             A.    No.  I saw the judge in the

12       bench in the Sleepy Hollow Courtroom.

13             Q.    That same day before you were

14       transferred?

15             A.    Yeah, that morning, the morning

16       of the 18th, eight o'clock or around 8:30 in

17       the morning.

18             Q.    For what reason did you see the

19       judge that morning; if you know?

20             A.    She told me the charges that I

21       had, and I was trying to explain, and she

22       said don't talk.  I've asked you not to

23       talk.

24             Q.    Was this your attorney saying

25       this?
```

1                      M. GOMEZ                    344

2              A.    No.  I had no attorney, and I

3        was trying to give her a brief explanation,

4        and she just told me, no, I don't want to

5        hear.  I advise you not to say anything.

6                    She told me what my charges

7        were, and I see you in court on -- she told

8        me why she couldn't give me bail.  I had no

9        bail.  And she told me I'm waiting for -- I

10       can't give you bail, because I don't have

11       your commitment papers.  So I went into jail

12       I think it was six, seven days with no bail,

13       so, you know.  And then she told me the

14       charges and then I said, okay.

15             Q.    What charges did she tell you

16       you were being charged with?

17             A.    I believe I had three felonies

18       and two misdemeanors, and one violation.

19             Q.    Do you know what types of

20       felonies or misdemeanors or violations you

21       were being charged with?

22             A.    Geez, I can't remember.  I

23       can't remember off the top of my head,

24       because I don't want to speculate if I'm not

25       sure what numbers.

```
1                        M. GOMEZ                345

2              Q.    Even if you don't know what

3         section of the Penal Law it is, do you know

4         what --

5              A.    -- Oh, I know one is assaulting

6         a police officer.  Another one resisting

7         arrest I think was another one.  And I think

8         another one obstructing governmental

9         procedures, and another one is that I broke

10        a personal -- somebody's cell phone or one

11        of the guns or the tasers broke, and they

12        were trying to charge me for breaking

13        departmental property, you know.

14             Q.    When you saw the judge that

15        morning, did you request an attorney?

16             A.    Yes.  I mean basically I wasn't

17        given any chance, okay, when I was there.

18        When I went to see the judge, the courtroom

19        was empty.  There was nobody there.  I said,

20        the judge, it was somebody else.  I think

21        the clerk, and Michael Gasker was there.  He

22        came in.  Officer Gasker and the two police

23        officers that transported me, Officer Tony

24        Bennitas, and I don't know the other guy's

25        name.  I can't remember.  I don't know him
```

```
 1                          M. GOMEZ                    346
 2          that well.  And that was pretty much it.
 3                  Q.     Did any of the police officers
 4          speak to the judge as far as you know when
 5          you were there?
 6                  A.     In the courtroom?
 7                  Q.     In the courtroom.
 8                  A.     No.
 9                  Q.     Do you know why the police
10          officers were there?
11                  A.     Well, when I saw the judge I
12          was cuffed.
13                  Q.     So, the police officers were
14          taking you in?
15                  A.     Yeah.  They brought me to the
16          cell first.  They gave me -- I can't
17          remember if I had the call after I saw the
18          judge.  After I saw the judge, they took me
19          from the cell, they cuffed me.  They brought
20          me in the other courtroom, which they
21          connects, because everything is connected
22          there, the station with the courtroom.
23                      And I saw the judge.  I was
24          cuffed.  The two officers were standing
25          behind me, and Officer Michael Gasker came
```

1                      M. GOMEZ                347

2          in through the door.  The judge told me

3          everything that she had to say.

4                      And then from there, I say,

5          okay.  You're going in.  I see you the 23rd,

6          the next court date, you know.

7              Q.    After that you were transported

8          to the County Jail?

9              A.    Yes.

10             Q.    Now, from the time that you

11         were arrested until your arraignment that

12         morning, were you given any food or

13         beverages?

14             A.    Well, I'm glad that you say

15         that, you know.  I had it was when I was

16         brought in from the hospital about 4:00

17         o'clock in the morning or around there, they

18         put me in the bench with the metal bench and

19         I was already cuffed behind the back.  And I

20         was there cuffed behind my back.  The only

21         thing they did they took the leg shackles

22         out.  And I was cuffed in the same position

23         for hours and talking about from the time.

24                     Then I heard my wife's voice

25         about 4:30 in the morning, and I said

```
1                         M. GOMEZ                    348
2            Awilda, are you there.  And that's when my
3            wife got arrested.
4                      And the reason they took me out
5            from that bench and put me in the cell,
6            because they needed Detective Quinoy needed
7            to print my wife.  And where I was sitting
8            all that time, it was where they print
9            people.  That's the printing room, and
10           that's the only reason that I was
11           transferred to the regular cell area, where
12           I can at least, how do you call that, you
13           know stretch out a little bit.
14                      And then I was given water
15           that's because my wife requested it I was
16           saying, officer, give me some water.  Please
17           give some water.  Because of the shots and I
18           and I had never been so thirsty in my life.
19           And I needed water.
20                      And I was not given water until
21           after the fact when my wife was getting
22           arrested.  I think 4:30 or something in the
23           morning, Officer Gasker brought in a bottle
24           of water, and I was able to drink some
25           water, you know, about 4:30, 5:00 o'clock in
```

```
 1                        M. GOMEZ                349
 2      the morning.
 3                    MS. SHERVEN:  Move to strike
 4                 the portions that are nonresponsive.
 5            Q.    Other than the water --
 6            A.    -- well, a little bit, I'm just
 7      giving you the story.
 8            Q.    Listen to my question.  Other
 9      than the water that you were given, were you
10      given any other food or beverages at anytime
11      until the time that you were arraigned by
12      the judge?
13            A.    All I was given in the Sleepy
14      Hollow Police Department was water.  Nothing
15      at all.  The first time I ate something was
16      in jail at 4:30 in the afternoon.
17            Q.    At any point in time did you
18      request any food or other beverages?
19            A.    I requested water.
20            Q.    Listen you have to listen to my
21      question.  Don't interrupt, because the
22      record isn't going to be clear.
23                    At any point in time from the
24      time that you were arrested to the morning
25      that you were arraigned, did you request any
```

```
 1                        M. GOMEZ                    350
 2       food or beverage other than the water?
 3              A.    No.  No, not really, no.
 4              Q.    So, you only requested the
 5       water?
 6              A.    Yes.
 7              Q.    The one time when you heard
 8       your wife?
 9              A.    I was requesting water for at
10       least two and a half hours.  I needed water.
11       Please, I was trying to get the sergeant,
12       and the lieutenant, water, water.
13              Q.    Did you speak to any police
14       officer face-to-face to tell them that you
15       wanted water?
16              A.    I asked Officer Gasker, because
17       after 2:30, 3:00 o'clock in the morning
18       everybody left, and then the night shift
19       came in.  And I asked Jimmy Warren, Junior,
20       that was passing by, officer, if you get a
21       chance, bring me some water, bring me some
22       water.  And everybody was just busy,
23       whatever.
24              Q.    Did any of these officers say
25       anything to you when you requested water?
```

