1

- - - - - - - - - - - - - - - - - - - X
In the Matter of the Claim of:

MARIO GOMEZ and AWILDA GOMEZ,

               Claimants,

            -against-

SLEEPY HOLLOW POLICE DEPARTMENT and Police
Officers known as DETECTIVE QUINOY, ELDRYK
EBEL, MIKE GASKER, LIEUTENANT BARRY CAMPELL,
LIEUTENANT HAYES, SERGEANT HOOD, CHIEF OF
POLICE JIMMY WARREN and JOHN DOES NO. 1-4
whose names are presently unknown, and THE
VILLAGE OF SLEEPY HOLLOW,

             Respondents.

- - - - - - - - - - - - - - - - - - - X

HELD AT:       Young & Bartlett, LLP
                81 Main Street Suite 118
                White Plains, New York 10601
                March 30, 2007  1:55 p.m.


           Deposition of the Claimant,

AWILDA GOMEZ, held pursuant to Section 50-h

of the General Municipal Law of the State of

New York, held at the above time and place

before a Notary Public of the State of New

York.


          J & L REPORTING SERVICE
            of Westchester, Inc.
             200 East Post Road
         White Plains, New York 10601
            (914) 682-1888
          Nancy P. Tendy, Reporter

2

A P P E A R A N C E S:


YOUNG & BARTLETT, LLP
Attorneys for the Claimants
Mario & Awilda Gomez
Office & Post Office Address
81 Main Street Suite 118
White Plains, New York  10601
BY:  KATHRYN ANNE VOLPER, ESQ.


MIRANDA & SOKOLOFF,
SAMBURSKY, VERVENIOTIS, LLP
Attorneys for all Defendants
Office & Post Office Address
The Esposito Building
240 Mineola Boulevard
Mineola, New York  11501
BY:  JENNIFER E. SHERVEN, ESQ.

```
 1                              A. GOMEZ                    3
 2                    AWILDA GOMEZ, residing at
 3                    residing at 1 River Plaza, Apt.
 4                    4E, Tarrytown, New York 10591,
 5                    having been duly sworn by
 6                    Notary Public, Nancy P. Tendy,
 7                    testified as follows:
 8      EXAMINATION BY
 9      MS. SHERVEN:
10           Q.   Good afternoon, Mrs. Gomez.  My
11      name is Jennifer Sherven.  I'm from the law
12      firm of Miranda, Sokoloff, Sambursky,
13      Verveniotis, and we represent the
14      Respondents, the Village.
15                I'm going to be asking you a
16      series of questions today regarding your
17      claims.  If at anytime you do not understand
18      my questions, please tell me, and I will
19      rephrase the question, okay.
20           A.   Okay.  Is better you talking a
21      little slow, okay.
22           Q.   Okay.  If at anytime you don't
23      understand me or need me to speak slower,
24      just let me know.
25           A.   Okay, fine.
```

```
 1                    A. GOMEZ                 4

 2            Q.    And please respond verbally to

 3       every question because the Court Reporter is

 4       taking down everything that we say here.

 5            A.    Yes.

 6            Q.    Do you have any physical or

 7       mental conditions that could interfere with

 8       your ability to testify here, today?

 9            A.    Not really mental or physical,

10       but this problem affect me a lot.

11            Q.    When you're referring to this

12       problem, what are you referring to?

13            A.    I am referring to what happened

14       on the 17th, the problem with my case, with

15       my husband.  I was there and everything.  I

16       saw everything what happened at the night,

17       and they changed my life, the day the 17th

18       to today.

19            Q.    Is there some reason that that

20       is going to interfere with your ability to

21       testify, here, though?

22            A.    No.  No.  No.

23            MS. SHERVEN:  I move to strike

24            the portion that's nonresponsive.

25            Q.    Is there any other reason why
```

```
 1                      A. GOMEZ                    5
 2       you wouldn't be able to testify correctly or
 3       accurately today?
 4            A.    No.  Everything is fine.  I
 5       don't have a reason.
 6            Q.    Have you taken any medication,
 7       whether it's prescription medication or
 8       over-the-counter within the last twenty-four
 9       hours that would interfere with your ability
10       to testify?
11            A.    No.  I'm not taking any
12       medication.
13            Q.    I don't mean any offense in
14       asking you the next question.  Have you
15       consumed any alcohol or illegal drugs in the
16       last twenty-four hours?
17            A.    No.
18            Q.    Have you ever been arrested
19       other than from this incident?
20            A.    Yes.  They arrested me early in
21       the morning, the 18th.
22            Q.    Other than that, okay, which
23       you are talking about October 18, 2006?
24            A.    Yes.
25            Q.    Other than that, have you ever
```

```
 1                         A. GOMEZ                    6
 2        been arrested before that?
 3              A.     No.
 4              Q.     In preparation for your
 5        testimony here, today, did you review any
 6        documents, or videos, or anything?
 7              A.     No.
 8              Q.     Other than your attorney, have
 9        you spoken with anyone about your testimony
10        today?
11              A.     No, only I talking with -- I
12        saw a psychologist, and I went -- I can't
13        talk about that.  The problem is I don't
14        like to talk about that with nobody.  It's
15        very hard for me that I saw, the feeling
16        that I saw everything that day.
17                  MS. SHERVEN:  Move to strike
18                  the nonresponsive portion.
19              Q.     When you say you talked to a
20        psychologist, did you talk about what
21        happened, or what you were going to testify
22        about today?
23              A.     No, what happened.  I went to
24        the psychologist.
25              Q.     Is it a psychiatrist or
```

```
 1                        A. GOMEZ                 7
 2        psychologist?
 3                A.    I'm not sure.
 4                Q.    What is the doctor's name?
 5                A.    I don't know the name, here,
 6        because I went one time, and I feel so bad.
 7        And he told me that I have to go back and he
 8        help me, but it's very hard for me talking
 9        about this situations, October 17, and I
10        stop going there.
11                Q.    So, you haven't been back other
12        than that one time?
13                A.    One time.
14                Q.    Where was it that you went if
15        you remember, the medical facility?
16                A.    It's here in Lake Street in
17        White Plains.
18                Q.    Do you remember the name of the
19        medical facility?
20                A.    No.
21                Q.    Was it a private doctor?
22                A.    Yes.  That's a building.
23                MS. SHERVEN:  I'm going to
24                request an authorization for those
25                records.
```

```
1                    A. GOMEZ                 8
2              Q.    When was it approximately that
3        you saw that doctor?
4              A.    Well, when everything happened
5        in the 17th.  I'm very nervous.  I'm very
6        scary about everything and as soon it pass
7        5:00 o'clock in the afternoon, dark, I can't
8        go out.  I'm very nervous.  I cry a lot.  I
9        lose in one week around ten or eleven pounds
10       when everything happened.
11              MS. VOLPER:  I'm going to stop
12              you right there.  Just listen to her
13              question.
14              MS. SHERVEN:  I'm going to move
15              to strike as nonresponsive.
16              Q.    When did you see this doctor is
17       my question?
18              A.    About one month.
19              Q.    One month after October 17,
20       2006?
21              A.    Yes.
22              Q.    So, sometime in approximately
23       November of last year?
24              A.    No.  I saw I think I saw in
25       this year, because my private doctor send
```

```
 1                      A. GOMEZ                  9

 2       me, but I can't go because I'm very nervous

 3       talking about what happened.

 4            Q.    When you say your private

 5       doctor, are you referring to Doctor

 6       Carniciu?

 7            A.    Yes.

 8                  MS. SHERVEN:  I'm also going to

 9            call for an authorization for her

10            medical records.

11                  MS. VOLPER:  Yes, okay.

12            Q.    When was it that your doctor

13       referred you?

14            A.    I went there one month, I

15       think.

16            Q.    One month ago?

17            A.    One month ago.

18            Q.    So, maybe, February?

19            A.    February, something like that,

20       early February.

21            Q.    Do you have plans to go back to

22       the other psychiatrist?

23            A.    No.

24            Q.    Did the psychiatrist or

25       psychologist prescribe any medications for
```

```
 1                         A. GOMEZ                    10

 2          you?

 3                   A.    No, not at the time because it

 4          was only one day.

 5                   Q.    What do you mean when you say

 6          another time?

 7                   A.    No, I say not at the time,

 8          because he see me only one time.

 9                   Q.    Not at the time?

10                   A.    Yes.

11                   Q.    Have you spoken with your

12          medical doctor about going to see another

13          psychiatrist or psychologist?

14                   A.    (No response.)

15                   Q.    Can you answer verbally,

16          please.

17                   A.    No.

18                   Q.    Can you state your full name

19          for the record, please?

20                   A.    My phone number.

21                   Q.    Full name.

22                   A.    Awilda Nigtala.

23                   Q.    Can you spell that?

24                   A.    N-I-G-T-A-L-A Gomez.

25                   Q.    And Nigtala is your middle
```

```
 1                          A. GOMEZ                    11

 2          name?

 3                    A.    Nigtala is my middle name.

 4                    Q.    What was your maiden name?

 5                    A.    On 2-20-64.  My middle name?

 6                    Q.    Your maiden name.

 7                    A.    Cadet C-A-D-E-T.

 8                    Q.    C-E --

 9                    A.    -- A-D-E-T, Cadet.

10                    Q.    You're married to Mario Gomez,

11          correct?

12                    A.    Yes.

13                    Q.    How long have you been married,

14          approximately?

15                    A.    Around, I'm living together

16          around twenty-four, and I'm married

17          twenty-three.

18                          MS. VOLPER:  I'm sorry.  I just

19                    want to clarify that.  You've been

20                    married for twenty-three years or you

21                    got married at twenty-three.

22                          THE WITNESS:  Twenty-three.

23                          MS. VOLPER:  You got married at

24                    twenty-three?

25                          THE WITNESS:  Yes, and my
```

```
 1                          A. GOMEZ              12

 2            daughter is twenty --

 3                     MS. VOLPER:  So, how many years

 4            have you been married for?

 5                     THE WITNESS:  Let me see,

 6            because my daughter's twenty-two.

 7            I'm married twenty-one.

 8                     MS. VOLPER:  You're married for

 9            twenty-one years.

10                     THE WITNESS:  Yes.  But I've

11            together for --

12            Q.    You've been together for

13      approximately twenty-four years?

14            A.    Around twenty-three,

15      twenty-four, yeah.

16            Q.    And you have three daughters

17      with Mario, Correct?

18            A.    Three daughters.

19            Q.    How long have you lived at your

20      current address?

21            A.    In this address?

22            Q.    At the 1 River Plaza.

23            A.    I'm living around eighteen.

24            Q.    Eighteen years?

25            A.    Yes.
```

```
1                        A. GOMEZ                13
2            Q.    How old are you?
3            A.    Forty-three.
4            Q.    When is your date of birth?
5            A.    ████.
6            Q.    What is your Social Security
7    number?
8            A.    ████████.
9            Q.    Are you a United States
10   citizen?
11           A.    Yes.
12           Q.    When did you become a citizen?
13           A.    In July 1999 I think, yes.
14           Q.    How tall are you?
15           A.    They say 5'4.  I don't think
16   so, all my papers.
17           Q.    Approximately, how much do you
18   currently weigh?
19           A.    Now, a hundred and eight
20   pounds.
21           Q.    Approximately, how much did you
22   weigh on October 17th of 2006?
23           A.    A hundred sixteen, seventeen,
24   that's my normal weight.
25           Q.    So, you lost approximately
```

```
 1                    A. GOMEZ              14

 2      eight pounds?

 3           A.    Yes.

 4           Q.    Was that a planned weight loss?

 5           A.    I lost in the first week, the

 6      17th, October 17th to when my husband in

 7      jail.

 8                 MS. VOLPER:  Could we just

 9            clarify one thing.  I'm not sure if

10            you completely understood the

11            question.

12                 The attorney asked you had you

13            planned to lose weight?

14           A.    No.  No.  No.  I lost that

15      weight, what I lost, I lost in the week of

16      the 17th when my husband in jail.  I try to

17      come back to my normal weight.

18           Q.    Have you seen a doctor

19      regarding the weight loss?

20           A.    I see the doctor.

21           Q.    But when you've seen the

22      doctor, have you mentioned any concerns

23      about losing weight?

24           A.    About losing weight, but he say

25      there, the reason that I lose weight, my
```

```
 1                          A. GOMEZ                    15

 2          life, you know, everything changes with me.

 3          It's nothing that I'm sick or nothing like

 4          that.  It's everything around the problem.

 5                  Q.    What is your highest level of

 6          education?

 7                  A.    I need only eighteen credits

 8          for finishing my Bachelor.

 9                  Q.    Where did you graduate from

10          high school then?

11                  A.    In Dominican Republic.

12                  Q.    Where did you take the other

13          credits that you've taken for college?

14                  A.    I take it here.

15                  Q.    In the United States?

16                  A.    Yes, Mercy College, Dobbs

17          Ferry.

18                  Q.    What degree or what Bachelor

19          were you trying to obtain?

20                  A.    In science, in education,

21          Bachelor in Science Education.

22                  Q.    To become a teacher?

23                  A.    Yeah.

24                  Q.    When was the last time that you

25          took courses in science education?
```

```
 1                        A. GOMEZ                 16

 2              A.    A long time.

 3              Q.    Are you currently working?

 4              A.    No.  I lose my job.

 5              Q.    When did you lose your job?

 6              A.    February 27, 2007.

 7              Q.    Are you currently looking for a

 8     new job?

 9              A.    I need a job bad.  It's hard

10     for me finding the job that I doing.

11              Q.    Where were you working?

12              A.    I working in Family Service of

13     Westchester in Star Program.

14              Q.    What was your job title?

15              A.    I'm Family Advocate and

16     Volunteer Coordinator.

17              Q.    How long did you work for

18     Family Services?

19              A.    For Family Service around,

20     well, my job changed to different

21     organization.  I'm working for nine years.

22              Q.    Just so we're clear, you're

23     looking for a similar type of position

24     currently?

25              A.    That's only what I like to do.
```

```
1                        A. GOMEZ                17

2              Q.    Have you had any interviews?

3              A.    I went in two interviews, but

4         they ask me the same question.  You've been

5         arrested.  I had to say, yes, and they not

6         call me.  And I'm very sad about this,

7         because I lose my job for this problem.

8                   MS. SHERVEN:  I move to strike

9              as nonresponsive.

10             Q.    What happened on February 27,

11        2007, that you lost your job?

12             A.    This not happened February

13        27th.  This coming that as soon as they see

14        in the newspaper the article in December --

15        hold on -- in November 1st and 2nd, they

16        started problem with me coming.

17             Q.    You're physically referring to

18        the newspaper articles from November 1st and

19        2nd of 2006 concerning your husband's

20        arrest; is that correct?

21             A.    And my arrest, yes.

22                  MS. SHERVEN:  If I didn't

23             mention this, I'm going to call for

24             the production of the two newspapers

25             articles.
```

```
 1                      A. GOMEZ                18
 2              Q.    Have you, yourself, seen those
 3       newspaper articles?
 4              A.    They see.
 5              Q.    Have you seen the articles?
 6              A.    Oh, yes, I see.  They show me.
 7              Q.    When you say "they", are you
 8       referring to someone at your job?
 9              A.    Yes.
10              Q.    Remember just answer every
11       question verbally.  Was there a specific
12       person at your job who showed you the
13       articles?
14              A.    The director and my supervisor.
15              Q.    Who is the director?
16              A.    Barbara Summer.
17              Q.    And your supervisor?
18              A.    Heather Barton, something like
19       that.
20              Q.    When did you become aware of
21       these newspaper articles?
22              A.    On December 2nd.
23              Q.    You mean November 2nd?
24              A.    November 2nd.  They made a
25       meeting with me and show me and told me
```

```
  1                     A. GOMEZ              19
  2          about my position, and this is not good for
  3          the organization.  And I tried to explain
  4          that I not do anything.  I feeling I went in
  5          the wrong place in the wrong moment.  That's
  6          what happened to me, because I'm not doing
  7          anything wrong.
  8              Q.    When you say they had a
  9          meeting, do you mean Miss Summers and Miss
 10          Barton and yourself?
 11              A.    And Jerry Goldberg.
 12              Q.    Who is Jerry Goldberg?
 13              A.    She's working with me too.
 14              Q.    A co-worker, or does she have a
 15          higher position?
 16              A.    Higher position.  I working for
 17          all three.
 18              Q.    What happened at this meeting?
 19              A.    What happened at this meeting,
 20          everything change.
 21              Q.    How so?
 22              A.    They tried to because when they
 23          made the meeting, they told me everything.
 24          I say I don't want to loose my job for this
 25          reason, and I call -- I had to call my
```

```
1                        A. GOMEZ                    20
2        lawyer.  When they listen about the lawyer,
3        they no want something big coming.  They
4        stop a little, okay, the week.
5                    But this problem affect me a
6        lot emotional for the first two months I'm
7        scared about everything.  And sometime I'm
8        explain my supervisor my situation, and they
9        take a little things one day I come in late,
10       oh, you have to sign this paper because you
11       coming late.  It never happened to me in
12       nine years.
13                   And the other reasons I'm
14       coming here one day, and I told my
15       supervisor she talking with somebody, and I
16       take too long, and they don't know what I'm
17       going.  You know, they take a little reasons
18       and put my sign two different papers.  But
19       you ask for the record everything coming,
20       then November 2nd to February, you know.
21                   In February, she called me
22       early in the morning the 26th, and the
23       school close because it's a snow day.
24       Barbara Summer called me to my phone.  In
25       the afternoon she called me again with
```

