# EXHIBIT 5

Phelps Memorial Hospital Center
701 North Broadway
Sleepy Hollow, New York 10591-1096

DT90004

P  H  E  L  P  S                                                          P EMERGENCY ROOM REGISTRATION

| FINANCIAL # | MEDICAL RECORD # | PT.TYPE | SVC | CLINIC1 | CLINIC2 | CLINIC3 | CLINIC4 | CLINIC5 | ADMIT/REG.DATE/TIME |
|---|---|---|---|---|---|---|---|---|---|
| PA0006220723 | MR00346473 | REG ER | | PER | | | | | 10/18/06 0008 |

| PATIENT NAME/ADDRESS | | | | | | | |
|---|---|---|---|---|---|---|---|

GOMEZ,AWILDA
1 RIVER PLAZA  APT4E
TARRYTOWN,NY 10591

PHONE: (914)366-8246
SOC.SEC.NO. 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
EMPLOYER/ADDRESS/PHONE

| FC | ACS | NS | ROOM/BED | REGISTRAR | DISCHARGE DATE/TIME |
|---|---|---|---|---|---|
| AETNA | ER | PER | | RMCCLAIN | |

PRIMARY CARE PHYSICIAN
Carniciu,Stere MD

ADMITTING PHYSICIAN

ER PHYSICIAN
Sapornikow,Isaac MD

PRIMARY LANGUAGE
SPANISH

PRIOR STAY
Phelps Memorial Hospital 08/15/89-08/18/89

| BIRTHDATE | AGE | SEX | M/S | RACE | RELIGION |
|---|---|---|---|---|---|
| 02/20/1964 | 42 | F | M | HI | CA |

NEXT OF KIN/ADDRESS
GOMEZ,MARIO
1 RIVER PLAZA  APT4E
TARRYTOWN            NY 10591

HOW ARRIVED: WI            INSTITUTION:

RELATIONSHIP: SP
HOME PHONE:  (914)366-8246

ACCIDENT DATE/TIME

10/18/06 0008

REASON FOR VISIT

ALLERGIES:

PAIN BOTH SIDES OF HER ABD

COMMMENTS

GUARANTOR/ADDRESS
GOMEZ,AWILDA
1 RIVER PLAZA  APT4E
TARRYTOWN,NY 10591

RELATIONSHIP PT
PHONE (914)366-8246
EMPLOYER/ADDRESS/PHONE

SOC.SEC.NO.
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

| INSURANCE #/NAME | PLAN#/NAME | ID#/CERT/SSN/HIC | GROUP # |
|---|---|---|---|
| AETNA.HMO  AETNA HMO<br>PO BOX 981109<br>EL PASO TX 79998-1109 | 01<br>PHONE NO. (800)624-0756<br>AUTH#/BY<br>SUBSCRIBER/INSURED NAME: | BBDQRJMB | 008040 |
| INSURANCE #/NAME | PLAN#/NAME<br>02<br>PHONE NO.<br>AUTH#/BY<br>SUBSCRIBER/INSURED NAME: | ID#/CERT/SSN/HIC | GROUP # |
| INSURANCE #/NAME | PLAN#/NAME<br>03<br>PHONE NO.<br>AUTH#/BY<br>SUBSCRIBER/INSURED NAME: | ID#/CERT/SSN/HIC | GROUP # |

FORM 1174 10/2004

Phelps Memorial Hospital Center
701 North Broadway
Sleepy Hollow, NY 10591



351095

| Patient Name | Date and Time | Medical Record | Account Number |
|---|---|---|---|
| GOMEZ, AWILDA | 10/18/06  0008 | MR00346473 | PA0006220723 |

Triage/Nursing Note Reviewed: ☑Yes ☐No  EMS Medical Control: ☐Yes ☐No   Source of History: ☑Patient ☐Interpreter
Pre-hospital care reviewed: ☐Yes ☐No   ☐Other _____   ☐History Unobtainable _____

Time of physician evaluation: 12:10   Family/Referring Physician   Chart Copy To   Previous medical record reviewed: ☐Yes ☐Not available

**CC AND HPI**   42 y/o f H/o ovarian Ca, S/p Hysterectomy Sept 06

while on ~~st~~ an altercation ~~c̄~~ police, the pt was pushed to the
floor — c/o pain ⃝ ribs and abdomen

