# EXHIBIT 7

```
                    SLEEPY HOLLOW POLICE DEPT.             Page  1  of  1
                       STATEMENT OF ADMISSION
```

DATE ......: 10/18/2006                       D.D. NUMBER..: _____

STATEMENT OF: AWILDA   GOMEZ                  CASE REPORT #: SH-00318-06

MY NAME IS AWILDA  GOMEZ . I AM  42 YEARS OLD HAVING BEEN BORN ON 02/20/1964, I
RESIDE AT:

       1 RIVER PLAZA
       SLEEPY HOLLOW, NY 10591-

MY TELEPHONE NO. IS (914)366-8246 AND I AM EMPLOYED BY:  AS A/AN

   I HAVE BEEN TOLD BY DET JOSE A. QUINOY THAT I HAVE THE RIGHT TO REMAIN SILENT
AND THAT ANY STATEMENTS I MAKE MAY BE USED AGAINST ME IN COURT.  I HAVE BEEN TOLD
THAT I HAVE THE RIGHT TO TALK WITH A LAWYER BEFORE ANSWERING ANY QUESTIONS OR TO
HAVE A LAWYER PRESENT AT ANY TIME.  FURTHER I HAVE BEEN ADVISED THAT IF I CANNOT
AFFORD TO HIRE A LAWYER, ONE WILL BE FURNISHED ME AND I HAVE THE RIGHT TO KEEP
SILENT UNTIL I HAVE HAD THE CHANCE TO TALK WITH A LAWYER.

   I UNDERSTAND MY RIGHTS AND MAKE THE FOLLOWING STATEMENT FREELY AND VOLUNTARILY.
I AM WILLING TO GIVE THIS STATEMENT WITHOUT TALKING WITH A LAWYER OR HAVING ONE
PRESENT.

   ON OCTOBER 17, 2006 , I RECEIVED A CALL FROM MY DAUGHTER BRIDGET
TELLING ME THAT MY HUSBAND MARIO WAS LEAVING THE HOUSE. I RAN DOWN
TO THE PARKING LOT TO SEE WHERE MARIO WAS GOING BECAUSE BRIDGET
SAID THAT HE WAS ON THE PHONE YELLING AND SCREAMING. MARIO PULLED
OUT IN HIS CAR AND I FOLLOWED HIM IN MINE TO SEE WHERE HE WAS
GOING. I FOLLOWED MARIO UP TO BEEKMAN AVE IN FRONT OF POLICE
HEADQUARTERS WHERE I SAW HIM WALK UP TO JOSE QUINOY AND ANOTHER
POLICE OFFICER. I TRIED TO PARK THE CAR AND WHEN I LOOKED UP, I SAW
MARIO FIGHTING WITH THE POLICE. I LEFT THE CAR IN THE STREET AND I
RAN INTO THE POLICE STATION TO TELL THE OFFICER AT THE DESK TO
PLEASE GET SOME HELP. I WAS IN THE LOBBY SCREAMING AND THEN I WENT
BACK OUTSIDE WHEN THE OTHER OFFICERS ARRIVED. I STARTED YELLING
"STOP" "STOP" SO THEY WOULD STOP FIGHTING. I THEN GRABBED JOSE BY
THE SHIRT, ASKING HIM TO STOP, SCREAMING. JOSE GRABBED ME AND THREW
ME AGAINST MY CAR AND I FELL TO THE GROUND. I THEN WENT TO THE
HOSPITAL BECAUSE I HAD SEVERE PAIN ON THE LEFT SIDE OF MY BODY.

  I AM AT THE SLEEPY HOLLOW POLICE DEPT. WHERE I AM GIVING THIS STATEMENT  TO DET
JOSE A. QUINOY WHO IS TYPING IT FOR ME AND I HAVE READ IT AND IT IS THE TRUTH.


   FALSE STATEMENTS MADE HEREIN ARE PUNISHABLE AS A CLASS A MISDEMEANOR
   PURSUANT TO SECTION 210.45 OF THE PENAL LAW OF THE STATE OF NEW YORK.


WITNESS: _[signature]_                   SIGNATURE: _Awilda Gomez_