# EXHIBIT 9






TELEPHONE
(914) 631-0800

JIMMY WARREN
CHIEF OF POLICE

# Police Department

Village of Sleepy Hollow, N.Y. 10591

MIRANDA WARNING SPANISH

DEFENDANT Aquilda Gomez CASE # 318-06

DATE 10-18-06 TIME 1603 HRS

CONSTITUTIONAL RIGHTS (SPANISH)

DERECHOS CONTITUCIONALES DEL ACUSADO.

(1) Usted tiene el derecho de mantenerse en silencio, y de no contestar preguntas. Usted entiende?
Contesta SI

(2) Cualquier cosa que usted diga puede y podra ser usado en contra de usted en una cotre de ley. Usted entiende?
Contesta SI

(3) Usted esta en el derecho de tener un abogado con usted antes y durante de cualquier interrogatorio.
Usted entiende? Contesta SI

(4) Si usted no tiene recursos para obtener un abogado, uno les sera determinado para que le represente antes de cualquier interrogatorio si usted lo desea. Usted entiende?
Contesta SI

(5) Usted puede decidir en cualquir tiempo, ejercer estos derechos y no contestar al interrogatorio, o hacer una declarcion. Usted entiende? Contesta SI

(a) Entiende usted cada uno de estos derechos que le he explicado? Contesta SI
si/no

(b) Teniendo en cuenta estos derechos, quiere usted hablar con nosotros ahora? Contesta SI

Ferma del Acusado/Testigo [signature]

Officers Signiture Det [signature] Badge# 141