# EXHIBIT 10

# NORTH TARRYTOWN POLICE DEPARTMENT
## Arrest Identification and Booking Sheet
### Complete Parts 1 and 3 at Time of Arrest

**Part 1**

Date of Arrest _10-18-06_ Time _0343_ Arrest Number _____

Name _GOMEZ AWILDA_ Address _1 RIVER PLAZA APT 4E TARRYTOWN NY 10_

How Long _16 YRS_ If Less Than Two Years, Former Address _____ Phone _(914) 386-8246_

DOB _02-20-64_ Age _42_ Ht. _5 04_ Wt. _110_ Hair _BLK_ Eyes _BRWN_ Race _WHT_ Sex _F_

Social Security No. _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_ Occupation _COORDINATOR_ POB _DOMINICAN REPUBLIC_ Skin Tone  L  (M)  D

Bus. Address _____

Alias or Nicknames _____

Nationality _DOMINICAN_ Scars _NO_ Tatoos _NO_

Auto Make _____ Plate _____ State _____ If Accident, Accident No. _____

Marital Status _MARRIED_ Spouse Name _GOMEZ, MARIO_

Place Arrested _SHPD_ Arresting Officer _GASKO_ Shield No. _161_

Charges _____

P.L. Law Sections _____

Evidence Collected _____

_____

_____

Inventory — Personal Property _____

_____

Property Taken at Booking _____ Prisoner Signature _____

Property Returned: Date _____ Signature _____

Additional Information Including Towing of Vehicle — To Where — By Who _____

_____

DWI _____ Urine _____ Blood Taken — Yes ____ No ____ Breath Test — Yes ____ No ____ B.A.C. _____

### Part 2

Date Fingerprinted _____ Detective _____ Photos — Yes ____ No ____ D.D.No _____

FBI No _____ NYSIIS No. _____ NYCB _____ NTPD — B No. _____

Date of Disposition _____ Disposition _____

PRINT ALL OF THE ABOVE CLEARLY          Reviewing Supervisor _____

### Part 3

Date _____

Bail _____ Appear _____ Desk Officer _____

Magistrate _____

Disposition _____

Notes: _____