**EXHIBIT 11**

## *Additional Fingerprint Response*

### NYSID : 2151468L

New York State Division of Criminal Justice Services
4 Tower Place
Albany, NY 12203-3764
Tel: 1-800-262-DCJS
Chauncey G. Parker, Director of Criminal Justice and DCJS Commissioner

### ● Transaction Data

| | |
|---|---|
| Name: | AWILDA GOMEZ |
| Transaction ID: | 7861570 |
| Agency ORI: | NY0593200 |
| SSN: | 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 |
| Type of Submission: | **ARREST** |
| Date Fingerprinted: | October 18, 2006 12:00 am |
| Reason Fingerprinted: | Adult Arrest |

### Arrest/Charge Information
Arrest Date: October 18, 2006 03:03 am (03:03:00)

| | |
|---|---|
| Name: | AWILDA GOMEZ |
| Date of Birth: | February 20, 1964 |
| Country of Citizenship: | USA |
| US Citizen : | |
| Sex: | Female |
| Race: | Other |
| Ethnicity: | Hispanic |
| SSN: | 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 |
| Age at time of crime/arrest: | 42 |
| Address: | 1 RIVER PLAZA, TARRYTOWN, NY 10591 |
| Fax Number | 11519 |
| Place of Arrest: | Village of Sleepy Hollow, Westchester County, NY |
| Arrest Type: | Complaint |
| Date of Crime: | October 17, 2006 |
| Place of Crime: | Village of Sleepy Hollow, Westchester County, NY |
| Criminal Justice Tracking No.: | 58471780M |
| Arresting Agency: | Sleepy Hollow Village PD |
| Arresting Officer ID: | SLE031 |
| Local Person Id: | 313043 |
| Arrest Case Number: | 0600318 |
| Arrest Number: | 313043 |
| Arraignment: | Sleepy Hollow Village Court |
| Arrest Charges: | |

  -- Resisting Arrest

      PL 205.30    Class A  Misdemeanor Degree 0  NCIC 4801

-- Obstruct Governmental Administration-2nd Degree
    PL 195.05    Class A  Misdemeanor Degree 2  NCIC 5099

## ● Transaction Status Information

| Activity | Date/Time | Elapsed |
|---|---|---|
| Initial Transaction Received | October 18, 2006 07:38:12 am | |
| Online Data Received | October 18, 2006 07:38:11 am | |
| Transaction Completed | October 18, 2006 07:56:04 am | 18min |
| Rapsheet Produced | October 18, 2006 07:58 am | |

## ● FBI Identification Results

The FBI identification response, received on October 18, 2006, indicated no FBI data other than New York State history. The information previously provided in your NYS Criminal Justice Services fingerprint response represents the computerized history for this individual.

## Fingerprint Response

**NYSID : 2151468L**

---

New York State Division of Criminal Justice Services
4 Tower Place
Albany, NY 12203-3764
Tel: 1-800-262-DCJS
Chauncey G. Parker, Director of Criminal Justice and DCJS Commissioner

Identification    Summary    Criminal History    Job/License    Wanted    Missing    NCIC/III

### ⬤ Transaction Data



| | |
|---|---|
| Name: | AWILDA GOMEZ |
| Transaction ID: | 7861570 |
| Agency ORI: | NY0593200 |
| SSN: | 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 |
| Type of Submission: | ARREST |
| Date Fingerprinted: | October 18, 2006 12:00 am |
| Reason Fingerprinted: | Adult Arrest |

### Arrest/Charge Information
Arrest Date: October 18, 2006 03:03 am (03:03:00)

| | |
|---|---|
| Name: | AWILDA GOMEZ |
| Date of Birth: | February 20, 1964 |
| Country of Citizenship: | USA |
| US Citizen : | |
| Sex: | Female |
| Race: | Other |
| Ethnicity: | Hispanic |
| SSN: | 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 |
| Age at time of crime/arrest: | 42 |
| Address: | 1 RIVER PLAZA, TARRYTOWN, NY 10591 |
| Fax Number | 11519 |
| Place of Arrest: | Village of Sleepy Hollow, Westchester County, NY |
| Arrest Type: | Complaint |
| Date of Crime: | October 17, 2006 |
| Place of Crime: | Village of Sleepy Hollow, Westchester County, NY |
| Criminal Justice Tracking No.: | 58471780M |
| Arresting Agency: | Sleepy Hollow Village PD |
| Arresting Officer ID: | SLE031 |
| Local Person Id: | 313043 |
| Arrest Case Number: | 0600318 |
| Arrest Number: | 313043 |
| Arraignment: | Sleepy Hollow Village Court |
| Arrest Charges: | |

