# EXHIBIT 12

**SLEEPY HOLLOW POLICE DEPARTMENT**

COUNTY OF WESTCHESTER

STATE OF NEW YORK

I, Eulalia Guzman, make the following statement freely and voluntarily to _____

I am 52 years of age and live at 46 Beekman Ave

914-909-2072 am employed at N/A

Statement: On Oct 17, 2006 at approx 11 or 11:15pm I was laying on my bed watching television when I heard yelling + screaming outside. I got up out of my bed and went to the living room to look out the window. I looked up the street in front of police headquarters. I saw approximately five police officers telling a man to calm down. The man was angry and yelling about his daughter saying "I want to know why you doing this to my daughter". He did not want to calm down. The man then threw approximately three or four punches at Jose Quiroy and then Jose didn't want to do anything to the guy. I then went to my room and then I came back to the window. Then I saw the police trying to take the man down and the man

I have read this statement consisting of 2 pages and it is all the truth. I have put my initials on each page, and by each correction, and I sign it below.

DATE 12/8/06

Signature: Eulalia Guzman

Witness: P. Hood

Sleepy Hollow Police Department

Verification By Subscription and Notice
Under Penal Law Section 210.45

It is a crime, punishable as a Class A Misdemeanor under the laws of the State of New York, for a person, in and by written instrument, to knowingly make a false statement, or to make a statement which such person does not believe to be true.

Affirmed under penalty of perjury

This 8 day of Dec 20 06

Eulalia Guzman

## SLEEPY HOLLOW POLICE DEPARTMENT

### COUNTY OF WESTCHESTER

### STATE OF NEW YORK

I, _Eulalia Guzman_, make the following statement freely and voluntarily to _____

I am _52_ years of age and live at _46 Beekman Ave_
_914 909 2072_ I am employed at _n/a_

Statement: _did not want to go down, he kept fighting. I then closed the window and went back to my room and watched T.V._

I have read this statement consisting of _2_ pages and it is all the truth. I have put my initials on each page, and by each correction, and I sign it below.

DATE _12/8/06_      _Eulalia Guzman_
Witness _P. Hook_         Sleepy Hollow Police Department

Verification By Subscription and Notice
Under Penal Law Section 210.45

It is a crime, punishable as a Class A Misdemeanor under the laws of the State of New York, for a person, in and by written instrument, to knowingly make a false statement, or to make a statement which such person does not believe to be true.

Affirmed under penalty of perjury

This _8_ day of _Dec_ 20 _06_

_Eulalia Guzman_

74

**SLEEPY HOLLOW POLICE DEPARTMENT**

COUNTY OF WESTCHESTER

STATE OF NEW YORK

I, _Debralyn Press_, make the following statement freely and voluntarily to _Lieutenant Barry Campbell_
I am _43_ years of age and live at _38 Beekman Ave, Sleepy Hollow_ I am employed at _Sleepy Hollow Perf. Arts_

Statement: _On October 17th at approximately 10:35 pm I heard horrible screams coming from the street in front of my window. I looked out and observed what appeared to be a struggle involving four or five figures. It seemed that one person was being beaten by the others who were in a circle around him while he was on the ground. I called the police immediately. The screaming continued and several police cars arrived on the scene._

I have read this statement consisting of _____ pages and it is all the truth. I have put my initials on each page, and by each correction, and I sign it below.

DATE _Nov 13, 2007_       _Delia Press_
Witness _Barry Camp_        Sleepy Hollow Police Department

Verification By Subscription and Notice
Under Penal Law Section 210.45

It is a crime, punishable as a Class A Misdemeanor under the laws of the State of New York, for a person, in and by written instrument, to knowingly make a false statement, or to make a statement which such person does not believe to be true.

Affirmed under penalty of perjury

This _____ day of _____ 20 ___

_Delia Press_

75