# EXHIBIT 14

Case 7:07-cv-09296-CS Document 18-15 Filed 06/27/2008 Page 2 of 18

# New York State INCIDENT REPORT

| | | |
|---|---|---|
| 1. Agency: SLEEPY HOLLOW POLICE DEPT. | 2. Division/Precinct | 3. NY0593200 |
| 4. ☐ Orig ☐ Supp | 5. Page No. SH-00318-06 | 6. Incident No. SH-010586-06 |

| 7. Report Day | 8. Date | 9. Report Time | Occurred On/From: | 10. Day | 11. Date | 12. Time | Occurred On/From: | 13. Day | 14. Date | 15. Time |
|---|---|---|---|---|---|---|---|---|---|---|
| Wed | Oct 18 2006 | 02:18 | | Tue | Oct 17 2006 | 22:42 | | Tue | Oct 17 2006 | 22:42 |

| 16. Incident Type: CRIME | 17. Business Name | 18. Weapon(s) |
|---|---|---|

| 19. Incident Address: 28 BEEKMAN AVE | 20. City,State,Zip (☐C ☐T ☒V): SLEEPY HOLLOW | 21. Location Code: 6032 |
|---|---|---|

| 22. OFF NO | LAW | SECTION | SUB | CL | CAT | DEG | ATT | NAME OF OFFENSE | CTS |
|---|---|---|---|---|---|---|---|---|---|
| 1 | PL | 120.08 | - | C | F | | O | ASSAULT - PEACE OFF, POLICE OFF | 1 |
| 2 | PL | 205.30 | - | A | M | | O | RESISTING ARREST | 1 |
| 3 | PL | 195.05 | - | A | M | | O | OBSTRUCTING GOVERNMENTAL | 1 |

23. No. of Victims: 1
24. No. of Suspects: 1

25. Person Type: CO=Complainant OT=Other PI=Person Interviewed PR=Person Reporting WI=Witness NI=Not Interviewed VI=Victim
26. Victim also complainant ☒Y ☐N

| TYPE/NO | NAME (LAST,FIRST,MIDDLE,TITLE) | Date of Birth | STREET NO, STREET NAME, BLDG NO, APT NO, CITY, STATE, ZIP | Telephone No. |
|---|---|---|---|---|
| | PO DALESSANDRO, | | 28 BEEKMAN AVE SLEEPY HOLLOW, NY 10591- | BUS: / RES: (914) 631-0800 |
| | PO EBEL, | | 28 BEEKMAN AVE SLEEPY HOLLOW, NY 10591- | BUS: / RES: (914) 631-0800 |
| | PO GASKO, | | 28 BEEKM AVE SLEEPY HOLLOW, NY 10591- | BUS: / RES: 914-631-0800 |
| | PO HAYES, M | | 28 BEEKMAN AVE SLEEPY HOLLOW, NY 10591- | BUS: / RES: |

| 27. Date of Birth | 28. Age | 29. Sex: ☒M ☐F ☐U | 30. Race: ☒White ☐Black ☐Other ☐Indian ☐Asian ☐Unk | 31. Ethnic: ☐Hispanic ☐Unk ☐Non-Hispanic | 32. Handicap: ☐Yes ☐No | 33. Residence Status: ☐Resident ☐Tourist ☐Commuter ☐Military | Temp.Res.-Foreign Nat.: ☐Student ☐Other ☐Homeless ☐Unk/Not Indicated |
|---|---|---|---|---|---|---|---|

| 34. Type/No: AR | 35. Name: GOMEZ MARIO A | 36. Alias/Nickname/Maiden Name | 37. Apparent Condition: ☐Impaired Drugs ☐Impaired Alco ☐Mental Dis ☐Inj/Ill ☐Unk ☐App Norm |
|---|---|---|---|

| 38. Address: 1 RIVER PLAZA APT 4E TARRYTOWN NY 10591- | 39. Phone Res: / Bus: | 40. Social Security No: 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 |
|---|---|---|

