**EXHIBIT 14**

# INCIDENT REPORT

## INCIDENT

| | | |
|---|---|---|
| 1. Agency: SLEEPY HOLLOW POLICE DEPT. | 2. Division or Precinct | 3. Name of State: NY0593200 |
| | | 4. Orig: SH-00318-06 / Supp |
| | | 5. Incident No.: SH-010586-06 |

| 7. Report Day | 8. Date | 9. Report Time | 10. Occurred On/From | 11. Date | 12. Time | 13. Occurred On/From | 14. Date | 15. Time |
|---|---|---|---|---|---|---|---|---|
| Wed | Oct 18 2006 | 02:18 | Tue | Oct 17 2006 | 22:42 | Tue | Oct 17 2006 | 22:42 |

16. Incident Type: CRIME
17. Business Name:
18. Weapon(s):

19. Incident Address: 28 BEEKMAN AVE
20. City,State,Zip (V): SLEEPY HOLLOW
21. Location Code: 6032

| 22. OFF NO | LAW | SECTION | SUB | CL | CAT | DEG | ATT | NAME OF OFFENSE | CTS |
|---|---|---|---|---|---|---|---|---|---|
| 1 | PL | 120.08 | - | C | F | | O | ASSAULT - PEACE OFF, POLICE OFF | 1 |
| 2 | PL | 205.30 | - | A | M | | O | RESISTING ARREST | 1 |
| 3 | PL | 195.05 | - | A | M | | O | OBSTRUCTING GOVERNMENTAL | 1 |

23. No. of Victims: 1
24. No. of Suspects: 1

25. Person Type: CO=Complainant OT=Other PI=Person Interviewed PR=Person Reporting WI=Witness NI=Not Interviewed VI=Victim
26. Victim also complainant: Y

| TYPE/NO | NAME (LAST, FIRST, MIDDLE, TITLE) | Date of Birth | STREET NO, STREET NAME, BLDG NO, APT NO, CITY, STATE, ZIP | Telephone No. |
|---|---|---|---|---|
| | PO DALESSANDRO, | | 28 BEEKMAN AVE SLEEPY HOLLOW, NY 10591- | BUS / RES (914) 631-0800 |
| | PO EBEL, | | 28 BEEKMAN AVE SLEEPY HOLLOW, NY 10591- | BUS / RES (914) 631-0800 |
| | PO GASKO, | | 28 BEEKM AVE SLEEPY HOLLOW, NY 10591- | BUS / RES 914-631-0800 |
| | PO HAYES, M | | 28 BEEKMAN AVE SLEEPY HOLLOW, NY 10591- | BUS / RES |

## VICTIM

27. Date of Birth:
28. Age:
29. Sex: M
30. Race: White
31. Ethnic:
32. Handicap: No
33. Residence Status:
Temp. Res.-Foreign Nat.:

## SUSPECT/ARRESTED PERSON

34. Type/No: AR
35. Name (Last, First, Middle): GOMEZ MARIO A
36. Alias/Nickname/Maiden Name:
37. Apparent Condition:
38. Address: 1 RIVER PLAZA APT 4E TARRYTOWN NY 10591-
39. Phone: Res: / Bus:
40. Social Security No.: 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
41. Date of Birth: 10/27/1957
42. Age: 48
43. Sex: M
44. Race: White
45. Ethnic: Hispanic
46. Skin: Medium
47. Occupation: RETIRED
48. Height: 5 09
49. Weight: 179
50. Hair: BRO
51. Eyes: BRO
52. Glasses: No
53. Build:
54. Employer/School:
55. Address:
56. Scars/Marks/Tattoos:
57. Misc:

## PROPERTY

| 58. Victim or Suspect No. | Property Status | Property Type | Quantity/Measure | Make or Drug Type | Model | Serial No. | Description | Value |
|---|---|---|---|---|---|---|---|---|

