**EXHIBIT 15**

```
Printed: 10/24/2006              CASE SUPPLEMENTAL NARRATIVE REPORT                    Page:    1
                                         Narrative #:    1
Officer Rank/Name: PO MICHAEL  GASKO

Department: SLEEPY HOLLOW POLICE DEPT.                    Case Number.: SH-00318-06
DD Number :                                               Blotter/CC #: SH-010586-06
```

INVESTIGATIVE NOTES OF PO MICHAEL GASKO - SHIELD # 161

ON OCTOBER 17 2006 AT APPROXIMATELY 22:30 HRS DETECTIVE JOSE QUINOY CONTACTED ME TO MEET IN FRONT OF HEADQUARTERS. I MET DETECTIVE QUINOY IN FRONT OF HEADQUARTERS WHERE HE INFORMED ME THAT MARIO GOMEZ TOLD HIM VIA TELEPHONE THAT HE WAS COMING TO HEADQUARTERS TO " FUCK HIM UP " AND MR. GOMEZ DID NOT CARE IF HE WAS TO BE ARRESTED. DETECTIVE QUINOY INFORMED ME THAT MR. GOMEZ WAS A FORMER MARINE AND RETIRED NYC CORRECTIONS OFFICER, AND THAT IT IS POSSIBLE THAT HE IS ARMED AND HOSTILE. SHORTLY THEIR AFTER A BLUE SUV CAME EASTBOUND ON BEEKMAN AVENUE AT A HIGH RATE OF SPEED AND STOPPED ABRUPTLY IN FRONT OF 30 BEEKMAN AVE. MR GOMEZ EXITED THE VEHICLE IN A HOSTILE AND COMBATIVE MANNER LEAVING THE LIGHTS ON AND THE ENGINE RUNNING. MR. GOMEZ CAME TOWARDS DET. QUINOY IN WHICH TIME DET. QUINOY ORDERED HIM TO TURN AROUND AND PLACE HIS HANDS BEHIND HIS BACK. MR. GOMEZ DID NOT DO WHAT DET. QUINOY ORDERED HIM TO DO. HE APPROACHED DET. QUINOY AND DETECTIVE QUINOY GRABBED HIS LEFT ARM TO BRING HIM BACK TO HIS VEHICLE WHEN HE TURNED BACK AROUND AND STRUCK DETECTIVE QUINOY WITH A CLOSED FIST IN HIS FACE. IMMEDIATELY DETECTIVE QUINOY AND MYSELF REACTED AND ATTEMPTED TO RESTRAIN MR. GOMEZ WHO WOULD NOT STOP PUNCHING DETECTIVE QUINOY IN THE FACE, HEAD AND BODY. I WAS YELLING AT MR. GOMEZ TO STOP RESISTING WHILE I WAS TRYING TO RESTRAIN HIM AND GET HIM OFF OF DETECTIVE QUINOY. MR. GOMEZ GRABBED DETECTIVE QUINOY IN A HEAD LOCK AND CONTINUED TO STRIKE HIM IN THE HEAD. IT WAS AT THIS TIME THAT DETECTIVE QUINOY TOLD ME TO DEPLOY THE X-26 TASER. I ATTEMPTED TO RESTRAIN MR. GOMEZ USING THE X-26 TASER IN A "DRY STUNG" METHOD BY PLACING THE TASER DIRECTLY TO MR GOMEZ. MR GOMEZ APPEARED TO NOT BE AFFECTED BY THE TASER. I RADIOED HEADQUARTERS FOR ADDITIONAL UNITS WHILE STILL TRYING TO SUBDUE MR. GOMEZ WHO WAS STILL TRYING TO PUNCH AND KICK AT DETECTIVE QUINOY AND MYSELF. WE WERE ABLE TO GET MR. GOMEZ TO THE GROUND WHERE WE WERE YELLING NUMEROUS TIMES  FOR HIM TO PLACE HIS HANDS BEHIND HIS BACK AND STOP RESISTING BUT HE REFUSED AND STILL TRIED TO PUNCH AND KICK AT US. ADDITIONAL POLICE OFFICERS EBEL, D' ALLESSANDRO AND HAYES ARRIVED AS WELL AS POLICE OFFICERS FROM TARRYTOWN. MR.GOMEZ CONTINUED TO FIGHT UNTIL THE TASER WAS APPLIED SEVERAL MORE TIMES TO HIS BODY AND WE WERE ABLE TO HANDCUFF HIM. MR. GOMEZ WAS PLACED IN PATROL CAR 502 AND TRANSPORTED TO HEADQUARTERS. MR. GOMEZ VEHICLE WAS IMPOUNDED. WHEN DETECTIVE QUINOY AND MYSELF OPENED THE DOOR OF THE VEHICLE A EXPANDABLE BATON WAS LAYING ON TH DRIVERS SIDE. MR GOMEZ WAS TRANSPORTED TO PHELPS MEMORIAL HOSPITAL FOR MEDICAL ATTENTION AND THEN RELEASED AND BROUGHT BACK TO HEADQUARTERS FOR BOOKING.

WHILE DETECTIVE QUINOY AND MYSELF WERE TRYING TO PLACE MR. GOMEZ IN CUSTODY HIS WIFE AWILDA GOMEZ WAS GRABBING DETECTIVE QUINOY'S ARM AND SCREAMING AT US. AWILDA GOMEZ HAD TO BE PUSHED OFF DETECTIVE QUINOY AND ORDERED TO STOP WHILE WE EFFECTED THE ARREST OF HER HUSBAND. AT 0330 HRS ON OCTOBER 18 2006 AWILDA GOMEZ ENTERED HEADQUARTERS TO TRY TO GET HER HUSBANDS CAR IT WAS AT THIS POINT THAT I PLACED HER UNDER ARREST FOR OBSTRUCTION OF GOVERNMENTAL ADMINISTRATION.

DETECTIVE QUINOY WAS ALSO TRANSPORTED TO PHELPS MEMORIAL HOSPITAL FOR INJURIES TO HIS FACE, HEAD, BACK, WRIST AND ANKLE.

Signature _____

D.O.: _____    Sqd. Superv.: _____    C.O.: _____

```
Printed: 10/23/2006        CASE SUPPLEMENTAL NARRATIVE REPORT                Page:   1
                                  Narrative #:    3

Officer Rank/Name: PO RICHARD  DALESSANDRO
```

| | |
|---|---|
| Department: SLEEPY HOLLOW POLICE DEPT. | Case Number.: SH-00318-06 |
| DD Number : | Blotter/CC #: SH-010586-06 |

On October 17, 2006 at approximately 22:45 hours, I was assigned to the float post in unit #507 in the Village of Sleepy Hollow. I received a call for assistance via radio in front of headquarters. I arrived behind unit #502, as I exit my vehicle i witnessed officers Gasko, Ebel, and detective Quinoy attempting to restrain a male (late known to me as Mario Gomez) in the middle of Beekman Avenue. The male was on his stomach and an I grabbed the legs to stop him from kicking the above officers. The male was placed in handcuffs.

As we picked Mr. Gomez up from the ground he attempted to pulled away from myself and the above officers and we fell back to the ground, Mr Gomez continued to kick and yell at which time he was picked up again and was placed in to unit #502 and transported to the rear of the police station by myself where I was met by PO Ebel and mr gomes was placed in the booking room with out further incident.

Signature _____

D.O.: _____   Sqd. Superv.: _____   C.O.: _____