# EXHIBIT 16

```
Printed: 10/23/2006           CASE SUPPLEMENTAL NARRATIVE REPORT                  Page:    1
                                    Narrative #:    4
```

Officer Rank/Name: **PO MICHAEL F HAYES**

| Department: SLEEPY HOLLOW POLICE DEPT. | Case Number.: SH-00318-06 |
|---|---|
| DD Number : | Blotter/CC #: SH-010586-06 |

ON OCTOBER 17, 2006 AT APPROXIMATELY 2245 HOURS, I WAS ASSIGNED TO POST # 3 RMP 502. I RECEIVED VIA THE RADIO TO ASSIST OTHER OFFICERS IN FRONT OF HEADQUARTERS ON BEEKMAN AVE THIS VILLAGE . AS I ARRIVED ON SCENE AND EXITED THE VEHICLE I OBSERVED DETECTIVE QUINOY AND OFFICERS EBEL AND GASKO ON THE GROUND ATTEMPTING TO RESTRAIN A MALE LATER KNOWN TO ME AS MARIO GOMEZ . AT THIS TIME I ASSISTED THE OTHER OFFICERS BY USING THE X-26 TASER IN DRIVE STUNNING MR. GOMEZ TO ALLOW THE OFFICERS TO PLACE THE HANDCUFFS ON MR. GOMEZ ADDITIONAL DRIVE STUNS WERE NEED TO PLACE THE HANDCUFFS ON AND TO EFFECT A LAWFUL ARREST.

MR. GOMEZ WAS PICKED UP OFF THE GROUND AND PLACE IN THE BACK OF RMP 502 AND WAS TRANSPORTED TO THE REAR OF HEADQUARTERS.

Signature *[signed] Michael F Hayes*

D.O.: _____    Sqd. Superv.: _____    C.O.: _____

Printed: 10/23/2006           CASE SUPPLEMENTAL NARRATIVE REPORT                Page:   2
                                    Narrative #:    2

Officer Rank/Name: **PO ELDRYK   EBEL**

| Department: SLEEPY HOLLOW POLICE DEPT. | Case Number.: SH-00318-06 |
|---|---|
| DD Number : | Blotter/CC #: SH-010586-06 |

ON OCTOBER 17, 2006, AT APPROXIMATELY 2245 HRS. I WAS ASSIGNED TO THE DESK, WHEN PO. GASKO REQUESTED FOR ASSISTANCE IN FRONT OF HEADQUARTERS VIA RADIO. AT THIS TIME I RADIOED FOR PO. HAYES & PO. D' ALESSANDRO TO RESPOND. I THEN ADVISED LT. HAYES, WHO TOOK OVER THE DESK SO I COULD STEP OUTSIDE AND ASSIST. ONCE OUTSIDE I OBSERVED DET. QUINOY & PO. GASKO ATTEMPTING TO PLACE MR. GOMEZ , WHO AT THIS TIME WAS ON THE FLOOR PUNCHING AND KICKING AT THE OFFICERS, UNDER ARREST. MR. GOMEZ WAS ADVISED SEVERAL TIMES BY OFFICERS TO PLACE HIS HANDS BEHIND HIS BACK, HOWEVER  MR. GOMEZ REFUSED TO COMPLY. MR. GOMEZ WAS THEN DRIVE STUNNED AND AFTER A BRIEF STRUGGLE THE HANDCUFFS WERE PLACED ON HIM. WHEN MR. GOMEZ WAS HELPED TO A STANDING POSITION HE BEGAN TO KICK AND FLAIL HIS BODY, CAUSING HIMSELF AS WELL AS THE OFFICERS TO FALL TO THE GROUND. ONCE AGAIN A STRUGGLE ENSUED. MR. GOMEZ WAS SUBSEQUENTLY SUBDUED AND PLACED INTO RMP 502. I THEN RESPONDED TO THE REAR OF HEADQUARTERS WHEREUPON I MET WITH PO D' ALESSANDRO AND ASSISTED HIM IN BRINGING MR. GOMEZ INTO HEADQUARTERS AND SECURING HIM IN THE BOOKING ROOM.

Signature _P.O. Ebel_

D.O.: _____    Sqd. Superv.: _____    C.O.: _____