**EXHIBIT 18**

| | |
|---|---|
| D.D. No...... | |
| Case Report No: SH-00318-06 | Police Serial No: |
| Appearance Ticket: | |
| Arrest Number....: SH-00214-06 | |

MISDEMEANOR INFO

Blotter/CC No.: SH-010586-06
Return Date...: 10/23/2006
Court Docket No.: _____

Defendant in Custody from: 03:45 October 18, 2006    to 05:00 October 18, 2006

### SLEEPY HOLLOW JUSTICE COURT
### 28 BEEKMAN AVENUE SLEEPY HOLLOW, NY 10591
### THE PEOPLE OF THE STATE OF NEW YORK
against

AWILDA GOMEZ (42)
1 RIVER PLAZA
SLEEPY HOLLOW, NY 10591-

**D.O.B.:**
(1) 02/20/1964

STATE OF NEW YORK ss
COUNTY OF WESTCHESTER

DET JOSE A QUINOY, Shield 141, being duly sworn, deposes and says that he is a member of the SLEEPY HOLLOW POLICE DEPT., County of WESTCHESTER, New York and that on the 17 day of October, 2006, at about 10:42PM at BEEKMAN AVE SLEEPY HOLLOW in the County of WESTCHESTER, New York.

AWILDA GOMEZ

**OFFENSE**
RESISTING ARREST
CLASS A
MISDEMEANOR

THE DEFENDANT(S) VIOLATE SECTION 205.30 OF THE PENAL LAW OF THE PENAL LAW OF THE STATE OF NEW YORK, IN THAT AT THE TIME AND PLACE AFORESAID, THE SAID DEFENDANT(S) DID INTENTIONALLY PREVENT OR ATTEMPT TO PREVENT A POLICE OFFICER OR A PEACE OFFICER FROM EFFECTING AN AUTHORIZED ARREST OF HIMSELF OR ANOTHER PERSON, TO WIT; ON THE AFOREMENTIONED TIME, DATE, AND PLACE, THE ABOVE NAMED DEFENDANT DID ATTEMPT TO PREVENT THE LAWFUL ARREST OF MARIO GOMEZ (10/27/57) BY GRABBING YOUR DEPONENT BY THE LEFT ARM AND REFUSING TO LET GO, SCREAMING "STOP" AS YOUR DEPONENT ATTEMPTED TO RESTRAIN THE DEFENDANT, MARIO GOMEZ. ALL CONTRARY TO THE ABOVE STATUTE HEREIN MADE AND PROVIDED FOR.

This complaint is based on personal knowledge, the source being, DIRECT KNOWLEDGE

Any false statements made herein are punishable as a Class A Misdemeanor pursuant to Section 210.45 of the Penal Law.

**Prepared By**
DET J QUINOY

Subscribed and sworn to before me
this 18 day of October, 2006

Dated: 10/18/06