# MSSSV
## MIRANDA SOKOLOFF SAMBURSKY SLONE VERVENIOTIS LLP

| | | |
|---|---|---|
| MICHAEL A. MIRANDA* | THE ESPOSITO BUILDING | GABRIELLA CAMPIGLIA |
| BRIAN S. SOKOLOFF | 240 MINEOLA BOULEVARD | TODD HELLMAN |
| STEVEN VERVENIOTIS | MINEOLA, NY 11501 | CHARLES A. MARTIN |
| ONDINE SLONE | TEL (516) 741-7676 | KIERA J. MEEHAN |
| NEIL L. SAMBURSKY* | FAX (516) 741-9060 | MARIA THOMAS |
| RICHARD S. SKLARIN° | | NANCY R. SCHEMBRI*° |
| STEVEN C. STERN | WWW.MSSSV.COM | MICHAEL V. LONGO |
| ADAM I. KLEINBERG | | MELISSA HOLTZER |
| | | MICHAEL P. SIRAVO |
| | BRANCH OFFICES: | ARIEL S. ZITRIN |
| TIMOTHY J. MURPHY | WESTCHESTER, NY | PATRICK J. MALONEY |
| MARK R. OSHEROW*°◻ | NEW YORK, NY | JONATHAN B. ISAACSON* |
| COUNSEL | FANWOOD, NJ | ANNE ZANGOS |
| | | KELLY C. HOBEL* |

WRITER'S E-MAIL:
akleinberg@msssv.com

August 1, 2008

Chambers of the Honorable Charles L. Bricant
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

**VIA FACSIMILE**

Re: Mario Gomez v. Village of Sleepy Hollow et al.
Docket No.: 07 CIV. 9310 (CLB) (GAY)

Awilda Gomez v. Village of Sleepy Hollow et al.
Docket No.: 07 CIV. 9296 (CLB) (GAY)

Our File No.: 07-157

Dear Sir/Madam:

We represent the defendants in the above captioned matter.

In follow up of our telephone discussion of earlier today with Alice Cama, this serves to confirm that the defendants' request for an extension of time to submit reply papers has been extended to August 18, 2008.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

MIRANDA SOKOLOFF SAMBURSKY SLONE VERVENIOTIS LLP
_____

CHAMBERS OF THE HONORABLE
CHARLES L. BRIEANT
AUGUST 1, 2008
PAGE 2 OF 2

    Thank you for your consideration of this matter.

                                          Respectfully submitted,

                                          MIRANDA SOKOLOFF SAMBURSKY
                                          SLONE VERVENIOTIS LLP

                                          Adam I. Kleinberg (AK-0468)

cc:    Francis X. Young, Esq.
       YOUNG & BARTLETT, LLP
       81 Main Street, Suite 118
       White Plains, NY 10601
       (914) 285-1500 (via facsimile)

       Frances Dapice Marinelli, Esq.
       JOSEPH A. MARIA, P.C.
       Attorneys for Plaintiff
       301 Old Tarrytown Road
       White Plains, New York 10603
       (914) 684-0333 (via facsimile)
       File No.: 01-2031