# MSSSV
## MIRANDA SOKOLOFF SAMBURSKY SLONE VERVENIOTIS LLP

MICHAEL A. MIRANDA*
BRIAN S. SOKOLOFF
STEVEN VERVENIOTIS
ONDINE SLONE
NEIL L. SAMBURSKY*
RICHARD S. SKLARIN°
STEVEN C. STERN
ADAM I. KLEINBERG

TIMOTHY J. MURPHY
MARK R. OSHEROW*°□
COUNSEL

WRITER'S E-MAIL:
akleinberg@msssv.com

THE ESPOSITO BUILDING
240 MINEOLA BOULEVARD
MINEOLA, NY 11501
TEL (516) 741-7676
FAX (516) 741-9060

WWW.MSSSV.COM

BRANCH OFFICES:
WESTCHESTER, NY
NEW YORK, NY
FANWOOD, NJ

GABRIELLA CAMPIGLIA
TODD HELLMAN
CHARLES A. MARTIN
KIERA J. MEEHAN
MARIA THOMAS
NANCY R. SCHEMBRI°°
MICHAEL V. LONGO
MELISSA HOLTZER
MICHAEL P. SIRAVO
ARIEL S. ZITRIN
PATRICK J. MALONEY
JONATHAN B. ISAACSON*
ANNE ZANGOS
KELLY C. HOBEL*

* ALSO ADMITTED IN NEW JERSEY
◊ ALSO ADMITTED IN CONNECTICUT
□ ALSO ADMITTED IN FLORIDA
°°RESIDENT IN WESTCHESTER

July 30, 2008

**MEMO ENDORSED**

Chambers of the Hon. Charles L. Brieant
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

*Application Granted*
*So Ordered*
*Cathy Seibel 8/20/08*
*USDJ*

**VIA FACSIMILE**

Re: Awilda Gomez v. Village of Sleepy Hollow et al.
Docket No.: 07 CIV. 9296 (CLB) (GAY) (CS)
Our File No.: 07-157

Dear Sir/Madam:

We represent the defendants in the above captioned matter.

We are writing to request an extension of time to file and serve defendants' reply brief in further support of defendants' motion to dismiss based upon the doctrine of qualified immunity. In this regard, the associate from this firm who has been handling the matter until now, Jennifer Sherven, has recently left our firm. I will require additional time to review the prior motion papers and finalize our reply. I am presently scheduled for an August 4, 2008 trial in Queens County Supreme Court in the case of *Soria v. Ostroff*, Index No. 03/2006. We were previously advised by the Supreme Court that no further adjournments of the trial date would be granted.

I have been unsuccessful in my attempt to reach plaintiff's counsel by telephone earlier this afternoon to obtain her consent. However, as this matter is not scheduled for oral argument until October 2008, we respectfully submit that no prejudice would result to the plaintiff by the requested extension.

Accordingly, defendants respectfully request that the time for service of their reply papers be extended to August 18, 2008.

## MIRANDA SOKOLOFF SAMBURSKY SLONE VERVENIOTIS LLP

CHAMBERS OF THE HONORABLE
CHARLES L. BRIEANT
JULY 30, 2008
PAGE 2 OF 2

    Thank you for your consideration of this matter.

                Respectfully submitted,

                MIRANDA SOKOLOFF SAMBURSKY
                SLONE VERVENIOTIS LLP

                Adam I. Kleinberg (AK-0468)

cc:    Frances Dapice Marinelli, Esq.
       JOSEPH A. MARIA, P.C.
       Attorneys for Plaintiff
       301 Old Tarrytown Road
       White Plains, New York 10603
       (914) 684-0333 (via facsimile)
       File No.: 01-2031