# MSSSV
## MIRANDA SOKOLOFF SAMBURSKY SLONE VERVENIOTIS LLP

MICHAEL A. MIRANDA*
BRIAN S. SOKOLOFF
STEVEN VERVENIOTIS
ONDINE SLONE
NEIL L. SAMBURSKY*
RICHARD S. SKLARIN°
STEVEN C. STERN
ADAM I. KLEINBERG

———

TIMOTHY J. MURPHY
MARK R. OSHEROW*◊□
OF COUNSEL

THE ESPOSITO BUILDING
240 MINEOLA BOULEVARD
MINEOLA, NY 11501
TEL   (516) 741-7676
FAX   (516) 741-9060

WWW.MSSSV.COM

BRANCH OFFICES:
WESTCHESTER, NY
NEW YORK, NY
FANWOOD, NJ

GABRIELLA CAMPIGLIA
TODD HELLMAN
KIERA J. MEEHAN
MARIA THOMAS
NANCY R. SCHEMBRI°◊
MICHAEL V. LONGO
MELISSA L. HOLTZER
MICHAEL P. SIRAVO
ARIEL S. ZITRIN
JONATHAN B. ISAACSON*
ANNE ZANGOS
KELLY C. HOBEL

* ALSO ADMITTED IN NEW JERSEY
◊ ALSO ADMITTED IN CONNECTICUT
□ ALSO ADMITTED IN FLORIDA
°RESIDENT IN WESTCHESTER

WRITER'S DIRECT DIAL:
(516) 741-8383

WRITER'S E-MAIL:
BSokoloff@MSSSV.com

August 22, 2008

Joseph A. Maria, Esq.
301 Old Tarrytown Road
White Plains, New York 10603

Francis X. Young, Esq.
Young & Bartlett, LLP
81 Main Street, Suite 118
White Plains, New York 10601

      Re:    (Awilda) Gomez v. Village of Sleepy Hollow, et al.
              Docket No. 07 Civ. 9296 (CS)

              (Mario) Gomez v. Village of Sleepy Hollow, et al.
              Docket No. 07 Civ. 9310 (CS)
              Our File No. 07-157

Dear Counsel:

      Alice Cama of Judge Seibel's Chambers has advised that the Court has scheduled oral argument of the qualified immunity motions in the above-referenced actions for October 24, 2008 at 10 a.m.

**MIRANDA SOKOLOFF SAMBURSKY SLONE VERVENIOTIS LLP**

JOSEPH A. MARIA, ESQ. AND FRANCIS X. YOUNG, ESQ.
AUGUST 22, 2008
PAGE 2 OF 2

Thank you for your attention to this matter.

Very truly yours,

MIRANDA SOKOLOFF SAMBURSKY SLONE VERVENIOTIS LLP

Brian S. Sokoloff

BSS/--
cc:   Hon. Cathy Seibel
      United States District Judge
      United States District Court
      300 Quarropas Street
      White Plains, New York 10601