```
 1                    M. GOMEZ              351
 2            A.    No.  Everybody just kept
 3       walking.  I was in that room until -- the
 4       reason I was transported to the cell because
 5       they needed to print my wife.
 6            Q.    Approximately what time in the
 7       morning was this that you were transported
 8       to the cell?
 9            A.    I would say from 4:30 to 5:00
10       o'clock in the morning, around there.
11            Q.    Do you know what your wife was
12       being charged with?
13            A.    My wife left the hospital and
14       stopped in the station about 3:30 to ask
15       what we have to do to get my car out the
16       next morning.  And then when Detective
17       Quinoy came back out and told the sergeant
18       buzz me out, and he came back in and
19       arrested my wife and cuff her, and that's
20       it.
21            MS. SHERVEN:  Move to strike as
22         nonresponsive.
23            Q.    Listen to my question.  Do you
24       know what she was charged with?
25            A.    She was charged with two
```

```
 1                      M. GOMEZ                352
 2       misdemeanors and one violation or something
 3       like that and three charges.
 4              Q.    Do you know what either
 5       sections of the Penal Law or what types of
 6       crimes she was specifically charged with?
 7              A.    No.  I'm not going to speculate
 8       on that, because I'm not sure.  Resisting
 9       arrest was one of them, and interfering --
10       obstructing governmental procedures another
11       one.  And the violation, I don't know what
12       it was, something like that.
13              Q.    Did your wife go to see a
14       judge, or was she given a desk appearance
15       ticket as far as you know?
16              A.    What do you mean by desk
17       appearance ticket?  As far as I know, my
18       wife was released that same night from the
19       station.
20              Q.    Do you know did your wife see a
21       judge?
22              A.    No.
23              Q.    Was she just told to come back
24       to court at a later date; if you know?
25              A.    I'm not sure if she was told to
```

```
 1                     M. GOMEZ              353
 2        come back.  She was -- they gave her the
 3        charge.  They print her.  She sat down,
 4        talked to Detective Quinoy for about a half
 5        an hour, forty-five minutes.
 6                     And at one time my daughter and
 7        my cousin was still waiting all that time
 8        almost three hours outside the station.  She
 9        came back and asked Sergeant Paul Hood,
10        sergeant, do you know what happened to my
11        mother because she's been in there for three
12        hours.
13                     And they say, I'm not sure.
14        They're talking.  I hope you guys didn't
15        arrest her.  That would be the icing on the
16        cake.  And she was already being printed,
17        and Sergeant Paul Hood told my daughter, no,
18        no, nothing like that happened.
19                     MS. SHERVEN:  Let me just
20              strike the portion as nonresponsive.
21              Q.    Do you know when your wife went
22        to court?
23              A.    The same day that we went to
24        court together on the 23rd.
25              Q.    Is that the day that you were
```

```
1                      M. GOMEZ                  354

2        released from jail?

3             A.    No.  Wait a minute.  Oh, geez.

4        I don't know if she was the day that I got

5        released from jail, I don't think they

6        called her case that date.  They call her

7        case the next time around when we went both

8        together.  I'm not sure.  I can't remember

9        if she was there with me on the 23rd, I know

10       I was.

11            Q.    The 23rd was your next court

12       date; is that correct?

13            A.    Yeah, that's the date that I

14       got released.  That was bail, not released,

15       bail, yeah.

16            Q.    What was bail set at?

17            A.    It was set from ten.  The was

18       judge reduce it to five hundred dollars.

19            Q.    Someone paid the bail on your

20       behalf?

21            A.    Yes.

22            Q.    Who paid the bail?

23            A.    Geez, I know him from school

24       you know.  I got his name, but I just didn't

25       -- you know.
```

```
 1                    M. GOMEZ                355
 2              MS. VOLPER:  Do you remember
 3         what his name is right now; yes or
 4         no?
 5              A.   No.  I don't remember what his
 6    name is.
 7              Q.   Do you have any documents that
 8    would reflect the identity of the person who
 9    paid your bill?
10              A.   Oh, yeah, he signed it.  He
11    went to the clerk, and he paid the bill, and
12    the documents have to be there with his name
13    and his I.D. card and everything to pay the
14    bail.
15              Q.   If we left a blank in the
16    transcript, would you be able to fill in his
17    name?
18              A.   You know he's my friend.  I got
19    his name.  I got his name in my memo book.
20              Q.   If we left a blank in the
21    transcript, I understand that you do not
22    recall his name right now.  If we left a
23    blank, would you later when you're reviewing
24    the transcript, would you later be able to
25    fill in his name.
```

```
 1                        M. GOMEZ                356
 2                  MS. VOLPER:  50-h Hearing from
 3                  is from memory only.  If you would
 4                  like to leave a blank in the
 5                  transcript, and my client will fill
 6                  in his name later, we'll do that.
 7             A.    Okay.
 8             Q.    How did it come to be that this
 9        friend of yours paid the bail?
10             A.    He's my friend.  He's a member
11        of the Eagles Club, and Order of Fraternal
12        Eagles at Sleepy Hollow with me.  And at
13        that time I was six, seven days in jail.
14        Everybody knew what happened in town, you
15        know.
16             Q.    Did someone whether it was your
17        wife, yourself, or someone else request that
18        this friend pay the bail?
19             A.    No, no.
20             Q.    Did he voluntarily pay on his
21        own?
22             A.    Yes.
23             Q.    When you saw the judge and were
24        released on bail, did you have an attorney
25        present?
```

```
1                    M. GOMEZ                    357
2            A.    There was quite a few attorneys
3       that came in, and then one from the Masonic
4       Fraternity.  But my wife decided she got
5       Janet, and they got the Legal Aid attorney
6       from the Legal Aid Society to rent me at
7       that time.
8            Q.    Do you know the name of the
9       person from the Legal Aid?
10           A.    No, the Legal Aid attorney?
11           Q.    Yes.
12           A.    I don't remember exactly.  They
13      kept switching on and off.
14           Q.    How long did Legal Aid
15      represent you?
16           A.    Up to the point when they
17      dropped about two weeks ago.  Geez, I think
18      they dropped two or three.  It was three
19      from the felony charges to misdemeanors.
20      And the next time that I went to court,
21      Legal Aid could no longer represent me.  So
22      I have a new attorney representing me now in
23      the criminal court case.
24           Q.    What is the name of your new
25      attorney?
```

```
 1                    M. GOMEZ                358
 2              A.    Angel Perez.  He's a -- Geez,
 3         where the heck is my memo book.  Perez.
 4              MS. VOLPER:  You don't have to
 5              look for it.  We're going on memory
 6              right now.
 7              A.    Angel.
 8              Q.    Angel Perez?
 9              A.    Yes.
10              Q.    Do you know where his offices
11         are located?
12              A.    He's works off Sleepy Hollow.
13         He works in New York City and the Bronx,
14         also, and Bronx, Criminal Court, Bronx
15         Supreme Court.
16              Q.    How did Mr. Perez come to
17         represent you; in other words, did you
18         retain his services, or is this a pro bono?
19              A.    No.  He volunteered.  He's one
20         of the attorneys in Sleepy Hollow Court.
21              Q.    Is he appointed by the court?
22              A.    Yes.
23              Q.    For 18B?
24              A.    He's 18B, yes.  There was
25         another lady who was going to get appointed,
```

```
 1                    M. GOMEZ                359

 2        and he request to have the case because he

 3        knows me.  He knows me for a long time, you

 4        know, from town, you know.