2          before that you're going to the main office

3          because I need to talk to you.

4                     When I was there, she not tell

5          me really, this, oh, you have too many

6          things, and this is a business.  And I think

7          sign you're looking for something different,

8          and I'm out with the organization, you know.

9               I not signing anything at the time

10         and she told me pick all your things off

11         your desk and you're not working here for

12         this organization.

13                     MS. VOLPER:  This was on

14              February 27.

15                     THE WITNESS:  Yes.

16              Q.    At that meeting on February 27,

17         did she say anything about your husband's or

18         your arrest from October 17, 2006?

19              A.    She's a smart.  She not say

20         anything but I know that's the reason,

21         because you see all my evaluation for years,

22         I don't have any problems.  You ask for

23         record, I no have nothing in my records that

24         I come in late, that I do this.  Only it

25         started from November to February.

```
 1                      A. GOMEZ              22
 2             It's very clear for me
 3      everything is around they no want to see
 4      somebody that they have an arrest.  I have
 5      to go to the court.
 6             Q.    Have you spoken with an
 7      attorney about any type of claim or action
 8      against your former employer?
 9             A.    No.  I'm very sad about that.
10             Q.    Before November, had you ever
11      been written up for being late or any other
12      type of problems?
13             A.    No.  I no have a problem with
14      nobody.  They looking for little things and
15      excuse and put me out with the program.
16             Q.    Have you filed any type of
17      complaint with anyone regarding your
18      employer?
19             A.    No.
20             Q.    Do you have plans to file any
21      complaint about your employer?
22             A.    Oh, yes, yes.  I have to do
23      something.  That's not fair.  I lose my job
24      for this reason when I not do anything.  And
25      it's very funny the Detective do everything
```

```
1                          A. GOMEZ                23

2          they want, and he have her job.  Everybody

3          continue her job.

4                    MS. SHERVEN:  Move to strike

5                    the portion that's nonresponsive.

6                    Q.    Have the police ever been to

7          your home for any type of official

8          investigation?

9                    A.    No.

10                   Q.    Have you ever called the police

11         to report any domestic violence within your

12         home?

13                   A.    No.

14                   Q.    Has your husband ever hit you?

15                   A.    Wait a minute.  I'm here for

16         the case or for my life?  He not hit me.

17                   MS. VOLPER:  Hold on.

18                   A.    I'm very sad.

19                   MS. VOLPER:  Hold on.  Would

20                   you like to take a break?

21                   THE WITNESS:  No.  She ask me

22                   about my job, she's ask me about

23                   personal things.

24                   MS. VOLPER:  We're here to

25                   investigate what happened surrounding
```

```
 1                      A. GOMEZ              24

 2              the assault.  I would request that

 3              you stick to questions about the

 4              incident and about her job only that

 5              are relevant to this case.

 6                  MS. SHERVEN:  With all due

 7              respect, these questions are

 8              relevant.  If you direct her not to

 9              answer, the refusal to answer to the

10              question could be deemed

11              noncompliance with the 50-h, and not

12              answering questions --

13                  A.    -- no, he not hit me.  You want

14       a listen about that.  But it's perverted

15       talking about this situation and my job,

16       because I think that's the reason that I'm

17       here.

18                  Q.    Have you ever been diagnosed

19       suffering from any kind of psychiatric

20       injury or illness?

21                  A.    What did you say?

22                  Q.    Have you ever been diagnosed by

23       a doctor or a medical professional with any

24       type of psychiatric problem?

25                  A.    No.  I no have any problems.
```

```
 1                    A. GOMEZ              25
 2              Q.    What about your husband; do you
 3        know has he ever been diagnosed with any
 4        type of psychiatric problems?
 5              A.    You don't have a meeting with
 6        my husband?
 7              Q.    I'm asking you.
 8              A.    I prefer you ask my husband
 9        about my husband.
10              Q.    Your attorney will instruct
11        you?
12                    MS. VOLPER:  She's going to ask
13                    you basic background questions like
14                    we talked about, and just answer to
15                    the best of your ability.
16                    THE WITNESS:  Okay.
17              Q.    Has your husband ever suffered
18        from any type of psychiatric illness as far
19        as you know?
20              A.    Yes.
21              Q.    What type of illness has your
22        husband suffered from?
23              A.    He went about a couple of years
24        because he have a problem he seek, and
25        everything when he seek he find out what he
```

```
 1                      A. GOMEZ                26
 2      have, he very depressed.  But he's not
 3      psychiatric problem that he do something
 4      wrong in my house or me or my kids.
 5                  MS. SHERVEN:  Move to strike
 6              the portion that's nonresponsive.
 7              Q.    How long was he under the
 8      psychiatric care during that time period?
 9              A.    When he retired out of his job
10      that's what happened.
11              Q.    When was it that he retired, if
12      you can approximate when that was?
13              A.    2000, 2001, I'm not sure.  I no
14      remember it.
15              Q.    Was he diagnosed with
16      depression?
17              A.    I don't really know.  I don't
18      really know.
19              Q.    But he was seeing a doctor?
20              A.    Yes, but I don't really know.
21              Q.    Was he hospitalize at anytime
22      for depression or any other type of
23      psychiatric illness ?
24              A.    A long time ago, about four
25      years.  Not now, he's fine.
```

```
 1                          A. GOMEZ                    27
 2              Q.    How long was he hospitalized?
 3              A.    I think a couple of days, one
 4       week, something like that.
 5              Q.    Did he receive any medication
 6       during that time period?
 7              A.    Yeah, but I don't know anything
 8       because he's fine.
 9              MS. VOLPER:  Just what you
10          remember.
11              A.    That's what I say, he's fine.
12       He doing everything by his own, you know.
13       He's not the type he need help that I have
14       to give you something.  He do everything by
15       himself.  That's why I don't have a lot of
16       information.
17              Q.    To your knowledge is he
18       currently seeing a psychiatrist or any type
19       of mental health provider; is he right now
20       seeing any type of psychiatrist or any
21       mental health processional?
22              A.    He see one time a month.
23       That's it.
24              Q.    Was he seeing this doctor
25       before October 17, 2006, or did he start
```

```
 1                    A. GOMEZ              28

 2      seeing someone after that?

 3              A.    I don't understand what you're

 4      saying.

 5              Q.    You testified that your husband

 6      sees someone, a mental health provider once

 7      a month, right?

 8              A.    Yes, but he doesn't see -- but

 9      that I say is, he see the doctor, but it's

10      not because he's crazy or something like

11      that.

12              Q.    Right.

13              MS. VOLPER:  Do you understand

14              the difference between a mental

15              health professional, psychologist,

16              and a primary care physician, a heart

17              doctor.

18              THE WITNESS:  Oh, he sees

19              everything before the 17th.  He had

20              to go a lot of different doctors now.

21              MS. VOLPER:  You testified that

22              once a month he sees a mental health

23              professional.  Is that what you

24              meant?

25              A.    (Witness nods.)
```

```
 1                    A. GOMEZ              29

 2           Q.    That's a, yes?

 3           A.    Yes.

 4           Q.    She can't take down sounds, so

 5      you have to answer every question out loud,

 6      okay.

 7                    Was he seeing this mental

 8      health provider before October 17, 2006, or

 9      is this something that he started doing

10      again after October 17?

11           A.    I'm not really sure about that,

12      because I'm working all day.  I think, yes,

13      but I'm not sure he continue or he stopped.

14      I'm not sure.

15           Q.    Has your husband ever been

16      diagnosed as an alcoholic or as having a

17      problem with alcohol?

18           A.    No.  He's been -- nobody.  Let

19      me say something about my husband.

20                    MS. VOLPER:  Hold on.  You have

21              to wait until she asks you a question

22              and then you answer.

23                    THE WITNESS:  Okay.

24           Q.    Do you know Detective Quinoy?

25           A.    Oh, yes.
```

```
 1                    A. GOMEZ              30
 2          Q.    How long have you known
 3     Detective Quinoy?
 4          A.    At around fifteen, twenty
 5     years.
 6          Q.    And you knew him because you
 7     lived in the same building?
 8          A.    No.  No.  He's my friend.  I
 9     know her wife, her parents, her wife's
10     parents.  I know very well all the family.
11          Q.    Where did you meet Detective
12     Quinoy and his family?
13          A.    A long time ago.
14          Q.    Was it when you were living in
15     the same apartment building?
16          A.    No.  No.  No.  No.
17          Q.    Or before that?
18          A.    No, no, before, before.
19          Q.    Did you meet him first or his
20     wife?
21          A.    Both.  I know him first.
22          Q.    Her?
23          A.    I know Detective Quinoy first
24     then her wife.
25          Q.    How would you describe your
```

```
1                     A. GOMEZ                    31
2          relationship with Detective Quinoy and his
3          wife?
4                  A.    Good.
5                  Q.    You spent time together
6          socially?
7                  A.    Oh, yes.  He went with husband
8          birthday party.  He went in my house a
9          couple of times.  I went in her house.  I
10         cook for everybody.
11                 Q.    You were friends?
12                 A.    Oh, yes, I went in her wife's
13         sister's birthday, friends.  Her son's
14         party, the first year the Michael's party I
15         went there.
16                 Q.    And your daughters spent time
17         with him and his wife as well?
18                 A.    Yes.  Yes.
19                 Q.    Did there come a point in time
20         before October 17, 2006, that your
21         relationship with Detective Quinoy and his
22         wife changed?
23                 A.    I not say changed.  They move.
24         I not say you the same as soon as he taking
25         her job, he change a little.  Because I know
```

```
1                      A. GOMEZ              32
2        Detective Quinoy when he driving taxi in
3        Tarrytown, Marcotti Taxi.
4                    I know Detective Quinoy when he
5        was little, because I have a couple of years
6        of difference.  And I know her father, her
7        mother when they have a business on Bizmal
8        (ph) Avenue.  I was there eating food.  And
9        I have a good relation, normal relation.
10       When they move to the building, I have a
11       very close relation.
12                    As soon as he take the position
13       about seven or eight years, before he
14       working in the Coke-a-Cola, he started to
15       change a little world.  And I continued
16       friends, but you know, they do what they
17       have to do, and I do what I have to do.
18                    And they started a lot of
19       problem between Quinoy and her wife, because
20       he cheated a lot, and they started a lot of
21       problems.  And I going a little separate for
22       the problem that they have now because I
23       have a problem with Quinoy, or Marina I no
24       have a problem.  They have a problem.
25                    They separate for -- he moved
```

```
 1                        A. GOMEZ                    33

 2          to Washington Street in the building.  I

 3          don't know how long maybe one year they

 4          separate.  He come back to the building.

 5          And you know, when you have a personal

 6          problem like that, you be away with the

 7          friends.  And they have a lot of problems

 8          because he cheated a lot with the teenagers.

 9                  Q.    Approximately, how long ago was

10          that that you believe that he cheated?

11                  A.    Oh, a long time because I'm

12          living in the town for years, and the people

13          made the comments.  And before that, he

14          married with Marina, he going out with my

15          friend's Umar (ph) daughter -- the last name

16          is Umar, and he going out with her daughter

17          ready to marry, and he cheated her daughter

18          for Marina, and she married with Marina.

19          You know, this something coming for years.

20          It's nothing new for me.

21                  Q.    You mentioned that he cheated

22          with a teenager; is that correct?

23                  A.    Well, I feeling my daughter is

24          no teenager.  My daughter is now a woman.

25                  Q.    You're referring to Haydee,
```

```
1                          A. GOMEZ                    34

2         correct?

3              A.    Yes.

4              Q.    How old is Haydee?

5              A.    Well, she's now twenty-two, but

6         when this started, the flirting and

7         la-la-la, she's very young.  I say around

8         seventeen, eighteen.  Not now because this

9         problem not coming to now.

10             Q.    Okay.  Just so we're clear, is

11        it your testimony that your daughter Haydee

12        and Detective Quinoy had been flirting since

13        the time she had been seventeen or eighteen

14        years old?

15             A.    Yes.

16             Q.    Did that every concern you?

17             A.    Oh, yes.  One day she wake up.

18        I say seventeen, because he policeman not

19        detective but at the time.  He come to

20        building around two o'clock in the morning,

21        okay.  And my daughter get out with the

22        apartment, and I looking in the window, and