**PMH**  ☐Asthma ☐CAD ☐CHF ☐COPD ☐DM ☐ESRD ☐HTN ☐Psych ☐Stroke Other: see above

**PSH**  ☐None ☐Yes Specify:

**FH**  Mother: ☐CAD ☐DM ☐CA ☐HTN ☐Neg. Other:
Father: ☐CAD ☐DM ☐CA ☐HTN ☐Neg. Other:
Siblings: ☐CAD ☐DM ☐CA ☐HTN ☐Neg. Other:

**MEDICATIONS** ☐None ☑Triage/Nursing Notes Reviewed ☐See Attached

Vits, Ca⁺⁺, Iron

**ALLERGIES**  NKA

**HABITS**  ☐Tobacco ☐ETOH ☐Substance ☐Other: ∅

**SH**  ☐Home Alone ☐Home Family ☐Institution

**OCCUPATION**

**REVIEW OF SYSTEMS**  ☐ROS Otherwise Unremarkable

**PHYSICAL EXAMINATION**

A&Ox3, coherent. upset

Head  NC/AT
Eyes  PERL
ENT  Moist mucosas
Neck  supple, no tenderness
Back  No tenderness
Lungs  clear
Heart  RRR S₁S₂ No ⃝
Abd  tender ⃝ Ribs
Abd  +BS, soft. voluntary guarding
? diffusely tender

U/A
SG 1.025
pH 6.5
RBC 0-2
WBC 5-10

General: ☑Negative ☐Chills ☐Fever ☐Malaise ☐Weight Loss
Eyes: ☑Negative ☐Blurred ☐Diplopia ☐Pain ☐Redness ☐Photophobia ☐Glaucoma ☐Cataracts
ENT: ☑Negative ☐Hearing Loss ☐Nose Bleeds ☐Sore throat ☐Tinnitus ☐Vertigo ☐Sinusitis
Cardiac: ☑Negative ☐Chest Pain ☐Palpitations ☐Dyspnea ☐Orthopnea ☐PND ☐Edema ☐RHF ☐Murmurs
GI: ☐Negative ☑Abdominal Pain ☐Constipation ☐Diarrhea ☐Nausea/Vomiting ☐Melena ☐Hematemesis ☐Rectal Bleeding ☐Jaundice
GU: ☑Negative ☐Dysuria ☐Frequency ☐Urgency ☐Nocturia ☐Pyuria ☐Retention ☐Discharge
GYN: ☐Negative ☐Vaginal Discharge ☐Vaginal Bleeding S/P Hysterectomy
SKIN: ☑Negative ☐Rash ☐Sweaty ☐Pruritus
Resp: ☑Negative ☐Cough ☐SOB ☐Hemoptysis
NEURO: ☑Negative ☐Seizure ☐Dizziness ☐Syncope ☐Weakness/Numbness ☐Paresthesis ☐Migraines
Psych: ☑Negative ☐Anxiety ☐Depression ☐Suicide
Endocrine: ☑Negative ☐Heat Intolerance ☐Cold Intolerance ☐Thirsty ☐Polyuria
Heme: ☑Negative ☐Bleeding ☐Bruising
MS: ☐Negative ☐Back Pain ☐Joint Pain ☑Myalgia pain Rib cage
Immune: ☐Negative ☐Immunization reviewed ☐Allergies
Other

| Consult # 1 | Consult # 2 |
|---|---|
| Name: | Name: |
| Time Called: | Time Called: |
| Phone Response: | Phone Response: |
| Arrival: | Arrival: |

ED Attending Physician Signature   Private Attending Signature   Health Care Provider Signature