- Resisting Arrest
  PL 205.30    Class A    Misdemeanor Degree 0    NCIC 4801

- Obstruct Governmental Administration-2nd Degree
  PL 195.05    Class A    Misdemeanor Degree 2    NCIC 5099

## ● Transaction Status Information

| Activity | Date/Time | Elapsed |
|---|---|---|
| Initial Transaction Received | October 18, 2006 07:38:12 am | |
| Online Data Received | October 18, 2006 07:38:11 am | |
| Transaction Completed | October 18, 2006 07:56:04 am | 18min |
| Rapsheet Produced | October 18, 2006 07:56:07 am | |

## *NYS DCJS Repository Response*

## ● Attention - Important Information

This NYSID Number was used previously and is now reassigned to this individual.

## ● Identification Information

**Name:**
AWILDA GOMEZ   AWILDA CADET
AWILDA GOMEZ

**Date of Birth:**
Feb 20, 1964   Feb 20, 1964

**Place of Birth:**
Dominican Republic

**Address:**
1 RIVER PLAZA, TARRYTOWN, NY 10591
1 RINA PLAZA, TARRYTOWN, NY

| Sex: | Race: | Ethnicity: | SkinTone: |
|---|---|---|---|
| Female | Other | Hispanic/Hispanic | Other/Medium |
| **Eye Color:** | **Hair Color:** | **Height:** | **Weight:** |
| Brown | Black | 5' 04" | 110 |

**SSN:**
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  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

**NYSID#:**   **FBI#:**   **NCIC Classification:**
02151468L

**III status:**

**US Citizen:**

## ● Summary Information
There is no Summary Information associated with this history.

## ● NYS Criminal History Information

There is no Criminal History Information associated with this history.

## ● Other History Related Information

There is no Other History Related Information associated with this history.

## ● Job/License Information

### Civil Information
Type of Application: Child Day Care
Name:              AWILDA GOMEZ
Address:           1 RINA PLAZA, TARRYTOWN, NY
Date of Birth:     February 20, 1964
SSN:               073702735
Agency ID:         44872
Date of Application: September 24, 2002
Application Agency: NYS Child and Family Services Criminal History Review Unit
Application Number: 44872

## ● Wanted Information

There is no NYS Wanted Information associated with this history.

## ● Missing Person Information

There is no NYS Missing Person Information associated with this history.

## ● Additional Information

Summary Counts: The Transaction data may also be included in a cycle in the rap. If it is included, information from the transaction will be used in calculating the Summary section. If it is not included in any of the cycles then the transaction information will not be part of the Summary section data.

Courts Please Note: Pursuant to CPL 160.40 (02) one copy of a fingerprint based rapsheet must be provided to the Defense Attorney.

## *Federal NCIC, III and/or FBI Response*

## ● NCIC Information

The following information is provided in response to your request for a search of the NCIC Person files based on:

- Name: GOMEZ, AWILDA
- Sex: F
- Race: U
- Date of Birth: 02/20/1964
- Social Security number: 073702735

Fingerprint response on 10/18/2006 07:56 am for transaction 7861570                Page 4 of 4

NY0593200

```
NO NCIC WANT SOC/073702735
NO NCIC WANT NAM/GOMEZ,AWILDA DOB/19640220 RAC/U SEX/F
***MESSAGE KEY QW SEARCHES WANTED PERSON FILE FELONY RECORDS REGARDLESS OF
EXTRADITION AND MISDEMEANOR RECORDS INDICATING POSSIBLE EXTRADITION FROM THE
INQUIRING AGENCY'S LOCATION.  ALL OTHER NCIC PERSONS FILES ARE SEARCHED
WITHOUT LIMITATIONS.
```

**WARNING:** Release of any of the information presented in this computerized Case History to unauthorized individuals or agencies is prohibited by federal law TITLE 42 USC 3771b.
This report is to be used for this one specific purpose as described in the Use and Dissemination Agreement your agency has on file with DCJS. **Destroy after use and request an updated rap sheet for subsequent needs.**
All information presented herein is as complete as the data furnished to DCJS.