| 41. Date of Birth: 10/27/1957 | 42. Age: 48 | 43. Sex: ☒M ☐F ☐U | 44. Race: ☒White ☐Black ☐Other ☐Indian ☐Asian ☐Unk | 45. Ethnic: ☒Hispanic ☐Unk ☐Non-Hispanic | 46. Skin: ☐Light ☒Medium ☐Dark ☐Other ☐Unk | 47. Occupation: RETIRED |
|---|---|---|---|---|---|---|

| 48. Height: 5 09 | 49. Weight: 179 | 50. Hair: BRO | 51. Eyes: BRO | 52. Glasses: ☐Yes ☐Contacts ☒No | 53. Build: ☐Small ☐Medium ☐Large | 54. Employer/School | 55. Address |
|---|---|---|---|---|---|---|---|

56. Scars/Marks/Tattoos (Describe):
57. Misc:

| 58. Victim or Suspect No. | Property Status | Property Type | Quantity/Measure | Make or Drug Type | Model | Serial No | Description | Value |
|---|---|---|---|---|---|---|---|---|

## VEHICLE

| 59. Vehicle Status: 02 | 60. License Plate No: ACM9723 | Full ☒ Partial ☐ | 61. State: NY | 62. Exp. Yr: 2007 | 63. Plate Type: PASS | 64. Value |
|---|---|---|---|---|---|---|
| 65. Veh. Yr: 2001 | 66. Make: CHEVROLET | | 67. Model: YUKON | 68. Style | 69. VIN: 1GKEK13V21R167636 | |
| 70. Color(s): BLUE | 71. Towed By: / To: | | | | 72. Vehicle Notes | |

## NARRATIVE

501 REQUESTS ASSISTANCE IN FRONT OF HEADQUARTERS. 502, 507 AND PO EBEL RESPONDED. AT THIS TIME A MALE HISPANIC LATER IDENTIFIED AS MR. MARIO GOMEZ WAS FIGHTING WITH OFFICERS QUINOY AND GASKO, WHO WERE ATTEMPTING TO PLACE HIM UNDER ARREST. MR. GOMEZ WHO WAS RESISTING ARREST WAS SUBSEQUENTLY DRY STUNNED WITH THE TASER AND PLACED UNDER ARREST. DET. QUINOY WHO SUSTAINED LACERATIONS AND CONTUSIONS ABOUT HIS FACE AND HEAD WAS TRANSPORTED TO THE P.M.H. EMERGENCY ROOM BY 507 FOR TREATMENT. AT APPROXIMATELY 2330 HRS THE AMBULANCE AND MEDIC WERE CALLED TO RESPOND TO H.Q TO TREAT MR. GOMEZ FOR BRUISING TO HIS HEAD. MR. GOMEZ WHEN THEN TRANSPORTED TO THE P.M.H EMERGENCY ROOM.

## ADMINISTRATIVE

| 74. Inquiries (Check all that apply): ☐DMV ☐Crim History ☐Want/Warrant ☐Stolen Property ☐Scofflaw ☐Other | 75. NYSPIN Message No. | 76. Complainant Signature: PO QUINOY | | | B use cover sheet |
|---|---|---|---|---|---|
| 77. Reporting Officer Signature (Include Rank) | 78. ID No: 031 DET QUINOY | 79. Supervisor's Signature (include rank) | 80. ID No | | 84. 1 Page of 2 Pages |
| 81. Status: ☐Open ☒Closed ☐Vict. Refused to Coop ☐CBI ☐Juv. - No Custody ☒Arrest ☐Arrest-Juv ☐Unfounded ☐Pros. Declined ☐Offender Dead ☐Warrant Advised ☐Extrad. Declin ☐Unknown | | 82. Status Date: Oct 17 2006 | 83. Notified/TOT | | |