## VEHICLE

| 59. Vehicle Status | 60. License Plate No | Full | 61. State | 62. Exp. Yr | 63. Plate Type | 64. Value |
|---|---|---|---|---|---|---|
| 02 | ACM9723 | X | NY | 2007 | PASS | |

| 65. Veh Yr | 66. Make | 67. Model | 68. Style | 69. VIN |
|---|---|---|---|---|
| 2001 | CHEVROLET | YUKON | | 1GKEK13V21R167636 |

70. Color(s): BLUE
71. Towed By / To:
72. Vehicle Notes:

## NARRATIVE

73. 501 REQUESTS ASSISTANCE IN FRONT OF HEADQUARTERS. 502, 507 AND PO EBEL RESPONDED. AT THIS TIME A MALE HISPANIC LATER IDENTIFIED AS MR. MARIO GOMEZ WAS FIGHTING WITH OFFICERS QUINOY AND GASKO, WHO WERE ATTEMPTING TO PLACE HIM UNDER ARREST. MR. GOMEZ WHO WAS RESISTING ARREST WAS SUBSEQUENTLY DRY STUNNED WITH THE TASER AND PLACED UNDER ARREST. DET. QUINOY WHO SUSTAINED LACERATIONS AND CONTUSIONS ABOUT HIS FACE AND HEAD WAS TRANSPORTED TO THE P.M.H. EMERGENCY ROOM BY 507 FOR TREATMENT. AT APPROXIMATELY 2330 HRS THE AMBULANCE AND MEDIC WERE CALLED TO RESPOND TO H.Q TO TREAT MR. GOMEZ FOR BRUISING TO HIS HEAD. MR. GOMEZ WHEN THEN TRANSPORTED TO THE P.M.H EMERGENCY ROOM.

## ADMINISTRATIVE

74. Inquiries: DMV / Want/Warrant / Scofflaw / Crim History / Stolen Property / Other
75. NYSPIN Message No.:
76. Complainant Signature: PO QUINOY
77. Reporting Officer Signature (Include Rank):
78. ID No: 031 DET QUINOY
79. Supervisor's Signature (Include Rank):
80. ID No:
81. Status: Closed - Arrest
82. Status Date: Oct 17 2006
83. Notified/TOT:
84. Page 1 of 2 Pages
B - use cover sheet

```
Case 7:07-cv-09296-CS   Document 18-16   Filed 06/27/2008   Page 3 of 3
Printed:10/24/2006            SLEEPY HOLLOW POLICE DEPT.          Page  2 of  2
                        INCIDENT REPORT (continuation page)

INCIDENT No.: SH-00318-06                    BLOTTER/CC No.: SH-010586-06
===============================================================================
                              ADDITIONAL OFFENSES(s)
===============================================================================
Off #|Law|Section|Subdiv|CL|Cat|Deg|Att| Name of Offense              |Cts|
-------------------------------------------------------------------------------
   4|PL | 240.30|-1    |A |M  | 2 | O |AGGRAVATED HARASSMENT IN THE SECOND| 1 |
===============================================================================
                        ADDITIONAL ASSOCIATED PERSON(s)
===============================================================================
Name:  PO QUINOY  Address: 28 BEEKMAN AVE SLEEPY HOLLOW, NY 10591-
Home Phone:(914)631-0800        Business Phone..:

-------------------------------------------------------------------------------
===============================================================================
                 ADDITIONAL SUSPECT/MISSING/ARRESTED PERSON(s)
===============================================================================
Type:ARRESTED PERSON Name:AWILDA  GOMEZ  Address: 1 RIVER PLAZA SLEEPY HOLLOW, N
AKA :    Condition:  SS #: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
Home Phone:(914)366-8246        Business Phone..:
DOB.:02/20/1964  Age: 42  Sex:F   Race:OTH  Ethnic:HISPANIC           Skin:MED
Height:5 04 Weight:110 Hair:BLK Eyes:BRO Glasses:NO     Build:THIN
Occupation:                Employer:
Scars:                                         Misc:
-------------------------------------------------------------------------------
```