 5              Q.    Does he know you through your

 6        professional capacities as a corrections

 7        officer or on a personal basis?

 8              A.    I know I worked with him in

 9        Supreme Court a few times in the Central

10        Booking and Bronx Criminal Court.

11              Q.    But you're being represented

12        through 18B not -- in other words, Mr. Perez

13        is being paid by some entity for his

14        representation?  It's not a free

15        representation?

16              A.    What is?

17              Q.    Withdrawn.  Other than Legal

18        Aid and Mr. Perez, have you, yourself, had

19        any other criminal attorneys for this case?

20              A.    No.

21              Q.    I believe that you testified

22        earlier that Janet Gandolfo is the attorney

23        that represents your wife?

24              A.    Yes.

25              Q.    Has your wife had any other
```

```
 1                        M. GOMEZ              360

 2         criminal attorneys that have represented her

 3         in this case?

 4              A.     No.

 5              Q.     Approximately, how many times

 6         have you been to court on this case?

 7              A.     Geez, about four, four times,

 8         five, around there, four or five times.

 9              Q.     What is the current status?

10              A.     They're transferring.  I was

11         got in touch with Angel, I mean the attorney

12         Angel Perez.  They made a motion I believe

13         last weekend to the County Jail -- not the

14         County Jail--

15              Q.     -- the District Attorney's

16         Office?

17              A.     Yes.  In White Plains to switch

18         it, because at that point I believe one of

19         the second or third times that we went to

20         Sleepy Hollow that there was a motion to

21         request to move the case out of Sleepy

22         Hollow.  And the case dragged out for almost

23         two months until finally I think it's going

24         to get moved to Greenburg.

25              Q.     Do you know who made the motion
```

```
 1                    M. GOMEZ                361
 2        to change the court?  Was that your attorney
 3        or was that the District Attorney's Office;
 4        if you know?
 5             A.    I believe it was from the
 6        District Attorney's that was there before
 7        Jeff.  It was Jeff, and then the judge --
 8        and I can't Chariot.  I can't pronounce his
 9        name.  He's not there anymore.  It's Melissa
10        Smith, the D.A. now.
11             Q.    Do you know why there was a
12        motion to change the court?
13             A.    I have no idea.  I would have
14        to ask my lawyers that.
15             Q.    You mentioned at some point
16        that the charges, some charges had been
17        dismissed; is that correct.
18             A.    No, dropped, not dismissed.
19             Q.    Some charges, not the entire
20        case?
21             A.    Right, from felonies to
22        misdemeanors?
23             Q.    When was that, that the
24        felonies were dropped?
25             A.    Yes.
```

```
 1                    M. GOMEZ                362

 2            Q.    When was that?

 3            A.    About a month, a month ago, a

 4      month and two weeks, thirty days.

 5            Q.    Do you know for what reason

 6      those felony charges were dropped?

 7            A.    I have no idea.  I didn't get

 8      in touch anymore with my Legal Aid attorney

 9      because they kept switching.  You know, it

10      was every once in a while, it was a

11      different attorney that I had to speak to,

12      you know, in Legal Aid so.

13            Q.    At any point in time, did you,

14      yourself, testify in the Grand Jury in this

15      case?

16            A.    No.

17            Q.    To your knowledge, did the

18      District Attorney present any evidence to

19      the Grand Jury on this case?

20            A.    I have no idea, no.

21            Q.    When is your next court date?

22            A.    I don't know yet.  I know

23      they're moving it to Greenburgh, Greenburgh

24      county, Greenburgh courtroom, someplace.

25            Q.    So, at the present time,
```

<pre>
 1                    M. GOMEZ                363
 2         there's not a set returned date because of
 3         the case being transferred to a different
 4         court; is that correct?
 5              A.    Yes.  Yes.
 6              Q.    But the case as far as you know
 7         is continuing?
 8              A.    Oh, yes, definitely.
 9              Q.    What is the current status of
10         your wife's criminal case?
11              A.    So far she still has the same
12         charges.
13              Q.    Is her case also being
14         transferred to a different court?
15              A.    Both cases are going to get
16         transferred, her case -- mean we're not
17         really called offenders, but we in the same
18         case.
19              Q.    They're keeping the cases
20         together?
21              A.    Yes.
22              Q.    Does she have a specific return
23         date as far as you know, or is she also
24         waiting?
25              A.    She's also waiting, yes.
</pre>

```
 1                        M. GOMEZ                    364

 2              Q.    Have there been any

 3       conversations with the District Attorney's

 4       Office regarding a plea bargain or of

 5       disposing of the case in any way?

 6              A.    No.

 7              Q.    Has any offer been made to you

 8       for a plea bargain?

 9              A.    No.

10              Q.    What about to your wife; do you

11       know if she has received any offer?

12              A.    No.

13              Q.    No, you don't know, or, no, she

14       hasn't?

15              A.    No.  I know that she hasn't.

16              Q.    At any point in time after you

17       were released from the hospital and you were

18       in the county jail, did you receive any

19       medical treatment?

20              A.    In the county jail, yes, yes.

21              Q.    What type of medical treatment

22       did you receive in the county jail?

23              A.    I was getting pills for

24       basically everyday that I was there.  The

25       nurse used to come around the morning around
```

```
 1                          M. GOMEZ              365
 2       12:00, not in the morning, around 12:00, and
 3       then at nighttime before 'cause I couldn't
 4       sleep.  And you know, then she gave me about
 5       two or three pills.  They gave me a couple
 6       of shots and different -- they took me to
 7       the medical unit because they have like a
 8       station, medical station inside there.
 9            Q.    What, if any, treatment did you
10       receive at the medical unit?
11            A.    They gave me a couple of shots,
12       and I don't know what it was.  I forget.  He
13       told me, but you know.
14            Q.    Do you know what the shots were
15       for?
16            A.    To break up the blood clots or
17       you know something that I don't know.  But
18       another one antiinflammatories, and another
19       one for the headaches that, you know.
20            Q.    Before October 17, 2006, were
21       you ever taking any medication for blood
22       clots?
23            A.    Oh, no, no, no.  Then I never
24       had headaches or anything like that.  Once
25       in a while, I get it like normal headaches,
```