23        I saw the car, because you know the police

24        have the car with the number they usually

25        driving.  And I saw her car.
```

```
 1                      A. GOMEZ                35
 2              When my daughter coming back
 3         around 3:30, 4:00 o'clock in the morning, I
 4         confront my daughter, and I say, what are
 5         you doing.
 6              Oh, no, no.  He coming to talk
 7         to me, something.  I say you know he's
 8         married and the wife living here, and he
 9         have a lot of problem with Marena about this
10         situation.
11              No.  No.  No.  He's only my
12         friend.  He's only my friend.  I say, you
13         better stop, okay.  So, at the time I not
14         put a lot of attention because he's very
15         young, because he know me.  He know my
16         family.  I don't think so he do that, to me
17         something like that.
18              Q.    Did there come a point in time
19         when you thought that there was something
20         more than just friends between Detective
21         Quinoy and Haydee?
22              A.    Yes.
23              Q.    When was that?
24              A.    I don't know exactly when is
25         that because she not tell me.  She know that
```

```
 1                      A. GOMEZ                36
 2        I not approve something like that, but I
 3        remember last -- let me see.  Last year
 4        around one and a half -- let me think a
 5        second.  Around last September.
 6             Q.    September 2006?
 7             A.    Yes.  2006 or 2005, I'm not
 8        sure.  She went in my friend's house in the
 9        Philip Manor in the Tarrytown in Sleepy
10        Hollow.  She went there because she have
11        friends, and she stayed for a couple of days
12        in there.  And I went to pick her up in the
13        morning and bring to her job.
14                  And she made a comment Quinoy
15        was there and talking in the park.  And I
16        told my daughter, be careful because I don't
17        want any problems.  I know the family.  Oh,
18        no, no, no.  He's my friend.  He's my
19        friend.  And she laughing, well, he kiss me.
20        He kiss me.  He kiss you?  And I'm very sad
21                  I say, you know, I no want to
22        listen anything about that, because I think
23        it happened and that's it.  And I said
24        Haydee, I don't want to listen anything
25        about that, that he kiss you or something
```

```
1                        A. GOMEZ                 37
2        happened between you and him.
3                    And I bring Haydee to the job,
4        and I'm not talking anything about that.
5        I'm not putting emphasis on something
6        becoming or something like that.  I think at
7        the time she told me at the time, I don't
8        think something sure happened.  I don't know
9        because she not give me the information
10       about that.
11                Q.    But she told you that he kissed
12       her?
13                A.    Oh, yes.  Oh, yes.  They went
14       to the park.  They have a park in -- not the
15       beach part, the other part.  They play
16       baseball, something like that.  That's when
17       this happened, because I have a very close
18       with all my three daughter.
19                Q.    So, she confided in you about
20       this, about him kissing her.
21                A.    Yes, she told me, because she
22       told me everything but when she see I'm not
23       happy.  I not approve.  She not talk too
24       much about this situation.
25                Q.    Do you remember if this was
```

```
 1                        A. GOMEZ                38

 2        last September or more than a year ago?

 3              A.    Let me see, last September, no,

 4        last year, 2005.  Because this December is

 5        2006, right?

 6                    MS. VOLPER:  Yes.

 7              A.    2005, this happened in 2005.

 8              Q.    After Haydee told you that she

 9        had -- that Detective Quinoy had kissed her,

10        did you do anything or did you talk to her

11        more or talk to him or talk to anyone about

12        that?

13              A.    I saw Haydee talking with him a

14        lot of times in the parking lot, but I not,

15        you know, the position that he have I think

16        he respect more the friends.

17                    He's married.  My daughter's

18        not married, and you need to understand when

19        the kids are young, teenager.  What's it

20        like?  Oh, look it, he talk to me, and he's

21        a Detective.  He's a policeman.  And she

22        told me that he very very -- he told me too

23        the day that he arrest me, that they very

24        good friends, and they do a lot of favors

25        for Haydee, and they take a lot of tickets.
```

```
1                          A. GOMEZ                    39
2                 MS. VOLPER:  You mean traffic
3             tickets?
4                 THE WITNESS:  Well, you have to
5             ask him, because I don't know.
6             That's what he told me.  He take a
7             lot of tickets to Haydee, and he's
8             very friends with Haydee.
9                 A.    And I found in my house one day
10        a set of keys.  And I ask all my three
11        daughters what keys is that.  And Haydee
12        told me, oh, this is Jose's keys.
13                I said what keys?  And they
14        have a business in North Broadway now in the
15        Sleepy Hollow, and she have the keys because
16        Jose ask Haydee too many time to help for
17        something about the business, and he want to
18        Haydee to work with him.
19                And I told Haydee when she told
20        me, oh, Jose wanted I work with him.  I say,
21        listen, I think it's better for me that you
22        looking on another job, because I don't want
23        to feeling something happen between you and
24        Jose.
25                Oh, no, no, no, no, ma, no, no,
```

```
 1                    A. GOMEZ              40
 2         no.  I help him a lot, and he tried to buy a
 3         computer.  And he told me you use the
 4         computer.  You want to take it home.  I
 5         think the laptop or something like that.
 6         Everything so sweet, so nice.  I say,
 7         Haydee, be careful and get out of the
 8         situation, and she have the keys.
 9                    When everything happened
10         October 17, I'm come back to my house and
11         I'm looking for the keys and I told Haydee,
12         I keep it.  And she say he called Jenny.
13         Jenny is Haydee's best friend.  He called
14         Jenny, and he told Jenny, they asked me for
15         the keys.
16                    That the time my husband is in
17         jail, okay.  And when he arrest Mario, I
18         have a conversation with Mario, and he told
19         me, Jose Quinoy say that he have a couple of
20         friends in the jails, and he had to be
21         careful.  He told Mario.
22                    When I listen about that, I
23         told Haydee what you want to do?  And she
24         say, ma, I don't want more problem because I
25         keep the keys.  I give it to Jenny, and
```

```
1                          A. GOMEZ                41

2          Jenny give it to Jose, because I don't want

3          a problem something happen with my daddy

4          because I have the keys.  And he think I

5          have the keys is because I want to do

6          something with him.

7                     I say, well, everything coming

8          out because you have the keys.  And she give

9          the keys to Jenny.  And I asked Haydee, you

10         give back the keys to Jose, and she say,

11         yes, he coming with Zekus.  That's another

12         Detective, Chuck Zekus, something like that.

13         He working with Jose.  They coming together

14         with Jenny, and they take the keys.

15              Q.    At any point in time, did you

16         tell your husband that you were worried

17         about Detective Quinoy's relationship with

18         your daughter?

19              A.    No, never in my house I have

20         this conversation about that, never.

21              Q.    Why not?

22              A.    Because I say, again, when I

23         see Haydee talking with him, I think she's

24         feeling, oh, he's a detective.  He's my

25         friend.  So, I not feeling.  Detective
```

```
 1                    A. GOMEZ              42

 2        Quinoy's married, know the family, know

 3        Haydee when she's eleven, twelve years old.

 4        They do something like that with my kids.  I

 5        think he have more values about that.

 6             Q.    Do you think that there is more

 7        than just friendship between your daughter

 8        and Detective Quinoy?

 9             A.    I don't know.  I don't know.  I

10        can't say yes or no.  I say they kissing.

11        They have a very close relation.  The people

12        saw in the bar one day, I think Campbell,

13        Barry Campbell, the policeman.  He saw one

14        time Haydee and Jose in the bar.  He told my

15        husband, and my husband made it a comments

16        about that.

17             Q.    When did --

18             A.    -- when everything happened.

19             Q.    When did Lieutenant Campbell

20        tell your husband that he saw Haydee and

21        Detective Quinoy in a bar?

22             A.    I think that the day that they

23        got arrest.

24             Q.    Not before that?

25             A.    No.  No.  No.
```

```
 1                        A. GOMEZ                 43

 2              Q.    Before October 17, 2006, did

 3         you hear any rumors from people around the

 4         town or friends that there was something

 5         more than friendship between them?

 6              A.    Well, you know, in my country's

 7         say you're the last person to know

 8         everything that happened in your house.

 9         Nobody come to say your daughter going out

10         with policeman or detective and married.

11         Nobody say anything to me.  I'm not

12         listening anything about that.

13              Q.    At anytime did your husband say

14         anything to you before October 17 that he

15         had heard rumors that there was something

16         more than friends between them?

17              A.    No.  It happened -- this

18         happened Tuesday.  Weekend before somebody

19         call my husband and made a comment about

20         Jose Quinoy's talking about my daughter in

21         the locker room in the Police Department,

22         that he going out without with Haydee, and

23         Haydee pay for him.  And why not I have to

24         did out.

25                    He told me, and he say I can't
```

```
 1                        A. GOMEZ                44
 2        believe this.  I said, well, what I have to
 3        do.  She's twenty-two in this moment.  He
 4        not say anything.  He say I know, I know, I
 5        know.
 6                    And he received another phone
 7        call Friday before the 17th.  Don't ask me
 8        who called, because I don't know.  He
 9        talking in English that's only what I know.
10        He talking in English.  When he finished, he
11        told me do you see this?  I say what
12        happened, Mario.  Somebody called me again
13        and told me Jose Quinoy made comments about
14        Haydee.  Haydee going out with him, and she
15        pay.
16                    And he not take any attitude or
17        nothing.  He made a comments.  He say what I
18        have to say.  I said, well, Mario, talk with
19        Haydee or something like that, but he never
20        told me talk with Jose Quinoy or nothing
21        like that.  Nothing happened.  This happened
22        Friday.  He home Saturday, Sunday, Monday,
23        and nothing happened before he called Mario
24        to my house -- not my house, to Mario's cell
25        phone.
```

```
  1                      A. GOMEZ                45

  2              Q.    This first phone call that you

  3       mentioned where someone called your husband,

  4       do you know who that was?

  5              A.    No, because he have friends,

  6       and I'm the type of a person that I'm not

  7       putting a little attention on little things.

  8       He have a her friend.  He made the comments.

  9       I'm not the type of the person nosey.  I

 10       want to know everything.

 11                    He told me Haydee's twenty-two,

 12       and that's it.  He made a little comments

 13       about what happened.  Everything is over.

 14              Q.    But he said something to

 15       Haydee; is that what you're referring to --

 16              A.    Yeah.  He say I can't believe

 17       that this happened, and Haydee pay.  And I

 18       say I don't think so.  So, little comments

 19       between the husband and wife.

 20              Q.    Did you hear him on the

 21       telephone that first time when someone

 22       called him?

 23              A.    The first time, no.  The second

 24       time, yes, I was home.

 25              Q.    That's when you noticed it was
```

```
1                         A. GOMEZ                    46

2         a conversation in English?

3              A.    Yes.  He's in the room and

4         talking in English, and I went in the living

5         room.  At least, I know he's talk with

6         somebody, but I don't know who's on the

7         phone.

8              Q.    Did you ever find out who that

9         person was.

10             A.    No.  No.

11             Q.    Did you ever find out if it was

12        the same person that called both times?

13             A.    I don't know.  I don't know.

14             Q.    Do you know did your husband

15        ever speak to Haydee about these phone calls

16        that he received?

17             A.    He talking with Haydee

18        normally, and that's it.  He told Haydee he

19        not approve something like that.  And he

20        say, no, he's my friend.  He gave me a lot

21        of favors.  He take tickets for me.  No, no,

22        no, and that's it.  She going out, and

23        that's it.

24                   MS. VOLPER:  Can I just stop

25              for second.
```

```
1                      A. GOMEZ                 47
2              Q.    You testified just a minute ago
3      I believe that Detective Quinoy called your
4      husband; is that correct?
5              A.    Yes.
6              Q.    When was that that he called?
7              A.    The 17th.
8              Q.    Excuse me.  Do you know why
9      Detective Quinoy called your husband?
10             A.    He called because he wanted
11     talking about -- I think when Mario talking
12     with Haydee about it, he listened.  They
13     going out, you know.
14                  Mario told Haydee he no want a
15     problem not with Quinoy, because I never
16     think I have a problem with Quinoy.  My
17     husband tried to put Haydee out of the
18     situation because he say, and I told Haydee,
19     I don't want a problem with Marina because I
20     know her wife's fight with another girl for
21     the reason she's going out with her husband
22     in the Y.M.C.A. in Tarrytown.  They fight,
23     okay.
24                  And she have a lot of different
25     problems with women in the town when she
```