I. Sapoznikow, MD

MEDICAL RECORDS

Phelps Memorial Hospital Center
701 North Broadway
Sleepy Hollow, NY 10591

**Department of Emergency Medicine**
*Medical Record*

| Patient Name | | Date and Time | | Medical Record | | Account Number | |
|---|---|---|---|---|---|---|---|
| GOMEZ, AWILDA | | 10/18/06 0008 | | MR00346473 | | PA0006220723 | |
| Time | **DIAGNOSTIC ORDERS** | | Order Entry By | Time | **MEDICATION ORDERS** | | Init. |
| | ☐ ECG ☐ ABG ☐ Lab Tests Reviewed | | | | ☐ Td 0.5 cc IM | ☐ Hypertet 250 units IM | |
| | U/A | | | | Lot #: | Lot #: | |
| | | | | | Exp:    Site: | Exp:    Site: | |
| | | | | 0050 | Dilaudid 1mg IM - ⒧ RF | | |
| | | | | | Vicodin 5/500 tabs #2 | | |
| | | | | | to take at home tonight prn | | |
| | | | | 125 | levaquin 250 g po | | |
| | | | | 1:?? | Toradol 60mg Im ⒧ RF | | |
| | **ED PHYSICIAN/PRACTITIONER INTERPRETATION - EKG** | | | | | | |

| **RADIOLOGY ORDERS** | **SIGNS/SYMPTOMS** R/O | **RADIOLOGY INTERPRETATION** |
|---|---|---|
| CXR ⒧ Rib | ☒ Fall | No rib fx.  No PTX |
| RUA | Pain | Nonspecific |

| **IMPRESSION:** Contusion ⒧ Rib cage | **DX Code** | **CRITICAL CARE TIME:** _____ due to: _____ |
|---|---|---|
| UTI | | ☐ Continuation Sheet Attached |

**TREATMENT:** Rest as needed
levaquin 250 g po OD X 5 d
Add'l PRN for pain

| **RESTRICTIONS** | ☐ No Work | ☐ No School | ☐ No Gym | ☐ Limited activity | ☐ 1 Day  ☐ 2 Days  ☐ 3 Days |
|---|---|---|---|---|---|

☐ Use Prescribed medications as directed on the bottle ☐ Use acetaminophen, aspirin, or ibuprofen as follows: _____ , every _____ hours, for _____ days

**ADDITIONAL INSTRUCTIONS/PRESCRIPTIONS**

☐ Follow up with your doctor or Dr. _____ in _____ days/hours, for _____ Telephone: _____

| | | Condition: | ☐ AMA |
|---|---|---|---|
| ☐ DOA | ☐ Expired | ☒ Satisfactory | ☐ Left before completion of treatment |
| ME Notified: ☐ Yes ☐ No | ME Accepted: ☐ Yes ☐ No | ☐ Improved | ☐ Left without being seen by physician |
| ME Name: _____ | Case Number _____ | ☐ Unchanged | ☐ Risks and benefits explained and understood |
| | | ☒ Stable | |

ED Attending Physician Signature: _____ Private Attending Signature: _____ Health Care Provider Signature: _____

Form # 1434 (3/06)

**MEDICAL RECORDS**

```
DATE: 09/25/07 @ 1114        Phelps Memorial Hospital EDM *LIVE*              PAGE 1
USER: JDABBS                    EMERGENCY ROOM MEDICAL RECORD
```

**Patient: GOMEZ,AWILDA**                 **Age/Sex: 42/F**           **Acct No: PA0006220723**
**ED Provider: Sapoznikow,Isaac MD**                                  **Unit No: MR00346473**

---

### Demographic

1 RIVER PLAZA  APT4E
TARRYTOWN, NY 10591
(914)366-8246
**Insurance: AETNA HMO**                      **PCP: Carniciu,Stere MD**
**Next of Kin: GOMEZ,MARIO**                  **Family Doctor:**
 **Relation: 02 SPOUSE**
 **Phone: (914)366-8246**

---

### Triage

*10/18/06  0002    ED Triage*                                         *Kyle Irish*
Stated C/O PAIN BOTH SIDES OF HER ABD. S/P ASSAULT FROM PD BREAKING UP A DOMESTIC
**Cause** Altercation
**General Appearance** Mild Distress, Anxious
**GCS** 15
**Patient Orientation** A&O X3
**Pupil** Bilateral
**Pupil Reaction** PEARLA
**Lung Sounds** Clear
**Respirations** Normal
**Appearance / Behavior** Anxious, Agitated
**BP Systolic** 134
**BP Diastolic** 100
**Pulse** 160
**Temp** 98.2
**Temp. Source** Tympanic
**Resp** 24
**SA02** 100
**Pain Intensity** 5
**Pain Scale Used** Adult
**Comfort Goal** 0