Printed:10/24/2006
Case 7:07-cv-09296-CS   Document 18-15   Filed 06/27/2008   Page 3 of 18
SLEEPY HOLLOW POLICE DEPT.
INCIDENT REPORT (continuation page)
Page 2 of 2

```
INCIDENT No.: SH-00318-06                          BLOTTER/CC No.: SH-010586-06
================================================================================
                              ADDITIONAL OFFENSES(s)
================================================================================
Off #|Law|Section|Subdiv|CL|Cat|Deg|Att| Name of Offense                  |Cts|
--------------------------------------------------------------------------------
    4|PL | 240.30|-1    |A |M  | 2 | O |AGGRAVATED HARASSMENT IN THE SECOND| 1 |
================================================================================
                          ADDITIONAL ASSOCIATED PERSON(s)
================================================================================
Name:   PO QUINOY  Address: 28 BEEKMAN AVE SLEEPY HOLLOW, NY 10591-
Home Phone:(914)631-0800       Business Phone..:


--------------------------------------------------------------------------------
================================================================================
               ADDITIONAL SUSPECT/MISSING/ARRESTED PERSON(s)
================================================================================
Type:ARRESTED PERSON Name:AWILDA  GOMEZ  Address: 1 RIVER PLAZA SLEEPY HOLLOW, N
AKA :      Condition: SS #: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
Home Phone:(914)366-8246        Business Phone..:
DOB.:02/20/1964  Age: 42  Sex:F   Race:OTH  Ethnic:HISPANIC         Skin:MED
Height:5 04 Weight:110 Hair:BLK Eyes:BRO Glasses:NO       Build:THIN
Occupation:                    Employer:
Scars:                                        Misc:
--------------------------------------------------------------------------------
```

**EXHIBIT 13**



**SLEEPY HOLLOW POLICE DEPARTMENT**

# Memo

**To:** **Chief Jimmy Warren**

**From:** **Lt. Campbell**

**Date:** **05 January 2007**

**Re:** **Gomez, Mario and Gomez, Awilda**

---

This report is an inquiry of the arrest of one Mario Gomez and his wife Awilda Gomez of 1 River Plaza, Tarrytown, NY on the 17th October, 2006 at approximately 2245hrs in front of 30 Beekman Avenue in this Village. A review of this incident was assigned to me by Chief Warren to determine if any misconduct or violation of departmental rules and /or policies was committed by any member of this department that would adversely affect the integrity of the department. The incident is also being reviewed to protect all officers involved, and to ensure that Mr. and Mrs. Gomez were treated fairly and appropriately.

A review of the incident has thus far revealed none of the principles coming forward to file a complaint or allege any misconduct by any member of this department that would presumably bring departmental or criminal charges. However, the department initiated a review of the incident by trying to authenticate rumors that have circulated on the street and having being contacted several times by the journal news of said rumors.

Your investigating officer initiated the review by meeting with Mario Gomez and his wife, Awilda on their return court appearance date of 10/23/06 at approximately 1630hrs. I talked with Mr. and Mrs. Gomez's in the hallway outside the court room and advised both of them that I've been assigned to review the incident that resulted in him being arrested for the following Penal Law. sect. 240.30, 205.30, 120.05, 195.05 and his wife, Awilda being arrested for the following Penal Law sect. 205.30, 195.05 and would like to interview them on what exactly happened that resulted in them being arrested. I asked Mr. Gomez and his wife if it's okay that I call them and set up an interview. Mr. Gomez stated not a problem and had his wife, Awilda give me their home phone number. I advised Mr. and Mrs. Gomez that they could have and should have their attorney's present for the interview.

The following days and weeks I called the Gomez's residence several times with the number they gave me and made several attempts in -person at their 1 River Plaza, Tarrytown, residence to no avail. I was later advised by Awilda Gomez's attorney, Janet Gandolfo that I could not speak with her client while charges were pending, and that she would speak with the District Attorney on the matter. I complied with her attorney's request and ceased contact with both principles. Later, I was informed by Chief Warren that he was given a memo by Judge Waters on November 06, 2006 that no contact was to be made with Awilda Gomez and Mario Gomez but through Counsel. See attached memo.