```
1                        M. GOMEZ                366
2       you know.
3              Q.    When you were released from the
4       county jail, did you followup with any of
5       your own medical doctors?
6              A.    Oh, yes.
7              Q.    Which doctors were they?
8              A.    Doctor Stere Carniciu -- I
9       would have to look at that.  I can't really
10      spell it.
11                   MS. VOLPER:  I believe it's
12             Stere Carniciu.
13             Q.    Is this your primary care
14      doctor?
15             A.    Yeah, my primary care
16      physician, yes.
17             Q.    Does he work out of a specific
18      medical center, or is he like a solo
19      practitioner?
20             A.    No.  He have his office in
21      Sleepy Hollow and in Dobbs Ferry.  He's also
22      my wife's doctor, you know.
23             Q.    How many times have you seen
24      Doctor Carniciu for injuries that you allege
25      you sustained on October 17, 2006?
```

```
1                          M. GOMEZ                    367
2                A.    I went to him about five, six,
3          seven times.  Also, right after I got
4          released from jail that same weekend I was
5          hurting so bad, I had to called the
6          Tarrytown Police Department with the
7          ambulance and transporting me to Phelps
8          Memorial Hospital, because the pain was too
9          much.  So I had to call EMS, and I think it
10         was the same weekend that I got released
11         from jail.
12                Q.    Okay.  We're going to try to
13         break this down.  When you were released
14         from jail, when is the next time that you
15         sought medical treatment?
16                A.    I believe it was the next day.
17                Q.    Was that with Doctor Carniciu?
18                A.    I'm not quite sure.  It had to
19         be the next day.  I was released from the
20         jail, and I went to the doctor right away
21         that same day or the next day.  I don't
22         remember, but it was right there.  You know,
23         I needed something for the pain in my head.
24         I needed something.
25                Q.    Did Doctor Carniciu examine you
```

```
1                    M. GOMEZ              368

2        in any way?

3             A.    Yes.

4             Q.    What did he do?

5             A.    He examined me.  You know,

6        everything, the back, the head area, and you

7        know the leg function.  I guess the eyes,

8        you know, the flashing light.  You know,

9        everything that they usually do.  And at

10       that time, you know, it was some things, I

11       just don't exactly remember.

12            Q.    Did your doctor run any medical

13       tests?

14            A.    Yes.  I went back on -- he send

15       me to get another Cat scan or MRI, and he

16       transfer me to a neurologist for my

17       headaches.

18            Q.    What medical facility did you

19       receive the MRI or Cat scan?

20            A.    It was right there in Phelps

21       that got that 77 building, the Phelps

22       Memorial Hospital.

23            Q.    But it was through the hospital

24       as far as you know?

25            A.    Right through the hospital.  I
```

1                    M. GOMEZ                    369

2          don't know if it belongs to the hospital or,

3          but it's there in Phelps.

4                    Q.    At any point in time were you

5          told the results of any of the MRI or Cat

6          scan testing?

7                    A.    No.

8                    Q.    Did Doctor Carniciu prescribe

9          any medications to you?

10                   A.    He prescribed me on medication

11         which I stopped taking because my

12         neurologist that that medication was not

13         working with the headaches.

14                   Q.    What medication did Doctor

15         Carniciu prescribe for you; if you know?

16                   A.    He started with the A, A-Z,

17         Axart A-X-A-R-T?

18                   Q.    Do you know what type of

19         medication that is; if it's a pain

20         medication or something else?

21                   A.    No.  It's mainly for the bad

22         bad headaches, like, cluster headaches which

23         is worse than migraines.

24                   Q.    When did Doctor Carniciu refer

25         you to a neurologist, approximately?

```
 1                       M. GOMEZ                  370
 2              A.    That happened about four months
 3       ago, four months ago.  I don't know, four
 4       months, four and a half, five.
 5              Q.    Was it shortly after you began
 6       to see Doctor Carniciu?
 7              A.    Yes, almost right after that,
 8       right.  You're right, sorry.
 9              Q.    What was the name of the
10       neurologist that Doctor Carniciu referred
11       you?
12              A.    Doctor Kenneth -- I don't know
13       if I'm pronouncing it right.
14                  MS. VOLPER:  Do your best.
15              A.    Schwartz, Schwartz.
16                  MS. VOLPER:  Yes.
17              Q.    Where is Doctor Schwartz's
18       offices located?
19              A.    In Sleepy Hollow and in
20       Ossining.
21              Q.    Where do you see him?
22              A.    I go sometimes it depends where
23       my wife's -- she usually drives me, so I go
24       to the Sleepy Hollow a couple of times, but
25       I've been mainly going to the Ossining.
```

```
1                        M. GOMEZ                    371
2        That way I don't drive around Sleepy Hollow,
3        you know.
4              Q.    How many times have you gone to
5        see Doctor Schwartz?
6              A.    I guess about five, six.  He
7        gave me different tests, and I don't
8        remember the name of the tests that they put
9        on your head and, you know, things like
10       that.
11             Q.    Do you know what the purpose
12       was of the test?
13             A.    No.  I don't remember, you
14       know.
15             Q.    What exactly did he do during
16       that test that you mentioned?  Did he put
17       something on your head?  What are you
18       referring to?
19             A.    I don't remember.  I don't
20       remember the name of the test.  They gave me
21       quite a few tests in his office in Ossining,
22       you know, but I don't remember.
23             Q.    Were you ever told the results
24       of those tests?
25             A.    He put me on another
```

```
1                    M. GOMEZ                372

2         medication, and I don't remember.

3              Q.    Did he tell you though at

4         anytime what was wrong?

5              A.    No.  He keep asking me

6         questions about my memory and different

7         questions and things like that, that is

8         about it, and how is the pain doing.

9                   MS. VOLPER:  I'm sorry.  Could

10             we take break.

11                  (Whereupon, a recess was

12             taken.)

13             Q.    Did Doctor Schwartz prescribe

14        any medications for you?

15             A.    Yes.

16             Q.    What medications has he

17        prescribed?

18             A.    Topomax, first it was

19        twenty-five.  Now, I'm taking fifty or

20        seventy-five.  I take three pills.

21             Q.    Is that milligrams?

22             A.    Yes.

23             Q.    What is Topomax for?

24             A.    Headaches, because I had to

25        take a blood test.  Also, they have to give
```

1                          M. GOMEZ                    373

2          something a check, I don't know.  When you

3          take that medication, you have to take blood

4          tests every twenty-five days, you know.

5                 Q.    This medication, do you take it

6          daily or do you take it only when you

7          experience a headache?

8                 A.    No, daily I'm taking it daily.

9                 Q.    Is it to prevent headaches?

10                A.    Basically is to, yes, and to

11         you know to take care of the headaches, you

12         know, to kill them.

13                Q.    Now, you testified earlier that

14         the weekend after you were released from

15         jail you went back by ambulance to Phelps

16         Hospital, correct?

17                A.    Yes.

18                Q.    For what reason did you go back

19         to the hospital?

20                A.    Because I was in a very very

21         bad pain still, and at that time I had

22         already saw Doctor Carniciu, but I don't

23         know if the medication wasn't working or

24         something, but I was in pretty bad shape.

25                      So, my wife had to call that 911 so

```
1                        M. GOMEZ                    374

2        the ambulance can respond, and my headaches

3        were so bad.

4               Q.    Was it for a headache that you

5        went to Phelps then, or was it for any other

6        injury?

7               A.    Well, basically pretty much

8        hurt my back.  Then I was still on crutches.