<pre>
  1                    A. GOMEZ                48
  2          find out somebody going out with Quinoy,
  3          Marena come and having a discussion and
  4          fight.  She fight with two, one or two times
  5          she fight.
  6                   And I told Haydee, I don't want
  7          it, and my husband no want it, because he's
  8          very bold in the community, things in the
  9          school.  My two daughters -- my young
 10          daughter in the school, and he no want the
 11          people talking about my family, never
 12          anything about any situation about that.
 13              That I know he tried to tell Haydee
 14          the reason that he no want any problems.  He
 15          no want problems, you know, people talking.
 16          And she say, no, no, no, daddy.  No, no.
 17          He's my friend.  He's my friend.
 18                   He have more communication with
 19          me.  That's what I know that he kissed
 20          Haydee, and he try a couple of times because
 21          she told me.  Oh, no, he tried to go bed
 22          with me, but I don't know they going or not
 23          going.  She told me he tried to go bed with
 24          me a couple of times.
 25                   Q.   And by that you're referring to
</pre>

```
1                          A. GOMEZ                    49
2          he tried to have sex with her?
3                A.    Yes, that's what she told me.
4                Q.    When did she tell you that?
5                A.    She told me about when
6          everything coming, you know, before the
7          17th.  I have a conversation.  She said, oh,
8          he tried to be sex with me, but I no have
9          nothing with him.  He's only my friend.
10         Okay, that's what you tell me.
11               Q.    Did you at any point in time
12         tell your husband that Haydee told you --
13               A.    -- oh, no, no.
14               Q.    -- Detective Quinoy tried to
15         kiss her --
16               A.    No.  No.
17               Q.    -- or tried to have sex with
18         her?
19               A.    No.  No.  This is between me
20         and Haydee, and that's it.
21               Q.    As we speak now, do you know
22         whether your husband knows this information?
23               A.    Before all this happened, I
24         told my husband.
25               Q.    Before all what happened?
```

```
 1                    A. GOMEZ              50

 2            A.    Before the 17th, when he come

 3     back with the jail I told my husband.

 4            Q.    What did you tell your husband?

 5            A.    I told him and Haydee told him,

 6     because she surprised that he hit her father

 7     like he did it, and he made a big problem

 8     with Mario.  Quinoy made this problem with

 9     Mario when nothing happened.  That's what

10     Haydee tried to told her daddy, and she told

11     her daddy he tried to be sex with me, and

12     maybe he did it to you this because I never

13     go bed with him.

14            Q.    When did you tell Mario this

15     information; was this before or after he was

16     arrested?

17            A.    When he come back with the

18     jail.

19            Q.    So, after he was arrested,

20     after he was released from jail?

21            A.    Yes.

22            Q.    As far as you know at that time

23     Haydee also told him the same things?

24            A.    Yeah.  He told him, and I told

25     him about last month, about two or three
```

```
1                         A. GOMEZ              51
2        weeks I have a conversation about that.
3        Mario he don't know anything about that.
4              Q.    Mario doesn't know what?
5              A.    That he kiss Haydee, or he
6        tried to be sex with Haydee, about two or
7        three weeks, one week or two weeks Mario
8        find this situation.
9              Q.    After he was arrested and
10       released --
11             A.    Yes.
12             Q.    -- that's when he found out?
13             A.    About two or three weeks, not
14       too longer.
15             Q.    But as far as you know, he did
16       not know any of that information on October
17       17?
18             A.    Oh, no, no, he no have any
19       information about that.  And he told me one
20       day he going out in the bar, the police
21       going, because he's retired the Correction
22       Department, he know a lot of the policemen.
23       And he come one day in my house, oh, you
24       know who I saw?  I saw Jose Quinoy.  He pay
25       a bill for me.  They have a good relation.
```

```
 1                    A. GOMEZ              52
 2       It's surprise for everybody this happened.
 3            Q.    Do you know what your
 4       daughter's current relationship is with
 5       Detective Quinoy?  Are they communicating in
 6       any way; if you know?
 7            A.    Now, I don't know.  I can't say
 8       anything about that.
 9            Q.    She hasn't confided in you
10       about any communications, about seeing him?
11            A.    No. No. No. No. She not talking
12       this point.  I'm not talking this point.
13       Nobody talking in my house about this.
14            Q.    Have you seen Detective Quinoy
15       since you were arrested?
16            A.    Yes, one time.
17            Q.    When was that?
18            A.    Maybe, November, I'm not sure.
19       I went here in White Plains Road, in Empire,
20       that's for the rent car.  It's Route 119.  I
21       don't know the name.  It's an "E".  The
22       symbol is "E".  I went there with my friend.
23       She was there for rent the car, and I went
24       because she went for the car.
25                    And he coming with Detective
```

1                              A. GOMEZ                    53

2          Zekus.

3                    Q.    Zekus?

4                    A.    Yes.  I park my car in the

5          back, and Detective Quinoy's in the front

6          with the door.  When I saw him, I told my

7          friend, oh, my God, look who is here,

8          because very close the incident.  Look at

9          who's here.  Look who's here.