---

### Priority

3

---

### Vital Signs

| Time | BP Systolic | BP Diastolic | Temp | Pulse | Resp | SA02 | Pain Intensity | Comfort Goal | User |
|------|-------------|--------------|------|-------|------|------|----------------|--------------|--------|
| 0155 | 116 | 58 | | 68 | 16 | | 1 | 0 | KIRISH |
| 0347 | 124 | 63 | | 68 | 16 | | 1 | 0 | KIRISH |

### Vitals Detail

*10/18/06  0155    ED Vital Signs*                                    *Kyle Irish*
**BP Systolic** 116; **BP Diastolic** 58; **Blood Pressure Position** Supine; **Pulse** 68; **Resp** 16;
**Pain Intensity** 1; **Pain Scale Used** Adult; **Comfort Goal** 0

*10/18/06  0347    ED Vital Signs*                                    *Kyle Irish*
**BP Systolic** 124; **BP Diastolic** 63; **Blood Pressure Position** Supine; **Pulse** 68; **Resp** 16;
**Pain Intensity** 1; **Pain Scale Used** Adult; **Comfort Goal** 0

---

CMAXX:MR00346473~PA0006220723~MTEDREC~10/18/06 **Patient:**GOMEZ,AWILDA

```
DATE: 09/25/07 @ 1114        Phelps Memorial Hospital EDM *LIVE*              PAGE 2
USER: JDABBS                   EMERGENCY ROOM MEDICAL RECORD
```

**Patient:** GOMEZ,AWILDA                **Age/Sex:** 42/F          **Acct No:** PA0006220723
**ED Provider:** Sapoznikow,Isaac MD            .                  **Unit No:** MR00346473

---

### Medical/Surgical History

*10/18/06   0115    ED Medical/Surgical History*                          *Kyle Irish*

### Allergies

No Known Allergies

### DNR / Advance Directives

*10/18/06 0115 Kyle Irish*
DNR N
Copy on Chart? N

### Assessments

*10/18/06   0350    ED Abdominal Pain*                                    *Kyle Irish*
**Assessment** Reassessment
**Date** 10/18/06
**Cause Of Complaint** Altercation
**Location Of Pain** Abdomen
**Type Of Pain** Cramping
**Abdominal Pain Location** LLQ, RLQ
**Pain Intensity** 3
**General Appearance** Mild Distress, Anxious
**Bowel sounds** Present
**Palpation** Soft
**ABD Pain Location** LLQ, RLQ
**Inspection** Flat
**Location** Throughout
**Lung Sounds** Clear

### Notes

*Entered by Kyle Irish on 10/18/06 at 0226*
PT MUCH MORE RELAXED WITH HER DAUGHTERS IN-TOW, NO MORE HYPERVENTILATION. PT GIVEN DILAUDID
AND TORADOL FOR PAIN, LEVAQUIN FOR UTI. PT WILL HAVE TO INCREASE FLUIDS AND REST. FOLLOW UP
WITH PMD

*Entered by Kyle Irish on 10/18/06 at 0351*
PT SENT HOME TO REST WITH DAUGHTER, RX AND MEDS GIVEN

### Orders

| Ordered | Procedure Name | Ordering Provider | E-Signed |
|---|---|---|---|
| 10/18/06 0023 | URINALYSIS | Sapoznikow,Isaac MD | No |
| 10/18/06 0023 | XR RIBS LEFT W/PA CHEST | Sapoznikow,Isaac MD | No |
| 10/18/06 0023 | XR ABD FLAT AND ERECT OR DECUB | Sapoznikow,Isaac MD | No |

### Discharge & Procedure

*10/18/06 0335 Kyle Irish*
**Departure** D/C Home
**Mode Of Discharge** Family
**Notify** F/U MD Form

---

CMAXX:MR00346473~PA0006220723~MTEDREC~10/18/06 **Patient:**GOMEZ,AWILDA

```
DATE: 09/25/07 @ 1114          Phelps Memorial Hospital EDM *LIVE*                    PAGE 3
USER: JDABBS                    EMERGENCY ROOM MEDICAL RECORD
```

```
Patient: GOMEZ,AWILDA                    Age/Sex: 42/F                    Acct No: PA0006220723
ED Provider: Sapoznikow,Isaac MD                                          Unit No: MR00346473
```