During the course of reviewing this incident, your investigating officer did obtain reports from all officers involved, Detective. Jose Quincy, Lieutenant Hayes, Officer Micheal Gasko, Officer Micheal Hayes, Officer Richard D'Alessandro, Officer Eldryk Ebel. At the time of reviewing all reports your Investigating Officer found all reports appearing to be consistent in their observation of events. However, all Officers are to be interviewed upon representation of an attorney. See attached reports.

Tarrytown Police officers, Sgt John Daly and Detective Darryl Stiloski responded to the scene upon hearing the request for assistance. However, your investigating officer met with Chief Scott Brown of the Tarrytown Police Department and was advised that they would not cooperate with my inquiry.

Your investigating officer did canvass the neighborhood seeking potential witnesses and found that the Village Wine and Spirits, at 31 Beekman Avenue, an alcohol beverage establishment owned by Rodney Rodrigues, has surveillance equipment for protection of his store. Upon speaking with owner, I asked if his camera could've possibly picked up footage of the incident on noted date. Mr. Rodrigues respectively replayed back the date, 17th October 2007 at approximately 2230hrs and found the camera showed dark and unclear footage of incident. The security camera in the establishment is positioned to show the front counter of the store and the front door but appears to be angled enough to show obstructive views of the incident, which occurred right across the street. The footage was viewed by myself and Chief Warren, but was found to be some what indiscernible due to the obstructions, darkness and clarity of the footage. A Copy of this footage was subpoenaed by the Westchester County District Attorney's office for review.

A canvassing of the neighborhood has only furnished two witnesses that have been willing to give signed statements. Debralyn Press of 38 Beekman Avenue, Sleepy Hollow who appeared to have heard screaming, and observe a person being beaten, and surrounded by five figures. I attempted several times to illicit a more precise and accurate description of what she saw but it was to no avail. Another Statement was from Eulalia Guzman of 46 Beekman Avenue, Sleepy Hollow who was more precise in what she saw stating the officers were trying to calm Mario Gomez down before he threw three to four punches at Detective Quinoy.before he was restrained by the officers on scene. (Ph) see attached statements with report. At this present time I am still searching out witnesses with earnest to help further the validity and/or invalidity of this arrest.

In addition, the Journal News published an article of the allege incident on 06 November, 2006 encouraging any one with information to contact me at 914.631.0765. At this time, no one has contacted me or Chief Warren with any information.

The Taser X26 was used within the guidelines of Department policy to gain compliance of Mr. Mario Gomez, who was non-conpliant by refusing a lawful order. After reviewing all reports it would appear Mr. Gomez was given several orders to cease fighting, and resisting with the officer's on scene, before he was drive stun several times with little or no effect to get compliance. However, there was a failure with Officer Hayes's taser which may have caused it to fail to fire and possibly making it ineffective during the incident. This taser was returned to the manufacture for further evaluation. This report is still pending at the time of this report.

In conclusion, upon reviewing this incident I find it not sustained. My investigation did not produce sufficient evidence to clearly prove or disprove any misconduct on part of any member of this Police Department. Although, Detective Quinoy may have erred in judgment in meeting Mr. Gomez outside headquarters' with Officer Gasko, knowing that Mr. Gomez was angry and infuriated on the phone before arriving at headquarters. There was no violation of any Department rules, regulation and or policy. Subsequently, while Mr. Gomez did receive medical treatment for injuries sustained while struggling with officers, Detective Quinoy was also treated for injuries, and missed several days at work from injuries received during this arrest. It is my recommendation that this file should be closed until such time that other witnesses or information becomes available to help clarify the events that took place on 17th October, 2006 in and around 2230hrs.

Yeny Santana          11/30/86
      12/2/87
                   631-3774
Je:
Yen  Carmen Bonilla
           Not home at intvw

Evelin Fernandez      10/5/88
Antonia Fernandez     4/15/61
    631-3658

JENAAMI LAUSA
    914 8307592

[scribble]

Did TTPD Respond

Who was it that responded from TTPD.

Were th~~e~~ you the arresting off[icer]

Richie Viviano
Harvey [scribbled out]
Loeb
Ray Volpe

*[Handwritten notes, rotated at various angles:]*

Stop stop please [illegible] Yost window on right.