9        It took me about three to four weeks to get

10       rid of the crutches.  You know, I wouldn't

11       walk right.  My back and mainly my head, my

12       headaches was the one that was killing me,

13       you know, really.

14              Q.    Did a doctor prescribe

15       crutches?

16              A.    Yes, I believe it was.

17              Q.    Which doctor?

18              A.    I think I had -- they gave me

19       something in there, because I couldn't walk

20       right in the jail, but that's only -- you

21       can't walk around the jail with that so.

22       And then it was Carniciu I think.

23              Q.    Pardon?

24              A.    Doctor Carniciu in the

25       beginning.  That was in the very beginning,
```

```
 1                    M. GOMEZ                375
 2        that was about, well, it's almost six months
 3        ago.
 4             Q.    How long were you using
 5        crutches?
 6             A.    No, about for about a week and
 7        a half, a week, a week and a half.  I'm not
 8        sure.  You know when I started feeling
 9        better, I got rid of them.
10             Q.    For what reason were you using
11        the crutches, though?
12             A.    It hurt pretty bad here on the
13        right side.
14             Q.    You're pointing to your back?
15             A.    Yes, yes, and my knee.  I had
16        two knee surgeries prior to this incident,
17        and my knee was pretty much banged up by it,
18        you know.  And the same, my right knee I got
19        two surgeries prior to.
20             Q.    And you're alleging that your
21        right knee was injured as a result of this
22        incident?
23             A.    Yes.  Yes.
24             Q.    How often were you experiencing
25        headaches?
```

```
 1                        M. GOMEZ                    376
 2              A.    Oh, this past month, I was just
 3        -- it's not as often as the first three
 4        months, but I still get some bad headaches.
 5              Q.    When you say not as often as
 6        the first three months, you're referring to
 7        the first three months after your arrest?
 8              A.    Yes.  Yes.
 9              Q.    Can you approximate for me what
10        you mean by not as often as the first three
11        months?
12              A.    Because right now I get it like
13        less frequent.
14              Q.    Okay.  Can you describe the
15        frequency for me; whether it was the first
16        three months or now?
17              A.    The first three months I had it
18        was basically almost I was functioning and I
19        was talking, but I could still feel the
20        pressure on the inside, you know, I feel the
21        pressure under my eyes, in the temples.  I
22        felt a pressure inside.  The first three
23        months it was tremendous, you know.
24              Q.    How often were you experiencing
25        that pressure?
```

```
 1                    M. GOMEZ              377
 2              A.    It was everyday.
 3              Q.    Was this everyday for a certain
 4       number of hours a day, all day, something
 5       else?
 6              A.    You know more, sometimes it was
 7       four or five days straight, and I went to
 8       sleep with the medications, got up, and I
 9       had the headache.  I felt it right inside my
10       eyes, you know.
11              Q.    Can you describe the pressure
12       or what you were feeling?
13              A.    It's in the temples, and also
14       inside my eye sockets.  In the temple area
15       here, right in the side of --
16              Q.    Can you describe the pain that
17       you were experiencing?  Can you describe it
18       in any way?
19              A.    Oh, the headaches?
20              Q.    The headaches.
21              A.    Yes.  I almost had to go to the
22       hospital last weekend, because well that's
23       not, sorry.  That's not the answer.
24                    The pain is very very bad, you
25       know very bad.  It comes to the point, I got
```

```
1                        M. GOMEZ                    378

2           the pain.  I could talk, and I can walk, and

3           I can function, and I deal with it.  But it

4           comes to the point it gets so bad, I cannot

5           function.  I have to lay down and maybe put

6           something cold on top of my eyes, and on top

7           of my forehead and with the pills.  And it's

8           a cold like towel or something cold on the

9           top.  I feel a little better, and it hurts

10          just to open my eyes.  And here in the

11          temple, the main thing.  It's not really in

12          the top of my head.  Before in the beginning

13          of the incident, it was hurting on the top

14          of my head, but not anymore.

15               Q.    Have those headaches that

16          you're describing changed over time, whether

17          the frequency or the actual pain that you've

18          described?

19               A.    The only pain that I'm really

20          not getting at all is the pain that I had in

21          the top in the very top of the head that I

22          had for the first two months.  But the pain

23          in the temple and the inside of the eye

24          sockets, the pressure, you know, like, when

25          you have a pressure inside.  I still have
```

```
1                      M. GOMEZ                379
2         that, yes.
3               Q.     How often are you experiencing
4         this pain that you've described now?
5               A.     It's not as often as the
6         beginning.
7               Q.     Well, can you quantify that?
8               A.     It's like every three or four,
9         five days.
10              Q.     Do any of the medications that
11        either of your doctors prescribed help with
12        the headaches?
13              A.     Yes, they last.  The one from
14        the neurologist, the Topomax, it really -- I
15        noticed that it really helped.  And it
16        hasn't really terminated the headaches
17        completely, but you know it's working in
18        some way.
19              Q.     When you went back to Phelps
20        the weekend after you were released from
21        jail what treatment, if any, did they give
22        you?
23              A.     I don't remember.  I think I
24        got some pills and a shot and a couple of
25        shots for the pain, or I don't know what it
```

```
 1                      M. GOMEZ                380

 2       was for.  It was either for the pain or for

 3       something.  I don't know if I got x-rays

 4       that day and that weekend.  I don't

 5       remember.  I was there about three or four

 6       or five hours.  Then I got released.

 7            Q.    Were you told to followup with

 8       any doctors?

 9            A.    Yes, yes, with my own private

10       doctors.

11            Q.    And you did, in fact, followup

12       with your doctor?

13            A.    Oh, yes, of course.

14            Q.    Before October 17, 2006, did

15       you ever experience any headaches like what

16       you've described?

17            A.    No.

18            Q.    Did you ever have any

19       headaches?

20            A.    Yes, I did, normal headaches

21       like I guess like everybody gets.

22            Q.    When you would get what you

23       described as a normal headache, what, if

24       anything, would you do to alleviate the

25       headache?
```

```
 1                        M. GOMEZ                381
 2              A.    I take a couple of Tylenols or
 3     Motrin or something.
 4              Q.    And would that typically help?
 5              A.    Yes.
 6              Q.    Did you ever before October 17,
 7     2006, undergo any testing for headaches?
 8              A.    No.  No.
 9              Q.    Did you ever undergo any
10     neurological testing before October 17?
11              A.    No.
12              Q.    Do you presently have any
13     complaints regarding any injuries that you
14     alleged you sustained on October 17, 2006;
15     by presently, I don't mean as you sit here,
16     now, but in the surrounding time?
17              A.    Well, about any, yes, my main
18     concern and my main battle is with the
19     headaches, you know, really.  Because I
20     still feel the hip somewhat, but I can
21     function, you know.  I'm walking and I still
22     feel my leg, but I can function.  I deal
23     with it.  Take a couple of Naprosyn for it,
24     the antiinflammatories and here and there,
25     but the headaches are the number one killer,
```