10                        And he coming back, he tried to

11         intimidate me.  I'm very nervous.  And I

12         told my friends, don't get out.  Don't get

13         out.  Don't get out.

14                        In the middle the street, I put

15         my friend out with the car, because I leave.

16         I say, I have to leave.  I have to leave.  I

17         am very nervous.  Looking what he look at

18         me.  Look at what he look at me, because I

19         am so nervous.  Because he look in the car,

20         and I don't want any problem again.

21                   Q.    Did you speak to him at all

22         that day?

23                   A.    No.  No.

24                   Q.    Other than that time in

25         November, have you seen Detective Quinoy

```
 1                    A. GOMEZ               54

 2        since then or had any conversations with

 3        him?

 4             A.    No.  I don't have any

 5        conversation.  I saw about two or three week

 6        when I went in the court.  He outside in the

 7        sidewalk.

 8             Q.    But you didn't speak to him?

 9             A.    No.  No.  I don't want to

10        anyway.

11             Q.    Now, you said that on October

12        17 Detective Quinoy called Mario on his cell

13        phone?

14             A.    In the cell phone.

15             Q.    Had you spoken with Detective

16        Quinoy at all that day before he called

17        Mario?

18             A.    I called when he arrest me.  I

19        talk with him.

20             Q.    No, before.

21             A.    No.  No.

22             Q.    You did not speak to Detective

23        Quinoy before he called your husband?

24             A.    No.  No.  No.  I don't have.

25             Q.    Do you know why Detective
```

```
 1                        A. GOMEZ                    55

 2        Quinoy called your husband?

 3                A.    He called because Haydee told

 4        him what happened that what Mario say.

 5        Because Mario not talking with Quinoy, Mario

 6        talking with Haydee.

 7                      So, Mario called me and told me

 8        this, and I wanted this coming to stop.

 9        That's the conversation he had with Haydee.

10                Q.    When was that conversation with

11        Haydee; that was a few days before?

12                A.    Few days before, normal

13        conversation.  He not mad.  He not nothing.

14        He only told Haydee I want this coming to

15        stop, what happened.

16                      And she say, no, no, no.  I

17        went in the bar with him, but I not paying

18        for him.

19                      And Mario say, well, I want

20        this stop, because I don't want the people

21        talking in the town.  This is a small town.

22        You are beautiful girls.  Why you have to

23        bother with this situation.  Marina find

24        something that you're going out with Jose,

25        she want to come to you, hit her wife.
```

```
1                    A. GOMEZ                56
2              She say, no, no, no.  He's my
3    friend.  He's my friend.  Everything
4    finished.
5              Jose Quinoy called my daughter
6    -- no.  I went in my friend's house, Yolanda
7    in third floor in the building that night.
8    Haydee call me.  Ma, I talking with Jose,
9    and he wants my daddy's cell phone.  And I
10   say for what?  Because he want to talking
11   with dad.  When she told me like that, he's
12   my friend, right?  He's Mario's friend?  I
13   say, well, okay.  He want to talk with Mario
14   I think he's a normal man not an animal Jose
15   Quinoy.
16             I say, okay.  It's okay that I
17   give my dad's cell phone, because he want to
18   talk with my dad.  I say okay, okay because
19   I know Mario.  Mario stopped with the man
20   that you're talking and you convince him
21   like this.  You tell whatever, oh, Mario,
22   nothing happened.  He believe it's true.  I
23   say, okay, give the cell phone.
24             Bridget, my another daughter
25   the little one, stay with Mario and watch
```

2          the game, the Mets game.  They sit together

3          and watch the game.  Jose Quinoy call Mario.

4          Mario not take the phone.  He leave the

5          message.  Mario call me, Awilda.  I say,

6          yes.  You know what?  What.  Jose Quinoy

7          called me, and he want to talk to me, but I

8          want to see my game.  I say, well, Mario,

9          but he call you again, take the phone and

10         that's it.  Because I think, I repeat he's a

11         normal man.  I don't think Jose do something

12         like that with Mario, but he did it.

13                    And he called again, and Mario

14         take the phone.  Bridget tell me.  And they

15         started conversation.  And my daughter

16         called me.  Then my daughter cell phone,

17         cell phone to my cell phone.  Ma'am, Jose

18         Quinoy talking with daddy.  And he talk with

19         daddy, I don't know what he's saying to my

20         dad, and he told my dad go to see in the

21         Police Department.

22                    And at that time my husband was

23         in pajamas, and daddy started to dress.  I

24         say what happened.  I don't know.  I don't

25         know.  Jose Quinoy say something in the

```
 1                    A. GOMEZ                58

 2      phone because I listen.  She don't

 3      understand, because out of the phone, but

 4      she listen.  Jose Quinoy talking too many

 5      things to my daddy on the phone, and so my

 6      daddy go to see because my daddy say, oh,

 7      you want to see.  Okay, I go to see you, you

 8      know.

 9                    I say okay, okay, okay, okay.

10      Where is daddy.  He going down.  I going

11      down, too, and I follow Mario to the police

12      station.

13                    MS. SHERVEN:  I am going to

14          stop you there.  Move to strike the

15          portions that are nonresponsive.

16              Q.    Did you at anytime after

17      Bridget called you go up to your apartment?

18              A.    I tried to go, but she say

19      she's going out, you know, and I going out.

20              Q.    So, after you talked to

21      Bridget, you went down to your car?

22              A.    My car, because I want to see.

23      I seen they have a conversation, because

24      he's my friend.  I don't have any personal

25      thing.
```

```
1                    A. GOMEZ                 59
2              MS. VOLPER:  You answered her
3         question.
4              Q.   Okay.  When you went down to
5         your car, did you see your husband?
6              A.   Not really, but I know that he
7         going to the Police Department, and I go
8         there.  And I see him between a 100 Hunter
9         College Avenue, and what's the name of the
10        street.  I forgot now.  And in the front of
11        100 Hunters College to the firehouse, I saw
12        Mario car, and I follow him.
13             Q.   Okay, but you saw his car not
14        specifically him?
15             A.   I know he's in there.
16             Q.   But I mean were you able to see
17        his facial expression?
18             A.   Oh, no, he looked fine, because
19        I give a flash light, and he's fine.  He not
20        made something, he see me from the -- I saw
21        him from the mirror, and he go there.  And I
22        follow him.  I not see him having any
23        expression, mad, or something like that.  He
24        normally.
25             Q.   Why did you follow him?
```

```
 1                    A. GOMEZ                60

 2              A.    I follow him because I want to

 3         be in the conversation.  It's about my

 4         daughter.

 5              Q.    How long was the drive to the

 6         police station, approximately.

 7              A.    Five minutes.

 8              Q.    Approximately, how far were you

 9         behind Mario?

10              A.    Very close behind.

11              Q.    Did you see him park his car?

12              A.    Oh, yes.  I saw everything that

13         night.

14              Q.    Where did he park his car?

15              A.    He parked the car in the front

16         in the building next to the Police

17         Department.  He parked it in the second or

18         third parking, he parked there, very good.

19         I'm in the middle of the street because I'm

20         looking to parking.

21              Q.    Did you see your husband exit

22         his car?

23              A.    Yes.

24              Q.    Do you know if he shut his car

25         off?
```

```
1                    A. GOMEZ                61

2              A.    No -- yes, I think, yes.

3              Q.    When he exited the car, did he

4         close the car door?

5              A.    Yes.

6              Q.    What happened after he closed

7         the car door?

8              A.    Okay.  I'm in the middle of the

9         street and looking for parking.  When he

10        parked the car here in the right side, I saw

11        Jose Quinoy and Michael Gasker in the middle

12        of the street, okay.

13                   I'm stop in the front.  I have

14        my light and everything of my car.  I say my

15        car is started.  I have the light and

16        everything.  I saw Jose Quinoy and Michael

17        Gasker here.  Jose Quinoy coming in a

18        scream, Police.

19                   At the time, I open my door,

20        and I get out of my car.  My car is in the

21        middle of the street.  And he coming and

22        scream to Mario, put your hands up, and

23        Mario do like this.

24              Q.    I'm going to stop you right

25        there, because you're indicating, and we
```

1                          A. GOMEZ                    62

2          need to put on the record.  Just so the

3          record is clear, you said that Mario went

4          like this and you're moving.

5                    A.    Mario move.  Jose Quinoy in the

6          middle of the street and coming to catch

7          Mario with Michael Gasker.  And he said,

8          Stop.  Don't move.  Police.

9                          He coming with the handcuff in

10         the left, in the left hand, and he tried to

11         come with Mario.  Mario move around to front

12         to the car, and he put the hand up.  At the

13         same time, Mario move back and say, what

14         happened?  I think you call me for talk.

15                         This is arrest, and Jose Quinoy

16         jumped to Mario.  He give the first punch.

17         I no say punch.  He do like this.

18                    MS. VOLPER:  Wait until she

19              asks you a question.

20                    A.    I think I really see.

21                    Q.    I'm going to try and ask you

22         more detail questions to understand every

23         step.