## Departure/Disposition

```
Disposition: 01 HOME, SELF-CARE                    Departure Date/Time: 10/18/06 - 0336
Diagnosis:
Comment:
Condition:
```

Pt Instructions: URINARY TRACT INFECTION-PHELPS

Departure Forms: DISCHARGE INSTRUCTIONS - ENG

CMAXX:MR00346473~PA0006220723~MTEDREC~10/18/06 Patient:GOMEZ,AWILDA

**Patient Name:** GOMEZ,AWILDA                     **Account Number:** PA0006220723
**Date:** 10/18/06      **Time:** 0336

**PHELPS MEMORIAL HOSPITAL CENTER**
**701 NORTH BROADWAY**
**SLEEPY HOLLOW, NY591**

**Emergency Department Discharge Instruction:**

The examination and treatment you have received within the Departmemt of Emergency
Medicine was an emergency treatment only.   It was directed primarily to the
emergent problem.

Emergency treatment is not intended to be a substitute for the complete and comp-
rehensive medical care rendered by your personal care provider.  It is difficult
to recognize and treat all elements of injury or illness in a single visit.  It
is diffiuclt to treat non-emergent or chronic conditions on an emergent basis with-
in a Department of Emergency Medicine.

If new symptoms should develop or if your condition becomes worse and you cannot
reach your medical provider, return to the Department of Emergency Medicine

Conditions may change in the course of hours and new unforseeable complications
may ensue.   It is, therefore, essential that you secure a follow-up examination and
treatment by arranging an appointment with your own physician indicated below.
Meanwhile follow instructions below.  Notify your family doctor or the doctor we
referred you to that you were treated in this emergency department.  Further follow
up care will be carried out by him/her as necessary.

XRAYS:  The interpretation of your x-ray(s) was given to you by the emergency
physician is only a preliminary report.  The x-ray specialist reviews these films.
If there is a change in the diagnosis, you or your doctor will be notified.  Some-
imes fractures or abnormalities may not show up on the xray(s) for several days.
If symptoms persist or get worse, additional xrays may have to be taken.

LABS:  If labratory results were not received while you were in the Emergency
Department (such as cultures etc) you will be contacted if additional treatment is
required.

RESTRICTIONS:     _____No Work     _____No School     _____No Gym    _____Limited Activity

              _____ 1 Days     _____ 2 Days     _____ 3 Days

Use prescribed medication as directed on the bottle:

Medication Instructions Sheets given?  YES_____     NO_____

Use Acetaminophen, Aspirin or Ibuprofen for _____ as follows:

         _____ every _____hours for _____days

Additional Instructions/Prescriptions:
_____Rest, "Fluids, Levaquin 250mg Po Once A Day,_____
_____Motrin & Ether with food for Pain_____

Patient Name: GOMEZ,AWILDA                Account Number: PA0006220723
Discharge Instructions:

___Asthma      ___Bells Palsy      ___Bursitis      ___Cast Care      ___ CHF
__Inhaler
__Peakflow

___Conjunctivitis          ___Constipation      ___Costochondritis      ___Croup

___Domestic Violence      ___Ehrlichiosis      ___Eye Care

___Fussy Baby             ___Gallbladder       ___Head Injury         ___Hemorrhoids
__Colic
__Teething
__Diaper Rash

___High Bld Pressure      ___High Fever        ___Kidney Disease      ___Lymes Disease

___Miscarriage            ___Mononucleosis     ___Neck/Back Injury    ___Nurse Maid Elbow

___Otitis Media           ___Rabies            ___Rib Fracture        ___RSV

___STD                    ___Sprain/Strain Fracture Care              ___Tetanus

___UTI                    ___Vaginal Bleeding ___Vomiting and Diarrhea
                          (during early pregnancy)

___Wound

Follow up with your doctor or Dr. _____*Carniciu*_____, telephone _____
in _____days / for _____.

The emergency department charges are not an all inclusive fee. It does not include charges
for diagnostic procedures, treatments, drugs or supplies, nor does it include charges for
the emergency department physician, private or consultanting physicians whose
services are necessary for your care. The billing for the radiologist's fee, hospital
services and the emergency physician's fee are separate.

Return to the Emergency Department or contact your physician if you are not improving
or your condition becomes worse.