Don't Close kids Scene [illegible] up

Angelica Dominguez   8/9/72
Wares
46 Beck

Ben Castro
46 Beckman

9/4  9/9  9/19/99
Wanda
[illegible]
[illegible signatures]

Angela
Grants
apartment 3
Saw nothing
knew nothing

At 10:30

A Review of the ~~arrest~~ an investigation of an arrest of one Mario A Garez DOB 10/27/57 on Oct 17, 2006 by Officers Quiray, Ebel, Goeta, Dolessanto and Hayes. The Review of the incident was assigned to me by Chief Waren to ~~perform~~ ensure it any no misconduct was ~~performed~~ done by a member of this Department. That would have an adverse effect the integrity of this Department, and to protect Mr. Garez of illegal ~~action~~ ~~taken~~ ~~twice~~ if an arrest was made, and/or ~~integrity~~ protect all officers involved.

~~This~~ A review of the incident has thus far revealed none principals coming forward to file a Complaint / Allege any Misconduct by any Officer at this time, that would ~~initiate~~ result in Department or Criminal charges. ~~at this time~~

A Thorough Review of this Matter was conducted, it consisted of ~~upon the initial interviews~~ ~~the personal interviews~~ Canvassing of Neighborhood to interview witnesses on perspectives, observers, ~~persons~~ as well as persona interviews. The incident was all
→ Reports from personnel involved, Det Quiray, Lt Hayes po M Hayes, M Goeta, Ebel, Dolesango

~~He investing~~ Upon being assigned ~~This would~~ to Review the matter on the ~~18~~ 20th Oct 2006, I met Mario A Garez after his Court appearance and his wife on the 23rd of Oct Mr./Mrs. Garez. I requested to Mr. Garez that I would be reviewing the ~~matter~~ the arrest that was made

Mr. Gomez and his wife ~~there~~ Mr. Gomez and wife agreed to meet with me in a few days.

Gave there home number and agreed to meet with me in a few days. I immediately followed up with several phone calls, and attempted to contact Mr. Gomez and his wife by going to the home several times that week and the week after, but with no success at 1 River Plaza. ~~but was met with~~ us.

I was then informed through an Internal Memo from the Village Justice Joan notes not on 11/6/06

I ~~was~~ also received a call from Attorney Inet a-ould Fd not to make contact with principle because of the charges pending.

Were you working on 17 Oct 2006

What shift were you working Tour

What was your post

Who were you working with

How were advised of the call with Det. Guiney, Castro and the defendant Mario Goreni

What was the transmission
(When you arrived on scene who was there doing what)

What did you do

What did you observe officer Guiney, Goeni, Dau

TPD responded who from

Did you observe the defendant being struck by any officer

Did you strike the defendant

Oct. 17, 2006
Quincey
Gosko
Dalessandro
Hayes, M
Ebel
Lt. Hayes - Supv

Oct. 23, 2001
Met Mario Gonez,  Advised
Awilda Court  interview
 will be
 done
Assigned Case    Oct. 23, 2006   1600    Need to
 interview
Liguar — Video   Oct 25, 2006   pump
 needed
 19ocks.   Suvy
10:30 Cara MacGilvray

Called Mario 25, 2006
Approx. 20:00 hrs
No Answer

Notified Oct 26,
Awilda Gonez Attorney Janet
 Gondalfo
Cannot speak with
Murld Due to Charges pending

~~Interview~~ Interview process - Canvass Neighbors
38 Beekman
Oct. 25 - Knocking on Doors
38 Beekman Ave
↓
Cara MacGilvray
Heard Screaming by women
More Concerned with women (Focused on her)
← 10:30pm

Oct 27
Debra Lynn - Statement

Dec
18
George cir.
Jennifer McHugh
17 Alan Zappo

Lt Hayes
631-6800

Police arc on Hud
Beefy
Save at
2d 4c 4)

Sgt ReDuDo
Sgt Bed
Dispatch

3 March 8

22 48
Lt Hayes
Tow truck

19 ACM 970-3
Query for pickup
Sgt Hayes