```
 1                        M. GOMEZ                    382
 2        yes.
 3              Q.    When you're referring to your
 4        hip, can you be more precise as to what
 5        you're referring to, your left hip, your
 6        right hip?
 7              A.    It's not really the hip.  Its
 8        on the lower part, the right side.
 9              Q.    Your lower part back on the
10        right side?
11              A.    Right, exactly.
12              Q.    What complaints do you have
13        exactly concerning your lower right back?
14              A.    Well, I guess that's what I --
15        it was burning pretty bad for almost -- it's
16        not burning like when you get burned in a
17        fire, but you feel like a burning sensation
18        inside and very bad, and it hurt during the
19        first two or three weeks after the incident.
20              Q.    Did you seek any medical
21        treatment concerning your lower right back?
22              A.    Yes.  Yes.  I went to the
23        Sleepy Hollow Physical Therapy for almost,
24        geez, I was going to forget that, and Sleepy
25        Hollow Physical Therapy, which is in
```

```
1                         M. GOMEZ                    383

2         Hawthorne, right?  Hawthorne movie theater

3         is 9A.  That's Hawthorne, right, yeah.

4              Sleepy Hollow Physical Therapy, I was

5         getting therapy for almost three and a half

6         months there on the lower back, and my knee,

7         and the neck around the area, and they gave

8         me a lot of therapy, especially the hip and

9         the lower back section of the back, you

10        know.

11             Q.   Did a doctor or other medical

12        provider refer you to the Sleepy Hollow

13        Physical Therapy?

14             A.   Yes.

15             Q.   Who referred you?

16             A.   I think it was a primary.  I

17        need a referral from my insurance to go

18        anywhere, so I had to get a referral from my

19        primary care physician.

20             Q.   Did the physical therapy help?

21             A.    It did help on the lower back

22        and my knee, yes, and on my neck especially.

23        But not with the headaches.  That was

24        something different.  That's completely --

25             Q.   You mentioned that you have a
```

```
 1                    M. GOMEZ                 384
 2       current complaint concerning your leg.  Are
 3       you referring to your right knee?
 4            A.    My right knee, yes.
 5            Q.    What complaint do you have
 6       about your right knee?
 7            A.    Well, just numbness.  And when
 8       I bend my right knee, I feel like a numbers
 9       in sections on the inside of the -- I don't
10       know the ligaments or the joint socket where
11       it really moves.  And that got pretty
12       swollen up after the incident.
13            Q.    But currently do you have any
14       complaints about the knee?
15            A.    Yes.  It hurts.  I can
16       function.  I can deal with it.  It hurts on
17       the inside, but I walk on it.  No problem,
18       no.
19            Q.    Other than what you've just
20       testified as to current complaints, do you
21       have any other current physical complaints?
22            A.    No.  That's pretty much it, the
23       headaches, my right knee, and my right
24       portion lower back, the neck area is doing,
25       you know, I'm not going to lie.  It was
```

```
 1                        M. GOMEZ                385
 2        pretty bad, but I don't feel it, so I'm not
 3        going to put it in this if it's doing good.
 4             Q.    How long were you experiencing
 5        your neck pain that you described?
 6             A.    For the first three and a half,
 7        four months.
 8             Q.    And that was the physical
 9        therapy you went to helped with that?
10             A.    Yes.  Also, the rib.  It's also
11        like you got a broken rib.  It heals by
12        itself, so that's something there's nothing
13        much you can do with the physical therapy.
14        They put a lot of different things because
15        the rib was pretty much banged up on my
16        right side of the ribs, also.  When I was
17        kicked --
18             Q.    I'm sorry.
19             A.    That's all right.  In the
20        beginning of the incident, I was pretty much
21        banged up on the right side of my rib, but
22        you know it was very painful to even to
23        breathe.  I had so many pains and so many
24        medications that that was minor really.
25             Q.    Did any doctor tell you that
```

```
1                          M. GOMEZ                  386

2         you had any broken or cracked ribs?

3               A.    No.  No.  They told me --

4         actually I don't know.  That was probably

5         overlooked.  There were so many other

6         things, you know, I guess I don't know.

7               Q.    Other than the physical

8         injuries that you've just described, are you

9         claiming any other damages or injuries as a

10        result of the Village's or Sleepy Hollow's

11        Police Department's actions?

12              A.    Physical injuries, no.

13              Q.    Other than the physical

14        injuries, are you claiming any other

15        injuries or damages?

16              MS. VOLPER:  Can you be more

17              specific --

18              Q.    Are you claiming any

19        psychological damages or injuries as a

20        result of the Village's or the Police

21        Department's actions?

22              A.    To be honest, you know, it's

23        not psychological, I'm going to go crazy,

24        but it gets you paranoid.  You don't want to

25        drive around Sleepy Hollow.  And I was
```

```
 1                       M. GOMEZ              387
 2          receiving phone calls.  I had to change my
 3          phone call.  You know, it's very stressful,
 4          very stressful mentally, you know, this
 5          whole situation for me and the family and
 6          for everybody else even for the officers
 7          involved, you know, Sleepy Hollow.
 8                    And I hope and I wish the whole
 9          thing never would have happened, but I don't
10          know.  It was still very stressful nowadays,
11          the courtroom.  I have to worry here, there,
12          psychological.  Yes, it is very stressful.
13          I think my wife has suffered more in that
14          sense, you know, in the psychological sense.
15                    MS. SHERVEN:  Move to strike
16               the portions that are not responsive.
17               A.    Okay.
18               Q.    Have you sought any
19          psychological or psychiatric care
20          specifically due to your arrest on October
21          17, 2006?
22               A.    No.  No.  I was referring to
23          the stress that you go through with the
24          courtroom, here, the phone calls there,
25          okay.
```

```
 1                        M. GOMEZ                388
 2              Q.    Have you had any out-of-pocket
 3       medical expenses?
 4              A.    Yes.
 5              Q.    What out-of-pocket medical
 6       expenses have you had?
 7              A.    My medicines.  Well, the bill
 8       of the treatment for the day that I got
 9       arrested that was almost four thousand
10       dollars.  That should have been billed to
11       the Sleepy Hollow Police Department, not to
12       my medical insurance.  They billed that to
13       my medical insurance.
14                   I've had a lot of medical
15       bills, and my insurance covers a lot of
16       them, but I have to come with out-of-pocket
17       expenses with some other.
18                   MS. VOLPER:  Are you saying
19                   that you have deductible you have to
20                   pay out first.
21                   THE WITNESS:  Yes.  Yes.
22              Q.    What health insurance do you
23       have?
24              A.    Aetna.
25              Q.    Is this insurance in your name
```

```
 1                      M. GOMEZ                389

 2       or your wife's name?

 3             A.    No.  It's under my name, but

 4       she's covered by it.

 5             Q.    Can you approximate the amount

 6       of money that you've spent out-of-pocket for

 7       medical expenses?

 8             A.    For medical expenses only that

 9       was the question?

10             Q.    For medical expenses?

11             MS. VOLPER:   Including

12             medications?