24                         When Mario exited his car, did

25         he walk or move at all towards Detective

```
 1                        A. GOMEZ                  63
 2        Quinoy?
 3                A.    He no have the time.  He stayed
 4        next to her car, and he say, don't move.
 5        Mario move -- don't move.  Mario move the
 6        body to her car, front of her car.
 7                Q.    And he put his hands up?
 8                A.    And the put up the hands.  And
 9        he move back again and with the hands up,
10        and he said, wait a minute, I think you call
11        me and you told me to come here to see you
12        for talk.
13                      And Jose Quinoy coming and
14        tried to hit him, and he move down.  And at
15        the moment, I'm scream, what happened.  What
16        happened.  And I lose -- but I saw when he
17        tried to hit Mario first.
18                Q.    You testified that Detective
19        Quinoy was screaming; is that correct?
20                A.    Yes.
21                Q.    And he's screaming, put your
22        hands up, police?
23                A.    Yes.  This is arrest.
24                Q.    Was he saying this in English
25        or Spanish?
```

```
1                        A. GOMEZ                  64

2            A.    English.

3            Q.    And do they normally speak in

4     English or Spanish to each other?

5            A.    No.  They speak normally the

6     Cuban people speak both, English and the

7     Spanish.  They started in English and they

8     continuing in Spanish.  They come back to

9     English and back to Spanish.

10           Q.    Back and forth?

11           A.    Yeah, back and forth.  That's

12    what happened that night.  But when they

13    say, it's police.  He's started in English.

14           Q.    What tone of voice was he

15    using?

16           A.    When you arrest the people to

17    do something wrong, very stronger.

18           Q.    Can you describe the manner in

19    which Detective Quinoy went up to your

20    husband?  Was he running?  Was he walking?

21    Was he doing something else?

22           A.    Go fast.  He's not running.

23    He's not walking.  When you go fast and you

24    try to catch the person, and he come close

25    with Mario with the handcuffs, he tried to
```

```
1                    A. GOMEZ                    65

2        hit Mario.  And Mario got down, and that's

3        when they holding together.

4              Q.    When Mario parked his car, how

5        close was Detective Quinoy and Officer

6        Gasker to him?

7              A.    I say around not too close,

8        five or six -- more twelve feet.  He's in

9        the middle of the street.  Quinoy and

10       Gasker, and Mario is close to the car in the

11       sidewalk.  A couple of feet, I don't know

12       really.

13             Q.    Did Officer Gasker say anything

14       during that time period?

15             A.    No.

16             Q.    What was his demeanor?

17             A.    Well, that I saw, they hold all

18       three together, and I'm going to scream a

19       lot.  I go inside.

20             Q.    But before this, when Mario

21       pulled up, did Officer Gasker do anything or

22       say anything?

23             A.    He not say anything.

24             Q.    He's just standing there?

25             A.    No, both go to hold Mario.
```

```
 1                    A. GOMEZ                66
 2              Q.    So, when Detective Quinoy was
 3         walking quickly towards Mario, you saw
 4         Officer Gasker do the some thing?
 5              A.    Yes, behind.
 6              Q.    Behind?
 7              A.    Yes, behind.
 8              Q.    Did Officer Gasker have
 9         anything in his hands?
10              A.    I don't know.  At the moment I
11         don't know, because when I see -- they
12         jumped to Mario together, I'm very nervous.
13              Q.    You testified that you saw
14         Detective Quinoy, that he had handcuffs in
15         his hands, correct?
16              A.    Yes.
17              Q.    In his left hand?
18              A.    Yes.
19              Q.    Can you describe for me what
20         you mean when you say that Detective Quinoy
21         took the first swing?  What did he do?
22              A.    When he close to Mario, he
23         tried to hit Mario.
24              Q.    Did he actually come into
25         physical contact with Mario at that point?
```

1                          A. GOMEZ                    67

2                  A.    He come that I coming with you,

3          and tried to hit you.  That's what he doing.

4                  Q.    From what you're saying at that

5          time Detective Quinoy did not hit him?

6                  A.    No.  He went and through the

7          hand, and Mario got down, and that's when

8          Gasker jump and Quinoy, and all three

9          together.  Because I remember Mario hold

10         Jose, when you hold in the body, tried to

11         protect, because two people coming with

12         Mario.  Gasker and Jose Quinoy at the same

13         time.

14                 Q.    Is it your testimony that

15         Officer Gasker, though, is the one who first

16         grabbed Mario?

17                 A.    No.  Gasker behind Jose.

18                 Q.    So, Detective Quinoy grabbed

19         Mario first?

20                 A.    Yes.  Yes.  Yes.

21                 Q.    Where on his body did Detective

22         Quinoy grab him?

23                 A.    Well, I saw together.  Don't

24         ask me, because at the time I'm cry.  I

25         started cry.

```
1                          A. GOMEZ                    68

2                 Q.    What happened next?

3                 A.    I cried, and I said, what

4         happened.  What happened.  And I going

5         inside the Police Department.

6                 Q.    Okay, just so we're clear, at

7         the time that you saw them --

8                 A.    They together.

9                 Q.    -- hit Mario and the two

10        officers together physically, you went

11        inside the precinct?

12                A.    Yes.

13                Q.    Why did you go inside?

14                A.    I go inside for help, and I'm

15        screaming.  I be there, the Lieutenant

16        Hayes, Gabrielle or something Hayes.

17                Q.    Hayes?

18                A.    He was there.

19                Q.    Did you speak with Lieutenant

20        Hayes?

21                A.    He not talk to me.  He ignoring

22        me.  I come.  I can't believe that.  I went

23        inside, and I say, I need help.  I need

24        help.  Two police Jose and another policeman

25        fight with my husband.  I need help.  I need
```

```
 1                        A. GOMEZ                    69

 2          help.  He only look at me and not say one

 3          word.

 4                    Q.    Who?

 5                    A.    Lieutenant Hayes.

 6                    Q.    What happened then?

 7                    A.    When I going out, I saw Ebel

 8          out too, okay.  Because he not say anything

 9          I'm running very fast and I'm screaming like

10          a crazy, help, help, help.

11                    Q.    Who were you calling help to?

12                    A.    I don't know.  When you see

13          something like that, you see in the TV, it's

14          very easy.  You see in the TV, when you see

15          your husband not doing anything wrong, and

16          three people -- because at the time when I

17          get out Ebel, another officer is staying

18          with Mario, too, and they put the handcuff

19                    And Mario tried to say, I'm

20          retired correction officer, the New York

21          City, and Ebel say, fuck you, correction

22          office.  This is the Sleepy Hollow

23          policeman.

24                    MS. SHERVEN:  Move to strike

25              the portions that were nonresponsive.
```

```
 1                          A. GOMEZ                    70

 2                Q.    How long were you inside the

 3          precinct, approximately?

 4                A.    Seconds, because when I see

 5          nobody seeing me, nobody -- everybody

 6          ignoring me I'm running down.  I'm

 7          screaming.  I look at what happened.

 8                Q.    What did you see when you

 9          exited the police station?

10                A.    When I go out?

11                Q.    When you went out, yes.

12                A.    When I get out at the time that

13          I get out, I stay here and all three

14          policemen there, and Mario in the floor.

15          They tried to -- I'm retired policeman the

16          New York City because Jose Quinoy know

17          Mario.  I don't know Mario know the Ebel and

18          Michael Gasker.  I don't know.  And he tried

19          to say, I'm retired correction office.

20          That's enough.  That's enough.  That's

21          enough, because they gave the electricity.

22                Q.    Did you know Officer Ebel,

23          like, who he was by name at that time?

24                A.    No.  I don't know him.  That's

25          what I write here, because I don't know
```

2          nobody in the Police Department.  I don't

3          have any communication with nobody there.

4               Q.    What exactly do you have with

5          you?

6               A.    Oh, the names of the people

7          involved in the case, because my English is

8          not really good, and I want to say the

9          correct name.

10               Q.    Is it something that you

11          prepared?

12               A.    Not prepared, I put the name.

13               Q.    Well, you wrote these things,

14          these names down?

15               A.    Yes, because I know what

16          happened in the incident, but sometimes my

17          English I forget really the name.  That's

18          what I write here but it's nothing.

19               Q.    When did you make this list of

20          names?

21               A.    Oh, today, today, when they

22          tell me I had to be here, because I want to

23          do correct.  I do at my house on my own.

24               Q.    Did you look at something in

25          order to write down all the names?

```
1                    A. GOMEZ                72
2              A.    No.  I not look at nothing.  I
3       no have nothing to look.
4              MS. SHERVEN:  I'm just going to
5              ask for a copy of the index card.
6              Q.   If I could see it, too.  You
7       show it to your attorney first?
8              A.   Oh, yeah.  Oh, yeah.
9              MS. VOLPER:  She wrote down
10             what she thought are the names.
11             A.   Yes, my daughter helped me.
12             Q.   Okay, thanks.  Was that Haydee
13      that helped you or another daughter?
14             A.   And Bridget, not Haydee, yes.
15             Q.   Now, the information that's
16      written on the back, does that have anything
17      to do with?
18             A.   Oh, no.  This is for the
19      Service for my job, Family Service Children
20      Service.
21             Q.   That was your former job?
22             A.   Yeah.  That's normally things
23      that I use on my job, and I put the date
24      today because I want to say the good -- I
25      don't want to confuse you.  I don't want to
```

1                          A. GOMEZ                    73

2          confuse me.

3                    Q.    I'm just going to ask for a

4          copy of both sides of the document?

5                    A.    Oh, yeah.

6                    Q.    Did you know Officer Gasker

7          before this?

8                    A.    No.

9                    Q.    When you came out of the police

10         station, you testified that Mario was on the

11         ground; is that correct?

12                   A.    No.  They all three policemen

13         together with Mario.

14                   Q.    On the ground?

15                   A.    No.  Together.

16                   Q.    Standing?

17                   A.    Yes.  And Jose say something, I

18         don't know in English, and the two policemen

19         Gasker and Ebel started giving electricity

20         to Mario.

21                         When I saw that because they

22         made it terrible noises.  I saw, and Mario

23         say that's enough.  That's enough.  That's

24         enough.  And he put the hands, that's

25         enough.  That's enough.  They put on the

```
 1                      A. GOMEZ                74
 2        ground.
 3               Q.    Did you see which officers used
 4        the electricity that you described?
 5               A.    Yes.
 6               Q.    Which officers?
 7               A.    Michael and Ebel.
 8               Q.    Not Detective Quinoy?
 9               A.    No.
10               Q.    But you believe that he said
11        something to them?
12               A.    No.  He give the order.
13               Q.    Did you hear what the order
14        was?
15               A.    I don't know the name what they
16        call, but he say at the same time they
17        started the electricity with Mario.
18               Q.    Where on Mario's body did you
19        see Officer --
20                     MS. VOLPER:  Do you need to
21               take a break?  Are you okay?  Do you
22               want to go to the ladies room?
23                     THE WITNESS:  This happen to me
24               all the time.  That's why I not
25               talking about that.
```

```
1                      A. GOMEZ              75
2              MS. VOLPER:  Are you sure you
3           don't want to take a break?  Take a
4           break.
5              A.    No. No. No.  They give
6     electricity in Mario's back.  They put the
7     handcuffs and they continued.  They
8     continued, and Ebel he put the neck in Mario
9     -- the knee in Mario.
10             MS. VOLPER:  Do you want to
11          take a break?  I know you're upset,
12          and it's hard to understand.
13             THE WITNESS:  I never saw
14          something like that.
15             MS. VOLPER:  Okay, let's stop.
16          Let's stop the record.
17             (Whereupon, a recess was
18          taken.)
19             A.    Okay, when they give the
20    electricity to Mario, Mario down in the
21    ground.  They put the handcuff.  He's down.
22    Ebel and Jose Quinoy continue to hit him.
23    Jose Quinoy kick Mario in this part with the
24    head, in the top of the head.  And Ebel hit
25    Mario all the place.  Gasker is stand up and
```

1                          A. GOMEZ                    76

2          looking.

3                    And I told -- Jose Quinoy --

4          Gasker had the knee in Mario's neck like

5          this.  Pushed down Mario.  I don't know why

6          when he have the handcuff, he do it.

7               Q.    Who did that?

8               A.    Ebel.  And Jose Quinoy continue

9          to kick Mario in his head in the top of the

10         head, here.  And I told Jose Quinoy, Jose,

11         Jose, stop.  Stop.  Why you do that.

12                   He hold me for my jacket, and

13         he threw me out in my car.  Very abuse.

14         When Mario saw that, he tried to up on two

15         hands.  I have a surgery because I have a

16         cancer in September.  He know because my

17         daughter told him.  I have a surgery they

18         put everything out.

19                   MS. VOLPER:  A hysterectomy?

20                   THE WITNESS:  Yes.

21              A.    And Mario screamed, what you do

22         that.