*I hereby accept, understand and can verbalize these instructions:*

x _____

Nurse Signature: _____        Date/Time 10/18/06
                                                                  340

Phelps Memorial Hospital Center
Department of Pathology and Clinical Laboratories
Rudolf Ulirsch, M.D., Director
701 North Broadway
Sleepy Hollow, NY 10591
PHONE (914)366-3910    FAX (914)366-1525

```
-------------------------------------------------------------------------
Name:GOMEZ,AWILDA              Age/Sex:42/F        Admit Date:10/18/06
Acct#:PA0006220723             DOB:02/20/1964      Disch Date:
Med Rec#:MR00346473                                Ordering MD:Sapoznikow,Isaac MD
Location:PER      R/B:
-------------------------------------------------------------------------
```

**************************************URINALYSIS*****************************

URINALYSIS MACROSCOPIC
```
-------------------------------------------------------------------------
Day                       1
Date                      10/18/06
Time                      0040                         Reference       U
-------------------------------------------------------------------------
SOURCE, UR                RANDOM
COLOR, UR                 YELLOW
CLARITY, UR               HAZY H                       (CLEAR)
SPECIFIC GRAV, UR         1.025                        (1.003-1.035)
PH, UR                    6.5                          (5.0-8.0)
PROTEIN, UR               1+ H                         (NEGATIVE)
GLUCOSE, UR               NEGATIVE                     (NEGATIVE)         M
KETONES, UR               TRACE H                      (NEGATIVE)
UROBILINOGEN, UR          0.2                          (<=1.0)           E
BILIRUBIN, UR             NEGATIVE                     (NEGATIVE)
BLOOD, UR                 NEGATIVE                     (NEGATIVE)
NITRITES, UR              NEGATIVE                     (NEGATIVE)
LEUK ESTERASE, UR         SMALL H                      (NEGATIVE)
```
URINALYSIS MICROSCOPIC
```
-------------------------------------------------------------------------
Day                       1
Date                      10/18/06
Time                      0040                         Reference       U
-------------------------------------------------------------------------
RBC, UR                   0-2                          (0-2)            /
WBC, UR                   5-10 H                       (0-2)            /
EPITH CELLS, UR           1+ H                         (NEGATIVE)
BACTERIA, UR              OCC                          (NEGATIVE)
MUCUS, UR                 1+ H                         (NEGATIVE)
```

```
-------------------------------------------------------------------------
20061018      2202        DISCHARGE SUMMARY REPORT    Patient:GOMEZ,AWILDA
Page:     1   End of Report     DO NOT DESTROY        PER
```

346473, 6220723, GOMEZ, AWILDA Printed by:Veronica Merello
Job 8447 (11/26/2007 10:24) - Page 9, Doc# 5
MT Lab Final Summary - Page 1/1

```
     Phelps Memorial Hospital
          701 North Broadway
    Sleep Hollow, New York  10591
        Department of Radiology
        914-366-3455
```

```
 Patient Name: GOMEZ,AWILDA          Location: PER
Med Rec #:     MR00346473
    Account #: PA0006220723
Date of Birth:  02/20/1964               Attending:
Age: 42  Sex: F                              Ordering: Sapoznikow, Isaac MD
PCP: Carniciu, Stere MD
```

---

```
Exam Date      10/18/06
Exam:          XR ABD FLAT AND ERECT (COMMON); XR RIBS LEFT W/PA
CHEST
Order#:        XR   1018-0010; 1018-0011
```

HISTORY: abdominal pain, left-sided chest pain

Chest:

Multiple views fail to demonstrate any fracture, pleural fluid, or pneumothorax. The heart is normal in size and the lung fields are otherwise clear, except for minimal bilateral apical pleural thickening. There is no evidence of congestive heart failure or active infiltrate.

Abdomen:

Supine and erect views of the abdomen demonstrate a very large amount of fecal material throughout a normal caliber colon to the level of
the rectum. No dilated gas filled loops of small bowel are evident and the stomach is not abnormally dilated. There is no evidence of free air or mass. Multiple left pelvic calcifications most likely represent pheboliths, although the possibility of a distal ureteral calculus cannot be entirely excluded.

***Electronically Signed ***
-------------------------------------------------
Steven Kroop MD             10/18/06

Dictated on 10/18/06 0830
Edited by:  Phelps Radiologist

Report cc:  Sapoznikow,Isaac MD;