13             Q.    Medications, anything medical.

14             A.    I would say two or three

15       hundred dollars maybe around there, four

16       hundred.  I don't know.  I got all the bills

17       in a folder.

18             Q.    Other than your medical

19       expenses, have you had any other

20       out-of-pocket expenses as a result of the

21       Village's or the Police Department's

22       actions?

23             A.    Well, the attorneys' fees go in

24       there, or, no?  Can you include --

25             Q.    Well, you tell me what you
```

```
 1                    M. GOMEZ              390
 2      think those expenses would be other
 3      financial expense?
 4             A.    The fee for the attorney, for
 5      my wife, oh, geez.
 6             Q.    You're referring to the
 7      criminal case?
 8             A.    Yes.
 9             Q.    Can you approximate the amount
10      of attorney fees that you and your wife have
11      received since?
12             A.    Oh, all I know it was five
13      hundred dollars and seventy-five dollars to
14      get my car out.
15             Q.    But can you approximate the
16      amount of the attorneys' fees?
17             A.    So, far about two thousand, yes
18      two thousand five hundred dollars I think it
19      was, yeah.
20             Q.    You mentioned the five hundred
21      and seventy-five dollars to get your car
22      back?
23             A.    Yes.
24             Q.    Anything else?
25             A.    And fifty dollars for the that
```

```
 1                    M. GOMEZ              391
 2         you have to get a letter of release letter.
 3         You have to pay the Police Department fifty
 4         dollars plus one hundred and the
 5         seventy-five dollars, basically it's the
 6         same thing.
 7              Q.    You're referring to the car?
 8              A.    Yes, for the car, the five
 9         hundred dollars that my friend put in
10         himself out of his own pocket so.
11              Q.    So, you're referring to the
12         bail money?
13              A.    Yes.
14              Q.    Did you ever complain to anyone
15         at the Police Department about the way that
16         you were treated?
17              A.    At that morning that I got
18         arrested?
19              Q.    At anytime.  At anytime.
20              A.    Well, yes, I made quite a few
21         complaints especially after the whole -- the
22         main one, I had never been as thirsty in my
23         life maybe because the electricity, the
24         shots that I got in the hospital.  When I
25         was going from the hospital, I need water so
```

```
1                           M. GOMEZ                      392

2          bad, and I was dying.  And I was yelling for

3          water, water, water, almost two hours.  And

4          there wasn't -- after the fact, that my wife

5          got arrested and they were booking her,

6          that's when they decided to get a bottle of

7          water, one for me and one for my wife.

8                  Detective Quinoy saying -- my wife

9          was telling me Detective Quinoy sent Jimmy

10         Warren, Junior to get two bottles of water

11         or something like that.

12             Q.   My question is:  Did you ever

13         complain to anyone about the way you were

14         treated?

15             A.   To the police officers?

16             Q.   To anyone at the Police

17         Department.

18             A.   I don't remember.  I don't

19         remember.  It was so many things said and

20         going down.

21             Q.   Did you ever make a written

22         complaint to the Police Department?

23             A.   No.

24             Q.   What about complaining to the

25         Chief?
```

```
 1                    M. GOMEZ                393
 2             A.    Jimmy Warren never even
 3       approach us to even know what was my side of
 4       the story.
 5             Q.    Did you ever seek out the Chief
 6       to tell him your side of the story?
 7             A.    Not myself.  My wife did seek
 8       the Chief.
 9             Q.    Describe the circumstances to
10       what you're referring to?
11             A.    Well, she was getting treated
12       and she saw him there and said, Jimmy, can I
13       speak to you for a minute.  And he went
14       like, okay, and kept walking.  And say like,
15       okay, okay, okay, and he kept walking.
16             Q.    You're referring to the night
17       you were arrested at the hospital?
18             A.    Yes.  Yes.
19             Q.    Did you ever make a complaint
20       to the Civilian Complaint Board about any of
21       the police officers involved, whether
22       Detective Quinoy, Officer Ebel, or anyone
23       else?
24             A.    No.
25             Q.    Are you aware of videotapes or
```

```
1                    M. GOMEZ                394

2         audiotapes that may reflect what occurred on

3         October 17, 2006?

4              A.    Yes.

5              Q.    What are you aware of exactly?

6              A.    There's two videotapes.  The

7         one in front of the police headquarters, the

8         building.  The main door, they have a

9         twenty-four hour camera there right outside.

10        And one as you come in where that you

11        approach an officer, and they have the glass

12        there, and they have that running

13        twenty-four hours.

14                   Another one in the liquor store

15        right across the street.  Wine & Spirits

16        that's the name of the store.

17             Q.    I'm sorry?

18             A.    Wine & Spirits, it's Cha Cha

19        liquor store.  We call him Cha Cha.  And

20        there was another copy made, and I don't

21        know what happened as to those tapes, but I

22        know there had to be two videos, one from

23        the Police Department, and one from the

24        liquor store right across the street.

25             Q.    Have you actually seen any
```

```
 1                       M. GOMEZ                 395
 2      videotapes?
 3              A.    If I seen videotapes?
 4              Q.    Right.  Have you physically
 5      yourself watched any videotapes that reflect
 6      this incident?
 7                    MS. VOLPER:  Do you recall
 8                    watching any surveillance tapes or
 9                    anything like that?
10              A.    No, I don't recall.  I don't
11      recall having it, you know.
12              Q.    What leads you to believe that
13      there are two videotapes, one from the
14      Police Department, one from the liquor store
15      if you, yourself haven't seen anything?
16      What leads you to believe that they exist?
17              A.    Because I know they have --
18      it's standard procedures.  You have a --
19      they had the camera right there in front of
20      the station in the door where you come in.
21              And they have another one when you go
22      in also they have the glass where you
23      approach a desk officer or the sergeant.
24      And you ask them you want information about
25      a ticket or whatever you come in.  And
```

1                          M. GOMEZ                    396

2         anybody that comes in and out during those

3         twenty-four seven is recorded in a

4         videotape.

5                   And then outside the building,

6         there's another videotape, right.  You can

7         see the camera right outside the station

8         near the door.

9         Q.    How do you know that a

10        videotape would have recorded what

11        transpired on October 17, 2006.

12             A.    Because my car was parked right

13        in front.  I was a little to the left about

14        three or four feet to the left, but it was

15        right in front of, basically right in front

16        of the police headquarters.

17             Q.    What leads you to believe that

18        a liquor store camera recorded anything that

19        occurred on October 17, 2006?

20             A.    Because I spoke to one of my

21        Legal Aid attorneys, and he told me

22        something referring to the tapes.  And I

23        told him, and it was quite a lot of people

24        from town that had called me, and, oh, they

25        got videotapes.  Like I said I had about