23              Q.    We're going to try to simplify

24         things, and I'm going to try and break this

25         down.

```
1                      A. GOMEZ                77

2                 When you came out of the police

3        station, Mario and the three police officers

4        were still standing, correct?  Is that, yes?

5               A.    Yes.

6               Q.    At that time you heard

7        Detective Quinoy say something?

8               A.    Yes.

9               Q.    And then the officers used the

10       electricity; is that right?

11              A.    Yes.  As soon as they started

12       the electricity he down.

13              Q.    Where did you see, at that time

14       where did you see Officer Ebel use the

15       electricity on Mario?

16              A.    In her back, in her back, all

17       the back he have a lot of marks, and Gasker

18       do it, too, at the same time.

19              Q.    I'm asking, though, at that

20       time, what you specifically saw, okay.  Not

21       based on any marks or anything else?

22              A.    In her back.  He did it in her

23       back.

24              Q.    How many times?

25              A.    A lot of times.
```

1                          A. GOMEZ                    78

2               Q.    Listen to my question first,

3       okay.  How many times did Officer Ebel use

4       the electricity on his back before he fell

5       to the ground?

6               A.    He do it continuing, ring,

7       ring, ring.  That's when I scream.  I go

8       back to the department, inside the Police

9       Department and I asked for more help.

10              Q.    Before you went back into the

11      police station, did you see Officer Gasker

12      use the electricity?

13              A.    Both at the same time.

14              Q.    And you said that Officer Ebel

15      was using the electricity on Mario's back,

16      right?

17              A.    Both in her back.

18              Q.    So, his back.  So, Officer

19      Gasker was also using it on his back?

20              A.    Yes.

21              Q.    When they used the electricity,

22      did Mario then immediately fall to the

23      ground?

24              A.    Mario screamed.

25              Q.    Did Mario immediately fall to

```
 1                    A. GOMEZ              79

 2        the ground?

 3               A.    Yes.  He said that's enough.

 4        That's enough.  He's screamed, that's

 5        enough.  That's enough.  And they continue,

 6        continue it.  I go back inside the Police

 7        Department and ask for more help.

 8               Q.    Who did you ask for help?

 9               A.    The lieutenant that was there.

10               Q.    The lieutenant that was at the

11        desk in the front?

12               A.    Hayes, yes.

13               Q.    What, if anything, did

14        Lieutenant Hayes say to you?

15               A.    Nothing.

16               Q.    Did he do anything?

17               A.    I screamed I need, I need help.

18        They kill my husband.  He look at me, and I

19        go back, because he not move.  He not do

20        anything.

21               MS. SHERVEN:  Move to strike

22               the portion that's nonresponsive.

23               Q.    How long were you inside the

24        precinct at that time?

25               A.    Second, second.
```

```
1                          A. GOMEZ                    80

2                Q.    And then you went back outside?

3                A.    Yes.

4                Q.    What did you see first when you

5          got back outside the second time?

6                A.    Mario have the handcuffs and go

7          down to the ground.

8                Q.    So, Mario's laying on the

9          ground.

10               A.    Yes.

11               Q.    And his hands cuffed at the

12         time?

13               A.    Yes, and they continued -- and

14         Ebel continue to do electricity one more

15         time.

16               Q.    Where did you see Ebel use the

17         electricity on Mario?

18               A.    In the back.

19               Q.    At that time when you came back

20         out, did you see anyone else use

21         electricity?

22               A.    At the time only Ebel.

23               Q.    And you said he did it one more

24         time?

25               A.    Yes.
```

```
1                     A. GOMEZ                    81

2              Q.    Did you see any police officer

3         use the electricity on Mario in anywhere

4         other than his back?

5              A.    In the moment, no.

6              Q.    At anytime?

7              A.    Yes.  Yes.  They use it again.

8              Q.    Okay, up until the time you

9         came out of the precinct the second time

10        okay.

11             A.    Okay, when I get out Ebel use

12        it one more time.

13             Q.    I'm going to stop you there.

14        At that point had you seen them use the

15        electricity anywhere other than your

16        husband's back?

17             A.    Yes.

18             Q.    Where?

19             A.    In the neck, and Michael Gasker

20        put in the neck.

21             Q.    Did you see that?

22             A.    Oh, yes, that's when I cringe

23        like a crazy.  I have the vision here.

24                   MS. VOLPER:  You're pointing to

25                   your head?
```

```
 1                      A. GOMEZ              82
 2              A.   Yes.  Michael Gasker have it in
 3         the neck, and Ebel he gave Mario electricity
 4         I think in the right side, here, because
 5         he's like this.
 6                  MS. VOLPER:  Pointing to your
 7              temple.
 8              A.   Yes, on the ground.  He's like
 9         that.  He put like close to here, the hair,
10         in the hair here in this area he put the
11         electricity.
12              Q.   Was those times was that the
13         second time you came out of the precinct or
14         before?
15              A.   That's the second time and he
16         have a handcuffed when they do it the second
17         time the electricity.
18              Q.   Were there any other police
19         officers outside after you came out the
20         second time?
21              A.   No.  When I came out the second
22         time only all three there.  Jose Quinoy
23         kicked Mario in the top of the hair.  They
24         put the electricity that I sat the second
25         time in the neck in the hair, because I told
```

```
 1                        A. GOMEZ                    83
 2      Jose Quinoy next to me, I touched -- he have
 3      a -- Mario use it today.  What do you call,
 4      the polo.
 5                      MS. VOLPER:  He had a long
 6                 sleeve shirt is that what you're
 7                 saying?
 8                      THE WITNESS:  Yes.
 9                      MS. VOLPER:  A long-sleeved
10                 polo.
11              A.    Jose Quinoy have one that
12      night, black, and I touch, Jose, Jose, like
13      this.  I not hit.  I not doing anything.
14      Stop it.  Stop.  He hold me by my jacket and
15      he threw me in front to my car.
16                 When Mario tried to --
17              Q.    -- I'm going to stop you there.
18      Just let me ask the questions, okay.
19                 So, you walked up to Detective
20      Quinoy and touched his arm?
21              A.    Not really touch.  I say stop,
22      stop, stop, you know.
23              Q.    You said something, he was
24      wearing a long sleeve shirt?
25              A.    No, not his shirt, not hit or
```

1

2      touch.  I say stop, stop, stop.  And he not

3      listen.  I say stop.  That's the contact

4      that I had with Mr. Quinoy.

5              Q.    Did you touch his arm?

6              A.    Not really touch, because he's

7      very excited.  I can't touch.  I crazy.

8      Maybe he kill me.

9                   MS. SHERVEN:  Move to strike

10                  the portions not responsive.

11                  MS. VOLPER:  So, the way you

12                  motioned, you're making a motion with

13                  your hands.

14                  THE WITNESS:  Yes.  I say stop,

15                  stop, like that.

16              Q.    You never touched his arm?

17              A.    No, not really touch him.

18              Q.    When you say not really,

19      though, what do you mean?

20              A.    I say, no, I not touch him.  He

21      look like animal out of control.

22                  MS. SHERVEN:  Move to strike

23                  the portion as nonresponsive.

24              Q.    When you're saying to Detective

25      Quinoy, stop, that you say he then grabbed

```
1                          A. GOMEZ                    85

2         you by the shirt?

3              A.    My jacket, I have a jacket.

4              Q.    And what happened then?

5              A.    He threw me down.

6              Q.    Did he physically pick you up

7         off the ground?

8              A.    Oh, yeah.  He hold me and threw

9         me down.

10             Q.    When you say that he threw you

11        down, can you approximate for me the

12        distance?

13             A.    The distance is here about two

14        or three feet because my car is next to him,

15        and he threw me in the top of my car.

16             Q.    What did you see happen next?

17             A.    Well, when I go down Mario

18        tried to up, and say are you crazy.  She

19        have a surgery, and they started hitting

20        Mario again.

21             Q.    And these are the three

22        officers that you mentioned earlier?

23             A.    Yes.

24             Q.    Where did they hit him at that

25        time?
```

```
 1                      A. GOMEZ                86
 2              A.    They put down, Gasker put down
 3      put the neck in the Mario's neck and push
 4      down and hit.
 5                   MS. VOLPER:  Did he put his
 6                knee in Mario's neck?
 7              A.    In the neck, yes.  He like that
 8      all the time and push Mario down.  And Mario
 9      he's in the ground like that, and he
10      stopped.  I'm talking about the Ebel, and he
11      -- what do you say -- hit Mario in the face
12      like this.
13                   MS. VOLPER:  Kicked?
14              A.    No.  Put the fists on the top
15      like that.
16                   MS. VOLPER:  Put his fists?
17                   THE WITNESS:  Yes, like this,
18                in her face.
19                   MS. VOLPER:  You're motioning
20                you're stomping on the ground?
21                   THE WITNESS:  No.  Mario's in
22                the ground like that.
23              Q.    You're indicating his head is
24      to the left side?
25              A.    Yes.  He looking at me.  He's
```

```
 1                      A. GOMEZ                87

 2        in the back, he's, yeah, in the left side.

 3        That's when they give the electricity, too,

 4        Gasker.  And he move up and put the fists in

 5        Mario's face like this very very hard in the

 6        face.

 7                  MS. VOLPER:  Did you say fists?

 8                  THE WITNESS:  The feet, like

 9             this.

10                  MS. VOLPER:  Oh, the feet.

11                  THE WITNESS:  Like this in

12             Mario's face.  Gasker do it, and Jose

13             Quinoy continue kicking.  That's when

14             all the police coming.

15             Q.   When you say all the police

16        come, who are you referring to?

17             A.   Thank God.  Tarrytown Police

18        Department coming for help.

19             Q.   Do you know who called the

20        Tarrytown Police?

21             A.   No.  I don't have idea.

22             Q.   How many officers arrived?

23             A.   Around six or seven, because I

24        saw too many cars, but I'm not counting.

25             Q.   Did you see any other Sleepy
```

2          Hollow police cars or officers?

3                A.    Yes, they coming I think two,

4          and one that I know coming at the time is

5          what the names -- the lieutenant's son.  He

6          was there.  But nobody do -- the Sleepy

7          Hollow police coming, but they not do.

8          Anything.  They only look.  Everybody in

9          shock.  Look like that.  Don't say anything.

10         Don't do anything.  Don't try to stop, and

11         Ebel and Jose do continue to hit Mario and

12         he's on the floor with the handcuffs.

13                When the police, the Tarrytown

14         coming, I think they sergeants, but I don't

15         really really familiar with the people, the

16         Police Department, I tell you the truth.

17         Take Jose Quinoy and say, Jose, that's

18         enough.  That's when everything stopped.