```
 1                    M. GOMEZ              397
 2       five hundred calls, you know.
 3              Q.    Did any of those callers of
 4       those five hundred calls tell you that they
 5       saw a videotape?
 6              A.    Personally see it, no.
 7              Q.    So, people were speculating
 8       that there are videotapes?
 9              A.    Well, I guess, but I know there
10       are videotapes.
11              Q.    How do you know that there are
12       videotapes?
13              A.    Because they have to have one
14       in front of the police headquarters.  They
15       have videotape running twenty-four seven
16       days a week.
17              Q.    We're talking about the liquor
18       store camera.  How do you know that there
19       was anything recorded on that camera?  Did
20       someone tell you something, or is this
21       something that you just believe?
22              A.    I had to guess that.  No, there
23       was Lieutenant Barry Campbell was doing the
24       investigation, and he -- I guess he got all
25       the information, the video store -- the
```

```
1                          M. GOMEZ                    398
2           liquor store was right in front across the
3           street.
4                  Q.    What does Lieutenant Campbell's
5           investigation, though, have to do with the
6           videotapes?  What are you referring to?
7                  A.    Because I guess he went in and
8           got that if they had the videotapes from the
9           liquor store during the time that he was
10          doing, that he was calling me to the start
11          the investigation, I guess that he had --
12          that he got that tape.
13                 Q.    Do you know for a fact, though
14          that he has a tape?
15                 A.    No.  I don't know for a fact.
16          I'm speculating, you know.
17                 MS. VOLPER:  Did you come to
18                    this information because of what,
19                    perhaps, the D.A.'s Office told your
20                    attorney.
21                 A.    Yes.  The D.A.'s Office that
22          first date -- thank you for reminding me of
23          that.  The District Attorney Jeff Chariot or
24          I can't remember his last name, but that he
25          was an ADA or D.A. at that specific time.
```

```
 1                    M. GOMEZ                 399
 2              MS. VOLPER:  Do you know if
 3         that starts with an "S" or a "C".
 4              THE WITNESS:  With a "C",
 5         Chariot, with a "C".  It's Chariot or
 6         something like that.  He made a
 7         motion to reserve all tapes in
 8         evidence.  That was the first date on
 9         the 23rd there, the first day that I
10         got released.
11         Q.    But you, yourself, have not
12    seen any videotapes?
13         A.    No.  No.
14         Q.    Have you seen Detective Quinoy
15    since you were arrested?
16         A.    I took a glance at him.  I
17    basically saw him last time -- not last
18    time, the time before the last -- geez,
19    about two, three weeks ago when I went to
20    court, he was on duty.  He was standing
21    outside.
22         Q.    Did you have any conversation
23    with him at that time?
24         A.    No.  No.
25         Q.    Have you had any conversation
```

```
 1                    M. GOMEZ              400

 2        with Detective Quinoy whether in person or

 3        over the telephone since you were arrested?

 4              A.    No.

 5              Q.    Do you know what the current

 6        relationship is between your daughter Haydee

 7        and Detective Quinoy?

 8              A.    Well, they're not speaking

 9        anymore.  As far as I'm concerned, my

10        daughter returned the keys that he had for

11        his other personal business.  She return it

12        with -- as a matter of fact, my daughter

13        didn't give it to him.  He called my cousin

14        -- I mean my cousin -- what am I talking

15        about, my niece, sorry.

16              Q.    Is that Jenny --

17              A.    Yes.

18              Q.    -- or someone else?

19              A.    To tell Haydee that he wanted

20        his keys back.

21              Q.    When was that?

22              A.    Going back about three and a

23        half months, four months ago.  So, what

24        happened was my daughter was not present.

25        She didn't want to be there.  She gave those
```

```
 1                    M. GOMEZ                401
 2       keys to Jenny, and Jenny gave those keys to
 3       Detective Quinoy and Detective Zekus was
 4       there present.
 5               Q.    How do you the Detective Zekus
 6       was present?
 7               A.    How do I know?
 8               Q.    Right.  How do you know that
 9       Detective Zekus was present when Jenny gave
10       the keys back?
11               A.    Because she told me.
12               Q.    Jenny told you?
13               A.    Yes.
14               Q.    Does she know Detective Zekus?
15               A.    Yes, we know him.  It's a small
16       village.  It's a small town.  I know him.  I
17       went to school with his sister.
18               Q.    Where does Jenny live?
19               A.    In Valley Street, Sleepy
20       Hollow.  I can't remember the number.
21               Q.    If we left a blank in the
22       transcript, would you be able to fill in her
23       address?
24               A.    Yes.
25                     _____
```

```
 1                    M. GOMEZ              402
 2            MS. SHERVEN:  Okay, I have no
 3       further questions at this time;
 4       however, I'm going to call or request
 5       that Counsel provide us with the
 6       authorizations for all of the medical
 7       records, specifically including
 8       Phelps Memorial Hospital, Doctor
 9       Carniciu, the neurologist, Doctor
10       Schwartz, and the physical therapy
11       center of Sleepy Hollow, and any MRI
12       or other testing results and of
13       course, any other medical providers
14       that I neglected to include.
15            I am also going to request an
16       authorization for Claimant's
17       insurance records, and copies of any
18       medical bills or other information
19       that reflects the amount of out-of-
20       pocket expenses, and also requesting
21       an authorization for the
22       non-privileged portions of the
23       criminal defense file.
24            I reserve the right to request
25       additional documents or information
```

```
 1                        M. GOMEZ                    403

 2            should anything else come to light.

 3                 (Time noted 1:54 p.m.)

 4

 5

 6                        _____

 7                        MARIO GOMEZ

 8       Subscribed and sworn to

 9       before me this_____day

10       of_____, 2007.

11

12       _____

13          Notary Public

14

15

16

17

18

19

20

21

22

23

24

25
```

404

C E R T I F I C A T E

STATE OF NEW YORK    )
                     )ss.:
COUNTY OF WESTCHESTER)


          I, NANCY P. TENDY, a Shorthand

Reporter and Notary Public within and for

the State of New York, do hereby certify:

          That MARIO GOMEZ, the witness

whose deposition is hereinbefore set forth,

was duly sworn by me, and that such

deposition is a true record of the testimony

given by the witness.

          I further certify that I am not

related to any of the parties to this action

by blood or marriage, and that I am in no

way interested in the outcome of this

matter.

          IN WITNESS WHEREOF, I have

hereunto set my hand this 13th day of April,

2007.


                    _____
                      NANCY P. TENDY
                      SHORTHAND REPORTER

405

ERRATA SHEET

The following corrections, additions
or deletions were noted on the transcript of
the testimony which I gave in the
above-captioned matter held on 3/30/07:

Page_____Line_____SHOULD READ:_____

REASON FOR CHANGE:_____

Page_____Line_____SHOULD READ:_____

REASON FOR CHANGE:_____

Page_____Line_____SHOULD READ:_____

REASON FOR CHANGE:_____

Page_____Line_____SHOULD READ:_____

REASON FOR CHANGE:_____

Page_____Line_____SHOULD READ:_____

REASON FOR CHANGE:_____

Page_____Line_____SHOULD READ:_____

Page_____Line_____SHOULD READ:_____

REASON FOR CHANGE:_____

Page_____Line_____SHOULD READ:_____

REASON FOR CHANGE:_____


                              _____
                              MARIO GOMEZ

Subscribed and sworn to
before me this_____day
of_____, 2007.
_____
     Notary Public