19                Q.    Did you see that happen?

20                A.    Oh, yes, I was there.  Two feet

21         the distance.  When he coming he say, Jose,

22         that's enough.  That's the police for the

23         Tarrytown.

24                Q.    At any point in time during

25         this whole incident that you described, did

```
 1                         A. GOMEZ                 89

 2          you see Mario strike Detective Quinoy?

 3               A.    No.

 4               Q.    At anytime did you notice

 5          whether Detective Quinoy had any injuries?

 6          Was he bleeding or bruised?

 7               A.    Quinoy?

 8               Q.    Quinoy.

 9               A.    I don't know.  I don't know.  I

10          don't know.

11               Q.    Did you later see him at the

12          hospital?

13               A.    Well, this not stop it there.

14          I see in the hospital, but the problem not

15          stop right away.

16               Q.    I'm just asking whether you saw

17          him at the hospital later?

18               A.    Jose Quinoy?

19               Q.    Quinoy.

20               A.    Yes, I went in the hospital.

21               Q.    Did you ever find out if

22          Detective Quinoy had any injuries?

23               A.    No.  He sit down in the other

24          side with Jimmy Warren, the Chief, and I

25          don't know for what reason he was there.
```

```
1                    A. GOMEZ                 90
2              Q.    When the Tarrytown Police
3        arrived that's when everything stopped; is
4        that correct?
5              A.    Not everything has stopped.
6        The police the Tarrytown take it out Jose
7        out of Mario.
8              Q.    What happened then?
9              A.    Well, they hold Mario.  Gasker
10       and Ebel hold Mario.  Stand up in front of
11       me, okay.  Jose Quinoy coming and saying
12       little things and punch Mario in her face
13       again.
14             Q.    Where did this happen?
15             A.    In front of everybody.
16             Q.    Was Mario standing?
17             A.    Standing.  When they stand
18       Mario because he no have anything.  He no
19       have nothing.  When they stand Mario, Mario
20       like that, he coming and.
21             Q.    You're indicating his hands are
22       cuffed behind his back?
23             A.    Yes, in the back, and two
24       policemen holding him, and Michael and I
25       don't know who, because at the time I feel
```

1                          A. GOMEZ                    91

2          so nervous, crazy, he threw him on the

3          floor.  I have a pain.  I saw he come and

4          punch Mario in the face.

5                    Q.    Punching, you're using you

6          right fist; is that correct?

7                    A.    The right or the left I'm not

8          sure.

9                    Q.    But it was his hand?

10                   A.    Yes, the hands.

11                   Q.    With the closed fist?

12                   A.    Yes, closed like this, and he

13         hit Mario in his face.

14                   Q.    Where in the face?

15                   A.    I think in the right eyes.

16                   Q.    What happened next?

17                   A.    Next, they hold Mario.  I don't

18         know for what reason.  He's in the front of

19         the Police Department, they coming, and they

20         put Mario in the seat back with the car,

21         okay.  And Richard -- that's the guy driving

22         the car.

23                   MS. VOLPER:  Richard

24              Delasandra.

25                   A.    Yes, he's here in front of me.

1

2      The door is open, okay because I not leave.

3      I have a lot of pain, but I'm going to stay

4      there.

5             Q.   Which door is open, the police

6      car?

7             A.   The police car in the back,

8      they sit down Mario in the back with the

9      handcuffs and everything, and Jose Quinoy

10     give another orders.  Do this, do that,

11     orders, he doing orders to the people there.

12     Do this.  Do that.  And he coming in front.

13     Richard because he's in the front and I am

14     in the back and kick Mario in her face.

15            Q.   Where in the face?

16            A.    In the right side, here, all

17     the face, boom, in the face, coming the

18     kick.

19            Q.   And that's when Mario was

20     sitting in the police car?

21            A.    Yes.

22            Q.   What happened then?

23            A.    They close the door and they

24     take --

25            Q.   Who's they?

```
1                          A. GOMEZ                    93

2                    A.    Who?

3                    Q.    Who closed the door?

4                    A.    Richard and he drive the car

5          and go back to the Police Department.

6                    Q.    Did you see Detective Quinoy

7          kick Mario?

8                    A.    Oh, yes.

9                    Q.    When the police car drove away,

10         what did you do?

11                   A.    I going inside.

12                   Q.    You walked in?

13                   A.    Yes.  I going inside the Police

14         Department, because I want to see what

15         happened with Mario.  That's the first time

16         that I have experience about that, and I

17         have to see what the next step that I have

18         to do that.

19                   Q.    At that time, how were you

20         physically feeling?

21                   A.    Very bad, I have a lot of pain.

22                   Q.    Where?

23                   A.    In all my stomach here in my

24         back part.

25                   Q.    When you said that Detective
```

```
1                        A. GOMEZ                    94
2          Quinoy threw you onto the car onto your car,
3          what portion of your body hit the car?
4                A.     All my front.
5                Q.     Your front?
6                A.     Yes.
7                Q.     Your chest?
8                A.     Yes.
9                Q.     What about your stomach?
10               A.     All my stomach, everything,
11         because he moved my body.  He's a man threw
12         it to the car.
13               Q.     Can you describe the pain that
14         you were experiencing in your stomach?
15               A.     Not really my stomach.  In my
16         back part, you see when you have a --
17                      MS. VOLPER:  -- are you saying
18               your bad part.
19                      THE WITNESS:  No, here.
20                      MS. VOLPER:  Where you had your
21               hysterectomy, your lower abdomen?
22                      THE WITNESS:  Yes, were you
23               have the feeling, the part that you
24               feel that's where I feel it bad pain.
25                      At the time my daughter Haydee
```

```
1                        A. GOMEZ                    95
2              and Jenny coming to the Police
3              Department.
4                   Q.   I'm going to stop you there,
5         now.  Can you describe the pain.  You said
6         it's a bad pain.  Is it sharp?  How would
7         you describe it?
8                   A.   No.  I feeling something coming
9         down then my body.
10                  Q.   What do you mean?
11                  A.   Bad pain when you have a bad
12        bad pain, and you feeling something oh, my
13        God, something coming down.
14                  MS. VOLPER:  Something coming
15             down.
16                  Q.   Do you mean internally?
17                  A.   Internally, I'm feeling
18        something out of my body.  That's what I
19        feeling at the moment.
20                  Q.   Is that when your daughter
21        Haydee and Jenny arrived?
22                  A.   Jenny and Haydee coming to the
23        Police Department, because I call Haydee and
24        I say I feel so bad, and they bring me to
25        the hospital, Jenny and Haydee.
```

```
1                        A. GOMEZ                    96

2              Q.    Is that to Phelps Hospital?

3              A.    Yes.

4              Q.    What treatment, if any, did you

5         receive at the hospital?

6              A.    At that time, when I was there

7         I lost controlled.

8              Q.    When you say that you lost

9         control at the hospital, what are you

10        referring to?

11             A.    When I went in the hospital I

12        have a terrible pain in my life.

13             Q.    Did the pain change or worsen

14        by the time you got to the hospital.

15             A.    No.  When I went in the

16        hospital, they put me in the inside right

17        away because I was screaming.  I can't walk.

18        I feel my life coming down, a very bad pain

19        I have at the moment.

20                  MS. SHERVEN:  I move to strike

21                  the portions that not responsive.

22             Q.    Did the medical professional

23        examine you?

24             A.    Oh, yes.

25             Q.    What did they do?
```

1                          A. GOMEZ                    97

2                A.    They do a test, the readings.

3                Q.    Which tests?

4                A.    The readings, and they give me

5          two or three shots, because they put me

6          first one, and then I were for the pain.

7                Q.    Shots for the pain?

8                A.    Yes, they gave me two or three.

9                Q.    What other types of testing did

10         they do?

11               A.    No.  He say they do the

12         emergency, they do the first thing.  I told

13         them that I have the surgery, and what

14         happened.  And they say they put me for the

15         pain, and I go home.  And I had to go to

16         everything's fine.  I had to go the next

17         day.  They made an x-ray, because I have a

18         lot of pain in my left side in my ribs when

19         I breathe I feel pain.  I have a bad pain in

20         all this right side in my ribs.

21               MS. VOLPER:  You're pointing to

22               your left ribcage?

23               A.    Yes, in the left, and they take

24         an x-ray.

25               Q.    Did they tell you what the

```
 1                      A. GOMEZ                 98

 2       results were of the x-rays?

 3            A.    Well, at the moment they say

 4       you have a bruised rib they not say.

 5                 MS. VOLPER:  Bruised rib?

 6            A.    Bruised, because it's very sore

 7       at the time.  He not see good.  I went again

 8       to take another x-ray.

 9            Q.    What was the result of that

10       x-ray?

11            A.    Well, the doctor say it's

12       broken or not they can't do anything.  I had

13       to live like that and relax.  That's what I

14       do.

15            Q.    Did they tell you at anytime

16       that your ribs were cracked or broken?

17            A.    No, I don't think so broken

18       broken, but they have a bruise.

19            Q.    Bruise.  When you first went to

20       Phelps Hospital, did they examine you

21       internally because of the hysterectomy?

22            A.    Yes.

23            Q.    Did they tell you if there was

24       anything wrong internally?

25            A.    No.  They say everything --
```

1                          A. GOMEZ                    99

2        remember I no have nothing.  They say is the

3        pain that I feeling is for the surgery,

4        because this happened one month later.  But

5        I don't have nothing inside because first of

6        all if I saw the doctor, I'm feeling

7        something come out of my body.  He say, no,

8        that's the sense because you only have one

9        month the surgery.

10              Q.    At any point in time after

11       October 17, 2006, did you experience any

12       bleeding?

13              A.    Not bleeding, but I have a lot

14       of pain for around one and a half, two

15       months.  I went to Doctor Carniciu a couple

16       of times and complained about that.

17              Q.    Where were you experiencing

18       this pain; in your ribs or your lower

19       stomach?

20              A.    In my ribs and my lower

21       stomach, too.

22                    MS. SHERVEN:  All right.  This

23              might be a good stopping point at

24              this point since we're not able to

25              finish with the 50-h today.  Counsel

```
 1                    A. GOMEZ                 100

 2          has an appointment in the city, so

 3          we'll reschedule for a mutually

 4          convenient time.  Okay, thank you.

 5               (Time noted 3:54 p.m.)

 6

 7

 8                          _____

 9                              AWILDA GOMEZ

10     Subscribed and sworn to

11     before me this_____day

12     of_____, 2007.

13

14     _____

15          Notary Public

16

17

18

19

20

21

22

23

24

25
```

C E R T I F I C A T E

STATE OF NEW YORK     )
                      )ss.:
COUNTY OF WESTCHESTER )


          I, NANCY P. TENDY, a Shorthand

Reporter and Notary Public within and for

the State of New York, do hereby certify:

          That AWILDA GOMEZ, the witness

whose deposition is hereinbefore set forth,

was duly sworn by me, and that such

deposition is a true record of the testimony

given by the witness.

          I further certify that I am not

related to any of the parties to this action

by blood or marriage, and that I am in no

way interested in the outcome of this

matter.

          IN WITNESS WHEREOF, I have

hereunto set my hand this 13th day of April,

2007.


                    _____
                    NANCY P. TENDY
                    SHORTHAND REPORTER

102

INFORMATION REQUESTED DURING DEPOSITION


1.  Authorization for psychologist, Page 7
Line 23.


2.  Authorization for Doctor Carniciu, Page
9 Line 8.


3.  Production of two newspaper articles,
Page 17 Line 22.


4.  Copy of Index Cards with names on it,
Page 72 Line 4.

103

ERRATA SHEET
The following corrections, additions
or deletions were noted on the transcript of
the testimony which I gave in the
above-captioned matter held on 3/30/07:


Page____Line____SHOULD READ:_____

REASON FOR CHANGE:_____

Page____Line____SHOULD READ:_____

REASON FOR CHANGE:_____

Page____Line____SHOULD READ:_____

REASON FOR CHANGE:_____

Page____Line____SHOULD READ:_____

REASON FOR CHANGE:_____

Page____Line____SHOULD READ:_____

REASON FOR CHANGE:_____

Page____Line____SHOULD READ:_____

Page____Line____SHOULD READ:_____

REASON FOR CHANGE:_____

Page____Line____SHOULD READ:_____

REASON FOR CHANGE:_____


                        _____
                             AWILDA GOMEZ

Subscribed and sworn to
before me this_____day
of_____, 2007.
_____
      Notary Public